| **AWARD/CONTRACT** | | **1. This Contract Is A Rated Order Under DPAS (15 CFR 700)** ▶ | **Rating** DOA7 | **Page** 1 | **Of** | **Pages** 58 |
|---|---|---|---|---|---|---|

| **2. Contract (Proc. Inst. Ident.) No.** | **3. Effective Date** | **4. Requisition/Purchase Request/Project No.** |
|---|---|---|
| SPRBL1-18-D-0069 | 14 September 2018 | SEE SCHEDULE |

| **5. Issued By** Code SPRBL1 | **6. Administered By (If Other Than Item 5)** Code S3605A |
|---|---|
| DLA LAND AT ABERDEEN<br>JAMES J. REESE<br>6565 SURVEILLANCE LOOP, ROOM C1301<br>APG, MD 21005-1846<br><br>e-mail address: JAMES.REESE@DLA.MIL | DCMA DAYTON<br>AREA A, BUILDING 30<br>1725 VAN PATTON DRIVE<br>WRIGHT-PATTERSON AFB, OH 45433-5302 |

| **7. Name And Address Of Contractor (No., Street, City, County, State and Zip Code)** | **8. Delivery** |
|---|---|
| DCX-CHOL ENTERPRISES, INC.<br>1615 E. WALLACE ST<br>FORT WAYNE, IN 46803-2564 | ☐ FOB Origin   ☒ Other (See Below)<br>**9. Discount For Prompt Payment** |

**10. Submit Invoices** (4 Copies Unless Otherwise Specified) To The Address Shown In: ▶   **Item** 12

| Code 71CU6 | Facility Code |
|---|---|

| **11. Ship To/Mark For** Code | **12. Payment Will Be Made By** Code HQ0490 |
|---|---|
| SEE SCHEDULE | DFAS-INDY VP GFEBS<br>8899 E. 56TH STREET<br>INDIANAPOLIS IN 46249-3800 |

| **13. Authority For Using Other Than Full And Open Competition:** | **14. Accounting And Appropriation Data** |
|---|---|
| ☐ 10 U.S.C. 2304(c)(   )   ☐ 41 U.S.C. 253(c)(   ) | |

| **15A. Item No.** | **15B. Supplies/Services** | **15C. Quantity** | **15D. Unit** | **15E. Unit Price** | **15F. Amount** |
|---|---|---|---|---|---|
| SEE SCHEDULE | | | | | |
| | | | **15G. Total Amount Of Contract** ➔ | | $0.00 |

**16. Table Of Contents**

| (X) | Sec. | Description | Page(s) | (X) | Sec. | Description | Page(s) |
|---|---|---|---|---|---|---|---|
| | | **Part I - The Schedule** | | | | **Part II - Contract Clauses** | |
| X | A | Solicitation/Contract Form | 1 | X | I | Contract Clauses | 41 |
| X | B | Supplies or Services and Prices/Costs | 4 | | | **Part III - List Of Documents, Exhibits, And Other Attachments** | |
| X | C | Description/Specs./Work Statement | 32 | X | J | List of Attachments | 58 |
| X | D | Packaging and Marking | 33 | | | **Part IV - Representations And Instructions** | |
| X | E | Inspection and Acceptance | 34 | K | | Representations, Certifications, and Other Statements of Offerors | |
| X | F | Deliveries or Performance | 35 | | | | |
| X | G | Contract Administration Data | 38 | L | | Instrs., Conds., and Notices to Offerors | |
| X | H | Special Contract Requirements | 40 | M | | Evaluation Factors for Award | |

**Contracting Officer Will Complete Item 17 (Sealed-Bid or Negotiated Procurement) Or 18 (Sealed-Bid Procurement) As Applicable**

| **17.** ☒ Contractor's Negotiated Agreement   (Contractor is required to sign this document and return 2 signed copies to issuing office.)   Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | **18.** ☐ Sealed-Bid Award (Contractor is not required to sign this document.) Your bid on Solicitation Number _____, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your bid, and (b) this award/contract. No further contractual document is necessary. (Block 18 should be checked only when awarding a sealed-bid contract.) |
|---|---|

| **19A. Name And Title Of Signer (Type Or Print)** | **20A. Name Of Contracting Officer** |
|---|---|
| CORY GAMBERG<br>GOVERNMENT SALES REP | MARTINA L. CULIK MOORE<br>MARTINA.L.CULIKMOORE.CIV@MAIL.MIL (443)861-4555 |

| **19B. Name of Contractor** | **19c. Date Signed** | **20B. United States Of America** | **20C. Date Signed** |
|---|---|---|---|
| By *Cory Gamberg*<br>(Signature of person authorized to sign) | 9/13/18 | By CULIK MOORE.MARTINA.L.1401611866 Digitally signed by CULIK MOORE.MARTINA.L.1401611866 Date: 2018.09.14 08:21:08 -04'00'<br>(Signature of Contracting Officer) | 14 September 2018 |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

Standard Form 26 (Rev. 5/2011)
Prescribed by GSA - FAR (48 CFR) 53.214(a)

| AWARD/CONTRACT | 1. This Contract Is A Rated Order Under DPAS (15 CFR 700) ▶ | Rating DOA7 | Page 1 | Of | Pages 58 |
|---|---|---|---|---|---|

| 2. Contract (Proc. Inst. Ident.) No. | 3. Effective Date | 4. Requisition/Purchase Request/Project No. |
|---|---|---|
| SPRBL1-18-D-0069 | 2018SEP14 | SEE SCHEDULE |

| 5. Issued By | Code SPRBL1 | 6. Administered By (If Other Than Item 5) | Code S3605A |
|---|---|---|---|
| DLA LAND AT ABERDEEN<br>JAMES J. REESE<br>6565 SURVEILLANCE LOOP, ROOM C1301<br>APG, MD  21005-1846<br><br>e-mail address:  JAMES.REESE@DLA.MIL | | DCMA DAYTON<br>AREA A, BUILDING 30<br>1725 VAN PATTON DRIVE<br>WRIGHT-PATTERSON AFB, OH 45433-5302 | |

| 7. Name And Address Of Contractor (No., Street, City, County, State and Zip Code) | 8. Delivery |
|---|---|
| DCX-CHOL ENTERPRISES, INC.<br>1615 E. WALLACE ST<br>FORT WAYNE, IN 46803-2564 | ☐ FOB Origin   ☒ Other (See Below) |

9. Discount For Prompt Payment

| 10. Submit Invoices (4 Copies Unless Otherwise Specified) To The Address Shown In: ▶ | Item 12 |
|---|---|

| Code 71CU6 | Facility Code |
|---|---|

| 11. Ship To/Mark For | Code | 12. Payment Will Be Made By | Code HQ0490 |
|---|---|---|---|
| SEE SCHEDULE | | DFAS-INDY VP GFEBS<br>8899 E. 56TH STREET<br>INDIANAPOLIS IN  46249-3800 | |

13. Authority For Using Other Than Full And Open Competition:
☐ 10 U.S.C. 2304(c)(    )
☐ 41 U.S.C. 253(c)(    )

14. Accounting And Appropriation Data

| 15A. Item No. | 15B. Supplies/Services | 15C. Quantity | 15D. Unit | 15E. Unit Price | 15F. Amount |
|---|---|---|---|---|---|
| SEE SCHEDULE | | | | | |

15G. Total Amount Of Contract ➔ $0.00

### 16. Table Of Contents

| (X) | Sec. | Description | Page(s) | (X) | Sec. | Description | Page(s) |
|---|---|---|---|---|---|---|---|
| | | **Part I - The Schedule** | | | | **Part II - Contract Clauses** | |
| X | A | Solicitation/Contract Form | 1 | X | I | Contract Clauses | 41 |
| X | B | Supplies or Services and Prices/Costs | 4 | | | **Part III - List Of Documents, Exhibits, And Other Attachments** | |
| X | C | Description/Specs./Work Statement | 32 | X | J | List of Attachments | 58 |
| X | D | Packaging and Marking | 33 | | | **Part IV - Representations And Instructions** | |
| X | E | Inspection and Acceptance | 34 | | K | Representations, Certifications, and | |
| X | F | Deliveries or Performance | 35 | | | Other Statements of Offerors | |
| X | G | Contract Administration Data | 38 | | L | Instrs., Conds., and Notices to Offerors | |
| X | H | Special Contract Requirements | 40 | | M | Evaluation Factors for Award | |

**Contracting Officer Will Complete Item 17 (Sealed-Bid or Negotiated Procurement) Or 18 (Sealed-Bid Procurement) As Applicable**

| 17. ☒ Contractor's Negotiated Agreement  (Contractor is required to sign this document and return 2 signed copies to issuing office.)  Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein.  The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein.  (Attachments are listed herein.) | 18. ☐ Sealed-Bid Agreement (Contractor is not required to sign this document.)  Your bid on Solicitation Number _____, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets.  This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your bid, and (b) this award/contract.  No further contractual document is necessary. (Block 18 should be checked only when awarding a sealed-bid contract.) |
|---|---|

| 19A. Name And Title Of Signer (Type Or Print) | 20A. Name Of Contracting Officer |
|---|---|
| | MARTINA L. CULIK MOORE<br>MARTINA.L.CULIKMOORE.CIV@MAIL.MIL (443)861-4555 |

| 19B. Name of Contractor | 19c. Date Signed | 20B. United States Of America | 20C. Date Signed |
|---|---|---|---|
| By _____<br>(Signature of person authorized to sign) | | By /SIGNED/<br>(Signature of Contracting Officer) | 2018SEP14 |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

Standard Form 26 (Rev. 5/2011)
Prescribed By GSA - FAR (48 CFR) 53.214(a)

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>SPRBL1-18-D-0069 | Page   2   **of** 58 |
|---|---|---|
| | PIIN/SIIN                                    MOD/AMD | |

**Name of Offeror or Contractor:**  DCX-CHOL ENTERPRISES, INC.

SECTION A – SUPPLEMENTAL INFORMATION


Buyer Name: JAMES J. REESE
Buyer Office Symbol/Telephone Number: DLA-ZLAA/(443)861-4549
Type of Contract 1: Firm Fixed Price
Kind of Contract: Supply Contracts and Priced Orders
Type of Business: Other Small Business Performing in U.S.
Surveillance Criticality Designator: B
Contract Expiration Date:  2023SEP13


*** End of Narrative A0000 ***


1. This is a Five (5) Year Firm-Fixed-Price (FFP) Indefinite-Delivery Indefinite-Quantity (IDIQ) contract for the purchase of Nine (9) National Stock Number parts (NSNs).

CLINs 1001-5001, NSN 5995-01-225-0503, CX-13306/VRC (5ft 0in)
CLINs 1002-5002, NSN 5995-01-225-0504, CX-13306/VRC (14ft 0in)
CLINs 1003-5003, NSN 5995-01-219-4703, CX-13292/VRC (4ft 0in)
CLINs 1004-5004, NSN 5995-01-219-1847, CX-13306/VRC (3ft 0in)
CLINs 1005-5005, NSN 5995-01-219-1848, CX-13306/VRC (2ft 0in)
CLINs 1006-5006, NSN 5995-01-300-9324, CX-13303/VRC (4ft 6in)
CLINs 1007-5007, NSN 5995-01-219-4706, CX-13292/VRC (18ft 0in)
CLINs 1008-5008, NSN 5995-01-218-6466, CX-13290/VRC (22ft 0in)
CLINs 1009-5009, NSN 5995-01-226-2436, CX-13306/VRC (4ft 0in)


<u>INTERNATIONAL TRAFFIC IN ARMS REGULATIONS</u>

The technical data package (TDPs) for this NSN is subject to the International Traffic in Arms Regulations (ITAR). All technical documents for SINCGARS include but not limited to, test plans, test reports, drawings and specifications contains information that is subject to the controls defined in the International Traffic in Arms Regulation (ITAR). This information shall not be provided to non- U.S. persons or transferred by any means to any location outside the United States Department of State.



2. Ordering Years:

The five year base period consist of five ordering years as follows:

Ordering Year 1-Date of Award plus 364 days

Ordering Year 2-365 days through 729 days after contract award

Ordering Year 3-730 days through 1,094 days after contract award

Ordering Year 4-1,095 days through 1,459 days after contract award

Ordering Year 5-1,460 days through 1,824 days after contract award


3. Guaranteed Minimum and Contract Maximum:
Guaranteed Minimum: $13,500.00
Contract Maximum: $13,080,257.00

4. Delivery:

Refer to section Deliveries or Performance, Time of Delivery and Ship To Locations, for delivery schedules.
Accelerated delivery at no additional cost to the Federal Government is acceptable and encouraged.

5. WARRANTY:

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 3 of 58 |
|---|---|---|
| | SPRBL1-18-D-0069 | |
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

The contractor shall meet the warranty requirements in FAR 52.246-17, Warranty of Supplies of a Noncomplex Nature

6. BUY AMERICAN ACT:
The Buy American Act applies to CLINS 1001 through 5009 and the applicable clauses are:

DFARS 252.225-7000 Buy American Act Balance of Payment Program Certificate
DFARS 252.225-7001 Buy American Act and Balance of Payments Program

7. PLACING AND PROCESSING ORDERS:
In the event two or more orders are placed on the same delivery schedule within a 60-calendar day time frame, the orders will be combined, and the Government will receive the price benefit of the larger combined quantity as if the orders had been placed at the same time. In the event of this occurrence, the contracting officer will adjust the unit prices accordingly on the delivery orders in question. Delivery rates will be unaffected by the combination of the orders as described herein.

Orders that are placed on the same delivery schedule within a 60-calendar day timeframe that cross over two contract years (i.e., first base year and second base year) are subject to the order combination and price adjustment provisions discussed above; the pricing on the schedule for the earlier contract year will apply for the combined quantity. Offerors shall also pay particular attention to the following clauses:

FAR 52.216-19 Order Limitations
FAR 52.216-22 Indefinite Quantity
DFARS 252.216-7006 Ordering
In supplement to DFARS 252.216-7006, Ordering, an order shall also be considered issued when a copy has been transmitted by electronic mail.

8.COVERED DEFENSE INFORMATION (CDI):
Note regarding DFARS 252.204-7008 and DFARS 252.204-7012: The Government not including or identifying CDI at this time does not constitute a lack of CDI for this solicitation/award.

9.DLAD PROC NOTES:
DLAD Procurement Notes Incorporated By Reference (Feb 07 2018)

This solicitation/contract incorporates one or more DLAD Procurement Notes by reference, with the same force and effect as if they were given in full text. The full text of a DLAD Procurement Note may be accessed electronically at httpshttp://www.dla.mil/HQ/Acquisition/Offers/eProcurement.aspx and via 'References' on the DIBBS homepage.

10.DLAD T/Q NOTES:
DLAD Technical and Quality Requirements Incorporated By Reference (May 2018)

This solicitation/contract incorporates one or more DLAD Technical and Quality Requirements by reference, with the same force and effect as if they were given in full text. The full text of a DLAD Technical and Quality Requirement may be accessed electronically at httpshttp://www.dla.mil/HQ/Acquisition/Offers/eProcurement.aspx and via 'References' on the DIBBS homepage.

*** END OF NARRATIVE A0001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069 | Page 4 of 58 |
|---|---|---|
| | PIIN/SIIN                MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 1001 | CABLE ASSY CX-13306/VRC 5FT<br>NSN: 5995-01-225-0503 | | | | |
| 1001AA | PRODUCTION QUANTITY YEAR 1 | | | See Range Pricing | |

COMMODITY NAME: CABLE ASSY CX-13306/VRC 5FT
CLIN CONTRACT TYPE:
    Firm Fixed Price
PSC: 5995

      Range Quantities

| FROM | TO | UNIT PRICE |
|---|---|---|
| 1 | 50 | $116.00 |
| 51 | 100 | $110.00 |
| 101 | 170 | $107.00 |

Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
    SEE TECHNICAL REQUIREMENTS AND TDP
LOCATION OF PACKAGING/PACKING/SPECS:
ADDENDA: J
LEVEL PRESERVATION: Military
LEVEL PACKING: B

Inspection and Acceptance
INSPECTION: Origin     ACCEPTANCE: Origin

FOB POINT: Destination

| 1002 | CABLE ASSY CX-13306/VRC 14FT<br>NSN: 5995-01-225-0504 | | | | |
|---|---|---|---|---|---|
| 1002AA | PRODUCTION QUANTITY YEAR 1 | | | See Range Pricing | |

COMMODITY NAME: CABLE ASSY CX-13306/VRC 14FT
CLIN CONTRACT TYPE:
    Firm Fixed Price
PSC: 5995

      Range Quantities

| FROM | TO | UNIT PRICE |
|---|---|---|
| 1 | 20 | $144.65 |
| 21 | 40 | $139.17 |
| 41 | 75 | $134.65 |

Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
    SEE TECHNICAL REQUIREMENTS & TDP

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 5 of 58 |
|---|---|---|---|
| | SPRBL1-18-D-0069 | | |
| | PIIN/SIIN | MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br>Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin<br><br>FOB POINT: Destination | | | | |
| 1003 | CABLE ASSY CX-13292/VRC 4FT<br>NSN: 5995-01-219-4703 | | | | |
| 1003AA | PRODUCTION QUANTITY YEAR 1<br><br>COMMODITY NAME: CABLE ASSY CX-13292/VRC 4FT<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995 | | | See Range Pricing | |

Range Quantities

| FROM | TO | UNIT PRICE |
|---|---|---|
| 1 | 500 | $128.84 |
| 501 | 1000 | $112.88 |
| 1001 | 1500 | $111.09 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>    SEE TECHNICAL REQUIREMENTS & TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br>Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin<br><br>FOB POINT: Destination | | | | |
| 1004 | CABLE ASSY CX-13306/VRC 3FT<br>NSN: 5995-01-219-1847 | | | | |
| 1004AA | PRODUCTION QUANTITY YEAR 1<br><br>COMMODITY NAME: CABLE ASSY CX-13306/VRC 3FT<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995<br><br>Range Quantities | | | See Range Pricing | |

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069 | Page 6 of 58 |
|---|---|---|
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | FROM   TO      UNIT PRICE<br>1      30      $107.00<br>31     60      $103.00<br>61     90      $99.00<br><br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>    SEE TECHNICAL REQUIREMENTS &TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br><br>Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin<br><br><br>FOB POINT: Destination | | | | |
| 1005 | CABLE ASSY CX-13306/VRC 2FT<br>NSN: 5995-01-219-1848 | | | | |
| 1005AA | PRODUCTION QUANTITY YEAR 1<br><br>COMMODITY NAME: CABLE ASSY CX-13306/VRC 2FT<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995<br><br>      Range Quantities<br>FROM    TO      UNIT PRICE<br>1       20      $101.63<br>21      40      $99.84<br>41      75      $98.05<br><br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>    SEE TECHNICAL REQUIREMENTS &TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br><br>Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin<br><br><br>FOB POINT: Destination | | | See Range Pricing | |
| 1006 | CABLE ASSY CX-13303/VRC 4.5FT<br>NSN: 5995-01-300-9324 | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 7 of 58 |
|---|---|---|
| | SPRBL1-18-D-0069 | |
| | PIIN/SIIN                          MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1006AA | PRODUCTION QUANTITY YEAR 1 | | | See Range Pricing | |

```
          COMMODITY NAME: CABLE ASSY CX-13303/VRC 4.5FT
          CLIN CONTRACT TYPE:
                 Firm Fixed Price
          PSC: 5995

                    Range Quantities
          FROM      TO        UNIT PRICE
          1         1000      $124.99
          1001      2000      $110.16
          2001      4000      $108.37


          Packaging and Marking
          PACKAGING/PACKING/SPECIFICATIONS:
                 SEE TECHNICAL REQUIREMENTS &TDP
          LOCATION OF PACKAGING/PACKING/SPECS:
          ADDENDA: J
          LEVEL PRESERVATION: Military
          LEVEL PACKING: B


          Inspection and Acceptance
          INSPECTION: Origin      ACCEPTANCE: Origin


          FOB POINT: Destination
```

| 1007 | CABLE ASSY CX-13292/VRC 18FT<br>NSN: 5995-01-219-4706 | | | | |
| 1007AA | PRODUCTION QUANTITY YEAR 1 | | | See Range Pricing | |

```
          COMMODITY NAME: CABLE ASSY CX-13292/VRC 18FT
          CLIN CONTRACT TYPE:
                 Firm Fixed Price
          PSC: 5995

                    Range Quantities
          FROM      TO        UNIT PRICE
          1         150       $173.88
          151       300       $144.26
          301       525       $140.50


          Packaging and Marking
          PACKAGING/PACKING/SPECIFICATIONS:
                 SEE TECHNICAL REQUIREMENTS & TDP
          LOCATION OF PACKAGING/PACKING/SPECS:
          ADDENDA: J
          LEVEL PRESERVATION: Military
          LEVEL PACKING: B


          Inspection and Acceptance
          INSPECTION: Origin      ACCEPTANCE: Origin
```

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069 | Page 8 of 58 |
|---|---|---|
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | FOB POINT: Destination | | | | |
| 1008 | CABLE ASSY CX-13290/VRC 22FT<br>NSN: 5995-01-218-6466 | | | | |
| 1008AA | PRODUCTION QUANTITY YEAR 1 | | | See Range Pricing | |

COMMODITY NAME: CABLE ASSY CX-13290/VRC 22FT
CLIN CONTRACT TYPE:
　　　Firm Fixed Price
PSC: 5995

　　　　　Range Quantities
FROM　　　TO　　　UNIT PRICE
1　　　　20　　　$179.27
21　　　40　　　$160.89
41　　　75　　　$150.23

Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
　　　SEE TECHNICAL REQUIREMENTS & TDP
LOCATION OF PACKAGING/PACKING/SPECS:
ADDENDA: J
LEVEL PRESERVATION: Military
LEVEL PACKING: B

Inspection and Acceptance
INSPECTION: Origin     ACCEPTANCE: Origin

FOB POINT: Destination

| 1009 | CABLE ASSY CX-13306/VRC 4FT<br>NSN: 5995-01-226-2436 | | | | |
| 1009AA | PRODUCTION QUANTITY YEAR 1 | | | See Range Pricing | |

COMMODITY NAME: CABLE ASSY CX-13306/VRC 4FT
CLIN CONTRACT TYPE:
　　　Firm Fixed Price
PSC: 5995

　　　　　Range Quantities
FROM　　　TO　　　UNIT PRICE
1　　　　20　　　$118.04
21　　　40　　　$109.13
41　　　75　　　$103.76

Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
　　　SEE TECHNICAL REQUIREMENTS & TDP

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 9 of 58 |
|---|---|---|
| | SPRBL1-18-D-0069 | |
| | PIIN/SIIN                              MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin | | | | |
| | FOB POINT: Destination | | | | |
| 2001 | CABLE ASSB CX-13306/VRC 5FT<br>NSN: 5995-01-225-0503 | | | | |
| 2001AA | PRODUCTION QUANTITY YEAR 2 | | | See Range Pricing | |
| | COMMODITY NAME: CABLE ASSB CX-13306/VRC 5FT<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995 | | | | |

Range Quantities

| FROM | TO | UNIT PRICE |
|---|---|---|
| 1 | 50 | $118.32 |
| 51 | 100 | $112.20 |
| 101 | 170 | $109.14 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>    SEE TECHNICAL REQUIREMENTS & TDP<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin | | | | |
| | FOB POINT: Destination | | | | |
| 2002 | CABLE ASSY CX-13306/VRC 14FT<br>NSN: 5995-01-225-0504 | | | | |
| 2002AA | PRODUCTION QUANTITY YEAR 2 | | | See Range Pricing | |
| | COMMODITY NAME: CABLE ASSY CX-13306/VRC 14FT<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995 | | | | |

Range Quantities

| FROM | TO | UNIT PRICE |
|---|---|---|
| 1 | 20 | $147.54 |

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069 | | Page 10 of 58 |
|---|---|---|---|
| | PIIN/SIIN | MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 21     40     $141.95<br>41     75     $137.34<br><br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>     SEE TECHNICAL REQUIREMENTS & TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br><br>Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin<br><br><br>FOB POINT: Destination | | | | |
| 2003 | CABLE ASSY CX-13292/VRC 4FT<br>NSN: 5995-01-219-4703 | | | | |
| 2003AA | PRODUCTION QUANTITY YEAR 2<br><br>COMMODITY NAME: CABLE ASSY CX-13292/VRC 4FT<br>CLIN CONTRACT TYPE:<br>     Firm Fixed Price<br>PSC: 5995<br><br>          Range Quantities<br>     FROM     TO     UNIT PRICE<br>     1        500    $131.42<br>     501      1000   $115.14<br>     1001     1500   $113.31<br><br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>     SEE TECHNICAL REQUIREMENTS & TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br><br>Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin<br><br><br>FOB POINT: Destination | | | See Range Pricing | |
| 2004 | CABLE ASSY CX-13306/VRC 3FT<br>NSN: 5995-01-219-1847 | | | | |
| 2004AA | PRODUCTION QUANTITY YEAR 2 | | | See Range Pricing | |

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069 | Page 11 of 58 |
|---|---|---|
| | PIIN/SIIN                                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | COMMODITY NAME: CABLE ASSY CX-13306/VRC 3FT | | | | |
| | CLIN CONTRACT TYPE: | | | | |
| |     Firm Fixed Price | | | | |
| | PSC: 5995 | | | | |
| | | | | | |
| | <u>Range Quantities</u> | | | | |
| | <u>FROM</u>    <u>TO</u>    <u>UNIT PRICE</u> | | | | |
| | 1      30    $109.14 | | | | |
| | 31    60    $105.06 | | | | |
| | 61    90    $100.98 | | | | |
| | | | | | |
| | <u>Packaging and Marking</u> | | | | |
| | PACKAGING/PACKING/SPECIFICATIONS: | | | | |
| |     SEE TECHNICAL REQUIREMENTS &TDP | | | | |
| | LOCATION OF PACKAGING/PACKING/SPECS: | | | | |
| | ADDENDA: J | | | | |
| | LEVEL PRESERVATION: Military | | | | |
| | LEVEL PACKING: B | | | | |
| | | | | | |
| | <u>Inspection and Acceptance</u> | | | | |
| | INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | | | | | |
| | FOB POINT: Destination | | | | |
| | | | | | |
| 2005 | CABLE ASSY CX-13306/VRC 2FT | | | | |
| | NSN: 5995-01-219-1848 | | | | |
| | | | | | |
| 2005AA | <u>PRODUCTION QUANTITY YEAR 2</u> | | | See Range Pricing | |
| | | | | | |
| | COMMODITY NAME: CABLE ASSY CX-13306/VRC 2FT | | | | |
| | CLIN CONTRACT TYPE: | | | | |
| |     Firm Fixed Price | | | | |
| | PSC: 5995 | | | | |
| | | | | | |
| | <u>Range Quantities</u> | | | | |
| | <u>FROM</u>    <u>TO</u>    <u>UNIT PRICE</u> | | | | |
| | 1      20    $103.66 | | | | |
| | 21    40    $101.84 | | | | |
| | 41    75    $100.01 | | | | |
| | | | | | |
| | <u>Packaging and Marking</u> | | | | |
| | PACKAGING/PACKING/SPECIFICATIONS: | | | | |
| |     SEE TECHNICAL REQUIREMENTS &TDP | | | | |
| | LOCATION OF PACKAGING/PACKING/SPECS: | | | | |
| | ADDENDA: J | | | | |
| | LEVEL PRESERVATION: Military | | | | |
| | LEVEL PACKING: B | | | | |
| | | | | | |
| | <u>Inspection and Acceptance</u> | | | | |
| | INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | | | | | |
| | FOB POINT: Destination | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069 | Page 12 of 58 |
|---|---|---|
| | PIIN/SIIN                              MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2006 | CABLE ASSY CX-13303/VRC 4.5FT<br>NSN: 5995-01-300-9324 | | | | |
| 2006AA | PRODUCTION QUANTITY YEAR 2<br><br>COMMODITY NAME: CABLE ASSY CX-13303/VRC 4.5FT<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995<br><br>     Range Quantities<br>  FROM     TO     UNIT PRICE<br>  1     1000    $127.49<br>  1001  2000    $112.36<br>  2001  4000    $110.54<br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>    SEE TECHNICAL REQUIREMENTS &TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br>Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin<br><br>FOB POINT: Destination | | | See Range Pricing | |
| 2007 | CABLE ASSY CX-13292/VRC 18FT<br>NSN: 5995-01-219-4706 | | | | |
| 2007AA | PRODUCTION QUANTITY YEAR 2<br><br>COMMODITY NAME: CABLE ASSY CX-13292/VRC 18FT<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995<br><br>     Range Quantities<br>  FROM     TO     UNIT PRICE<br>  1     150     $176.85<br>  151   300    $147.15<br>  301   525    $143.31<br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>    SEE TECHNICAL REQUIREMENTS & TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J | | | See Range Pricing | |

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069 | Page 13 of 58 |
|---|---|---|
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br><br>Inspection and Acceptance<br>INSPECTION: Origin      ACCEPTANCE: Origin<br><br><br>FOB POINT: Destination | | | | |
| 2008 | CABLE ASSY CX-13290/VRC 22FT<br>NSN: 5995-01-218-6466 | | | | |
| 2008AA | PRODUCTION QUANTITY YEAR 2<br><br>COMMODITY NAME: CABLE ASSY CX-13290/VRC 22FT<br>CLIN CONTRACT TYPE:<br>     Firm Fixed Price<br>PSC: 5995<br><br>     Range Quantities<br>  FROM        TO        UNIT PRICE<br>  1          20        $182.86<br>  21         40        $164.11<br>  41         75        $153.23<br><br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>     SEE TECHNICAL REQUIREMENTS & TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br><br>Inspection and Acceptance<br>INSPECTION: Origin      ACCEPTANCE: Origin<br><br><br>FOB POINT: Destination | | | See Range Pricing | |
| 2009 | CABLE ASSY CX-13306/VRC 4FT<br>NSN: 5995-01-226-2436 | | | | |
| 2009AA | PRODUCTION QUANTITY YEAR 2<br><br>COMMODITY NAME: CABLE ASSY CX-13306/VRC 4FT<br>CLIN CONTRACT TYPE:<br>     Firm Fixed Price<br>PSC: 5995<br><br>     Range Quantities<br>  FROM        TO        UNIT PRICE<br>  1          20        $120.40 | | | See Range Pricing | |

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069 | Page 14 of 58 |
|---|---|---|
| | PIIN/SIIN            MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 21    40    $111.31<br>41    75    $105.84<br><br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>    SEE TECHNICAL REQUIREMENTS & TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br><br>Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin<br><br><br>FOB POINT: Destination | | | | |
| 3001 | CABLE ASSB CX-13306/VRC 5FT<br>NSN: 5995-01-225-0503 | | | | |
| 3001AA | PRODUCTION QUANTITY YEAR 3<br><br>COMMODITY NAME: CABLE ASSB CX-13306/VRC 5FT<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995<br><br>    Range Quantities<br>    FROM    TO      UNIT PRICE<br>    1       50      $120.69<br>    51      100     $114.44<br>    101     170     $111.32<br><br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>    SEE TECHNICAL REQUIREMENTS & TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br><br>Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin<br><br><br>FOB POINT: Destination | | | See Range Pricing | |
| 3002 | CABLE ASSY CX-13306/VRC 14FT<br>NSN: 5995-01-225-0504 | | | | |
| 3002AA | PRODUCTION QUANTITY YEAR 3 | | | See Range Pricing | |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 15 of 58 |
|---|---|---|
| | SPRBL1-18-D-0069 | |
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | COMMODITY NAME: CABLE ASSY CX-13306/VRC 14FT<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995 | | | | |

```
                Range Quantities
     FROM       TO        UNIT PRICE
     1          20        $150.49
     21         40        $144.79
     41         75        $140.09
```

```
Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
     SEE TECHNICAL REQUIREMENTS & TDP
LOCATION OF PACKAGING/PACKING/SPECS:
ADDENDA: J
LEVEL PRESERVATION: Military
LEVEL PACKING: B
```

```
Inspection and Acceptance
INSPECTION: Origin     ACCEPTANCE: Origin
```

```
FOB POINT: Destination
```

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3003 | CABLE ASSY CX-13292/VRC 4FT<br>NSN: 5995-01-219-4703 | | | | |
| 3003AA | PRODUCTION QUANTITY YEAR 3 | | | See Range Pricing | |

```
COMMODITY NAME: CABLE ASSY CX-13292/VRC 4FT
CLIN CONTRACT TYPE:
     Firm Fixed Price
PSC: 5995
```

```
                Range Quantities
     FROM       TO        UNIT PRICE
     1          500       $134.05
     501        1000      $117.44
     1001       1500      $115.58
```

```
Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
     SEE TECHNICAL REQUIREMENTS & TDP
LOCATION OF PACKAGING/PACKING/SPECS:
ADDENDA: J
LEVEL PRESERVATION: Military
LEVEL PACKING: B
```

```
Inspection and Acceptance
INSPECTION: Origin     ACCEPTANCE: Origin
```

```
FOB POINT: Destination
```

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** SPRBL1-18-D-0069 | **Page** 16 **of** 58 |
|---|---|---|
| | **PIIN/SIIN**                          **MOD/AMD** | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3004 | CABLE ASSY CX-13306/VRC 3FT<br>NSN: 5995-01-219-1847 | | | | |
| 3004AA | PRODUCTION QUANTITY YEAR 3 <br><br>COMMODITY NAME: CABLE ASSY CX-13306/VRC 3FT<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995 | | | See Range Pricing | |

Range Quantities

| FROM | TO | UNIT PRICE |
|---|---|---|
| 1 | 30 | $111.32 |
| 31 | 60 | $107.16 |
| 61 | 90 | $103.00 |

Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
    SEE TECHNICAL REQUIREMENTS &TDP
LOCATION OF PACKAGING/PACKING/SPECS:
ADDENDA: J
LEVEL PRESERVATION: Military
LEVEL PACKING: B

Inspection and Acceptance
INSPECTION: Origin      ACCEPTANCE: Origin

FOB POINT: Destination

| 3005 | CABLE ASSY CX-13306/VRC 2FT<br>NSN: 5995-01-219-1848 | | | | |
|---|---|---|---|---|---|
| 3005AA | PRODUCTION QUANTITY YEAR 3 <br><br>COMMODITY NAME: CABLE ASSY CX-13306/VRC 2FT<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995 | | | See Range Pricing | |

Range Quantities

| FROM | TO | UNIT PRICE |
|---|---|---|
| 1 | 20 | $105.74 |
| 21 | 40 | $103.87 |
| 41 | 75 | $102.01 |

Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
    SEE TECHNICAL REQUIREMENTS &TDP
LOCATION OF PACKAGING/PACKING/SPECS:
ADDENDA: J

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 17 of 58 |
|---|---|---|

SPRBL1-18-D-0069

**PIIN/SIIN**                                **MOD/AMD**

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br>Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin<br><br>FOB POINT: Destination | | | | |
| 3006 | CABLE ASSY CX-13303/VRC 4.5FT<br>NSN: 5995-01-300-9324 | | | | |
| 3006AA | PRODUCTION QUANTITY YEAR 3 | | | See Range Pricing | |
| | COMMODITY NAME: CABLE ASSY CX-13303/VRC 4.5FT<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995 | | | | |

Range Quantities

| FROM | TO | UNIT PRICE |
|---|---|---|
| 1 | 1000 | $130.04 |
| 1001 | 2000 | $114.61 |
| 2001 | 4000 | $112.75 |

Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
    SEE TECHNICAL REQUIREMENTS &TDP
LOCATION OF PACKAGING/PACKING/SPECS:
ADDENDA: J
LEVEL PRESERVATION: Military
LEVEL PACKING: B

Inspection and Acceptance
INSPECTION: Origin    ACCEPTANCE: Origin

FOB POINT: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3007 | CABLE ASSY CX-13292/VRC 18FT<br>NSN: 5995-01-219-4706 | | | | |
| 3007AA | PRODUCTION QUANTITY YEAR 3 | | | See Range Pricing | |
| | COMMODITY NAME: CABLE ASSY CX-13292/VRC 18FT<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995 | | | | |

Range Quantities

| FROM | TO | UNIT PRICE |
|---|---|---|
| 1 | 150 | $180.38 |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>SPRBL1-18-D-0069 | Page 18 of 58 |
|---|---|---|
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 151    300    $150.09<br>301    525    $146.18 | | | | |
| | | | | | |
| | Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>    SEE TECHNICAL REQUIREMENTS & TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B | | | | |
| | | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin | | | | |
| | | | | | |
| | FOB POINT: Destination | | | | |
| | | | | | |
| 3008 | CABLE ASSY CX-13290/VRC 22FT<br>NSN: 5995-01-218-6466 | | | | |
| | | | | | |
| 3008AA | PRODUCTION QUANTITY YEAR 3 | | | See Range Pricing | |
| | | | | | |
| | COMMODITY NAME: CABLE ASSY CX-13290/VRC 22FT<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995 | | | | |
| | Range Quantities<br>FROM    TO     UNIT PRICE<br>1       20     $186.51<br>21      40     $167.39<br>41      75     $156.30 | | | | |
| | | | | | |
| | Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>    SEE TECHNICAL REQUIREMENTS & TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B | | | | |
| | | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin | | | | |
| | | | | | |
| | FOB POINT: Destination | | | | |
| | | | | | |
| 3009 | CABLE ASSY CX-13306/VRC 4FT<br>NSN: 5995-01-226-2436 | | | | |
| | | | | | |
| 3009AA | PRODUCTION QUANTITY YEAR 3 | | | See Range Pricing | |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 19 of 58 |
|---|---|---|
| | SPRBL1-18-D-0069 | |
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | COMMODITY NAME: CABLE ASSY CX-13306/VRC 4FT | | | | |
| | CLIN CONTRACT TYPE: | | | | |
| |      Firm Fixed Price | | | | |
| | PSC: 5995 | | | | |
| | | | | | |
| |      Range Quantities | | | | |
| | FROM       TO        UNIT PRICE | | | | |
| | 1          20        $122.81 | | | | |
| | 21         40        $113.54 | | | | |
| | 41         75        $107.95 | | | | |
| | | | | | |
| | | | | | |
| | Packaging and Marking | | | | |
| | PACKAGING/PACKING/SPECIFICATIONS: | | | | |
| |      SEE TECHNICAL REQUIREMENTS & TDP | | | | |
| | LOCATION OF PACKAGING/PACKING/SPECS: | | | | |
| | ADDENDA: J | | | | |
| | LEVEL PRESERVATION: Military | | | | |
| | LEVEL PACKING: B | | | | |
| | | | | | |
| | | | | | |
| | Inspection and Acceptance | | | | |
| | INSPECTION: Origin      ACCEPTANCE: Origin | | | | |
| | | | | | |
| | FOB POINT: Destination | | | | |
| | | | | | |
| | | | | | |
| 4001 | CABLE ASSB CX-13306/VRC 5FT | | | | |
| | NSN: 5995-01-225-0503 | | | | |
| | | | | | |
| | | | | | |
| 4001AA | PRODUCTION QUANTITY YEAR 4 | | | See Range Pricing | |
| | | | | | |
| | COMMODITY NAME: CABLE ASSB CX-13306/VRC 5FT | | | | |
| | CLIN CONTRACT TYPE: | | | | |
| |      Firm Fixed Price | | | | |
| | PSC: 5995 | | | | |
| |      Range Quantities | | | | |
| | FROM       TO        UNIT PRICE | | | | |
| | 1          50        $123.10 | | | | |
| | 51         100       $116.73 | | | | |
| | 101        170       $113.55 | | | | |
| | | | | | |
| | Packaging and Marking | | | | |
| | PACKAGING/PACKING/SPECIFICATIONS: | | | | |
| |      SEE TECHNICAL REQUIREMENTS & TDP | | | | |
| | LOCATION OF PACKAGING/PACKING/SPECS: | | | | |
| | ADDENDA: J | | | | |
| | LEVEL PRESERVATION: Military | | | | |
| | LEVEL PACKING: B | | | | |
| | | | | | |
| | | | | | |
| | Inspection and Acceptance | | | | |
| | INSPECTION: Origin      ACCEPTANCE: Origin | | | | |
| | | | | | |
| | FOB POINT: Destination | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>SPRBL1-18-D-0069 | Page 20 of 58 |
|---|---|---|
| | PIIN/SIIN                          MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4002 | CABLE ASSY CX-13306/VRC 14FT<br>NSN: 5995-01-225-0504 | | | | |
| 4002AA | PRODUCTION QUANTITY YEAR 4<br><br>COMMODITY NAME: CABLE ASSY CX-13306/VRC 14FT<br>CLIN CONTRACT TYPE:<br>     Firm Fixed Price<br>PSC: 5995 | | | See Range Pricing | |

Range Quantities
| FROM | TO | UNIT PRICE |
|---|---|---|
| 1 | 20 | $153.50 |
| 21 | 40 | $147.69 |
| 41 | 75 | $142.89 |

Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
     SEE TECHNICAL REQUIREMENTS & TDP
LOCATION OF PACKAGING/PACKING/SPECS:
ADDENDA: J
LEVEL PRESERVATION: Military
LEVEL PACKING: B

Inspection and Acceptance
INSPECTION: Origin      ACCEPTANCE: Origin

FOB POINT: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4003 | CABLE ASSY CX-13292/VRC 4FT<br>NSN: 5995-01-219-4703 | | | | |
| 4003AA | PRODUCTION QUANTITY YEAR 4<br><br>COMMODITY NAME: CABLE ASSY CX-13292/VRC 4FT<br>CLIN CONTRACT TYPE:<br>     Firm Fixed Price<br>PSC: 5995 | | | See Range Pricing | |

Range Quantities
| FROM | TO | UNIT PRICE |
|---|---|---|
| 1 | 500 | $136.73 |
| 501 | 1000 | $119.79 |
| 1001 | 1500 | $117.89 |

Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
     SEE TECHNICAL REQUIREMENTS & TDP
LOCATION OF PACKAGING/PACKING/SPECS:
ADDENDA: J

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069 | Page 21 of 58 |
|---|---|---|
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br>Inspection and Acceptance<br>INSPECTION: Origin      ACCEPTANCE: Origin<br><br>FOB POINT: Destination | | | | |
| 4004 | CABLE ASSY CX-13306/VRC 3FT<br>NSN: 5995-01-219-1847 | | | | |
| 4004AA | PRODUCTION QUANTITY YEAR 4 <br><br>COMMODITY NAME: CABLE ASSY CX-13306/VRC 3FT<br>CLIN CONTRACT TYPE:<br>      Firm Fixed Price<br>PSC: 5995 | | | See Range Pricing | |

Range Quantities

| FROM | TO | UNIT PRICE |
|---|---|---|
| 1 | 30 | $113.55 |
| 31 | 60 | $109.30 |
| 61 | 90 | $105.06 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>      SEE TECHNICAL REQUIREMENTS &TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br>Inspection and Acceptance<br>INSPECTION: Origin      ACCEPTANCE: Origin<br><br>FOB POINT: Destination | | | | |
| 4005 | CABLE ASSY CX-13306/VRC 2FT<br>NSN: 5995-01-219-1848 | | | | |
| 4005AA | PRODUCTION QUANTITY YEAR 4 <br><br>COMMODITY NAME: CABLE ASSY CX-13306/VRC 2FT<br>CLIN CONTRACT TYPE:<br>      Firm Fixed Price<br>PSC: 5995 | | | See Range Pricing | |

Range Quantities

| FROM | TO | UNIT PRICE |
|---|---|---|
| 1 | 20 | $107.85 |

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 22 of 58 |
|---|---|---|---|
| | SPRBL1-18-D-0069 | | |
| | PIIN/SIIN | MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 21        40          $105.95 | | | | |
| | 41        75          $104.05 | | | | |
| | | | | | |
| | Packaging and Marking | | | | |
| | PACKAGING/PACKING/SPECIFICATIONS: | | | | |
| |     SEE TECHNICAL REQUIREMENTS &TDP | | | | |
| | LOCATION OF PACKAGING/PACKING/SPECS: | | | | |
| | ADDENDA: J | | | | |
| | LEVEL PRESERVATION: Military | | | | |
| | LEVEL PACKING: B | | | | |
| | | | | | |
| | Inspection and Acceptance | | | | |
| | INSPECTION: Origin     ACCEPTANCE: Origin | | | | |
| | | | | | |
| | FOB POINT: Destination | | | | |
| | | | | | |
| 4006 | CABLE ASSY CX-13303/VRC 4.5FT | | | | |
| | NSN: 5995-01-300-9324 | | | | |
| | | | | | |
| 4006AA | PRODUCTION QUANTITY YEAR 4 | | | See Range Pricing | |
| | | | | | |
| | COMMODITY NAME: CABLE ASSY CX-13303/VRC 4.5FT | | | | |
| | CLIN CONTRACT TYPE: | | | | |
| |     Firm Fixed Price | | | | |
| | PSC: 5995 | | | | |
| | | | | | |
| |       Range Quantities | | | | |
| |   FROM     TO       UNIT PRICE | | | | |
| |   1      1000    $132.64 | | | | |
| |   1001   2000    $116.90 | | | | |
| |   2001   4000    $115.00 | | | | |
| | | | | | |
| | Packaging and Marking | | | | |
| | PACKAGING/PACKING/SPECIFICATIONS: | | | | |
| |     SEE TECHNICAL REQUIREMENTS &TDP | | | | |
| | LOCATION OF PACKAGING/PACKING/SPECS: | | | | |
| | ADDENDA: J | | | | |
| | LEVEL PRESERVATION: Military | | | | |
| | LEVEL PACKING: B | | | | |
| | | | | | |
| | Inspection and Acceptance | | | | |
| | INSPECTION: Origin     ACCEPTANCE: Origin | | | | |
| | | | | | |
| | FOB POINT: Destination | | | | |
| | | | | | |
| 4007 | CABLE ASSY CX-13292/VRC 18FT | | | | |
| | NSN: 5995-01-219-4706 | | | | |
| | | | | | |
| 4007AA | PRODUCTION QUANTITY YEAR 4 | | | See Range Pricing | |

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069 | Page 23 of 58 |
|---|---|---|
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | COMMODITY NAME: CABLE ASSY CX-13292/VRC 18FT<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995 | | | | |
| | Range Quantities<br>FROM     TO     UNIT PRICE<br>1      150    $183.99<br>151   300    $153.09<br>301   525    $149.10 | | | | |
| | Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>    SEE TECHNICAL REQUIREMENTS & TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | FOB POINT: Destination | | | | |
| 4008 | CABLE ASSY CX-13290/VRC 22FT<br>NSN: 5995-01-218-6466 | | | | |
| 4008AA | PRODUCTION QUANTITY YEAR 4 | | | See Range Pricing | |
| | COMMODITY NAME: CABLE ASSY CX-13290/VRC 22FT<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995 | | | | |
| | Range Quantities<br>FROM     TO     UNIT PRICE<br>1      20     $190.24<br>21    40     $170.74<br>41    75     $159.43 | | | | |
| | Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>    SEE TECHNICAL REQUIREMENTS & TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | FOB POINT: Destination | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 24 of 58 |
|---|---|---|
| | SPRBL1-18-D-0069 | |
| | PIIN/SIIN          MOD/AMD | |

**Name of Offeror or Contractor:**  DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4009 | CABLE ASSY CX-13306/VRC 4FT<br>NSN: 5995-01-226-2436 | | | | |
| 4009AA | PRODUCTION QUANTITY YEAR 4 | | | See Range Pricing | |

```
                COMMODITY NAME: CABLE ASSY CX-13306/VRC 4FT
                CLIN CONTRACT TYPE:
                     Firm Fixed Price
                PSC: 5995

                      Range Quantities
                   FROM     TO        UNIT PRICE
                   1        20        $125.26
                   21       40        $115.81
                   41       75        $110.11


                Packaging and Marking
                PACKAGING/PACKING/SPECIFICATIONS:
                     SEE TECHNICAL REQUIREMENTS & TDP
                LOCATION OF PACKAGING/PACKING/SPECS:
                ADDENDA: J
                LEVEL PRESERVATION: Military
                LEVEL PACKING: B


                Inspection and Acceptance
                INSPECTION: Origin      ACCEPTANCE: Origin


                FOB POINT: Destination
```

| 5001 | CABLE ASSB CX-13306/VRC 5FT<br>NSN: 5995-01-225-0503 | | | | |
| 5001AA | PRODUCTION QUANTITY YEAR 5 | | | See Range Pricing | |

```
                COMMODITY NAME: CABLE ASSB CX-13306/VRC 5FT
                CLIN CONTRACT TYPE:
                     Firm Fixed Price
                PSC: 5995

                      Range Quantities
                   FROM     TO        UNIT PRICE
                   1        50        $125.56
                   51       100       $119.07
                   101      170       $115.82


                Packaging and Marking
                PACKAGING/PACKING/SPECIFICATIONS:
                     SEE TECHNICAL REQUIREMENTS & TDP
                LOCATION OF PACKAGING/PACKING/SPECS:
                ADDENDA: J
```

| CONTINUATION SHEET | Reference No. of Document Being Continued |  | Page 25 of 58 |
|---|---|---|---|
|  | SPRBL1-18-D-0069 |  |  |
|  | PIIN/SIIN | MOD/AMD |  |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
|  | LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br><br>Inspection and Acceptance<br>INSPECTION: Origin      ACCEPTANCE: Origin<br><br><br>FOB POINT: Destination |  |  |  |  |
| 5002 | CABLE ASSY CX-13306/VRC 14FT<br>NSN: 5995-01-225-0504 |  |  |  |  |
| 5002AA | PRODUCTION QUANTITY YEAR 5<br><br>COMMODITY NAME: CABLE ASSY CX-13306/VRC 14FT<br>CLIN CONTRACT TYPE:<br>     Firm Fixed Price<br>PSC: 5995 |  |  | See Range Pricing |  |

```
           Range Quantities
     FROM        TO      UNIT PRICE
     1           20      $156.57
     21          40      $150.64
     41          75      $145.75
```

|  | Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>     SEE TECHNICAL REQUIREMENTS & TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br><br>Inspection and Acceptance<br>INSPECTION: Origin      ACCEPTANCE: Origin<br><br><br>FOB POINT: Destination |  |  |  |  |
| 5003 | CABLE ASSY CX-13292/VRC 4FT<br>NSN: 5995-01-219-4703 |  |  |  |  |
| 5003AA | PRODUCTION QUANTITY YEAR 5<br><br>COMMODITY NAME: CABLE ASSY CX-13292/VRC 4FT<br>CLIN CONTRACT TYPE:<br>     Firm Fixed Price<br>PSC: 5995 |  |  | See Range Pricing |  |

```
           Range Quantities
     FROM        TO      UNIT PRICE
     1           500     $139.46
```

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>SPRBL1-18-D-0069<br>PIIN/SIIN                    MOD/AMD | Page   26  of  58 |
|---|---|---|

**Name of Offeror or Contractor:**  DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 501     1000     $122.18<br>1001    1500     $120.25 | | | | |
| | | | | | |
| | Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>    SEE TECHNICAL REQUIREMENTS & TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B | | | | |
| | | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin | | | | |
| | | | | | |
| | FOB POINT: Destination | | | | |
| | | | | | |
| 5004 | CABLE ASSY CX-13306/VRC 3FT<br>NSN: 5995-01-219-1847 | | | | |
| | | | | | |
| 5004AA | PRODUCTION QUANTITY YEAR 5 | | | See Range Pricing | |
| | COMMODITY NAME: CABLE ASSY CX-13306/VRC 3FT<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995 | | | | |
| | Range Quantities<br>FROM      TO       UNIT PRICE<br>1         30       $115.82<br>31        60       $111.49<br>61        90       $107.16 | | | | |
| | | | | | |
| | Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>    SEE TECHNICAL REQUIREMENTS &TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B | | | | |
| | | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin | | | | |
| | | | | | |
| | FOB POINT: Destination | | | | |
| | | | | | |
| 5005 | CABLE ASSY CX-13306/VRC 2FT<br>NSN: 5995-01-219-1848 | | | | |
| | | | | | |
| 5005AA | PRODUCTION QUANTITY YEAR 5 | | | See Range Pricing | |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 27 of 58 |
|---|---|---|
| | SPRBL1-18-D-0069 | |
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | COMMODITY NAME: CABLE ASSY CX-13306/VRC 2FT | | | | |
| | CLIN CONTRACT TYPE: | | | | |
| |     Firm Fixed Price | | | | |
| | PSC: 5995 | | | | |
| | | | | | |
| | Range Quantities | | | | |
| | FROM     TO      UNIT PRICE | | | | |
| | 1       20     $110.01 | | | | |
| | 21     40     $108.07 | | | | |
| | 41     75     $106.13 | | | | |
| | | | | | |
| | Packaging and Marking | | | | |
| | PACKAGING/PACKING/SPECIFICATIONS: | | | | |
| |     SEE TECHNICAL REQUIREMENTS &TDP | | | | |
| | LOCATION OF PACKAGING/PACKING/SPECS: | | | | |
| | ADDENDA: J | | | | |
| | LEVEL PRESERVATION: Military | | | | |
| | LEVEL PACKING: B | | | | |
| | | | | | |
| | Inspection and Acceptance | | | | |
| | INSPECTION: Origin   ACCEPTANCE: Origin | | | | |
| | | | | | |
| | FOB POINT: Destination | | | | |
| | | | | | |
| 5006 | CABLE ASSY CX-13303/VRC 4.5FT | | | | |
| | NSN: 5995-01-300-9324 | | | | |
| | | | | | |
| 5006AA | PRODUCTION QUANTITY YEAR 5 | | | See Range Pricing | |
| | | | | | |
| | COMMODITY NAME: CABLE ASSY CX-13303/VRC 4.5FT | | | | |
| | CLIN CONTRACT TYPE: | | | | |
| |     Firm Fixed Price | | | | |
| | PSC: 5995 | | | | |
| | | | | | |
| | Range Quantities | | | | |
| | FROM     TO      UNIT PRICE | | | | |
| | 1      1000   $135.29 | | | | |
| | 1001   2000   $119.24 | | | | |
| | 2001   4000   $117.30 | | | | |
| | | | | | |
| | Packaging and Marking | | | | |
| | PACKAGING/PACKING/SPECIFICATIONS: | | | | |
| |     SEE TECHNICAL REQUIREMENTS &TDP | | | | |
| | LOCATION OF PACKAGING/PACKING/SPECS: | | | | |
| | ADDENDA: J | | | | |
| | LEVEL PRESERVATION: Military | | | | |
| | LEVEL PACKING: B | | | | |
| | | | | | |
| | Inspection and Acceptance | | | | |
| | INSPECTION: Origin   ACCEPTANCE: Origin | | | | |
| | | | | | |
| | FOB POINT: Destination | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>SPRBL1-18-D-0069 | Page 28 of 58 |
|---|---|---|
| | PIIN/SIIN                         MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5007 | CABLE ASSY CX-13292/VRC 18FT<br>NSN: 5995-01-219-4706 | | | | |
| 5007AA | PRODUCTION QUANTITY YEAR 5 | | | See Range Pricing | |

COMMODITY NAME: CABLE ASSY CX-13292/VRC 18FT
CLIN CONTRACT TYPE:
    Firm Fixed Price
PSC: 5995

        Range Quantities
| FROM | TO | UNIT PRICE |
|---|---|---|
| 1 | 150 | $187.67 |
| 151 | 300 | $156.15 |
| 301 | 525 | $152.08 |

Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
    SEE TECHNICAL REQUIREMENTS & TDP
LOCATION OF PACKAGING/PACKING/SPECS:
ADDENDA: J
LEVEL PRESERVATION: Military
LEVEL PACKING: B

Inspection and Acceptance
INSPECTION: Origin     ACCEPTANCE: Origin

FOB POINT: Destination

| 5008 | CABLE ASSY CX-13290/VRC 22FT<br>NSN: 5995-01-218-6466 | | | | |
| 5008AA | PRODUCTION QUANTITY YEAR 5 | | | See Range Pricing | |

COMMODITY NAME: CABLE ASSY CX-13290/VRC 22FT
CLIN CONTRACT TYPE:
    Firm Fixed Price
PSC: 5995

        Range Quantities
| FROM | TO | UNIT PRICE |
|---|---|---|
| 1 | 20 | $194.05 |
| 21 | 40 | $174.15 |
| 41 | 75 | $162.61 |

Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
    SEE TECHNICAL REQUIREMENTS & TDP
LOCATION OF PACKAGING/PACKING/SPECS:
ADDENDA: J

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>SPRBL1-18-D-0069 | Page 29 of 58 |
|---|---|---|
| | PIIN/SIIN                     MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br>Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin<br><br>FOB POINT: Destination | | | | |
| 5009 | CABLE ASSY CX-13306/VRC 4FT<br>NSN: 5995-01-226-2436 | | | | |
| 5009AA | PRODUCTION QUANTITY YEAR 5<br><br>COMMODITY NAME: CABLE ASSY CX-13306/VRC 4FT<br>CLIN CONTRACT TYPE:<br>       Firm Fixed Price<br>PSC: 5995 | | | See Range Pricing | |

Range Quantities

| FROM | TO | UNIT PRICE |
|---|---|---|
| 1 | 20 | $127.77 |
| 21 | 40 | $118.13 |
| 41 | 75 | $112.31 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>      SEE TECHNICAL REQUIREMENTS & TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br>Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin<br><br>FOB POINT: Destination | | | | |
| 9000 | Basic CLIN for ELIN<br><br>The below ELINs are associated with the Data Item<br>Numbers on the Contract Data Requirements List (CDRL)<br>(DD form 1423), in Section J.<br><br>          (End of narrative A001) | | | | |
| A001 | Hardware Data Item - Not Priced<br><br>COMMODITY NAME: CONFIGURATION CONTROL | | | $_____ ** NSP ** | $_____ ** NSP ** |

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 30 of 58 |
|---|---|---|---|
| | PIIN/SIIN  SPRBL1-18-D-0069 | MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995 | | | | |
| | Packaging and Marking | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | FOB POINT: | | | | |
| B001 | Hardware Data Item - Not Priced | | | $_____ ** NSP ** | $_____ ** NSP ** |
| | COMMODITY NAME: PRODUCTION EVALUATION<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995 | | | | |
| | Packaging and Marking | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | FOB POINT: | | | | |
| C001 | Hardware Data Item - Not Priced | | | $_____ ** NSP ** | $_____ ** NSP ** |
| | COMMODITY NAME: PRODUCT DATA<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995 | | | | |
| | Packaging and Marking | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | FOB POINT: | | | | |
| D001 | Hardware Data Item - Not Priced | | | $_____ ** NSP ** | $_____ ** NSP ** |
| | COMMODITY NAME: FIRST ARTICLE TEST PLAN<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995 | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 31 of 58 |
|---|---|---|---|
| | SPRBL1-18-D-0069 | | |
| | PIIN/SIIN | MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Packaging and Marking | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | FOB POINT: | | | | |
| E001 | Hardware Data Item - Not Priced | | | $        ** NSP ** | $        ** NSP ** |
| | COMMODITY NAME: FIRST ARTICLE TEST PLAN<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>PSC: 5995 | | | | |
| | Packaging and Marking | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | FOB POINT: | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 32 of 58 |
|---|---|---|
| | SPRBL1-18-D-0069 | |
| | **PIIN/SIIN**                    **MOD/AMD** | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

DLAD PROC NOTE C02 Manufacturing Phase-Out or Discontinuation of Production, Diminishing Sources, and Obsolete Materials or Components (DEC 2016)

DLAD PROC NOTE C04 Unused Former Government Surplus Property (DEC 2016)

DLAD PROC NOTE C14 Repackaging or Relabeling to Correct Deficiencies (AUG 2017)

*** END OF NARRATIVE C0001 ***

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>SPRBL1-18-D-0069<br>**PIIN/SIIN**                      **MOD/AMD** | **Page** 33 **of** 58 |
|---|---|---|

**Name of Offeror or Contractor:**  DCX-CHOL ENTERPRISES, INC.

SECTION D - PACKAGING AND MARKING

DLAD T/Q RP001: DLA PACKAGING REQUIREMENTS FOR PROCUREMENT

Note: MIL-STD-129R applies in all locations in the solicitation/contract where MIL-STD 129 is referenced.

*** END OF NARRATIVE D0001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 34 of 58 |
|---|---|---|
| | SPRBL1-18-D-0069 | |
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

SECTION E - INSPECTION AND ACCEPTANCE

This document incorporates one or more clauses by reference, with the same force and effect as if they were given in full text.  Upon request, the Contracting Officer will make their full text available.  Also, the full text of a clause may be accessed electronically at these addresses:

http://farsite.hill.af.mil/   or   https://www.acquisition.gov/

If the clause requires additional or unique information, then that information is provided immediately after the clause title.

|  | Regulatory Cite | Title | Date |
|---|---|---|---|
| E-1 | 52.246-2 | INSPECTION OF SUPPLIES--FIXED-PRICE | AUG/1996 |
| E-2 | 52.246-16 | RESPONSIBILITY FOR SUPPLIES | APR/1984 |

DLAD PROC NOTE E05 Product Verification Testing (SEP 2016)

DLAD T/Q RQ009: INSPECTION AND ACCEPTANCE AT ORIGIN

DLAD PROC NOTE E06 Inspection and Acceptance at Origin (SEP 2016)

The contractor shall indicate the location where supplies will be inspected:
Commercial and Government Entity (CAGE) code:71CU6

Address:1615 E Wallace St. Fort Wayne, IN. 46803

Applicable to contract line-item numbers(s) (CLIN(s)):ALL

The contractor shall indicate the location where packaging will be inspected:
(X) Same as for supplies OR
CAGE code: _____
Address: _____
Applicable to CLIN(s): _____

*** END OF NARRATIVE E0001 ***

| | |
|---|---|
| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** |

**Reference No. of Document Being Continued**

PIIN/SIIN   SPRBL1-18-D-0069                      MOD/AMD

**Page** 35 **of** 58

**Name of Offeror or Contractor:**  DCX-CHOL ENTERPRISES, INC.

SECTION F - DELIVERIES OR PERFORMANCE

This document incorporates one or more clauses by reference, with the same force and effect as if they were given in full text.  Upon request, the Contracting Officer will make their full text available.  Also, the full text of a clause may be accessed electronically at these addresses:

http://farsite.hill.af.mil/ or  https://www.acquisition.gov/

If the clause requires additional or unique information, then that information is provided immediately after the clause title.

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| F-1 | 52.211-17 | DELIVERY OF EXCESS QUANTITIES | SEP/1989 |
| F-2 | 52.242-15 | STOP-WORK ORDER | AUG/1989 |
| F-3 | 52.242-17 | GOVERNMENT DELAY OF WORK | APR/1984 |
| F-4 | 52.247-34 | F.O.B. DESTINATION | NOV/1991 |
| F-5 | 52.247-48 | F.O.B. DESTINATION--EVIDENCE OF SHIPMENT | FEB/1999 |
| F-6 | 52.247-58 | LOADING, BLOCKING, AND BRACING OF FREIGHT CAR SHIPMENTS | APR/1984 |

TIME OF DELIVERY AND SHIP TO LOCATION

For ALL CLINs: First Article Test (FAT) Plan and Report

FAT Plan

Submission FAT Plan Days after Award
30 Days
Government Days for Review and Comments After Receipt of FAT Plan
45 Days
Final FAT Plan Due After Receipt of Comments
30 Days

FAT Report

Submission FAT Report Days After Testing
20 Days
Government Days for Review and Comments After Receipt of FAT Report
30 Days
Contractor Submit Revised FAT Report After Receipt of Comments
15 Days
Government Days for Review and Comments After Receipt of Revision of FAT Report
30 Days

Production Delivery Without First Article Test

ARO-Days After Delivery Order Issued.

CLINs 1001-5001 NSN 5995-01-225-0503, CX-13306/VRC (5ft 0in):
100 each 120 days ARO and
100 each every 30 days thereafter until order is complete

CLINs 1002-5002 NSN 5995-01-225-0504, CX-13306/VRC (14ft 0in):
100 each 120 days ARO and
100 each every 30 days thereafter until order is complete

CLINs 1003-5003 NSN 5995-01-219-4703, CX-13292/VRC (4ft 0in):
1000 each 120 days ARO and
1000 each every 30 days thereafter until order is complete

CLINs 1004-5004 NSN 5995-01-219-1847, CX-13306/VRC (3ft 0in):
100 each 120 days ARO and
100 each every 30 days thereafter until order is complete

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 36 of 58 |
|---|---|---|
| | SPRBL1-18-D-0069 | |
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

```
CLINs 1005-5005 NSN 5995-01-219-1848, CX-13306/VRC (2ft 0in):
100 each 120 days ARO and
100 each every 30 days thereafter until order is complete

CLINs 1006-5006 NSN 5995-01-300-9324, CX-13303/VRC (4ft 6in):
1200 each 120 days ARO and
1200 each every 30 days thereafter until order is complete

CLINs 1007-5007 NSN 5995-01-219-4706, CX-13292/VRC (18ft 0in):
100 each 120 days ARO and
100 each every 30 days thereafter until order is complete

CLINs 1008-5008 NSN 5995-01-218-6466, CX-13290/VRC (22ft 0in):
100 each 120 days ARO and
100 each every 30 days thereafter until order is complete

CLINs 1009-5009 NSN 5995-01-226-2436, CX-13306/VRC (4ft 0in):
100 each 120 days ARO and
100 each every 30 days thereafter until order is complete
```

Production Delivery With First Article Test

```
ARO-Days After Delivery Order Issued.

CLINs 1001-5001 NSN 5995-01-225-0503, CX-13306/VRC (5ft 0in):
10 each 275 days ARO and
100 each every 30 days thereafter until order is complete

CLINs 1002-5002 NSN 5995-01-225-0504, CX-13306/VRC (14ft 0in):
10 each 275 days ARO and
100 each every 30 days thereafter until order is complete

CLINs 1003-5003 NSN 5995-01-219-4703, CX-13292/VRC (4ft 0in):
10 each 275 days ARO and
1000 each every 30 days thereafter until order is complete

CLINs 1004-5004 NSN 5995-01-219-1847, CX-13306/VRC (3ft 0in):
10 each 275 days ARO and
100 each every 30 days thereafter until order is complete

CLINs 1005-5005 NSN 5995-01-219-1848, CX-13306/VRC (2ft 0in):
10 each 275 days ARO and
100 each every 30 days thereafter until order is complete

CLINs 1006-5006 NSN 5995-01-300-9324, CX-13303/VRC (4ft 6in):
10 each 275 days ARO and
1200 each every 30 days thereafter until order is complete

CLINs 1007-5007 NSN 5995-01-219-4706, CX-13292/VRC (18ft 0in):
10 each 275 days ARO and
100 each every 30 days thereafter until order is complete

CLINs 1008-5008 NSN 5995-01-218-6466, CX-13290/VRC (22ft 0in):
10 each 275 days ARO and
100 each every 30 days thereafter until order is complete

CLINs 1009-5009 NSN 5995-01-226-2436, CX-13306/VRC (4ft 0in):
10 each 275 days ARO and
100 each every 30 days thereafter until order is complete
```

Ship To Locations

```
For CLINs 1001-5009, the ship to locations is:
```

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 37 **of** 58 |
|---|---|---|
| | SPRBL1-18-D-0069 | |
| | **PIIN/SIIN**                    **MOD/AMD** | |

**Name of Offeror or Contractor:**  DCX-CHOL ENTERPRISES, INC.

(W25G1U)
SU W1AB DLA Distribution
DDSP New Cumberland Facility
2001 Normandy Drive Door 114-134
New Cumberland, PA. 17070-5002


For CLINs 9001, A001-E001 the ship to location is as listed below and per the CDRLs in Exhibit A Technical Requirements-Technical
Specifications and Instructions.


(SPRBL)
DLA Land Aberdeen
DLR Procurement Operations-ZL
6565 Surveillance Loop BLDG 6001 RM C1-301
Aberdeen Proving Grounds, MD. 21005-1846



*** END OF NARRATIVE F0001 ***

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>SPRBL1-18-D-0069 | **Page** 38 **of** 58 |
|---|---|---|
| | **PIIN/SIIN**                          **MOD/AMD** | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

SECTION G - CONTRACT ADMINISTRATION DATA

| Regulatory Cite | Title | Date |
|---|---|---|

G-1      252.232-7006      WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS                    MAY/2013

(a) Definitions. As used in this clause--

"Department of Defense Activity Address Code (DoDAAC)" is a six position code that uniquely identifies a unit, activity, or organization.

"Document type" means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

"Local processing office (LPO)" is the office responsible for payment certification when payment certification is done external to the entitlement system.

(b) Electronic invoicing. The WAWF system is the method to electronically process vendor payment requests and receiving reports, as authorized by DFARS 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(c) WAWF access. To access WAWF, the Contractor shall--

   (1) Have a designated electronic business point of contact in the System for Award Management at https://www.acquisition.gov; and

   (2) Be registered to use WAWF at https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this Web site.

(d) WAWF training. The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at https://wawf.eb.mil/.

(e) WAWF methods of document submission. Document submissions may be via Web entry, Electronic Data Interchange, or File Transfer Protocol.

(f) WAWF payment instructions. The Contractor must use the following information when submitting payment requests and receiving reports in WAWF for this contract/order:

   (1) Document type. The Contractor shall use the following document type(s).

Invoice and Receiving Report (Combination)

   (2) Inspection/acceptance location. The Contractor shall select the following inspection/acceptance location(s) in WAWF, as specified by the contracting officer.

Inspection/Acceptance Location is Origin

   (3) Document routing. The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

Routing Data Table*

| Field Name in WAWF | Data to be entered in WAWF |
|---|---|
| Pay Official DoDAAC | HQ0490 |
| Issue By DoDAAC | SPRBL1 |
| Admin DoDAAC | S3605A |
| Inspect By DoDAAC | S3605A |
| | |
| Ship To Code: | |
| Production Hardware | W25G1U |
| CDRL Data | SPRBL1 |
| | |
| Ship From Code | N/A |
| Mark For Code | N/A |
| Service Approver (DoDAAC) | N/A |
| Service Acceptor (DoDAAC) | N/A |
| Accept at Other DoDAAC | N/A |

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>SPRBL1-18-D-0069 | **Page** 39 **of** 58 |
|---|---|---|
| | **PIIN/SIIN**                **MOD/AMD** | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

```
    LPO DoDAAC                        N/A
    DCAA Auditor DoDAAC               N/A
    Other DoDAAC(s)                   N/A
-------------------------------------------------------------------
```

   (4) Payment request and supporting documentation. The Contractor shall ensure a payment request includes appropriate contract line item and subline item descriptions of the work performed or supplies delivered, unit price/cost per unit, fee (if applicable), and all relevant back-up documentation, as defined in DFARS Appendix F, (e.g. timesheets) in support of each payment request.

   (5) WAWF email notifications. The Contractor shall enter the email address identified below in the "Send Additional Email Notifications" field of WAWF once a document is submitted in the system.

james.reese@dla.mil

(g) WAWF point of contact. (1) The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

DCM_DAYTON@DCMA.MIL

   (2) For technical WAWF help, contact the WAWF helpdesk at 866-618-5988.

                              (End of clause)

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 40 **of** 58 |
|---|---|---|
| | SPRBL1-18-D-0069 | |
| | **PIIN/SIIN**             **MOD/AMD** | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

SECTION H - SPECIAL CONTRACT REQUIREMENTS

DLAD T/Q RQ0011-Removal of Government identification non-acceptable supplies.


*** END OF NARRATIVE H0001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 41 of 58 |
|---|---|---|
| | SPRBL1-18-D-0069 | |
| | PIIN/SIIN                              MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

SECTION I - CONTRACT CLAUSES

This document incorporates one or more clauses by reference, with the same force and effect as if they were given in full text.  Upon request, the Contracting Officer will make their full text available.  Also, the full text of a clause may be accessed electronically at these addresses:

http://farsite.hill.af.mil/ or  https://www.acquisition.gov/

If the clause requires additional or unique information, then that information is provided immediately after the clause title.

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| I-1 | 52.202-1 | DEFINITIONS | NOV/2013 |
| I-2 | 52.203-3 | GRATUITIES | APR/1984 |
| I-3 | 52.203-5 | COVENANT AGAINST CONTINGENT FEES | MAY/2014 |
| I-4 | 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT | SEP/2006 |
| I-5 | 52.203-7 | ANTI-KICKBACK PROCEDURES | MAY/2014 |
| I-6 | 52.203-8 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY | MAY/2014 |
| I-7 | 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY | MAY/2014 |
| I-8 | 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS | OCT/2010 |
| I-9 | 52.203-19 | PROHIBITION ON REQUIRING CERTAIN INTERNAL CONFIDENTIALITY AGREEMENTS OR STATEMENTS | JAN/2017 |
| I-10 | 52.204-4 | PRINTED OR COPIED DOUBLE-SIDED ON POSTCONSUMER FIBER CONTENT PAPER | MAY/2011 |
| I-11 | 52.204-10 | REPORTING EXECUTIVE COMPENSATION AND FIRST-TIER SUBCONTRACT AWARDS | OCT/2016 |
| I-12 | 52.204-13 | SYSTEM FOR AWARD MANAGEMENT MAINTENANCE | OCT/2016 |
| I-13 | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT | OCT/2015 |
| I-14 | 52.209-9 | UPDATES OF PUBLICLY AVAILABLE INFORMATION REGARDING RESPONSIBILITY MATTERS | JUL/2013 |
| I-15 | 52.209-10 | PROHIBITION ON CONTRACTING WITH INVERTED DOMESTIC CORPORATIONS | NOV/2015 |
| I-16 | 52.210-1 | MARKET RESEARCH | APR/2011 |
| I-17 | 52.211-5 | MATERIAL REQUIREMENTS | AUG/2000 |
| I-18 | 52.215-2 | AUDIT AND RECORDS--NEGOTIATIONS | OCT/2010 |
| I-19 | 52.215-8 | ORDER OF PRECEDENCE--UNIFORM CONTRACT FORMAT | OCT/1997 |
| I-20 | 52.215-14 | INTEGRITY OF UNIT PRICES | OCT/2010 |
| I-21 | 52.219-6 | NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE | NOV/2011 |
| I-22 | 52.222-19 | CHILD LABOR--COOPERATION WITH AUTHORITIES AND REMEDIES | JAN/2018 |
| I-23 | 52.222-21 | PROHIBITION OF SEGREGATED FACILITIES | APR/2015 |
| I-24 | 52.222-26 | EQUAL OPPORTUNITY | SEP/2016 |
| I-25 | 52.222-37 | EMPLOYMENT REPORTS ON VETERANS | FEB/2016 |
| I-26 | 52.222-40 | NOTIFICATION OF EMPLOYEE RIGHTS UNDER THE NATIONAL LABOR RELATIONS ACT | DEC/2010 |
| I-27 | 52.222-50 | COMBATING TRAFFICKING IN PERSONS | MAR/2015 |
| I-28 | 52.223-6 | DRUG-FREE WORKPLACE | MAY/2001 |
| I-29 | 52.223-18 | ENCOURAGING CONTRACTOR POLICIES TO BAN TEXT MESSAGING WHILE DRIVING | AUG/2011 |
| I-30 | 52.225-13 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES | JUN/2008 |
| I-31 | 52.227-1 | AUTHORIZATION AND CONSENT | DEC/2007 |
| I-32 | 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT | DEC/2007 |
| I-33 | 52.229-3 | FEDERAL, STATE, AND LOCAL TAXES | FEB/2013 |
| I-34 | 52.232-1 | PAYMENTS | APR/1984 |
| I-35 | 52.232-8 | DISCOUNTS FOR PROMPT PAYMENT | FEB/2002 |
| I-36 | 52.232-11 | EXTRAS | APR/1984 |
| I-37 | 52.232-17 | INTEREST | MAY/2014 |
| I-38 | 52.232-23 | ASSIGNMENT OF CLAIMS | MAY/2014 |
| I-39 | 52.232-25 | PROMPT PAYMENT | JAN/2017 |
| I-40 | 52.232-33 | PAYMENT BY ELECTRONIC FUNDS TRANSFER--SYSTEM FOR AWARD MANAGEMENT | JUL/2013 |
| I-41 | 52.232-39 | UNENFORCEABILITY OF UNAUTHORIZED OBLIGATIONS | JUN/2013 |
| I-42 | 52.232-40 | PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS | DEC/2013 |
| I-43 | 52.233-1 | DISPUTES | MAY/2014 |
| I-44 | 52.233-3 | PROTEST AFTER AWARD | AUG/1996 |
| I-45 | 52.233-4 | APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM | OCT/2004 |
| I-46 | 52.242-13 | BANKRUPTCY | JUL/1995 |
| I-47 | 52.243-1 | CHANGES--FIXED PRICE | AUG/1987 |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 42 of 58 |
|---|---|---|
| | SPRBL1-18-D-0069 | |
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| I-48 | 52.244-6 | SUBCONTRACTS FOR COMMERCIAL ITEMS | NOV/2017 |
| I-49 | 52.246-23 | LIMITATION OF LIABILITY | FEB/1997 |
| I-50 | 52.248-1 | VALUE ENGINEERING | OCT/2010 |
| I-51 | 52.249-2 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) | APR/2012 |
| I-52 | 52.249-8 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) | APR/1984 |
| I-53 | 52.253-1 | COMPUTER GENERATED FORMS | JAN/1991 |
| I-54 | 252.203-7000 | REQUIREMENTS RELATING TO COMPENSATION OF FORMER DOD OFFICIALS | SEP/2011 |
| I-55 | 252.203-7001 | PROHIBITION ON PERSONS CONVICTED OF FRAUD OR OTHER DEFENSE-CONTRACT-RELATED FELONIES | DEC/2008 |
| I-56 | 252.203-7002 | REQUIREMENT TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS | SEP/2013 |
| I-57 | 252.203-7003 | AGENCY OFFICE OF THE INSPECTOR GENERAL | DEC/2012 |
| I-58 | 252.203-7004 | DISPLAY OF HOTLINE POSTERS | OCT/2016 |
| I-59 | 252.204-7003 | CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT | APR/1992 |
| I-60 | 252.204-7004 | ALTERNATE A, SYSTEM FOR AWARD MANAGEMENT | FEB/2014 |
| I-61 | 252.204-7009 | LIMITATIONS ON THE USE OR DISCLOSURE OF THIRD-PARTY CONTRACTOR REPORTED CYBER INCIDENT INFORMATION | OCT/2016 |
| I-62 | 252.204-7012 | SAFEGUARDING COVERED DEFENSE INFORMATION AND CYBER INCIDENT REPORTING | OCT/2016 |
| I-63 | 252.204-7015 | NOTICE OF AUTHORIZED DISCLOSURE OF INFORMATION FOR LITIGATION SUPPORT | MAY/2016 |
| I-64 | 252.205-7000 | PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS | DEC/1991 |
| I-65 | 252.209-7004 | SUBCONTRACTING WITH FIRMS THAT ARE OWNED OR CONTROLLED BY THE GOVERNMENT OF A TERRORIST COUNTRY | OCT/2015 |
| I-66 | 252.222-7006 | RESTRICTIONS ON THE USE OF MANDATORY ARBITRATION AGREEMENTS | DEC/2010 |
| I-67 | 252.225-7001 | BUY AMERICAN AND BALANCE OF PAYMENTS PROGRAM--BASIC | DEC/2017 |
| I-68 | 252.225-7002 | QUALIFYING COUNTRY SOURCES AS SUBCONTRACTORS | DEC/2017 |
| I-69 | 252.225-7041 | CORRESPONDENCE IN ENGLISH | JUN/1997 |
| I-70 | 252.225-7048 | EXPORT-CONTROLLED ITEMS | JUN/2013 |
| I-71 | 252.226-7001 | UTILIZATION OF INDIAN ORGANIZATIONS, INDIAN-OWNED ECONOMIC ENTERPRISES, AND NATIVE HAWAIIAN SMALL BUSINESS CONCERNS | SEP/2004 |
| I-72 | 252.231-7000 | SUPPLEMENTAL COST PRINCIPLES | DEC/1991 |
| I-73 | 252.232-7003 | ELECTRONIC SUBMISSION OF PAYMENT REQUESTS AND RECEIVING REPORTS | JUN/2012 |
| I-74 | 252.232-7010 | LEVIES ON CONTRACT PAYMENTS | DEC/2006 |
| I-75 | 252.243-7001 | PRICING OF CONTRACT MODIFICATIONS | DEC/1991 |
| I-76 | 252.243-7002 | REQUESTS FOR EQUITABLE ADJUSTMENT | DEC/2012 |
| I-77 | 252.246-7000 | MATERIAL INSPECTION AND RECEIVING REPORT | MAR/2008 |
| I-78 | 252.246-7003 | NOTIFICATION OF POTENTIAL SAFETY ISSUES | JUN/2013 |
| I-79 | 252.246-7008 | SOURCES OF ELECTRONIC PARTS | MAY/2018 |
| I-80 | 252.247-7023 | TRANSPORTATION OF SUPPLIES BY SEA--BASIC | APR/2014 |
| I-81 | 52.209-3 | FIRST ARTICLE APPROVAL -- CONTRACTOR TESTING | SEP/1989 |

ADDITIONAL INFORMATION FOR CLAUSE FAR 52.209-3 FIRST ARTICLE APPROVAL-CONTRACTOR TESTING
Note to Lot/Item (FAR 52.209-3(b)): The first production lot shall contain a minimum of 20 units for each nomenclature of cable by CX-XXXXX No., which are CLINs 1001 through 1009.


(a) The Contractor shall test 2 unit(s) of CLINs 1001 through 1009, nomenclature of cable by CX-XXXXX No., as specified in this contract. At least 30 calendar days before the beginning of first article tests, the Contractor shall notify the Contracting Officer, in writing, of the time and location of the testing so that the Government may witness the tests.


(b) The Contractor shall submit the first article test report within 200 calendar days from the date of this contract to SPRBL1 marked First Article Test Report: Contract No. ___, Lot/Item No. ___. Within 30 calendar days after the Government receives the test report, the Contracting Officer shall notify the Contractor, in writing, of the conditional approval, approval, or disapproval of the first article. The notice of conditional approval or approval shall not relieve the Contractor from complying with all requirements of the specifications and all other terms and conditions of this contract. A notice of conditional approval shall state any further action required of the Contractor. A notice of disapproval shall cite reasons for the disapproval.


(c) If the first article is disapproved, the Contractor, upon Government request, shall repeat any or all first article tests. After each request for additional tests, the Contractor shall make any necessary changes, modifications, or repairs to the first article or select another first article for testing. All costs related to these tests are to be borne by the Contractor, including any and all costs for additional tests following a disapproval. The Contractor shall then conduct the tests and deliver another report to the Government under the terms and conditions and within the time specified by the Government. The Government shall take action on this report within the time specified in paragraph (b) above. The Government reserves the right to require an equitable adjustment of the

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 43 of 58 |
|---|---|---|
| | PIIN/SIIN   SPRBL1-18-D-0069 | |
| | MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

contract price for any extension of the delivery schedule, or for any additional costs to the Government related to these tests.

(d) If the Contractor fails to deliver any first article report on time, or the Contracting Officer disapproves any first article, the Contractor shall be deemed to have failed to make delivery within the meaning of the Default clause of this contract.

(e) Unless otherwise provided in the contract, and if the approved first article is not consumed or destroyed in testing, the Contractor may deliver the approved first article as part of the contract quantity if it meets all contract requirements for acceptance.

(f) If the Government does not act within the time specified in paragraph (b) or (c) above, the Contracting Officer shall, upon timely written request from the Contractor, equitably adjust under the changes clause of this contract the delivery or performance dates and/or the contract price, and any other contractual term affected by the delay.

(g) Before first article approval, the acquisition of materials or components for, or the commencement of production of, the balance of the contract quantity is at the sole risk of the Contractor. Before first article approval, the costs thereof shall not be allocable to this contract for

  (1) progress payments, or

  (2) termination settlements if the contract is terminated for the convenience of the Government.

(h) The Government may waive the requirement for first article approval test where supplies identical or similar to those called for in the schedule have been previously furnished by the offeror/contractor and have been accepted by the Government. The offeror/contractor may request a waiver.

<div align="center">(End of Clause)</div>

| I-82 | 52.215-21 | REQUIREMENTS FOR CERTIFIED COST OR PRICING DATA AND DATA OTHER THAN CERTIFIED COST OR PRICING DATA--MODIFICATIONS (OCT 2010) -- ALTERNATE IV (OCT 2010) | OCT/2010 |
|---|---|---|---|

(a) Submission of certified cost or pricing data is not required.

(b) Provide data described below: : receipts of other sale other than government, catalog pricing or any other information needed to determine fair and responable pricing.

<div align="center">(End of Clause)</div>

| I-83 | 52.216-19 | ORDER LIMITATIONS | OCT/1995 |
|---|---|---|---|

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than (1) the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor --

  (1) Any order for a single item in excess of highest quantity in the highest quantity range.

  (2) Any order for a combination of items in excess of 6585; or

  (3) A series of orders from the same ordering office within 30 days that together call for quantities exceeding the limitation in subparagraph (b)(1) or (2) of this section.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) of this section.

(d) Notwithstanding paragraphs (b) and (c) of this section, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 10 days after issuance, with written notice stating the Contractors intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

<div align="center">(End of Clause)</div>

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 44 of 58 |
|---|---|---|
| | SPRBL1-18-D-0069 | |
| | PIIN/SIIN                MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

I-84      52.216-22      INDEFINITE QUANTITY                                                   OCT/1995

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period  stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only  and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering  clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified  in the Schedule up to and including the quantity designated in the Schedule as the maximum. The Government  shall order at least the quantity of supplies or services designated in the Schedule as the minimum.

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no  limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple  destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's  and Government's rights and obligations with respect to that order to the same extent as if the order were  completed during the contracts effective period; provided, that the Contractor shall not be required to make  any deliveries under this contract after the last date listed on the last delivery order issued on the contract.

(End of Clause)

I-85      52.246-17      WARRANTY OF SUPPLIES OF A NON-COMPLEX NATURE                           JUN/2003

(a) Definitions. As used in this clause--

  Acceptance means the act of an authorized representative of the Government by which the Government assumes  for itself, or as an agent of another, ownership of existing supplies, or approves specific services as partial  or complete performance of the contract.

  Supplies means the end items furnished by the Contractor and related services required under the contract.  The word does not include data.

(b) Contractors obligations.

  (1) Notwithstanding inspection and acceptance by the Government of supplies furnished under this contract, or  any condition of this contract concerning the conclusiveness thereof, the Contractor warrants that for one year.

    (i) All supplies furnished under this contract will be free from defects in material or workmanship and will  conform with all requirements of this contract; and

    (ii) The preservation, packaging, packing, and marking, and the preparation for, and method of, shipment of  such supplies will conform with the requirements of this contract.

  (2) When return, correction, or replacement is required, transportation charges and responsibility for the  supplies while in transit shall be borne by the Contractor. However, the Contractors liability for the  transportation charges shall not exceed an amount equal to the cost of transportation by the usual commercial  method of shipment between the place of delivery specified in this contract and the Contractors plant, and  return.

  (3) Any supplies or parts thereof, corrected or furnished in replacement under this clause, shall also be  subject to the terms of this clause to the same extent as supplies initially delivered. The warranty, with  respect to supplies or parts thereof, shall be equal in duration to that in paragraph (b)(1) of this clause and  shall run from the date of delivery of the corrected or replaced supplies.

  (4) All implied warranties of merchantability and fitness for a particular purpose are excluded from any  obligation contained in this contract.

(c) Remedies available to the Government.

  (1) The Contracting Officer shall give written notice to the Contractor of any breach of warranties in  paragraph (b)(1) of this clause within 14 days.

  (2) Within a reasonable time after the notice, the Contracting Officer may either --

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>SPRBL1-18-D-0069 | Page 45 of 58 |
|---|---|---|
| | PIIN/SIIN                                MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

(i) Require, by written notice, the prompt correction or replacement of any supplies or parts thereof (including preservation, packaging, packing, and marking) that do not conform with the requirements of this contract within the meaning of paragraph (b)(1) of this clause; or

(ii) Retain such supplies and reduce the contract price by an amount equitable under the circumstances.

(3)(i) If the contract provides for inspection of supplies by sampling procedures, conformance of supplies or components subject to warranty action shall be determined by the applicable sampling procedures in the contract. The Contracting Officer --

(A) May, for sampling purposes, group any supplies delivered under this contract;

(B) Shall require the size of the sample to be that required by sampling procedures specified in the contract for the quantity of supplies on which warranty action is proposed;

(C) May project warranty sampling results over supplies in the same shipment or other supplies contained in other shipments even though all of such supplies are not present at the point of reinspection; provided, that the supplies remaining are reasonably representative of the quantity on which warranty action is proposed; and

(D) Need not use the same lot size as on original inspection or reconstitute the original inspection lots.

(ii) Within a reasonable time after notice of any breach of the warranties specified in paragraph (b)(1) of this clause, the Contracting Officer may exercise one or more of the following options:

(A) Require an equitable adjustment in the contract price for any group of supplies.

(B) Screen the supplies grouped for warranty action under this clause at the Contractors expense and return all nonconforming supplies to the Contractor for correction or replacement.

(C) Require the Contractor to screen the supplies at locations designated by the Government within the contiguous United States and to correct or replace all nonconforming supplies.

(D) Return the supplies grouped for warranty action under this clause to the Contractor (irrespective of the f.o.b. point or the point of acceptance) for screening and correction or replacement.

(4)(i) The Contracting Officer may, by contract or otherwise, correct or replace the nonconforming supplies with similar supplies from another source and charge to the Contractor the cost occasioned to the Government thereby if the Contractor --

(A) Fails to make redelivery of the corrected or replaced supplies within the time established for their return; or

(B) Fails either to accept return of the nonconforming supplies or fails to make progress after their return to correct or replace them so as to endanger performance of the delivery schedule, and in either of these circumstances does not cure such failure within a period of 10 days (or such longer period as the Contracting Officer may authorize in writing) after receipt of notice from the Contracting Officer specifying such failure.

(ii) Instead of correction or replacement by the Government, the Contracting Officer may require an equitable adjustment of the contract price. In addition, if the Contractor fails to furnish timely disposition instructions, the Contracting Officer may dispose of the nonconforming supplies for the Contractors account in a reasonable manner. The Government is entitled to reimbursement from the Contractor, or from the proceeds of such disposal, for the reasonable expenses of the care and disposition of the nonconforming supplies, as well as for excess costs incurred or to be incurred.

(5) The rights and remedies of the Government provided in this clause are in addition to and do not limit any rights afforded to the Government by any other clause of this contract.

(End of Clause)

I-86      252.216-7006     ORDERING                                              MAY/2011

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the contract schedule. Such orders may be issued from contract issue date through contract expiration date.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069 | Page 46 of 58 |
|---|---|---|
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

(c)(1) If issued electronically, the order is considered "issued" when a copy has been posted to the Electronic Document Access system, and notice has been sent to the Contractor.

(2) If mailed or transmitted by facsimile, a delivery order or task order is considered ``issued'' when the Government deposits the order in the mail or transmits by facsimile. Mailing includes transmittal by U.S. mail or private delivery services.

(3) Orders may be issued orally only if authorized in the schedule.

(End of Clause)


I-87      52.203-13      CONTRACTOR CODE OF BUSINESS ETHICS AND CONDUCT                    OCT/2015
(a) Definitions. As used in this clause--

"Agent" means any individual, including a director, an officer, an employee, or an independent Contractor, authorized to act on behalf of the organization.

"Full cooperation"--

(1) Means disclosure to the Government of the information sufficient for law enforcement to identify the nature and extent of the offense and the individuals responsible for the conduct. It includes providing timely and complete response to Government auditors and investigators' request for documents and access to employees with information;

(2) Does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not require--

(i) A Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine; or

(ii) Any officer, director, owner, or employee of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; and

(3) Does not restrict a Contractor from--

(i) Conducting an internal investigation; or

(ii) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

"Principal" means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).

"Subcontract" means any contract entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.

"Subcontractor" means any supplier, distributor, vendor, or firm that furnished supplies or services to or for a prime contractor or another subcontractor.

"United States," means the 50 States, the District of Columbia, and outlying areas.

(b) Code of business ethics and conduct.

(1) Within 30 days after contract award, unless the Contracting Officer establishes a longer time period, the Contractor shall--

(i) Have a written code of business ethics and conduct; and

(ii) Make a copy of the code available to each employee engaged in performance of the contract.

(2) The Contractor shall--

(i) Exercise due diligence to prevent and detect criminal conduct; and

(ii) Otherwise promote an organizational culture that encourages ethical conduct and a commitment to compliance with the law.

(3)(i) The Contractor shall timely disclose, in writing, to the agency Office of the Inspector General (OIG), with a copy to the Contracting Officer, whenever, in connection with the award, performance, or closeout of this contract or any subcontract thereunder,

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 47 of 58 |
|---|---|---|
| | PIIN/SIIN   SPRBL1-18-D-0069        MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

the Contractor has credible evidence that a principal, employee, agent, or subcontractor of the Contractor has committed--

(A) A violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 of the United States Code; or

(B) A violation of the civil False Claims Act (31 U.S.C. 3729-3733).

(ii) The Government, to the extent permitted by law and regulation, will safeguard and treat information obtained pursuant to the Contractors disclosure as confidential where the information has been marked confidential or proprietary by the company. To the extent permitted by law and regulation, such information will not be released by the Government to the public pursuant to a Freedom of Information Act request, 5 U.S.C. Section 552, without prior notification to the Contractor. The Government may transfer documents provided by the Contractor to any department or agency within the Executive Branch if the information relates to matters within the organizations jurisdiction.

(iii) If the violation relates to an order against a Governmentwide acquisition contract, a multi-agency contract, a multiple-award schedule contract such as the Federal Supply Schedule, or any other procurement instrument intended for use by multiple agencies, the Contractor shall notify the OIG of the ordering agency and the IG of the agency responsible for the basic contract.

(c) Business ethics awareness and compliance program and internal control system. This paragraph (c) does not apply if the Contractor has represented itself as a small business concern pursuant to the award of this contract or if this contract is for the acquisition of a commercial item as defined at FAR 2.101. The Contractor shall establish the following within 90 days after contract award, unless the Contracting Officer establishes a longer time period:

(1) An ongoing business ethics awareness and compliance program.

(i) This program shall include reasonable steps to communicate periodically and in a practical manner the Contractors standards and procedures and other aspects of the Contractors business ethics awareness and compliance program and internal control system, by conducting effective training programs and otherwise disseminating information appropriate to an individuals respective roles and responsibilities.

(ii) The training conducted under this program shall be provided to the Contractors principals and employees, and as appropriate, the Contractors agents and subcontractors.

(2) An internal control system.

(i) The Contractors internal control system shall--

(A) Establish standards and procedures to facilitate timely discovery of improper conduct in connection with Government contracts; and

(B) Ensure corrective measures are promptly instituted and carried out.

(ii) At a minimum, the Contractors internal control system shall provide for the following:

(A) Assignment of responsibility at a sufficiently high level and adequate resources to ensure effectiveness of the business ethics awareness and compliance program and internal control system.

(B) Reasonable efforts not to include an individual as a principal, whom due diligence would have exposed as having engaged in conduct that is in conflict with the Contractors code of business ethics and conduct.

(C) Periodic reviews of company business practices, procedures, policies, and internal controls for compliance with the Contractors code of business ethics and conduct and the special requirements of Government contracting, including--

(1) Monitoring and auditing to detect criminal conduct;

(2) Periodic evaluation of the effectiveness of the business ethics awareness and compliance program and internal control system, especially if criminal conduct has been detected; and

(3) Periodic assessment of the risk of criminal conduct, with appropriate steps to design, implement, or modify the business ethics awareness and compliance program and the internal control system as necessary to reduce the risk of criminal conduct identified through this process.

(D) An internal reporting mechanism, such as a hotline, which allows for anonymity or confidentiality, by which employees may report suspected instances of improper conduct, and instructions that encourage employees to make such reports.

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 48 **of** 58 |
|---|---|---|
| | PIIN/SIIN                 SPRBL1-18-D-0069 | |
| | MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

(E) Disciplinary action for improper conduct or for failing to take reasonable steps to prevent or detect improper conduct.

(F) Timely disclosure, in writing, to the agency OIG, with a copy to the Contracting Officer, whenever, in connection with the award, performance, or closeout of any Government contract performed by the Contractor or a subcontract thereunder, the Contractor has credible evidence that a principal, employee, agent, or subcontractor of the Contractor has committed a violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 U.S.C. or a violation of the civil False Claims Act (31 U.S.C. 3729-3733).

(1) If a violation relates to more than one Government contract, the Contractor may make the disclosure to the agency OIG and Contracting Officer responsible for the largest dollar value contract impacted by the violation.

(2) If the violation relates to an order against a Governmentwide acquisition contract, a multi-agency contract, a multiple-award schedule contract such as the Federal Supply Schedule, or any other procurement instrument intended for use by multiple agencies, the contractor shall notify the OIG of the ordering agency and the IG of the agency responsible for the basic contract, and the respective agencies contracting officers.

(3) The disclosure requirement for an individual contract continues until at least 3 years after final payment on the contract.

(4) The Government will safeguard such disclosures in accordance with paragraph (b)(3)(ii) of this clause.

(G) Full cooperation with any Government agencies responsible for audits, investigations, or corrective actions.

(d) Subcontracts.

(1) The Contractor shall include the substance of this clause, including this paragraph (d), in subcontracts that have a value in excess of $5,500,000 and a performance period of more than 120 days.

(2) In altering this clause to identify the appropriate parties, all disclosures of violation of the civil False Claims Act or of Federal criminal law shall be directed to the agency Office of the Inspector General, with a copy to the Contracting Officer.

(End of clause)


I-88      52.204-19      INCORPORATION BY REFERENCE OF REPRESENTATIONS AND CERTIFICATIONS      DEC/2014
The Contractor's representations and certifications, including those completed electronically via the System for Award Management (SAM), are incorporated by reference into the contract.

(End of clause)


I-89      52.204-21      BASIC SAFEGUARDING OF COVERED CONTRACTOR INFORMATION SYSTEMS      JUN/2016
(a) Definitions. As used in this clause--

"Covered contractor information system" means an information system that is owned or operated by a contractor that processes, stores, or transmits Federal contract information.

"Federal contract information" means information, not intended for public release, that is provided by or generated for the Government under a contract to develop or deliver a product or service to the Government, but not including information provided by the Government to the public (such as on public Web sites) or simple transactional information, such as necessary to process payments.

"Information" means any communication or representation of knowledge such as facts, data, or opinions, in any medium or form, including textual, numerical, graphic, cartographic, narrative, or audiovisual (Committee on National Security Systems Instruction (CNSSI) 4009).

"Information system" means a discrete set of information resources organized for the collection, processing, maintenance, use, sharing, dissemination, or disposition of information (44 U.S.C. 3502).

"Safeguarding" means measures or controls that are prescribed to protect information systems.

(b) Safeguarding requirements and procedures.

(1) The Contractor shall apply the following basic safeguarding requirements and procedures to protect covered contractor information systems. Requirements and procedures for basic safeguarding of covered
contractor information systems shall include, at a minimum, the following security controls:

Case 1:21-cv-01005-EDK   Document 1-1   Filed 02/26/21   Page 50 of 242

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>SPRBL1-18-D-0069 | Page 49 of 58 |
| --- | --- | --- |
| | PIIN/SIIN                              MOD/AMD | |

Name of Offeror or Contractor: DCX-CHOL ENTERPRISES, INC.

(i) Limit information system access to authorized users, processes acting on behalf of authorized users, or devices (including other information systems).

(ii) Limit information system access to the types of transactions and functions that authorized users are permitted to execute.

(iii) Verify and control/limit connections to and use of external information systems.

(iv) Control information posted or processed on publicly accessible information systems.

(v) Identify information system users, processes acting on behalf of users, or devices.

(vi) Authenticate (or verify) the identities of those users, processes, or devices, as a prerequisite to allowing access to organizational information systems.

(vii) Sanitize or destroy information system media containing Federal Contract Information before disposal or release for reuse.

(viii) Limit physical access to organizational information systems, equipment, and the respective operating environments to authorized individuals.

(ix) Escort visitors and monitor visitor activity; maintain audit logs of physical access; and control and manage physical access devices.

(x) Monitor, control, and protect organizational communications (i.e., information transmitted or received by organizational information systems) at the external boundaries and key internal boundaries of the information systems.

(xi) Implement subnetworks for publicly accessible system components that are physically or logically separated from internal networks.

(xii) Identify, report, and correct information and information system flaws in a timely manner.

(xiii) Provide protection from malicious code at appropriate locations within organizational information systems.

(xiv) Update malicious code protection mechanisms when new releases are available.

(xv) Perform periodic scans of the information system and real-time scans of files from external sources as files are downloaded, opened, or executed.

(2) Other requirements. This clause does not relieve the Contractor of any other specific safeguarding requirements specified by Federal agencies and departments relating to covered contractor information systems generally or other Federal safeguarding requirements for controlled unclassified information (CUI) as established by Executive Order 13556.

(c) Subcontracts. The Contractor shall include the substance of this clause, including this paragraph (c), in subcontracts under this contract (including subcontracts for the acquisition of commercial items, other than commercially available off-the-shelf items), in which the subcontractor may have Federal contract information residing in or transiting through its information system.

(End of clause)


I-90      52.219-28      POST-AWARD SMALL BUSINESS PROGRAM REREPRESENTATION                    JUL/2013

(a) Definitions. As used in this clause--

  "Long-term contract" means a contract of more than five years in duration, including options. However, the term does not include contracts that exceed five years in duration because the period of performance has been extended for a cumulative period not to exceed six months under the clause at 52.217-8, Option to Extend Services, or other appropriate authority.

  "Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and the size standard in paragraph (c) of this clause. Such a concern is "not dominant in its field of operation" when it does not exercise a controlling or major influence on a national basis in a kind of business activity in which a number of business concerns are primarily engaged. In determining whether dominance exists, consideration shall be given to all appropriate factors, including volume of business, number of employees, financial resources, competitive status or position, ownership or control of materials, processes, patents, license agreements, facilities, sales territory, and nature of business activity.

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069 | Page 50 of 58 |
|---|---|---|
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

(b) If the Contractor represented that it was a small business concern prior to award of this contract, the Contractor shall rerepresent its size status according to paragraph (e) of this clause or, if applicable, paragraph (g) of this clause, upon the occurrence of any of the following:

  (1) Within 30 days after execution of a novation agreement or within 30 days after modification of the contract to include this clause, if the novation agreement was executed prior to inclusion of this clause in the contract.

  (2) Within 30 days after a merger or acquisition that does not require a novation or within 30 days after modification of the contract to include this clause, if the merger or acquisition occurred prior to inclusion of this clause in the contract.

  (3) For long-term contracts

    (i) Within 60 to 120 days prior to the end of the fifth year of the contract; and

    (ii) Within 60 to 120 days prior to the date specified in the contract for exercising any option thereafter.

(c) The Contractor shall rerepresent its size status in accordance with the size standard in effect at the time of this rerepresentation that corresponds to the North American Industry Classification System (NAICS) code assigned to this contract. The small business size standard corresponding to this NAICS code can be found at http://www.sba.gov/content/table-small-business-size-standards

(d) The small business size standard for a Contractor providing a product which it does not manufacture itself, for a contract other than a construction or service contract, is 500 employees.

(e) Except as provided in paragraph (g) of this clause, the Contractor shall make the representation required by paragraph (b) of this clause by validating or updating all its representations in the Representations and Certifications section of the System for Award Management (SAM) and its other data in SAM, as necessary, to ensure that they reflect the Contractor's current status. The Contractor shall notify the contracting office in writing within the timeframes specified in paragraph (b) of this clause that the data have been validated or updated, and provide the date of the validation or update.

(f) If the Contractor represented that it was other than a small business concern prior to award of this contract, the Contractor may, but is not required to, take the actions required by paragraphs (e) or (g) of this clause.

(g) If the Contractor does not have representations and certifications in SAM, or does not have a representation in SAM for the NAICS code applicable to this contract, the Contractor is required to complete the following rerepresentation and submit it to the contracting office, along with the contract number and the date on which the rerepresentation was completed:

The Contractor represents that it [X] is, [ ] is not a small business concern under NAICS Code 335931 assigned to contract number SPRBL1-18-D-0069. [Contractor to sign and date and insert authorized signer's name and title].

(End of clause)

I-91      52.222-35      EQUAL OPPORTUNITY FOR VETERANS                          OCT/2015
(a) Definitions. As used in this clause--

  "Active duty wartime or campaign badge veteran," "Armed Forces service medal veteran," "disabled veteran," "protected veteran," "qualified disabled veteran," and "recently separated veteran" have the meanings given at FAR 22.1301.

(b) Equal opportunity clause. The Contractor shall abide by the requirements of the equal opportunity clause at 41 CFR 60-300.5(a), as of March 24, 2014. This clause prohibits discrimination against qualified protected veterans, and requires affirmative action by the Contractor to employ and advance in employment qualified protected veterans.

(c) Subcontracts. The Contractor shall insert the terms of this clause in subcontracts of $150,000 or more unless exempted by rules, regulations, or orders of the Secretary of Labor. The Contractor shall act as specified by the Director, Office of Federal Contract Compliance Programs, to enforce the terms, including action for noncompliance. Such necessary changes in language may be made as shall be appropriate to identify properly the parties and their undertakings.

(End of clause)

| CONTINUATION SHEET | Reference No. of Document Being Continued |  | Page 51 of 58 |
|---|---|---|---|
|  | SPRBL1-18-D-0069 |  |  |
|  | PIIN/SIIN | MOD/AMD |  |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

I-92    52.222-36    EQUAL OPPORTUNITY FOR WORKERS WITH DISABILITIES    JUL/2014

(a) Equal opportunity clause. The Contractor shall abide by the requirements of the equal opportunity clause at 41 CFR 60-741.5(a), as of March 24, 2014. This clause prohibits discrimination against qualified individuals on the basis of disability, and requires affirmative action by the Contractor to employ and advance in employment qualified individuals with disabilities.

(b) Subcontracts. The Contractor shall include the terms of this clause in every subcontract or purchase order in excess of $15,000 unless exempted by rules, regulations, or orders of the Secretary, so that such provisions will be binding upon each subcontractor or vendor. The Contractor shall act as specified by the Director, Office of Federal Contract Compliance Programs of the U.S. Department of Labor, to enforce the terms, including action for noncompliance. Such necessary changes in language may be made as shall be appropriate to identify properly the parties and their undertakings.

(End of clause)

I-93    52.223-3    HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA    JAN/1997

(a) Hazardous material, as used in this clause, includes any material defined as hazardous under the latest version of Federal Standard No. 313 (including revisions adopted during the term of the contract).

(b) The offeror must list any hazardous material, as defined in paragraph (a) of this clause, to be delivered under this contract. The hazardous material shall be properly identified and include any applicable identification number, such as National Stock Number or Special Item Number. This information shall also be included on the Material Safety Data Sheet submitted under this contract.

     Material                    Identification No.
  (If none, insert None)

NONE

(c) This list must be updated during performance of the contract whenever the Contractor determines that any other material to be delivered under this contract is hazardous.

(d) The apparently successful offeror agrees to submit, for each item as required prior to award, a Material Safety Data Sheet, meeting the requirements of 29 CFR 1910.1200(g) and the latest version of Federal Standard No. 313, for all hazardous material identified in paragraph (b) of this clause. Data shall be submitted in accordance with Federal Standard No. 313, whether or not the apparently successful offeror is the actual manufacturer of these items. Failure to submit the Material Safety Data Sheet prior to award may result in the apparently successful offeror being considered nonresponsible and ineligible for award.

(e) If, after award, there is a change in the composition of the item(s) or a revision to Federal Standard No. 313, which renders incomplete or inaccurate the data submitted under paragraph (d) of this clause, the Contractor shall promptly notify the Contracting Officer and resubmit the data.

(f) Neither the requirements of this clause nor any act or failure to act by the Government shall relieve the Contractor of any responsibility or liability for the safety of Government, Contractor, or subcontractor personnel or property.

(g) Nothing contained in this clause shall relieve the Contractor from complying with applicable Federal, State, and local laws, codes, ordinances, and regulations (including the obtaining of licenses and permits) in connection with hazardous material.

(h) The Government's rights in data furnished under this contract with respect to hazardous material are as follows:

  (1) To use, duplicate and disclose any data to which this clause is applicable. The purposes of this right are to --

    (i) Apprise personnel of the hazards to which they may be exposed in using, handling, packaging, transporting, or disposing of hazardous materials;

    (ii) Obtain medical treatment for those affected by the material; and

    (iii) Have others use, duplicate, and disclose the data for the Government for these purposes.

  (2) To use, duplicate, and disclose data furnished under this clause, in accordance with subparagraph (h)(1) of this clause, in precedence over any other clause of this contract providing for rights in data.

  (3) The Government is not precluded from using similar or identical data acquired from other sources.

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069 | Page 52 of 58 |
| --- | --- | --- |
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

(End of Clause)


I-94       52.223-11       OZONE-DEPLETING SUBSTANCES AND HIGH GLOBAL WARMING POTENTIAL                JUN/2016
                           HYDROFLUOROCARBONS

(a) Definitions. As used in this clause--

"Global warming potential" means how much a given mass of a chemical contributes to global warming over a given time period compared to the same mass of carbon dioxide. Carbon dioxide's global warming potential is defined as 1.0.

"High global warming potential hydrofluorocarbons" means any hydrofluorocarbons in a particular end use for which EPA's Significant New Alternatives Policy (SNAP) program has identified other acceptable alternatives that have lower global warming potential. The SNAP list of alternatives is found at 40 CFR part 82, subpart G, with supplemental tables of alternatives available at (http://www.epa.gov/snap/).

"Hydrofluorocarbons" means compounds that only contain hydrogen, fluorine, and carbon.

"Ozone-depleting substance" means any substance the Environmental Protection Agency designates in 40 CFR part 82 as--

  (1) Class I, including, but not limited to, chlorofluorocarbons, halons, carbon tetrachloride, and methyl chloroform; or

  (2) Class II, including, but not limited to, hydrochlorofluorocarbons.

(b) The Contractor shall label products that contain or are manufactured with ozone-depleting substances in the manner and to the extent required by 42 U.S.C. 7671j (b), (c), (d), and (e) and 40 CFR part 82, subpart E, as follows:

     Warning: Contains (or manufactured with, if applicable) *_____, a substance(s) which harm(s) public health and environment by destroying ozone in the upper atmosphere.

     * The Contractor shall insert the name of the substance(s).

(c) Reporting. For equipment and appliances that normally each contain 50 or more pounds of hydrofluorocarbons or refrigerant blends containing hydrofluorocarbons, the Contractor shall--

  (1) Track on an annual basis, between October 1 and September 30, the amount in pounds of hydrofluorocarbons or refrigerant blends containing hydrofluorocarbons contained in the equipment and appliances delivered to the Government under this contract by--

     (i) Type of hydrofluorocarbon (e.g., HFC-134a, HFC-125, R-410A, R-404A, etc.);

     (ii) Contract number; and

     (iii) Equipment/appliance;

  (2) Report that information to the Contracting Officer for FY16 and to http://www.sam.gov/, for FY17 and after--

     (i) Annually by November 30 of each year during contract performance; and

     (ii) At the end of contract performance.

(d) The Contractor shall refer to EPA's SNAP program (available at http://www.epa.gov/snap) to identify alternatives. The SNAP list of alternatives is found at 40 CFR part 82, subpart G, with supplemental tables available at http://www.epa.gov/snap.

                                   (End of clause)


I-95       52.252-2       CLAUSES INCORPORATED BY REFERENCE                          FEB/1998

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address:

     http://farsite.hill.af.mil/ or  https://www.acquisition.gov/

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069 | Page 53 of 58 |
| | PIIN/SIIN                              MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

(End of Clause)

I-96     52.252-6     AUTHORIZED DEVIATIONS IN CLAUSES                              APR/1984

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any DoD Federal Acquisition Regulation Supplement (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of Clause)

I-97     252.211-7005     SUBSTITUTIONS FOR MILITARY OR FEDERAL SPECIFICATIONS AND STANDARDS     NOV/2005

(a) Definition. SPI process, as used in this clause, means a management or manufacturing process that has been  accepted previously by the Department of Defense under the Single Process Initiative (SPI) for use in lieu of a  specific military or Federal specification or standard at specific facilities. Under SPI, these processes are  reviewed and accepted by a Management Council, which includes representatives of the Contractor, the Defense  Contract Management Agency, the Defense Contract Audit Agency, and the military departments.

(b) Offerors are encouraged to propose SPI processes in lieu of military or Federal specifications and standards  cited in the solicitation. A listing of SPI processes accepted at specific facilities is available via the  Internet at http://guidebook.dcma.mil/20/guidebook_process.htm (paragraph 4.2).

(c) An offeror proposing to use an SPI process in lieu of military or Federal specifications or standards cited  in the solicitation shall

  (1) Identify the specific military or Federal specification or standard for which the SPI process has been  accepted;

  (2) Identify each facility at which the offeror proposes to use the specific SPI process in lieu of military  or Federal specifications or standards cited in the solicitation;

  (3) Identify the contract line items, subline items, components, or elements affected by the SPI process; and

  (4) If the proposed SPI process has been accepted at the facility at which it is proposed for use, but is not  yet listed at the Internet site specified in paragraph (b) of this clause, submit documentation of Department of  Defense acceptance of the SPI process.

(d) Absent a determination that an SPI process is not acceptable for this procurement, the Contractor shall use  the following SPI processes in lieu of military or Federal specifications or standards:

(Offeror insert information for each SPI process)

SPI Process: N/A

Facility: _____

Military or Federal Specification or Standard: _____

Affected Contract Line Item Number, Subline Item Number, Component, or Element: _____

(e) If a prospective offeror wishes to obtain, prior to the time specified for receipt of offers, verification  that an SPI process is an acceptable replacement for military or Federal specifications or standards required by  the solicitation, the prospective offeror

  (1) May submit the information required by paragraph (d) of this clause to the Contracting Officer prior to  submission of an offer; but

  (2) Must submit the information to the Contracting Officer at least 10 working days prior to the date  specified for receipt of offers.

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 54 of 58 |
|---|---|---|
| | SPRBL1-18-D-0069 | |
| | PIIN/SIIN                          MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

(End of clause)


I-98      252.223-7001      HAZARD WARNING LABELS                                    DEC/1991

(a) Hazardous material, as used in this clause, is defined in the Hazardous Material Identification and  Material Safety Data clause of this contract.

(b) The Contractor shall label the item package (unit container) of any hazardous material to be delivered under  this contract in accordance with the Hazard Communication Standard (29 CFR 1910.1200 et seq). The Standard  requires that the hazard warning label conform to the requirements of the standard unless the material is  otherwise subject to the labeling requirements of one of the following statutes:

  (1) Federal Insecticide, Fungicide and Rodenticide Act;

  (2) Federal Food, Drug and Cosmetics Act;

  (3) Consumer Product Safety Act;

  (4) Federal Hazardous Substances Act; or

  (5) Federal Alcohol Administration Act.

(c) The Offeror shall list which hazardous material listed in the Hazardous Material Identification and Material  Safety Data clause of this contract will be labeled in accordance with one of the Acts in paragraphs (b)(1)  through (5) of this clause instead of the Hazard Communication Standard. Any hazardous material not listed will  be interpreted to mean that a label is required in accordance with the Hazard Communication Standard.

    MATERIAL (If None, Insert None.)              ACT

None

(d) The apparently successful Offeror agrees to submit, before award, a copy of the hazard warning label for all  hazardous materials not listed in paragraph (c) of this clause. The Offeror shall submit the label with the  Material Safety Data Sheet being furnished under the Hazardous Material Identification and Material Safety Data  clause of this contract.

(e) The Contractor shall also comply with MIL-STD-129, Marking for Shipment and Storage (including revisions  adopted during the term of this contract).

(End of clause)


I-99      52.233-9001      DISPUTES - AGREEMENT TO USE ALTERNATIVE DISPUTE RESOLUTION (DEC 2016)      DEC/2016

DLAD 52.233-9001

DISPUTES - AGREEMENT TO USE ALTERNATIVE DISPUTE RESOLUTION (DEC 2016)

(a) The parties agree to negotiate with each other to try to resolve any disputes that may arise. If unassisted negotiations are unsuccessful, the parties will use alternative dispute resolution (ADR) techniques to try to resolve the dispute. Litigation will only be considered as a last resort when ADR is unsuccessful or has been documented by the party rejecting ADR to be inappropriate for resolving the dispute.

(b) Before either party determines ADR inappropriate, that party must discuss the use of ADR with the other party. The documentation rejecting ADR must be signed by an official authorized to bind the contractor (see FAR 52.233-1), or, for the Agency, by the contracting officer, and approved at a level above the contracting officer after consultation with the ADR Specialist and legal counsel. Contractor personnel are also encouraged to include the ADR Specialist in their discussions with the contracting officer before determining ADR to be inappropriate.

(c) If you wish to opt out of this clause, check here [ ]. Alternate wording may be negotiated with the contracting officer.

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>SPRBL1-18-D-0069 | Page 55 of 58 |
|---|---|---|
| | PIIN/SIIN                              MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

(End of Provision)

DLAD Proc Note C03 Contractor Retention of Supply Chain Traceability Documentation (SEP 2016)

(1) By submitting a quotation or offer, the contractor agrees that, when the contractor is not the manufacturer of the item, it is confirming that it currently has or will obtain before delivery and shall retain documented evidence (supply chain traceability documentation) that the item is from the approved manufacturer and conforms to the technical requirements. The retention period is five years after final payment under this contract.

(2) At a minimum, the supply chain traceability documentation for the item shall include: basic item description, part number and/or national stock number, manufacturing source, manufacturing sources Commercial and Government Entity (CAGE) code, and clear identification of the name and location of all supply chain intermediaries between the manufacturer to the contractor to item(s) acceptance by the Government. The documentation should also include, where available, the manufacturer's batch identification for the item(s), such as date codes, lot codes, or serial numbers.

(3) Examples of acceptable supply chain traceability documentation can be found at:
http://www.dla.mil/LandandMaritime/Business/Selling/Counterfeit-Detection-Avoidance-Program/

(4) The contractor shall immediately make available documentation upon request of the contracting officer. The contracting officer determines the acceptability and sufficiency of documentation. If the contractor fails to retain or provide the documentation or the contracting officer finds the documentation to be unacceptable, corrective action may be taken including, but not limited to, cancellation of undelivered orders or rejection of delivered supplies.


*** END OF NARRATIVE I0001 ***


DLAD PROC NOTE C20 Vendor Shipment Module (VSM) (AUG 2017)

(1) DLAs Vendor Shipment Module (VSM) is a web-based system available to DLA contractors for the purpose of obtaining current shipping addresses, two-dimensional bar coded shipping labels in accordance with MIL-STD-129P, bills of lading, packing lists, and other shipping documentation. VSM replaces the need for the contractor to contact the transportation office prior to shipping items. The use of VSM for f.o.b. destination contracts allows for the printing of labels and can also be used to print labels and arrange for shipping on f.o.b. origin contracts.

(2) To obtain information for contracts administered by DLA or to register as a VSM user, contact the DLA VSM Helpdesk at (800) 456-5507 or via email to delivery@dla.mil.
(a) Prior to contacting the Government that material is ready to ship, the contractor shall complete their VSM profile, to include regular business hours and observed holidays. The Government may request reimbursement for occurrences when the Government sends carrier equipment but is unable to pick-up a shipment due to the material not being available or the contractor being closed.

(3) To obtain information for contracts administered by DCMA, contact the DCMA VSM Helpdesk at (314) 331-5573 or vsm.shipments@dcma.mil.


*** END OF NARRATIVE I0002 ***


DLAD PROC NOTE H03 Supplemental First Article Testing Requirements (OCT 2016)

(1) If there is not a separate contract line item number (CLIN) for FAT, production CLIN pricing shall include all costs and risk associated with completion of the FAT requirement.

(2) If there is a separate FAT CLIN, the FAT CLIN pricing shall include all costs and risk associated with completion of the FAT requirement; if no FAT CLIN pricing is proposed, no payment will be made for any costs associated with FAT. Unit pricing shall be based solely on all costs associated with completion of the production units and shall exclude all FAT-related costs.

(3) The total award price will be used in selecting the best value offer from among all eligible offerors. However, to be eligible for award, the FAT CLIN (unless waived) and unit price CLIN(s) must each be determined to be a fair and reasonable price and, if set-aside under FAR part 19, a fair market price. Additionally, the FAT CLIN (and if separately priced, any CLIN(s) for first articles) shall not be materially unbalanced in relation to unit price CLIN(s) for production quantities. In the event that an offeror receives a waiver of the FAT requirement, the FAT CLIN price for the waived source shall be deducted in determining the total award price.

(4) Waivers. The contractor may submit a request for FAT waiver to the contracting officer. The Government reserves the right to waive the FAT requirement when all the following criteria are met:

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>SPRBL1-18-D-0069 | Page 56 of 58 |
|---|---|---|
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

(a) Source has manufactured and delivered the product or similar product within the last five (5) years, or within the last three (3) years for critical safety items. The contractor shall provide the following supportable information:
(i) Contract Number(s), Date(s), and Issuing Government Agency or Agencies.
(ii) Item previously furnished, identified by part number, type, model number, etc.
(iii) Engineering control document/change number of item previously furnished.
(iv) There have been no changes to manufacturing processes, tooling, or locations.
(b) There have been no changes to manufacturing data (e.g., drawing revisions that change materials, dimensions, processes, inspection or testing requirements; or subcontractors used to manufacture the items successfully in the past).
(c) Item supplied will be of same design and manufactured by same method at same facilities as product or similar product previously furnished and accepted under subparagraph (4)(a).

(5) For test report preparation and delivery of contractor FAT, utilize data item description DI-NDTI80809B report format. Mark the test report with the following: First article test report  Contract number: [insert contract number] and lot/item number: [insert lot/item number]. Present the test report to the QAR for review. Forward the QAR signed FAT Report, accompanied by the DD Form 250 and a contractor certification that the same process and facilities used to manufacture the first article units will be used to manufacture the production units, to the contracting officer at the applicable address shown below:
(a) For awards issued by DLA Aviation; or DLA Troop Support Clothing and Textile (C&T), Construction and Equipment, Medical Materiel, or Subsistence, submit the report to the procuring activity in Block 6 of the DD Form 1155, Block 7 of Standard Form (SF) 33, or Block 9 of SF 1449 award.
(b) For awards issued by DLA Land (SPE7L), submit the report to the following address: DLA Land  FLSEB, ATTN: FAT Monitor, P O Box 3990, Columbus, OH 43218-3990, or email to:
Land.FAT.Monitor@dla.mil.
(c) For awards issued by DLA Maritime (SPE7M), submit the report to the following address: DLA Maritime  FMSE, ATTN: FAT Monitor, P O Box 3990, Columbus, OH 43218-3990, or email to: maritime.fat.monitor@dla.mil.
(d) For awards issued by DLA Troop Support Industrial Hardware, submit the report to the following address: DLA Troop Support, Attention: First Article Testing Monitor, Building 3, 700 Robbins Avenue, Philadelphia, Pennsylvania 19111. Preferred electronic submissions: Hardware FAT Monitor at DLAHardwareFATMonitor@dla.mil.

(6) When Government testing is required, provide written notice to the contracting officer and the QAR at least fourteen (14) calendar days (or as otherwise specified in the contract) prior to shipment to Government for FAT, to accommodate in-process verification and/or final inspection by the QAR.

(7) For unit preparation and delivery of Government First Article orders, ship the units and completed DD Form 250 report to the test facility specified in paragraph (a) of FAR clause 52.209-4. Prepare the shipping container(s) by marking the external packages in bold letters, First Article Exhibits  Do Not
Post to Stock," adjacent to the MIL-STD-129R identification markings. Use a hard copy of the completed DD Form 250 as a packing list, in accordance with MIL-STD 129R, paragraph 5.11, Packing lists and documentation. The interior package shall include hard copies of the contract, test reports, material certifications/process operation sheets, drawings used to manufacture the units, and return shipping information. Send units by traceable means (e.g., certified or registered mail, United Parcel Service, Federal Express). Send an email with subject titled Notification of Test Exhibits [insert Government Lab DODAAC] to the corresponding address below and to the contracting officer specified in the contract. In the email, provide the shipment date, contract/purchase order number, National Stock Number, means of transportation, tracking number, and summary of container contents.
Attach a copy of the DD Form 250 and Invoicing, Receipt, Acceptance and Property Transfer (iRAPT) Receiving Report documenting the QAR inspection.
(a) DLA Land & Maritime  DSCCProdVerif@dla.mil
(b) DLA Aviation  DSCR.Test&EvaluationOffice@dla.mil
(8) If Government FAT units are conditionally approved or disapproved, the Government shall take action in accordance with FAR 52.209-4. At the Governments discretion, disapproved FAT units sent to the Government may be returned to the contractor, if the contractor submitted the return address and shipping account for payment.


*** END OF NARRATIVE I0003 ***


DLAD T/Q RQ0018: CONTRACTOR RETENTION OF SUPPLY CHAIN TRACEABILITY DOCUMMENTATION (AUG 2016)


This item requires supply chain traceability documentation in accordance with DLA Directive (DLAD) Procurement Note "C03" Contractor Retention of Supply Chain Traceability Documnnetation (AUG 2016). The full text of C can be found in the DLAD Procurement Notes located on the Web at: http://www.dla.mil/HQ/Acquisition/Offers/eProcurement.aspx.


*** END OF NARRATIVE I0006 ***

DLAD T/Q RQ009: INSPECTION AND ACCEPTANCE AT ORIGIN

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>SPRBL1-18-D-0069 | **Page** 57 **of** 58 |
|---|---|---|
| | **PIIN/SIIN**                            **MOD/AMD** | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

The inspection location for supplies is the awardees CAGE CODE address unless otherwise indicated in the contract/purchase order. Inspection will be conducted by the Governments Quality Assurance Representative (QAR). Inspection of packaging, if required, may be conducted at the packaging location cited in the award.

SECTION I (All Awards)
a. Objective evidence of conformance with all contract quality assurance requirements must be present at the inspection location. When requested, manufacturer drawings and technical information and complete records of all inspection work performed to verify that the supplies meet technical requirements shall be provided. If required to determine conformity with contract requirements, subcontractor records shall also be provided.

b. Objective evidence to establish the location of the actual manufacturing source may also requested to confirm the end product country of origin and/or business size of the manufacturer.

c. If the supplier is not the manufacturer of the supplies, objective evidence must be furnished to establish the supplies were produced by an approved manufacturer o approved source.

d. The QAR is required to notify the Post Award Administrator (PCO), if at time of Government Source Inspection (GSI), the QAR is denied access to the offerors facility. If supplies being provided are described only by manufacturers name/CAGE Code and part number, objective evidence must be furnished to establish that the supplies were manufactured under the direction of or under agreement with the CAGE Code of the part number offered.

e. The QAR may require additional examinations and tests to determine:

i. Completeness of item
ii. Material is new and unused
iii. Absence of rust
iv. Contamination, or deterioration
v. Correct identification/item marking
vi. Correct packaging
vii. Absence of any damage
viii. Compliance with preparation for delivery
SECTION II (Surplus Awards)
a. The QAR may require examinations and tests to determine conformance as referred to in Section I (e) above.
b. The item shall be in the original packaging and/or package markings of each item of supply shall be visually verified to pervious Government contract number and part number by the QAR
prior to packaging for delivery. Any deviation shall be cause for rejection of the item.

c. Unless the solicitation states otherwise, offerors of surplus material are authorized to open packages, inspect material, and reseal packages to verify material conforms to conditions of the contract. Each time this is accomplished, the offerors authorized representative or inspector must sign documentation showing where they resealed the package and annotate the date of inspection. The Procuring Activity may add additional inspection requirements based on the evaluation of the surplus offer. Such additional requirements will be identified before award or at time of issuing a unilateral purchase order (offer).

(End of TQ Requirement)

*** END OF NARRATIVE I0007 ***

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 58 **of** 58 |
|---|---|---|
| | SPRBL1-18-D-0069 | |
| | **PIIN/SIIN**                          **MOD/AMD** | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

SECTION J - LIST OF ATTACHMENTS

| List of Addenda | Title | Date | Number of Pages | Transmitted By |
|---|---|---|---|---|
| Exhibit A | TECHNICAL REQUIREMENTS | 20-NOV-2017 | 023 | DATA |
| Attachment 0001 | PACKAGING DOCUMENT | 22-MAY-2018 | 009 | DATA |
| Attachment 0002 | TECHNICAL DATA PACKAGE | 22-MAY-2018 | 100 | DATA |

# ORDER FOR SUPPLIES OR SERVICES

| 1. CONTRACT PURCH ORDER/AGREEMENT NO.<br><br>SPRBL1-18-D-0069 | 2. DELIVERY ORDER/CALL NO.<br><br>SPRBL118F0053 | 3. DATE OF ORDER/CALL (YYYYMMDD)<br><br>2018SEP14 | 4. REQUISITION/PURCH REQUEST NO.<br><br>SEE SCHEDULE | 5. PRIORITY<br><br>DOA7 |
|---|---|---|---|---|

| 6. ISSUED BY              CODE  SPRBL1 | 7. ADMINISTERED BY (If other than 6)     CODE  S3605A | 8. DELIVERY FOB |
|---|---|---|
| DLA LAND AT ABERDEEN<br>JAMES J. REESE<br>6565 SURVEILLANCE LOOP, ROOM C1301<br>APG, MD  21005-1846<br><br>EMAIL: JAMES.REESE@DLA.MIL | DCMA DAYTON<br>AREA A, BUILDING 30<br>1725 VAN PATTON DRIVE<br>WRIGHT-PATTERSON AFB, OH 45433-5302 | [X] DESTINATION<br><br>[ ] OTHER<br>(See Schedule if other) |

| 9. CONTRACTOR          CODE  71CU6    FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMDD) | 11. X IF BUSINESS IS |
|---|---|---|
| NAME AND ADDRESS<br><br>DCX-CHOL ENTERPRISES, INC.<br>1615 E. WALLACE ST<br>FORT WAYNE, IN 46803-2564 | SEE SCHEDULE<br><br>12. DISCOUNT TERMS<br><br><br>13. MAIL INVOICES TO THE ADDRESS IN BLOCK<br>See Block 15 | [X] SMALL<br><br>[ ] SMALL DISADVANTAGED<br><br>[ ] WOMAN-OWNED |

| 14. SHIP TO            CODE | 15. PAYMENT WILL BE MADE BY          CODE  HQ0490 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2 |
|---|---|---|
| SEE SCHEDULE | DFAS-INDY VP GFEBS<br>8899 E. 56TH STREET<br>INDIANAPOLIS IN  46249-3800 | |

| 16. TYPE OF ORDER | DELIVERY/ CALL  [X] | THIS DELIVERY ORDER IS ISSUED ON ANOTHER GOVERNMENT AGENCY OR IN ACCORDANCE WITH AND SUBJECT TO TERMS AND CONDITIONS OF ABOVE NUMBERED CONTRACT. |
|---|---|---|
| | PURCHASE | Reference your [ ] Oral  [ ] Written  Quotation _____ , Dated _____ . furnish the following on terms specified herein.<br>ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME. |

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |
|---|---|---|---|

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**

SEE CONTRACT ADMINISTRATION DATA

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA<br>MARTINA L. CULIK MOORE   /SIGNED/   2018SEP14<br>MARTINA.L.CULIKMOORE.CIV@MAIL.MIL (443)861-4555<br>BY:                           CONTRACTING/ORDERING OFFICER | 25. TOTAL  $703,832.96 |
|---|---|---|
| | | 26. DIFFERENCES |

**27a. QUANTITY IN COLUMN 20 HAS BEEN** [ ] INSPECTED  [ ] RECEIVED  [ ] ACCEPTED, AND CONFORMS TO CONTRACT EXCEPT AS NOTED _____

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP. NO.<br>[ ] PARTIAL<br>[ ] FINAL | 29. D.O. VOUCHER NO.<br><br>32. PAID BY | 30. INITIALS<br><br>33. AMOUNT VERIFIED CORRECT FOR |
|---|---|---|---|
| f. TELEPHONE NUMBER | g. E-MAIL ADDRESS | 31. PAYMENT<br>[ ] COMPLETE<br>[ ] PARTIAL<br>[ ] FINAL | 34. CHECK NUMBER |

| 36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT. | | |
|---|---|---|
| a. DATE (YYYYMMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 35. BILL OF LADING NO. |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CON-TAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

**DD FORM 1155, DEC 2001**          PREVIOUS EDITION IS OBSOLETE.

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 2 of 10 |
|---|---|---|
| | PIIN/SIIN SPRBL1-18-D-0069/SPRBL118F0053 MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

SUPPLEMENTAL INFORMATION


Buyer Name: JAMES J. REESE
Buyer Office Symbol/Telephone Number: DLA-ZLAA/(443)861-4549
Type of Contract 1: Firm Fixed Price
Kind of Contract: Supply Contracts and Priced Orders
Type of Business: Other Small Business Performing in U.S.
Surveillance Criticality Designator: B


*** End of Narrative A0000 ***


1.Delivery Order SPRBL1-18-F-0053 for contract SPRBL1-18-D-0069 is for the following NSNs in accordance with terms and condition of the basic contract.

CLIN 1002
NSN 5995-01-225-0504
Noun CX-13306/VRC (14ft 0in)
QTY 320 Each

CLIN 1003
NSN 5995-01-219-4703
Noun CX-13292/VRC (4ft 0in)
QTY 2,888 Each

CLIN 1004
NSN 5995-01-219-1847
Noun CX-13306/VRC (3ft 0in)
QTY 95 Each

CLIN 1006
NSN 5995-01-300-9324
Noun CX-13303/VRC (4ft 6in)
QTY 2,767 Each

CLIN 1007
NSN 5995-01-219-4706
Noun CX-13292/VRC (18ft 0in)
QTY 396 Each

CLIN 1008
NSN 5995-01-218-6466
Noun CX-13290/VRC (22ft 0in)
QTY 89 Each


2.Delivery Order SPRBL1-18-F-0053 total amount is $    $703,832.96


3.Ceiling of Basic Contract is:                          $13,080,257.00
  Obligated on previous delivery orders:                            $0
  Obligated on this delivery order SPRBL1-18-F-0053: $   703,832.96
  Ceiling Balance:                                     $12,376,424.04

4.In an email dated September 13, 2018 from Cory Gamberg, Government Sales Manager to James Reese, Contract Specialist, DCX-CHOL agrees to the items listed below:
For CLIN 1003 5995-01-219-4703 DCX-CHOL accepted the quantity of 2,888 each at a unit price of $111.09.

For CLIN 1004 5995-01-219-1847 DCX-CHOL accepted the quantity of 95 each at the unit price of $99.00.

For CLIN 1008 5995-01-218-6466 DCX-CHOL accepted the quantity of 89 each at the unit price of $150.23.

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 3 **of** 10 |
|---|---|---|
| | SPRBL1-18-D-0069/SPRBL118F0053 | |
| | **PIIN/SIIN**                    **MOD/AMD** | |

**Name of Offeror or Contractor:**  DCX-CHOL ENTERPRISES, INC.

5.Early delivery is acceptable and encouraged at no additional cost.

6.Except as provided herein, all terms and conditions remain the unchanged and in full force and effect.


*** END OF NARRATIVE A0001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 4 of 10 |
|---|---|---|
| | SPRBL1-18-D-0069/SPRBL118F0053 | |
| | PIIN/SIIN                MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 1002 | YEAR 1 PRODUCTION QUANTITY | 34 | EA | $   139.17000 | $   4,731.78 |
| | NSN: 5995-01-225-0504 | | | | |
| | COMMODITY NAME: CABLE ASSEMBLY,CX 13306/VRC | | | | |
| | PSC: 5995 | | | | |
| | CLIN CONTRACT TYPE: | | | | |
| | Firm Fixed Price | | | | |
| | Mfr CAGE: 80063 | | | | |
| | Mfr Part Number: A3014043-5 | | | | |
| | PRON: C98CAI479M    PRON AMD: 01    ACRN: AA | | | | |
| | AMS CD: SM2B1100000 | | | | |
| | Packaging and Marking | | | | |
| | PACKAGING/PACKING/SPECIFICATIONS: | | | | |
| | SEE TECHNICAL REQUIREMENTS AND TDP | | | | |
| | LOCATION OF PACKAGING/PACKING/SPECS: | | | | |
| | ADDENDA: J | | | | |
| | LEVEL PRESERVATION: Military | | | | |
| | LEVEL PACKING: B | | | | |
| | Inspection and Acceptance | | | | |
| | INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | Deliveries or Performance | | | | |

DOC             SUPPL
REL CD   MILSTRIP   ADDR  SIG CD  MARK FOR  TP CD
 001   W15GK88242A120  W25G1U   J            2
DEL REL CD       QUANTITY       DEL DATE
   001          10          17-JUN-2019

   002          24          17-JUL-2019


FOB POINT: Destination

SHIP TO:
(W25G1U)   SU W1A8 DLA DISTRIBUTION
           DDSP NEW CUMBERLAND FACILITY
           2001 NORMANDY DRIVE DOOR 113 TO 134
           NEW CUMBERLAND,PA,17070-5002

           CONTRACT/DELIVERY ORDER NUMBER
               SPRBL1-18-D-0069/SPRBL118F0053

| 1003 | YEAR 1 PRODUCTION QUANTITY | 2888 | EA | $   111.09000 | $   320,827.92 |
|---|---|---|---|---|---|
| | NSN: 5995-01-219-4703 | | | | |
| | COMMODITY NAME: CABLE ASSEMBLY,CX-13292/VRC | | | | |
| | PSC: 5995 | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 5 of 10 |
|---|---|---|
| | SPRBL1-18-D-0069/SPRBL118F0053 | |
| | PIIN/SIIN MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>Mfr CAGE: 80063<br>Mfr Part Number: A3014038-2<br><br><br>PRON: C98CAG579M    PRON AMD: 01    ACRN: AA<br>AMS CD: SM2B1100000<br><br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>    SEE TECHNICAL REQUIREMENST AND TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br><br>Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin<br><br><br>Deliveries or Performance<br>DOC            SUPPL<br>REL CD    MILSTRIP    ADDR    SIG CD    MARK FOR    TP CD<br>001  W15GK88242A105  W25G1U    J                        2<br>DEL REL CD        QUANTITY        DEL DATE<br>   001                10            17-JUN-2019<br><br>   002              1,000          17-JUL-2019<br><br>   003              1,000          16-AUG-2019<br><br>   004                878          16-SEP-2019<br><br><br>FOB POINT: Destination<br><br>SHIP TO:<br>(W25G1U)    SU W1A8 DLA DISTRIBUTION<br>            DDSP NEW CUMBERLAND FACILITY<br>            2001 NORMANDY DRIVE DOOR 113 TO 134<br>            NEW CUMBERLAND,PA,17070-5002<br><br>            CONTRACT/DELIVERY ORDER NUMBER<br>                SPRBL1-18-D-0069/SPRBL118F0053 | | | | |
| 1004 | YEAR 1 PRODUCTION QUANTITY<br><br><br>NSN: 5995-01-219-1847<br>COMMODITY NAME: CABLE ASSEMBLY,CX-13306/VRC<br>PSC: 5995<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>Mfr CAGE: 80063<br>Mfr Part Number: A3014043-2 | 95 | EA | $    99.00000 | $    9,405.00 |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 6 of 10 |
|---|---|---|
| | SPRBL1-18-D-0069/SPRBL118F0053 | |
| | PIIN/SIIN                          MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PRON: C98CAI299M    PRON AMD: 01    ACRN: AA<br>AMS CD: SM2B1100000<br><br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>    SEE TECHNICAL REQUIREMENTS AND TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br><br>Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin<br><br><br>Deliveries or Performance | | | | |

```
Deliveries or Performance
DOC                 SUPPL
REL CD    MILSTRIP    ADDR  SIG CD  MARK FOR   TP CD
 001   W15GK88242A111  W25G1U    J                    2
DEL REL CD        QUANTITY        DEL DATE
   001              10          17-JUN-2019

   002              85          17-JUL-2019


FOB POINT: Destination

SHIP TO:
(W25G1U)   SU W1A8 DLA DISTRIBUTION
           DDSP NEW CUMBERLAND FACILITY
           2001 NORMANDY DRIVE DOOR 113 TO 134
           NEW CUMBERLAND,PA,17070-5002

           CONTRACT/DELIVERY ORDER NUMBER
               SPRBL1-18-D-0069/SPRBL118F0053
```

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1006 | YEAR 1 PRODUCTION QUANTITY | 2767 | EA | $      108.37000 | $      299,859.79 |

```
NSN: 5995-01-300-9324
COMMODITY NAME: CABLE ASSEMBLY,CX-13303/VRC
PSC: 5995
CLIN CONTRACT TYPE:
    Firm Fixed Price
Mfr CAGE: 80063
Mfr Part Number: A3014040-9


PRON: C98CAG669M    PRON AMD: 01    ACRN: AA
AMS CD: SM2B1100000


Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
    SEE TECHNICAL REQUIREMENTS AND TDP
LOCATION OF PACKAGING/PACKING/SPECS:
ADDENDA: J
LEVEL PRESERVATION: Military
```

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>SPRBL1-18-D-0069/SPRBL118F0053 | | Page   7 of 10 |
|---|---|---|---|
| | PIIN/SIIN | MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LEVEL PACKING: B<br><br>Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin<br><br>Deliveries or Performance | | | | |

```
                 DOC            SUPPL
                 REL CD   MILSTRIP    ADDR   SIG CD   MARK FOR   TP CD
                  001  W15GK88242A103  W25G1U    J                  2
                 DEL REL CD       QUANTITY          DEL DATE
                   001              10           17-JUN-2019

                   002            1,200          17-JUL-2019

                   003            1,200          16-SEP-2019

                   004             357           16-OCT-2019


                 FOB POINT: Destination

                 SHIP TO:
                 (W25G1U)   SU W1A8 DLA DISTRIBUTION
                            DDSP NEW CUMBERLAND FACILITY
                            2001 NORMANDY DRIVE DOOR 113 TO 134
                            NEW CUMBERLAND,PA,17070-5002

                            CONTRACT/DELIVERY ORDER NUMBER
                                SPRBL1-18-D-0069/SPRBL118F0053
```

| 1007 | YEAR 1 PRODUCTION QUANTITY | 396 | EA | $      140.50000 | $         55,638.00 |

```
                 NSN: 5995-01-219-4706
                 COMMODITY NAME: CABLE ASSEMBLY,CX-13292/VRC
                 PSC: 5995
                 CLIN CONTRACT TYPE:
                     Firm Fixed Price
                 Mfr CAGE: 80063
                 Mfr Part Number: A3014038-5


                 PRON: C98CAH919M    PRON AMD: 01    ACRN: AA
                 AMS CD: SM2B1100000


                 Packaging and Marking
                 PACKAGING/PACKING/SPECIFICATIONS:
                     SEE TECHNICAL REQUIREMENTS AND TDP
                 LOCATION OF PACKAGING/PACKING/SPECS:
                 ADDENDA: J
                 LEVEL PRESERVATION: Military
                 LEVEL PACKING: B


                 Inspection and Acceptance
                 INSPECTION: Origin     ACCEPTANCE: Origin
```

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 8 of 10 |
|---|---|---|
| | SPRBL1-18-D-0069/SPRBL118F0053 | |
| | PIIN/SIIN                MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | <u>Deliveries or Performance</u> | | | | |
| | DOC              SUPPL | | | | |
| | <u>REL CD</u>  <u>MILSTRIP</u>   <u>ADDR</u>  <u>SIG CD</u>  <u>MARK FOR</u>  <u>TP CD</u> | | | | |
| | 001  W15GK88242A121  W25G1U    J              2 | | | | |
| | <u>DEL REL CD</u>      <u>QUANTITY</u>      <u>DEL DATE</u> | | | | |
| | 001          10          17-JUN-2019 | | | | |
| | 002          100          17-JUL-2019 | | | | |
| | 003          100          16-AUG-2019 | | | | |
| | 004          100          16-SEP-2019 | | | | |
| | 005          86          16-OCT-2019 | | | | |
| | FOB POINT: Destination | | | | |
| | SHIP TO: | | | | |
| | (W25G1U)   SU W1A8 DLA DISTRIBUTION | | | | |
| | DDSP NEW CUMBERLAND FACILITY | | | | |
| | 2001 NORMANDY DRIVE DOOR 113 TO 134 | | | | |
| | NEW CUMBERLAND,PA,17070-5002 | | | | |
| | <u>CONTRACT/DELIVERY ORDER NUMBER</u> | | | | |
| | SPRBL1-18-D-0069/SPRBL118F0053 | | | | |
| 1008 | <u>YEAR 1 PRODUCTION QUANTITY</u> | 89 | EA | $    150.23000 | $        13,370.47 |
| | NSN: 5995-01-218-6466 | | | | |
| | COMMODITY NAME: CABLE ASSEMBLY,CX-13290/VRC | | | | |
| | PSC: 5995 | | | | |
| | CLIN CONTRACT TYPE: | | | | |
| | Firm Fixed Price | | | | |
| | Mfr CAGE: 80063 | | | | |
| | Mfr Part Number: A3014035-4 | | | | |
| | PRON: C98CAG549M    PRON AMD: 01   ACRN: AA | | | | |
| | AMS CD: SM2B1100000 | | | | |
| | <u>Packaging and Marking</u> | | | | |
| | PACKAGING/PACKING/SPECIFICATIONS: | | | | |
| | SEE TECHNICAL REQUIREMENTS AND TDP | | | | |
| | LOCATION OF PACKAGING/PACKING/SPECS: | | | | |
| | ADDENDA: J | | | | |
| | LEVEL PRESERVATION: Military | | | | |
| | LEVEL PACKING: B | | | | |
| | <u>Inspection and Acceptance</u> | | | | |
| | INSPECTION: Origin      ACCEPTANCE: Origin | | | | |
| | <u>Deliveries or Performance</u> | | | | |
| | DOC              SUPPL | | | | |
| | <u>REL CD</u>  <u>MILSTRIP</u>   <u>ADDR</u>  <u>SIG CD</u>  <u>MARK FOR</u>  <u>TP CD</u> | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069/SPRBL118F0053 PIIN/SIIN                    MOD/AMD | Page   9 of 10 |
|---|---|---|

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 001  W15GK88242A104  W25G1U       J                    2 | | | | |
| | DEL REL CD        QUANTITY        DEL DATE | | | | |
| | 001            10            17-JUN-2019 | | | | |
| | 002            79            17-JUL-2019 | | | | |
| | FOB POINT: Destination | | | | |
| | SHIP TO: | | | | |
| | (W25G1U)   SU W1A8 DLA DISTRIBUTION | | | | |
| | DDSP NEW CUMBERLAND FACILITY | | | | |
| | 2001 NORMANDY DRIVE DOOR 113 TO 134 | | | | |
| | NEW CUMBERLAND,PA,17070-5002 | | | | |
| | CONTRACT/DELIVERY ORDER NUMBER | | | | |
| | SPRBL1-18-D-0069/SPRBL118F0053 | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 10 of 10 |
|---|---|---|
| | SPRBL1-18-D-0069/SPRBL118F0053 | |
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

CONTRACT ADMINISTRATION DATA

| LINE ITEM | PRON/ AMS CD/ MIPR/ GFEBS ATA | OBLG STAT | JO NO/ ACCT ASSIGN | ACRN | OBLIGATED AMOUNT |
|---|---|---|---|---|---|
| 1002 | C98CAI479M SM2B1100000 | 2 | | AA | $ 4,731.78 |
| 1003 | C98CAG579M SM2B1100000 | 2 | | AA | $ 320,827.92 |
| 1004 | C98CAI299M SM2B1100000 | 2 | | AA | $ 9,405.00 |
| 1006 | C98CAG669M SM2B1100000 | 2 | | AA | $ 299,859.79 |
| 1007 | C98CAH919M SM2B1100000 | 2 | | AA | $ 55,638.00 |
| 1008 | C98CAG549M SM2B1100000 | 2 | | AA | $ 13,370.47 |
| | | | | TOTAL | $ 703,832.96 |

| ACRN | ACCOUNTING CLASSIFICATION | | | | OBLIGATED AMOUNT |
|---|---|---|---|---|---|
| AA | 97  X4930AC9E 62 | 26K5 | S28043 | W15GK8 | $ 703,832.96 |
| | | | | TOTAL | $ 703,832.96 |

| LINE ITEM | ACRN | EDI/SFIS ACCOUNTING CLASSIFICATION | | | | |
|---|---|---|---|---|---|---|
| 1002 | AA | 97 | 0X0X4930AC9E | S28043 | 620000SM2B110000026K5 | S28043  W15GK8 |
| 1003 | AA | 97 | 0X0X4930AC9E | S28043 | 620000SM2B110000026K5 | S28043  W15GK8 |
| 1004 | AA | 97 | 0X0X4930AC9E | S28043 | 620000SM2B110000026K5 | S28043  W15GK8 |
| 1006 | AA | 97 | 0X0X4930AC9E | S28043 | 620000SM2B110000026K5 | S28043  W15GK8 |
| 1007 | AA | 97 | 0X0X4930AC9E | S28043 | 620000SM2B110000026K5 | S28043  W15GK8 |
| 1008 | AA | 97 | 0X0X4930AC9E | S28043 | 620000SM2B110000026K5 | S28043  W15GK8 |

# ORDER FOR SUPPLIES OR SERVICES

| 1. CONTRACT PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| SPRBL1-18-D-0069 | SPRBL119F0006 | 2018OCT10 | SEE SCHEDULE | DOA7 |

| 6. ISSUED BY | CODE | SPRBL1 | 7. ADMINISTERED BY (If other than 6) | CODE | S3605A | 8. DELIVERY FOB |
|---|---|---|---|---|---|---|
| DLA LAND AT ABERDEEN<br>JAMES J. REESE<br>6565 SURVEILLANCE LOOP, ROOM C1301<br>APG, MD 21005-1846<br><br>EMAIL: JAMES.REESE@DLA.MIL | | | DCMA DAYTON<br>AREA A, BUILDING 30<br>1725 VAN PATTON DRIVE<br>WRIGHT-PATTERSON AFB, OH 45433-5302 | | | [X] DESTINATION<br><br>[ ] OTHER<br>(See Schedule if other) |

| 9. CONTRACTOR | CODE | 71CU6 | FACILITY | | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) | 11. X IF BUSINESS IS |
|---|---|---|---|---|---|---|
| NAME AND ADDRESS | DCX-CHOL ENTERPRISES, INC.<br>1615 E. WALLACE ST<br>FORT WAYNE, IN 46803-2564 | | | | SEE SCHEDULE | [X] SMALL<br><br>[ ] SMALL DISADVANTAGED<br><br>[ ] WOMAN-OWNED |
| | | | | | 12. DISCOUNT TERMS | |
| | | | | | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK<br>See Block 15 | |

| 14. SHIP TO | CODE | 15. PAYMENT WILL BE MADE BY | CODE | HQ0490 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2 |
|---|---|---|---|---|---|
| SEE SCHEDULE | | DFAS-INDY VP GFEBS<br>8899 E. 56TH STREET<br>INDIANAPOLIS IN 46249-3800 | | | |

| 16. TYPE OF ORDER | DELIVERY/ CALL | [X] | THIS DELIVERY ORDER IS ISSUED ON ANOTHER GOVERNMENT AGENCY OR IN ACCORDANCE WITH AND SUBJECT TO TERMS AND CONDITIONS OF ABOVE NUMBERED CONTRACT. |
|---|---|---|---|
| | PURCHASE | | Reference your [ ] Oral [ ] Written Quotation _____, Dated _____. furnish the following on terms specified herein.<br>ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME. |

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |
|---|---|---|---|
| | | | |

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**

SEE CONTRACT ADMINISTRATION DATA

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA<br>PAULETTE POOLE /SIGNED/ 2018OCT10<br>PAULETTE.R.POOLE.CIV@MAIL.MIL (443)861-4548<br>BY: | 25. TOTAL | $281,898.08 |
|---|---|---|---|
| | | 26. DIFFERENCES | |
| | CONTRACTING/ORDERING OFFICER | | |

| 27a. QUANTITY IN COLUMN 20 HAS BEEN | [ ] INSPECTED | [ ] RECEIVED | [ ] ACCEPTED, AND CONFORMS TO CONTRACT EXCEPT AS NOTED _____ |
|---|---|---|---|

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| | | |

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | [ ] PARTIAL | | |
| | [ ] FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER | g. E-MAIL ADDRESS | 31. PAYMENT | | 34. CHECK NUMBER |
| | | [ ] COMPLETE | | |

| 36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT. | | [ ] PARTIAL | |
|---|---|---|---|
| a. DATE (YYYYMMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | [ ] FINAL | 35. BILL OF LADING NO. |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CON- TAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

**DD FORM 1155, DEC 2001**          PREVIOUS EDITION IS OBSOLETE.

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>SPRBL1-18-D-0069/SPRBL119F0006 | | **Page** 2 **of** 5 |
|---|---|---|---|
| | **PIIN/SIIN** | **MOD/AMD** | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

SUPPLEMENTAL INFORMATION


Buyer Name: JAMES J. REESE
Buyer Office Symbol/Telephone Number: DLA-ZLAA/(443)861-4549
Type of Contract 1: Firm Fixed Price
Kind of Contract: Supply Contracts and Priced Orders
Type of Business: Other Small Business Performing in U.S.
Surveillance Criticality Designator: B


*** End of Narrative A0000 ***

1.Delivery Order SPRBL1-19-F-0006 for contract SPRBL1-18-D-0069 is for the following NSNs in accordance with terms and condition of the basic contract.

CLIN 1003
NSN 5995-01-219-4703
Noun CX-13292/VRC (4ft 0in)
QTY 688 Each

CLIN 1006
NSN 5995-01-300-9324
Noun CX-13303/VRC (4ft 6in)
QTY 1,854 Each

2.Delivery Order SPRBL1-19-F-0006 total amount is $ 281,898.08

3.Ceiling of Basic Contract is:                    $13,080,257.00
Obligated on previous delivery orders:           $703,832.79
Obligated on this delivery order SPRBL1-19-F-0006: $ 281,898.08
Ceiling Balance:                                 $12,094,526.13

4.In an email dated September 25, 2018 from Cory Gamberg, Government Sales Manager to James Reese, Contract Specialist, DCX-CHOL agrees to exceed the Government Order Limitations in FAR 52.216-19 (b)(3)

5.Early delivery is acceptable and encouraged at no additional cost.

6.Except as provided herein, all terms and conditions remain the unchanged and in full force and effect.


*** END OF NARRATIVE A0001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued |  | Page 3 of 5 |
|---|---|---|---|
|  | SPRBL1-18-D-0069/SPRBL119F0006 |  |  |
|  | **PIIN/SIIN** | **MOD/AMD** |  |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
|  | SUPPLIES OR SERVICES AND PRICES/COSTS |  |  |  |  |
| 1003 | YEAR 1 PRODUCTION QUANTITY | 688 | EA | $    112.88000 | $        77,661.44 |
|  | NSN: 5995-01-219-4703 |  |  |  |  |
|  | COMMODITY NAME: CABLE ASSEMBLY,CX-13292/VRC |  |  |  |  |
|  | PSC: 5995 |  |  |  |  |
|  | CLIN CONTRACT TYPE: |  |  |  |  |
|  |     Firm Fixed Price |  |  |  |  |
|  | Mfr CAGE: 80063 |  |  |  |  |
|  | Mfr Part Number: A3014038-2 |  |  |  |  |
|  | PRON: C99CAF079M    PRON AMD: 01    ACRN: AA |  |  |  |  |
|  | AMS CD: SM2B1100000 |  |  |  |  |
|  | Packaging and Marking |  |  |  |  |
|  | PACKAGING/PACKING/SPECIFICATIONS: |  |  |  |  |
|  |     SEE TECHNICAL REQUIREMENTS AND TDP |  |  |  |  |
|  | LOCATION OF PACKAGING/PACKING/SPECS: |  |  |  |  |
|  | ADDENDA: J |  |  |  |  |
|  | LEVEL PRESERVATION: Military |  |  |  |  |
|  | LEVEL PACKING: B |  |  |  |  |
|  | Inspection and Acceptance |  |  |  |  |
|  | INSPECTION: Origin    ACCEPTANCE: Origin |  |  |  |  |
|  | Deliveries or Performance |  |  |  |  |

```
Deliveries or Performance
DOC              SUPPL
REL CD   MILSTRIP    ADDR  SIG CD  MARK FOR  TP CD
 001   W15GK88268A102  W25G1U   J                2
DEL REL CD       QUANTITY        DEL DATE
   001            10           12-JUL-2019

   002            678          12-AUG-2019


FOB POINT: Destination

SHIP TO:
(W25G1U)   SU W1A8 DLA DISTRIBUTION
           DDSP NEW CUMBERLAND FACILITY
           2001 NORMANDY DRIVE DOOR 113 TO 134
           NEW CUMBERLAND,PA,17070-5002

           CONTRACT/DELIVERY ORDER NUMBER
               SPRBL1-18-D-0069/SPRBL119F0006
```

| 1006 | YEAR 1 PRODUCTION QUANTITY | 1854 | EA | $    110.16000 | $       204,236.64 |
|---|---|---|---|---|---|
|  | NSN: 5995-01-300-9324 |  |  |  |  |
|  | COMMODITY NAME: CABLE ASSEMBLY,CX-13303/VRC |  |  |  |  |
|  | PSC: 5995 |  |  |  |  |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 4 of 5 |
|---|---|---|
| | SPRBL1-18-D-0069/SPRBL119F0006 | |
| | PIIN/SIIN                           MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>Mfr CAGE: 80063<br>Mfr Part Number: A3014040-9 | | | | |

```
                 CLIN CONTRACT TYPE:
                      Firm Fixed Price
                 Mfr CAGE: 80063
                 Mfr Part Number: A3014040-9


                 PRON: C99CAF189M    PRON AMD: 01    ACRN: AA
                 AMS CD: SM2B1100000


                 Packaging and Marking
                 PACKAGING/PACKING/SPECIFICATIONS:
                      SEE TECHNICAL REQUIREMENTS AND TDP
                 LOCATION OF PACKAGING/PACKING/SPECS:
                 ADDENDA: J
                 LEVEL PRESERVATION: Military
                 LEVEL PACKING: B


                 Inspection and Acceptance
                 INSPECTION: Origin      ACCEPTANCE: Origin


                 Deliveries or Performance
                 DOC                SUPPL
                 REL CD   MILSTRIP    ADDR  SIG CD  MARK FOR  TP CD
                  001  W15GK88268A101  W25G1U   J                2
                 DEL REL CD      QUANTITY      DEL DATE
                  001             10         12-JUL-2019

                  002           1,200        12-AUG-2019

                  003             644        11-SEP-2019


                 FOB POINT: Destination

                 SHIP TO:
                 (W25G1U)  SU W1A8 DLA DISTRIBUTION
                           DDSP NEW CUMBERLAND FACILITY
                           2001 NORMANDY DRIVE DOOR 113 TO 134
                           NEW CUMBERLAND,PA,17070-5002

                           CONTRACT/DELIVERY ORDER NUMBER
                                SPRBL1-18-D-0069/SPRBL119F0006
```

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>SPRBL1-18-D-0069/SPRBL119F0006 | **Page** 5 **of** 5 |
|---|---|---|
| | **PIIN/SIIN**                          **MOD/AMD** | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

CONTRACT ADMINISTRATION DATA

| LINE<br>ITEM | PRON/<br>AMS CD/<br>MIPR/<br>GFEBS ATA | OBLG<br>STAT | JO NO/<br>ACCT ASSIGN | ACRN | OBLIGATED<br>AMOUNT |
|---|---|---|---|---|---|
| 1003 | C99CAF079M<br>SM2B1100000 | 1 | | AA | $        77,661.44 |
| 1006 | C99CAF189M<br>SM2B1100000 | 1 | | AA | $       204,236.64 |
| | | | | TOTAL | $       281,898.08 |

| ACRN | ACCOUNTING CLASSIFICATION | | | | OBLIGATED<br>AMOUNT |
|---|---|---|---|---|---|
| AA | 97  X4930AC9E 62 | 26K5 | S28043 | W15GK8 | $       281,898.08 |
| | | | | TOTAL | $       281,898.08 |

| LINE<br>ITEM | ACRN | EDI/SFIS ACCOUNTING CLASSIFICATION | | | | |
|---|---|---|---|---|---|---|
| 1003 | AA | 97 | 0X0X4930AC9E | S28043 | 620000SM2B110000026K5 | S28043  W15GK8 |
| 1006 | AA | 97 | 0X0X4930AC9E | S28043 | 620000SM2B110000026K5 | S28043  W15GK8 |

*SMI-S01547*

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. Contract ID Code<br>Firm Fixed Price | Page 1 Of 4 |
|---|---|---|---|

| 2. Amendment/Modification No.<br><br>P00001 | 3. Effective Date | 4. Requisition/Purchase Req No.<br><br>SEE SCHEDULE | 5. Project No. (If applicable) |
|---|---|---|---|

| 6. Issued By | Code SPRBL1 | 7. Administered By (If other than Item 6) | Code S3605A |
|---|---|---|---|
| DLA LAND AT ABERDEEN<br>JAMES J. REESE<br>6565 SURVEILLANCE LOOP, ROOM C1301<br>APG, MD  21005-1846<br><br>EMAIL: JAMES.REESE@DLA.MIL | | DCMA DAYTON<br>AREA A, BUILDING 30<br>1725 VAN PATTON DRIVE<br>WRIGHT-PATTERSON AFB, OH 45433-5302 | |

| 8. Name And Address Of Contractor (No., Street, City, County, State and Zip Code) | | 9A. Amendment Of Solicitation No. |
|---|---|---|
| DCX-CHOL ENTERPRISES, INC.<br>1615 E. WALLACE ST<br>FORT WAYNE, IN 46803-2564 | ☐ | |
| | | 9B. Dated (See Item 11) |
| | ☒ | 10A. Modification Of Contract/Order No.<br><br>SPRBL1-18-D-0069/SPRBL119F0006 |
| | | 10B. Dated (See Item 13) |
| Code 71CU6      Facility Code | | 2018OCT10 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendments: (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. **FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.**

| 12. Accounting And Appropriation Data (If required) |
|---|
| NO CHANGE TO OBLIGATION DATA |

## 13. THIS ITEM ONLY APPLIES TO MODIFICATIONS OF CONTRACTS/ORDERS
### It Modifies The Contract/Order No. As Described In Item 14.

| | |
|---|---|
| ☐ | A. This Change Order is Issued Pursuant To:                    The Changes Set Forth In Item 14 Are Made In The Contract/Order No. In Item 10A. |
| ☐ | B. The Above Numbered Contract/Order Is Modified To Reflect The Administrative Changes (such as changes in paying office, appropriation data, etc.) Set Forth In Item 14, Pursuant To The Authority of FAR 43.103(b). |
| ☒ | C. This Supplemental Agreement Is Entered Into Pursuant To Authority Of:   FAR 43.103(a) |
| ☐ | D. Other (Specify type of modification and authority) |

E. IMPORTANT:   Contractor ☐ is not, ☒ is required to sign this document and return _____ copies to the Issuing Office.

14. Description Of Amendment/Modification (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE SECOND PAGE FOR DESCRIPTION

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. Name And Title Of Signer (Type or print)<br><br>HENN  MATASSANA CADM | 16A. Name And Title Of Contracting Officer (Type or print)<br>MARTINA L. CULIK MOORE<br>MARTINA.L.CULIKMOORE.CIV@MAIL.MIL (443)861-4555 | |
|---|---|---|
| 15B. Contractor/Offeror<br><br>_____<br>(Signature of person authorized to sign) | 15C. Date Signed<br><br>10/11/18 | 16B. United States Of America<br><br>By _____<br>(Signature of Contracting Officer) | 16C. Date Signed |

NSN 7540-01-152-8070
PREVIOUS EDITIONS UNUSABLE
30-105-02
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>SPRBL1-18-D-0069/SPRBL119F0006 | **Page**  2  **of** 4 |
|---|---|---|
| | **PIIN/SIIN**                              **MOD/AMD** P00001 | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

SECTION A - SUPPLEMENTAL INFORMATION


Buyer Name: JAMES J. REESE
Buyer Office Symbol/Telephone Number: DLA-ZLAA/(443)861-4549
Type of Contract 1: Firm Fixed Price
Kind of Contract: Supply Contracts and Priced Orders
Kind of Modification: G
Type of Business: Other Small Business Performing in U.S.
Surveillance Criticality Designator: B


Paying Office: HQ0490
              DFAS-INDY VP GFEBS
              8899 E. 56TH STREET
              INDIANAPOLIS IN  46249-3800


*** End of Narrative A0000 ***

1. The purpose of this modification P0001 for contract SPRBL1-18-D-0069 Delivery Order SPRBL1-19-F-0006 is to correct the delivery schedule for CLINs 1003 and CLIN 1006 due to an adminstrative error.

2. Note for CLIN 1003 and CLIN 1006 delivery schedule: The delivery schedule for CLIN 1003 and CLIN 1006 follows the delivery schedule on delivery order SPRBL1-18-F-0053, in order that the contract every 30 days delivery rate is not exceeded.

3. This is a no cost modification.

4. Except as provided herein, al other terms and conditions remain unchanged in full force and effect.


*** END OF NARRATIVE A0002 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069/SPRBL119F0006 | Page 3 of 4 |
|---|---|---|
| | PIIN/SIIN | MOD/AMD P00001 |

Name of Offeror or Contractor: DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 1003 | YEAR 1 PRODUCTION QUANTITY | 688 | EA | $ 112.88000 | $ 77,661.44 |
| | NSN: 5995-01-219-4703 COMMODITY NAME: CABLE ASSEMBLY,CX-13292/VRC PSC: 5995 CLIN CONTRACT TYPE: Firm Fixed Price Mfr CAGE: 80063 Mfr Part Number: A3014038-2 | | | | |
| | PRON: C99CAF079M    PRON AMD: 01    ACRN: AA AMS CD: SM2B1100000 | | | | |
| | Packaging and Marking PACKAGING/PACKING/SPECIFICATIONS: SEE TECHNICAL REQUIREMENTS AND TDP LOCATION OF PACKAGING/PACKING/SPECS: ADDENDA: J LEVEL PRESERVATION: Military LEVEL PACKING: B | | | | |
| | Inspection and Acceptance INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | Deliveries or Performance | | | | |

```
DOC              SUPPL
REL CD   MILSTRIP    ADDR  SIG CD  MARK FOR  TP CD
 001  W15GK88268A102 W25G1U   J              2
DEL REL CD      QUANTITY      DEL DATE
    001      DELETED
    002      DELETED
    003          122       16-SEP-2019

    004          566       16-OCT-2019
```

| | FOB POINT: Destination | | | | |
| | SHIP TO: (W25G1U)    SU W1A8 DLA DISTRIBUTION DDSP NEW CUMBERLAND FACILITY 2001 NORMANDY DRIVE DOOR 113 TO 134 NEW CUMBERLAND,PA,17070-5002 | | | | |
| | CONTRACT/DELIVERY ORDER NUMBER SPRBL1-18-D-0069/SPRBL119F0006 | | | | |
| 1006 | YEAR 1 PRODUCTION QUANTITY | 1854 | EA | $ 110.16000 | $ 204,236.64 |
| | NSN: 5995-01-300-9324 | | | | |

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** SPRBL1-18-D-0069/SPRBL119F0006 **PIIN/SIIN**           **MOD/AMD** P00001 | **Page**   4 **of** 4 |
|---|---|---|

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | COMMODITY NAME: CABLE ASSEMBLY,CX-13303/VRC<br>PSC: 5995<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price<br>Mfr CAGE: 80063<br>Mfr Part Number: A3014040-9<br><br><br>PRON: C99CAF189M    PRON AMD: 01    ACRN: AA<br>AMS CD: SM2B1100000<br><br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>    SEE TECHNICAL REQUIREMENTS AND TDP<br>LOCATION OF PACKAGING/PACKING/SPECS:<br>ADDENDA: J<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br><br>Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin<br><br><br>Deliveries or Performance<br>DOC               SUPPL<br>REL CD   MILSTRIP    ADDR   SIG CD  MARK FOR  TP CD<br> 001  W15GK88268A101  W25G1U   J               2<br>DEL REL CD      QUANTITY      DEL DATE<br>   001        DELETED<br>   002        DELETED<br>   003        DELETED<br>   004          843         16-SEP-2019<br><br>   005         1,011        16-OCT-2019<br><br><br>FOB POINT: Destination<br><br>SHIP TO:<br>(W25G1U)    SU W1A8 DLA DISTRIBUTION<br>            DDSP NEW CUMBERLAND FACILITY<br>            2001 NORMANDY DRIVE DOOR 113 TO 134<br>            NEW CUMBERLAND,PA,17070-5002<br><br>            CONTRACT/DELIVERY ORDER NUMBER<br>                SPRBL1-18-D-0069/SPRBL119F0006 | | | | |

PAGE 1 OF 5

# ORDER FOR SUPPLIES OR SERVICES

| 1. CONTRACT PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| SPRBL1-18-D-0069 | SPRBL119F0036 | 2018OCT18 | SEE SCHEDULE | DOA7 |

| 6. ISSUED BY CODE SPRBL1 | 7. ADMINISTERED BY (If other than 6) CODE S3605A | 8. DELIVERY FOB |
|---|---|---|
| DLA LAND AT ABERDEEN<br>JAMES J. REESE<br>6565 SURVEILLANCE LOOP, ROOM C1301<br>APG, MD 21005-1846<br><br>EMAIL: JAMES.REESE@DLA.MIL | DCMA DAYTON<br>AREA A, BUILDING 30<br>1725 VAN PATTON DRIVE<br>WRIGHT-PATTERSON AFB, OH 45433-5302 | [X] DESTINATION<br><br>[ ] OTHER<br>(See Schedule if other) |

| 9. CONTRACTOR CODE 71CU6 | FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) | 11. X IF BUSINESS IS |
|---|---|---|---|
| NAME AND ADDRESS | DCX-CHOL ENTERPRISES, INC.<br>1615 E. WALLACE ST<br>FORT WAYNE, IN 46803-2564 | SEE SCHEDULE | [X] SMALL<br><br>[ ] SMALL DISADVANTAGED<br><br>[ ] WOMAN-OWNED |

| | 12. DISCOUNT TERMS | |
| | | |
| | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK | |
| | See Block 15 | |

| 14. SHIP TO CODE | 15. PAYMENT WILL BE MADE BY CODE HQ0490 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2 |
|---|---|---|
| SEE SCHEDULE | DFAS-INDY VP GFEBS<br>8899 E. 56TH STREET<br>INDIANAPOLIS IN 46249-3800 | |

| 16. TYPE OF ORDER | DELIVERY/ CALL [X] | THIS DELIVERY ORDER IS ISSUED ON ANOTHER GOVERNMENT AGENCY OR IN ACCORDANCE WITH AND SUBJECT TO TERMS AND CONDITIONS OF ABOVE NUMBERED CONTRACT. |
|---|---|---|
| | PURCHASE | Reference your [ ] Oral [ ] Written Quotation _____ , Dated _____ . furnish the following on terms specified herein.<br>ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME. |

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |
|---|---|---|---|

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**

SEE CONTRACT ADMINISTRATION DATA

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA<br>MARTINA L. CULIK MOORE /SIGNED/ 2018OCT18<br>MARTINA.L.CULIKMOORE.CIV@MAIL.MIL (443)861-4555<br>BY: CONTRACTING/ORDERING OFFICER | 25. TOTAL | $66,709.80 |
|---|---|---|---|
| | | 26. DIFFERENCES | |

| 27a. QUANTITY IN COLUMN 20 HAS BEEN | [ ] INSPECTED | [ ] RECEIVED | [ ] ACCEPTED, AND CONFORMS TO CONTRACT EXCEPT AS NOTED _____ |
|---|---|---|---|

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | [ ] PARTIAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER | g. E-MAIL ADDRESS | [ ] FINAL | |
| | | 31. PAYMENT | 34. CHECK NUMBER |
| 36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT. | | [ ] COMPLETE | |
| a. DATE (YYYYMMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | [ ] PARTIAL | 35. BILL OF LADING NO. |
| | | [ ] FINAL | |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CON- TAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

**DD FORM 1155, DEC 2001**      PREVIOUS EDITION IS OBSOLETE.

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** SPRBL1-18-D-0069/SPRBL119F0036 | **Page** 2 **of** 5 |
|---|---|---|
| | **PIIN/SIIN**                              **MOD/AMD** | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

SUPPLEMENTAL INFORMATION


Buyer Name: JAMES J. REESE
Buyer Office Symbol/Telephone Number: DLA-ZLAA/(443)861-4549
Type of Contract 1: Firm Fixed Price
Kind of Contract: Supply Contracts and Priced Orders
Type of Business: Other Small Business Performing in U.S.
Surveillance Criticality Designator: B


*** End of Narrative A0000 ***

1.Delivery Order SPRBL1-19-F-0036 for contract SPRBL1-18-D-0069 is for the following NSNs in accordance with terms and condition of the basic contract.

CLIN 1007
NSN 5995-01-219-4706
Noun CX-13292/VRC (18ft 0in)
QTY 458 Each

CLIN 1009
NSN 5995-01-226-2436
Noun CX-13306/VRC (4ft)
QTY 20 Each

2.Delivery Order SPRBL1-19-F-0036 total amount is $ 66,709.80

3.Ceiling of Basic Contract is:                        $13,080,257.00
Obligated on previous delivery orders:            $985,731.04
Obligated on this delivery order SPRBL1-19-F-0036: $  66,709.80
Ceiling Balance:                                  $12,027,816.16

4.Note for CLIN 1007 delivery schedule: The delivery schedule for CLIN 1007 follows the delivery schedule on delivery order SPRBL1-18-R-0053, in order that the contract every 30 days delivery rate is not exceeded.

5.Early delivery is acceptable and encouraged at no additional cost.

6.Except as provided herein, all terms and conditions remain the unchanged and in full force and effect.


*** END OF NARRATIVE A0001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069/SPRBL119F0036 | | Page 3 of 5 |
|---|---|---|---|
| | PIIN/SIIN | MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 1007 | YEAR 1 PRODUCTION QUANTITY | 458 | EA | $ 140.50000 | $ 64,349.00 |

```
             NSN: 5995-01-219-4706
             COMMODITY NAME: CABLE ASSY CS-13292/VRC 18FT
             PSC: 5995
             CLIN CONTRACT TYPE:
                 Firm Fixed Price


             PRON: C99CAG999M   PRON AMD: 03   ACRN: AA
             AMS CD: SM2B1100000


             Packaging and Marking
             PACKAGING/PACKING/SPECIFICATIONS:
                 SEE TECHNICAL REQUIREMENTS AND TDP
             LOCATION OF PACKAGING/PACKING/SPECS:
             ADDENDA: J
             LEVEL PRESERVATION: Military
             LEVEL PACKING: B


             Inspection and Acceptance
             INSPECTION: Origin      ACCEPTANCE: Origin


             Deliveries or Performance
             DOC              SUPPL
             REL CD   MILSTRIP     ADDR   SIG CD   MARK FOR   TP CD
              001  W15GK88277A105  W25G1U    J                  2
             DEL REL CD        QUANTITY        DEL DATE
                 001            14           16-OCT-2019

                 002           100           15-NOV-2019

                 003           100           16-DEC-2019

                 004           100           14-JAN-2020

                 005           100           13-FEB-2020

                 006            44           16-MAR-2020


             FOB POINT: Destination

             SHIP TO:
             (W25G1U)   SU W1A8 DLA DISTRIBUTION
                        DDSP NEW CUMBERLAND FACILITY
                        2001 NORMANDY DRIVE DOOR 113 TO 134
                        NEW CUMBERLAND,PA,17070-5002

                        CONTRACT/DELIVERY ORDER NUMBER
                            SPRBL1-18-D-0069/SPRBL119F0036
```

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>SPRBL1-18-D-0069/SPRBL119F0036 | | Page   4 of 5 |
| --- | --- | --- | --- |
| | **PIIN/SIIN** | **MOD/AMD** | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 1009 | YEAR 1 PRODUCTION QUANTITY | 20 | EA | $        118.04000 | $         2,360.80 |

```
               NSN: 5995-01-226-2436
               COMMODITY NAME: CABLE ASSY CX-13306/VRC 4FT
               PSC: 5995
               CLIN CONTRACT TYPE:
                    Firm Fixed Price


               PRON: C99CAH279M    PRON AMD: 03    ACRN: AA
               AMS CD: SM2B1100000


               Packaging and Marking
               PACKAGING/PACKING/SPECIFICATIONS:
                    SEE TECHNICAL REQUIREMENT AND TDP
               LOCATION OF PACKAGING/PACKING/SPECS:
               ADDENDA: J
               LEVEL PRESERVATION: Military
               LEVEL PACKING: B


               Inspection and Acceptance
               INSPECTION: Origin    ACCEPTANCE: Origin


               Deliveries or Performance
               DOC              SUPPL
               REL CD   MILSTRIP      ADDR   SIG CD   MARK FOR   TP CD
               001  W15GK88283A100  W25G1U     J                   2
               DEL REL CD        QUANTITY        DEL DATE
                    001              10          22-JUL-2019

                    002              10          21-AUG-2019


               FOB POINT: Destination

               SHIP TO:
               (W25G1U)   SU W1A8 DLA DISTRIBUTION
                          DDSP NEW CUMBERLAND FACILITY
                          2001 NORMANDY DRIVE DOOR 113 TO 134
                          NEW CUMBERLAND,PA,17070-5002

                          CONTRACT/DELIVERY ORDER NUMBER
                               SPRBL1-18-D-0069/SPRBL119F0036
```

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 5 of 5 |
|---|---|---|
| | SPRBL1-18-D-0069/SPRBL119F0036 | |
| | PIIN/SIIN                          MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

CONTRACT ADMINISTRATION DATA

| LINE ITEM | PRON/ AMS CD/ MIPR/ GFEBS ATA | OBLG STAT | JO NO/ ACCT ASSIGN | ACRN | | OBLIGATED AMOUNT |
|---|---|---|---|---|---|---|
| 1007 | C99CAG999M SM2B1100000 | 1 | | AA | $ | 64,349.00 |
| 1009 | C99CAH279M SM2B1100000 | 1 | | AA | $ | 2,360.80 |
| | | | | | TOTAL $ | 66,709.80 |

| ACRN | ACCOUNTING CLASSIFICATION | | | | | OBLIGATED AMOUNT |
|---|---|---|---|---|---|---|
| AA | 97 X4930AC9E 62 | 26K5 | S28043 | W15GK8 | $ | 66,709.80 |
| | | | | | TOTAL $ | 66,709.80 |

| LINE ITEM | ACRN | EDI/SFIS ACCOUNTING CLASSIFICATION | | | | |
|---|---|---|---|---|---|---|
| 1007 | AA | 97 | 0X0X4930AC9E | S28043 | 620000SM2B110000026K5 | S28043 W15GK8 |
| 1009 | AA | 97 | 0X0X4930AC9E | S28043 | 620000SM2B110000026K5 | S28043 W15GK8 |

*SMI-SOIS 9/*

*Bush 1851*

| | | PAGE 1 OF 4 |
|---|---|---|

## ORDER FOR SUPPLIES OR SERVICES

| 1. CONTRACT PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| SPRBL1-18-D-0069 | SPRBL119F0076 | 2018NOV21 | SEE SCHEDULE | DOA7 |

| 6. ISSUED BY | CODE | SPRBL1 | 7. ADMINISTERED BY (If other than 6) | CODE | S3605A | 8. DELIVERY FOB |
|---|---|---|---|---|---|---|
| DLA LAND AT ABERDEEN<br>JAMES J. REESE<br>6565 SURVEILLANCE LOOP, ROOM C1301<br>APG, MD  21005-1846<br><br>EMAIL: JAMES.REESE@DLA.MIL | | | DCMA DAYTON<br>AREA A, BUILDING 30<br>1725 VAN PATTON DRIVE<br>WRIGHT-PATTERSON AFB, OH 45433-5302 | | | [X] DESTINATION<br><br>[ ] OTHER<br>(See Schedule if other) |

| 9. CONTRACTOR | CODE | 71CU6 | FACILITY | | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) | 11. X IF BUSINESS IS |
|---|---|---|---|---|---|---|
| NAME AND ADDRESS | DCX-CHOL ENTERPRISES, INC.<br>1615 E. WALLACE ST<br>FORT WAYNE, IN 46803-2564 | | | | SEE SCHEDULE | [X] SMALL<br><br>[ ] SMALL DISADVANTAGED<br><br>[ ] WOMAN-OWNED |
| | | | | | 12. DISCOUNT TERMS | |
| | | | | | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK<br>See Block 15 | |

| 14. SHIP TO | CODE | 15. PAYMENT WILL BE MADE BY | CODE | HQ0490 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2 |
|---|---|---|---|---|---|
| SEE SCHEDULE | | DFAS-INDY VP GFEBS<br>8899 E. 56TH STREET<br>INDIANAPOLIS IN  46249-3800 | | | |

| 16. TYPE OF ORDER | DELIVERY/CALL | [X] | THIS DELIVERY ORDER IS ISSUED ON ANOTHER GOVERNMENT AGENCY OR IN ACCORDANCE WITH AND SUBJECT TO TERMS AND CONDITIONS OF ABOVE NUMBERED CONTRACT. |
|---|---|---|---|
| | PURCHASE | | Reference your [ ] Oral [ ] Written  Quotation _____, Dated _____. furnish the following on terms specified herein. |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| *SMI DIVISION OF DCX-CHOL* | *(signature)* | *CHANG MANAGER CADM* | *11/26/18* |
|---|---|---|---|
| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

| 17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE |
|---|
| SEE CONTRACT ADMINISTRATION DATA |

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA<br>PAULETTE POOLE        /SIGNED/      2018NOV20<br>PAULETTE.R.POOLE.CIV@MAIL.MIL (443)861-4548<br>BY:                        CONTRACTING/ORDERING OFFICER | 25. TOTAL | $696.00 |
|---|---|---|---|
| | | 26. DIFFERENCES | |

| 27a. QUANTITY IN COLUMN 20 HAS BEEN |
|---|
| [ ] INSPECTED  [ ] RECEIVED  [ ] ACCEPTED, AND CONFORMS TO CONTRACT EXCEPT AS NOTED _____ |

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| | | |

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | [ ] PARTIAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER | g. E-MAIL ADDRESS | [ ] FINAL | |
| | | 31. PAYMENT | 34. CHECK NUMBER |
| 36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT. | | [ ] COMPLETE | |
| a. DATE (YYYYMMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | [ ] PARTIAL | 35. BILL OF LADING NO. |
| | | [ ] FINAL | |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CON-TAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

**DD FORM 1155, DEC 2001**                    PREVIOUS EDITION IS OBSOLETE.

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** SPRBL1-18-D-0069/SPRBL119F0076 | | **Page** 2 of 4 |
|---|---|---|---|
| | **PIIN/SIIN** | **MOD/AMD** | |

**Name of Offeror or Contractor:**  DCX-CHOL ENTERPRISES, INC.

SUPPLEMENTAL INFORMATION


Buyer Name: JAMES J. REESE
Buyer Office Symbol/Telephone Number: DLA-ZLAA/(443)861-4549
Type of Contract 1: Firm Fixed Price
Kind of Contract: Supply Contracts and Priced Orders
Type of Business: Other Small Business Performing in U.S.
Surveillance Criticality Designator: B


*** End of Narrative A0000 ***

1.Delivery Order SPRBL1-19-F-0076 for contract SPRBL1-18-D-0069 is for the following NSNs in accordance with terms and condition of the basic contract.

CLIN 1001
NSN 5995-01-225-0503
Noun CX-13306/VRC (5ft 0in)
QTY 6 Each



2.Delivery Order SPRBL1-19-F-0076 total amount is $ $696.00

3.Ceiling of Basic Contract is:             $13,080,257.00
Obligated on previous delivery orders:       $1,052,440.84
Obligated on this delivery order SPRBL1-19-F-0076: $     696.00
Ceiling Balance:                            $12,027,120.16


4.Early delivery is acceptable and encouraged at no additional cost.

5.Except as provided herein, all terms and conditions remain the unchanged and in full force and effect.


*** END OF NARRATIVE A0001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 3 of 4 |
|---|---|---|---|

Reference No. of Document Being Continued
PIIN/SIIN SPRBL1-18-D-0069/SPRBL119F0076   MOD/AMD

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 1001 | YEAR 1 PRODUCTION QUANTITY | 6 | EA | $ 116.00000 | $ 696.00 |

```
NSN: 5995-01-225-0503
COMMODITY NAME: CABLE ASSEM CX 13306/VRC(5FT)
PSC: 5995
CLIN CONTRACT TYPE:
    Firm Fixed Price


PRON: C99CAH409M    PRON AMD: 01    ACRN: AA
AMS CD: SM2B1100000


Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
    SEE TECHNAICAL REQUIREMENTS AND TDP
LOCATION OF PACKAGING/PACKING/SPECS:
ADDENDA: J
LEVEL PRESERVATION: Military
LEVEL PACKING: B


Inspection and Acceptance
INSPECTION: Origin    ACCEPTANCE: Origin


Deliveries or Performance
DOC                 SUPPL
REL CD    MILSTRIP    ADDR   SIG CD   MARK FOR   TP CD
 001  W15GK88318A111  W25G1U    J                  2
DEL REL CD      QUANTITY       DEL DATE
  001           6            23-AUG-2019


FOB POINT: Destination

SHIP TO:
(W25G1U)   SU W1A8 DLA DISTRIBUTION
            DDSP NEW CUMBERLAND FACILITY
            2001 NORMANDY DRIVE DOOR 113 TO 134
            NEW CUMBERLAND,PA,17070-5002

            CONTRACT/DELIVERY ORDER NUMBER
                SPRBL1-18-D-0069/SPRBL119F0076
```

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069/SPRBL119F0076 | | Page 4 of 4 |
|---|---|---|---|
| | **PIIN/SIIN** | **MOD/AMD** | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

CONTRACT ADMINISTRATION DATA

```
       PRON/
       AMS CD/
LINE   MIPR/        OBLG   JO NO/                                    OBLIGATED
ITEM   GFEBS ATA    STAT   ACCT ASSIGN        ACRN                   AMOUNT
1001   C99CAH409M   2                          AA              $         696.00
       SM2B1100000

                                                      TOTAL   $         696.00
```

```
                                                                       OBLIGATED
ACRN   ACCOUNTING CLASSIFICATION                                        AMOUNT
AA     97   X4930AC9E 62       26K5  S28043       W15GK8          $       696.00

                                              TOTAL      $              696.00
```

```
LINE
ITEM      ACRN   EDI/SFIS ACCOUNTING CLASSIFICATION
1001      AA     97  0X0X4930AC9E    S28043   620000SM2B110000026K5        S28043  W15GK8
```

PAGE 1 OF 4

## ORDER FOR SUPPLIES OR SERVICES

| 1. CONTRACT PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| SPRBL1-18-D-0069 | SPRBL119F0108 | 2019JAN08 | SEE SCHEDULE | DOA7 |

| 6. ISSUED BY | CODE | SPRBL1 | 7. ADMINISTERED BY (If other than 6) | CODE | S3605A | 8. DELIVERY FOB |
|---|---|---|---|---|---|---|

6. ISSUED BY
DLA LAND AT ABERDEEN
JAMIE R TURNER
6565 SURVEILLANCE LOOP, ROOM C1301
APG, MD 21005-1846

EMAIL: JAMIE.TURNER@DLA.MIL

7. DCMA DAYTON
AREA A, BUILDING 30
1725 VAN PATTON DRIVE
WRIGHT-PATTERSON AFB, OH 45433-5302

8. DELIVERY FOB
[X] DESTINATION
[ ] OTHER
(See Schedule if other)

| 9. CONTRACTOR | CODE | 71CU6 | FACILITY | | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) | 11. X IF BUSINESS IS |
|---|---|---|---|---|---|---|

NAME AND ADDRESS
DCX-CHOL ENTERPRISES, INC.
1615 E. WALLACE ST
FORT WAYNE, IN 46803-2564

10. SEE SCHEDULE

11.
[X] SMALL
[ ] SMALL DISADVANTAGED
[ ] WOMAN-OWNED

12. DISCOUNT TERMS

13. MAIL INVOICES TO THE ADDRESS IN BLOCK
See Block 15

| 14. SHIP TO | CODE | 15. PAYMENT WILL BE MADE BY | CODE | HQ0490 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2 |
|---|---|---|---|---|---|

14. SHIP TO
SEE SCHEDULE

15. DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800

| 16. TYPE OF ORDER | DELIVERY/CALL | X | THIS DELIVERY ORDER IS ISSUED ON ANOTHER GOVERNMENT AGENCY OR IN ACCORDANCE WITH AND SUBJECT TO TERMS AND CONDITIONS OF ABOVE NUMBERED CONTRACT. |
|---|---|---|---|
| | PURCHASE | | Reference your [ ] Oral [ ] Written Quotation _____, Dated _____. furnish the following on terms specified herein. |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |
|---|---|---|---|

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE

SEE CONTRACT ADMINISTRATION DATA

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
BOB BREWER         /SIGNED/        2019JAN08
ROBERT.L.BREWER118.CIV@MAIL.MIL (443)861-4543
BY:                        CONTRACTING/ORDERING OFFICER

| 25. TOTAL | $279,486.23 |
|---|---|
| 26. DIFFERENCES | |

27a. QUANTITY IN COLUMN 20 HAS BEEN
[ ] INSPECTED   [ ] RECEIVED   [ ] ACCEPTED, AND CONFORMS TO CONTRACT EXCEPT AS NOTED

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | [ ] PARTIAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER | g. E-MAIL ADDRESS | [ ] FINAL | |
| | | 31. PAYMENT | 34. CHECK NUMBER |
| 36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT. | [ ] COMPLETE | |
| a. DATE (YYYYMMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | [ ] PARTIAL | 35. BILL OF LADING NO. |
| | | [ ] FINAL | |
| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CON-TAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |

DD FORM 1155, DEC 2001          PREVIOUS EDITION IS OBSOLETE.

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 2 **of** 4 |
|---|---|---|
| | SPRBL1-18-D-0069/SPRBL119F0108 | |
| | **PIIN/SIIN**                **MOD/AMD** | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

SUPPLEMENTAL INFORMATION


Buyer Name: JAMIE R TURNER
Buyer Office Symbol/Telephone Number: DLA-ZLAB/(443)861-4530
Type of Contract 1: Firm Fixed Price
Kind of Contract: Supply Contracts and Priced Orders
Type of Business: Other Small Business Performing in U.S.
Surveillance Criticality Designator: B


*** End of Narrative A0000 ***


1.Delivery Order SPRBL1-19-F-0108 for contract SPRBL1-18-D-0069 is for the following NSN in accordance with terms and condition of the basic contract.

CLIN 1006
NSN 6150-01-300-9324
Noun CABLE ASSY CX-13303/VRC 4.5FT
QTY 2,579 Each

2.Delivery Order SPRBL1-19-F-0108 total amount is   $279,486.23

3.Ceiling of Basic Contract is:                              $ 13,080,257.00
Obligated on previous delivery orders:                 $  1,053,136.84
Obligated in this delivery order SPRBL1-19-F-0108:  $     279,486.23
Ceiling Balance:                                             $ 11,747,633.93

4.Early delivery is acceptable and encouraged at no additional cost.

5.Except as provided herein, all terms and conditions remain the unchanged and in full force and effect.


*** END OF NARRATIVE A0001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued SPRBL1-18-D-0069/SPRBL119F0108 | | Page  3 of 4 |
|---|---|---|---|
| | PIIN/SIIN | MOD/AMD | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 1006 | CABLE ASSEMBLY,POWE<br>NSN: 6150-01-300-9324<br>Mfr CAGE: 80063<br>Mfr Part Number: A3014040-9 | | | | |
| 1006AA | Production Quantity | 2579 | EA | $    108.37000 | $    279,486.23 |

COMMODITY NAME: CABLE ASSEMBLY,POWE
CLIN CONTRACT TYPE:
    Firm Fixed Price
PRON: C99CAH549M   PRON AMD: 01   ACRN: AA
AMS CD: SM2B1100000
PSC: 6150

Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
    SEE BASIC CONTRACT
LEVEL PRESERVATION: Military
LEVEL PACKING: B

Inspection and Acceptance
INSPECTION: Origin    ACCEPTANCE: Origin

Deliveries or Performance
DOC         SUPPL
REL CD  MILSTRIP   ADDR  SIG CD  MARK FOR  TP CD
 001  W15GK88353A100  W25G1U   J           2
DEL REL CD     QUANTITY     DEL DATE
   001       1,200      08-MAY-2019

   002       1,200      07-JUN-2019

   003        179      08-JUL-2019

FOB POINT: Destination

SHIP TO:
(W25G1U)  SU W1A8 DLA DISTRIBUTION
         DDSP NEW CUMBERLAND FACILITY
         2001 NORMANDY DRIVE DOOR 113 TO 134
         NEW CUMBERLAND,PA,17070-5002

         CONTRACT/DELIVERY ORDER NUMBER
           SPRBL1-18-D-0069/SPRBL119F0108

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** SPRBL1-18-D-0069/SPRBL119F0108 | **Page** 4 **of** 4 |
|---|---|---|
| | **PIIN/SIIN**                    **MOD/AMD** | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

CONTRACT ADMINISTRATION DATA

|  | PRON/ AMS CD/ |  | JO NO/ |  |  |  | OBLIGATED |
|---|---|---|---|---|---|---|---|
| LINE | MIPR/ | OBLG | JO NO/ |  |  |  | OBLIGATED |
| ITEM | GFEBS ATA | STAT | ACCT ASSIGN | ACRN |  |  | AMOUNT |
| 1006AA | C99CAH549M | 2 |  | AA |  | $ | 279,486.23 |
|  | SM2B1100000 |  |  |  |  |  |  |

|  |  |  |  |  | TOTAL | $ | 279,486.23 |
|---|---|---|---|---|---|---|---|

|  |  |  |  |  |  |  | OBLIGATED |
|---|---|---|---|---|---|---|---|
| ACRN | ACCOUNTING CLASSIFICATION |  |  |  |  |  | AMOUNT |
| AA | 97   X4930AC9E 62 | 26K5 | S28043 | W15GK8 |  | $ | 279,486.23 |

|  |  |  |  |  | TOTAL | $ | 279,486.23 |
|---|---|---|---|---|---|---|---|

| LINE ITEM | ACRN | EDI/SFIS ACCOUNTING CLASSIFICATION |  |  |  |  |
|---|---|---|---|---|---|---|
| 1006AA | AA | 97  0X0X4930AC9E | S28043 | 620000SM2B110000026K5 | S28043  W15GK8 | |

## Chanti Mahasena

**From:** Cory Gamberg
**Sent:** Tuesday, January 08, 2019 3:50 PM
**To:** Chanti Mahasena; Neal.Castleman
**Subject:** DELIVERY ORDER FOR 59317-59325 -  - SMI-SO1538 IDIQ MASTER AWARD - SMISO1617
**Attachments:** SPRBL118D0069SPRBL119F0108.pdf

I confirmed receipt VIA email

*SMI–S01617*

*BIN# 1851*

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. Contract ID Code<br>Firm Fixed Price | Page   1  Of 3 |
|---|---|---|---|

| 2. Amendment/Modification No.<br><br>P00001 | 3. Effective Date | 4. Requisition/Purchase Req No.<br><br>SEE SCHEDULE | 5. Project No. (If applicable) |
|---|---|---|---|

| 6. Issued By                                Code   SPRBL1 | 7. Administered By (If other than Item 6)                 Code   S3605A |
|---|---|
| DLA LAND AT ABERDEEN<br>MATTHEW B CROUCH<br>6565 SURVEILLANCE LOOP, ROOM C1301<br>APG, MD  21005-1846<br><br><br>EMAIL: MATTHEW.CROUCH@DLA.MIL | DCMA DAYTON<br>AREA A, BUILDING 30<br>1725 VAN PATTON DRIVE<br>WRIGHT-PATTERSON AFB, OH 45433-5302 |

| 8. Name And Address Of Contractor (No., Street, City, County, State and Zip Code) | | 9A. Amendment Of Solicitation No. |
|---|---|---|
| DCX-CHOL ENTERPRISES, INC.<br>1615 E. WALLACE ST<br>FORT WAYNE, IN 46803-2564 | ☐ | |
| | | 9B. Dated (See Item 11) |
| | ☒ | 10A. Modification Of Contract/Order No.<br><br>SPRBL1-18-D-0069/SPRBL119F0108 |
| Code 71CU6          Facility Code | | 10B. Dated (See Item 13)<br>2019JAN08 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers

☐ is extended,   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendments: (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. **FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.**

| 12. Accounting And Appropriation Data (If required) |
|---|
| NO CHANGE TO OBLIGATION DATA |

## 13. THIS ITEM ONLY APPLIES TO MODIFICATIONS OF CONTRACTS/ORDERS
### It Modifies The Contract/Order No. As Described In Item 14.

| | A. This Change Order Is Issued Pursuant To:<br>The Contract/Order No. In Item 10A. | The Changes Set Forth In Item 14 Are Made In |
|---|---|---|
| ☐ | B. The Above Numbered Contract/Order Is Modified To Reflect The Administrative Changes (such as changes in paying office, appropriation data, etc.) Set Forth In Item 14, Pursuant To The Authority of FAR 43.103(b). | |
| ☒ | C. This Supplemental Agreement Is Entered Into Pursuant To Authority Of:       43.103 (a) | |
| ☐ | D. Other (Specify type of modification and authority) | |

**E. IMPORTANT:    Contractor** ☐ **is not,** ☒ **is required to sign this document and return** _____ **copies to the Issuing Office.**

14. Description Of Amendment/Modification (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

    SEE SECOND PAGE FOR DESCRIPTION

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. Name And Title Of Signer (Type or print)<br>*HANN MANNASENA CAD4* | 16A. Name And Title Of Contracting Officer (Type or print)<br>THERESA BOUTCHYARD<br>THERESA.I.BOUTCHYARD.CIV@MAIL.MIL (443)861-4532 | |
|---|---|---|
| 15B. Contractor/Offeror<br><br>_(Signature of person authorized to sign)_ | 15C. Date Signed<br><br>2/21/19 | 16B. United States Of America<br><br>By _____<br>_(Signature of Contracting Officer)_ | 16C. Date Signed |

NSN 7540-01-152-8070
PREVIOUS EDITIONS UNUSABLE

30-105-02

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 2 **of** 3 |
|---|---|---|
| | SPRBL1-18-D-0069/SPRBL119F0108 | |
| | **PIIN/SIIN**                    **MOD/AMD** P00001 | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

SECTION A - SUPPLEMENTAL INFORMATION


Buyer Name: MATTHEW B CROUCH
Buyer Office Symbol/Telephone Number: ZLAB/(443)861-4530
Type of Contract 1: Firm Fixed Price
Kind of Contract: Supply Contracts and Priced Orders
Kind of Modification: G
Type of Business: Other Small Business Performing in U.S.
Surveillance Criticality Designator: B


Paying Office: HQ0490
              DFAS-INDY VP GFEBS
              8899 E. 56TH STREET
              INDIANAPOLIS IN  46249-3800


                    *** End of Narrative A0000 ***
1. The purpose of this modification P0001 for contract SPRBL1-18-D-0069 Delivery Order SPRBL1-19-F-0108 is to correct the delivery
schedule for CLIN 1006 and obligated on previous deliver orders amount due to an adminstrative error. The updated obligated in previous
delivery orders and ceiling balance is as follows:

Ceiling of Basic Contract is:                     $13,080,257.00
Obligated on pervious delivery orders:            $ 1,052,440.84
Obligated in delivery order SPRBL1-19-F-0108: $    279,486.23
Ceiling Balance:                                  $11,748,329.93

2. Note for CLIN 1006 delivery schedule: The delivery schedule for CLIN 1006 follows the delivery schedule on delivery order SPRBL1-18-F-
0006, in order that the contract every 30 days delivery rate is not exceeded.

3. This is a no cost modification.

4. Except as provided herein, al other terms and conditions remain unchanged in full force and effect.



                    *** END OF NARRATIVE A0002 ***

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>SPRBL1-18-D-0069/SPRBL119F0108 | **Page** 3 **of** 3 |
|---|---|---|
| | **PIIN/SIN**                          **MOD/AMD** P00001 | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 1006AA | Production Quantity | 2579 | EA | $     108.37000 | $      279,486.23 |

COMMODITY NAME: CABLE ASSEMBLY,POWE
CLIN CONTRACT TYPE:
    Firm Fixed Price
PRON: C99CAH549M    PRON AMD: 01    ACRN: AA
AMS CD: SM2B1100000
PSC: 6150


Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
    SEE BASIC CONTRACT
LEVEL PRESERVATION: Military
LEVEL PACKING: B


Inspection and Acceptance
INSPECTION: Origin    ACCEPTANCE: Origin


Deliveries or Performance
DOC                SUPPL
REL CD   MILSTRIP    ADDR   SIG CD   MARK FOR   TP CD
 001   W15GK88353A100   W25G1U   J                          2
DEL REL CD       QUANTITY         DEL DATE
  001              1,032          30-SEP-2019

  002              1,200          30-OCT-2019

  003               347           30-NOV-2019


FOB POINT: Destination

SHIP TO:
(W25G1U)    SU W1A8 DLA DISTRIBUTION
    DDSP NEW CUMBERLAND FACILITY
    2001 NORMANDY DRIVE DOOR 113 TO 134
    NEW CUMBERLAND,PA,17070-5002

    CONTRACT/DELIVERY ORDER NUMBER
      SPRBL1-18-D-0069/SPRBL119F0108

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. Contract ID Code<br>Firm Fixed Price | Page   1  Of 4 |
|---|---|---|---|

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req No. | 5. Project No. (If applicable) |
|---|---|---|---|
| P00002 | 2019FEB06 | SEE SCHEDULE | |

| 6. Issued By | Code | SPRBL1 | 7. Administered By (If other than Item 6) | Code | S3605A |
|---|---|---|---|---|---|

6. Issued By

```
DLA LAND AT ABERDEEN
MATTHEW B CROUCH
6565 SURVEILLANCE LOOP, ROOM C1301
APG, MD  21005-1846


EMAIL: MATTHEW.CROUCH@DLA.MIL
```

7. Administered By

```
DCMA DAYTON
AREA A, BUILDING 30
1725 VAN PATTON DRIVE
WRIGHT-PATTERSON AFB, OH 45433-5302
```

**8. Name And Address Of Contractor (No., Street, City, County, State and Zip Code)**

```
DCX-CHOL ENTERPRISES, INC.
1615 E. WALLACE ST
FORT WAYNE, IN 46803-2564
```

| 9A. Amendment Of Solicitation No. | |
|---|---|
| 9B. Dated (See Item 11) | |
| [X] 10A. Modification Of Contract/Order No. | |
| SPRBL1-18-D-0069/SPRBL118F0053 | |
| 10B. Dated (See Item 13) | |
| 2018SEP14 | |

**Code** 71CU6    **Facility Code**

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in item 14.  The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendments: (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. Accounting And Appropriation Data (If required)**

NO CHANGE TO OBLIGATION DATA

**13. THIS ITEM ONLY APPLIES TO MODIFICATIONS OF CONTRACTS/ORDERS**
**It Modifies The Contract/Order No. As Described In Item 14.**

| | | |
|---|---|---|
| [ ] | A. This Change Order is Issued Pursuant To: The Contract/Order No. In Item 10A. | The Changes Set Forth In Item 14 Are Made In |
| [ ] | B. The Above Numbered Contract/Order Is Modified To Reflect The Administrative Changes (such as changes in paying office, appropriation data, etc.) Set Forth In Item 14, Pursuant To The Authority of FAR 43.103(b). | |
| [x] | C. This Supplemental Agreement Is Entered Into Pursuant To Authority Of: FAR 42.103(a) | |
| [ ] | D. Other (Specify type of modification and authority) | |

**E. IMPORTANT:**   Contructor [ ] is not, [x] is required to sign this document and return _____ copies to the Issuing Office.

**14. Description Of Amendment/Modification (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

SEE SECOND PAGE FOR DESCRIPTION

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. Name And Title Of Signer (Type or print) | 16A. Name And Title Of Contracting Officer (Type or print)<br>JUSTIN D. RUTH<br>JUSTIN.RUTH@DLA.MIL  (443)861-4533 | |
|---|---|---|
| 15B. Contractor/Offeror | 15C. Date Signed | 16B. United States Of America | 16C. Date Signed |
| _____<br>(Signature of person authorized to sign) | | By   /SIGNED/<br>(Signature of Contracting Officer) | 2019FEB06 |

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>SPRBL1-18-D-0069/SPRBL118F0053 | **Page** 2 **of** 4 |
| | **PIIN/SIIN**                                   **MOD/AMD** P00002 | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

SECTION A - SUPPLEMENTAL INFORMATION

Buyer Name: MATTHEW B CROUCH
Buyer Office Symbol/Telephone Number: ZLAB/(443)861-4530
Type of Contract 1: Firm Fixed Price
Kind of Contract: Supply Contracts and Priced Orders
Kind of Modification: G
Type of Business: Other Small Business Performing in U.S.
Surveillance Criticality Designator: C

Paying Office: HQ0490
            DFAS-INDY VP GFEBS
            8899 E. 56TH STREET
            INDIANAPOLIS IN  46249-3800


*** End of Narrative A0000 ***

1. The purpose of Modification P0002 to Delivery Order SPRBL1-18-F-0053, issued against contract SPRBL1-18-D-0069, is to modify the delivery schedule for CLIN 1006. This modification incorporates discussions with the contractor where the Government agreed to allow the contractor to ship an initial quantity of 2,053 each of CLIN 1006 while First Article Testing (FAT) is concurrently completed. The first six deliveries detailed below are expected to take place before FAT approval. The delivery schedule is modified as follows:

CLIN 1006 NSN 5995-01-300-9324 Cable Assembly, CX-13303/VRC

| From | QTY | TO | QTY |
|------|-----|----|----|
| 17 June 2019 | 10 | 08 February 2019 | 200* |
| 17 July 2019 | 1,200 | 28 February 2019 | 400* |
| 16 September 2019 | 1,200 | 01 April 2019 | 400* |
| 16 October 2019 | 357 | 30 April 2019 | 400* |
| | | 31 May 2019 | 400* |
| | | 01 July 2019 | 253* |
| | | 31 July 2019 | 400 |
| | | 30 August 2019 | 314 |

*This delivery is permitted prior to FAT approval. No other deliveries are authorized prior to FAT approval.

2. Early delivery is acceptable and encouraged at no additional cost.

3. Except as provided herein, all terms and conditions remain the unchanged and in full force and effect.


*** END OF NARRATIVE A0003 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 3 of 4 |
|---|---|---|
| | SPRBL1-18-D-0069/SPRBL118F0053 | |
| | PIIN/SIIN                     MOD/AMD  P00002 | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 1006 | YEAR 1 PRODUCTION QUANTITY | 2767 | EA | $    108.37000 | $      299,859.79 |

```
NSN: 5995-01-300-9324
COMMODITY NAME: CABLE ASSEMBLY,CX-13303/VRC
PSC: 5995
CLIN CONTRACT TYPE:
     Firm Fixed Price
Mfr CAGE: 80063
Mfr Part Number: A3014040-9


PRON: C98CAG669M    PRON AMD: 01  ACRN: AA
AMS CD: SM2B1100000


Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
     SEE TECHNICAL REQUIREMENTS AND TDP
LOCATION OF PACKAGING/PACKING/SPECS:
ADDENDA: J
LEVEL PRESERVATION: Military
LEVEL PACKING: B


Inspection and Acceptance
INSPECTION: Origin     ACCEPTANCE: Origin


Deliveries or Performance
DOC              SUPPL
REL CD   MILSTRIP    ADDR  SIG CD  MARK FOR  TP CD
 001  W15GK88242A103  W25G1U    J               2
 DEL REL CD      QUANTITY      DEL DATE
     001         DELETED
     002         DELETED
     003         DELETED
     004         DELETED
     005            200        08-FEB-2019

     006            400        28-FEB-2019

     007            400        01-APR-2019

     008            400        30-APR-2019

     009            400        31-MAY-2019

     010            253        01-JUL-2019

     011            400        31-JUL-2019

     012            314        30-AUG-2019


FOB POINT: Destination

SHIP TO:
(W25G1U)    SU W1A8 DLA DISTRIBUTION
```

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page  4 of 4 |
|---|---|---|---|
| | SPRBL1-18-D-0069/SPRBL118F0053 | | |
| | **PIIN/SIIN** | **MOD/AMD** P00002 | |

**Name of Offeror or Contractor:** DCX-CHOL ENTERPRISES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | DDSP NEW CUMBERLAND FACILITY | | | | |
| | 2001 NORMANDY DRIVE DOOR 113 TO 134 | | | | |
| | NEW CUMBERLAND,PA,17070-5002 | | | | |
| | | | | | |
| | CONTRACT/DELIVERY ORDER NUMBER | | | | |
| |     SPRBL1-18-D-0069/SPRBL118F0053 | | | | |

# SMI

**DIV. OF DCX-CHOL ENT. INC.**

**1615 EAST WALLACE STREET**

**FORT WAYNE, IN 46803**

| Phone | : | **(310) 516-1692** |
|---|---|---|
| Fax | : | **260-969-1247** |

# PACKING SLIP

| NUMBER: | | **8616** |
|---|---|---|
| DATE | : | **3/8/2019** |
| PAGE | : | **Page 1 of 1** |

**SOLD TO:**

DLA LAND AT ABERDEEN
6001 COMBAT DRIVE ROOM C1-301
APG, MD, 21005-1846

**BILL TO:**

DLA LAND AT ABERDEEN
DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800
USA

**SHIP TO:**

(W25G1U)     SU W1A8 DLA
DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO
134
NEW CUMBERLAND, PA 17070-5002
United States

| Attn. | : | JAMES J. REESE | Attn. | : | | Attn. | : |
|---|---|---|---|---|---|---|---|
| Phone | : | (443)861-4549 | Phone | : | | Phone | : |
| Fax | : | | Fax | : | | Fax | : |
| Email | : | JAMES.REESE@DLA. | | | | | |
| Ship # | : | | | | | | |

| S.O . # | CUSTOMER P.O. # | F.O.B | SHIP VIA. | | SHIPPING ACCT. | TERMS |
|---|---|---|---|---|---|---|
| SMI-SO1538 | SPRBL1-18-F-0053 | ORIGIN | BEST WAY | | | NET 30 DAYS |

| ITEM | PART NUMBER / DESCRIPTION | | REV. | QTY. | SHIPPED | B.O. |
|---|---|---|---|---|---|---|
| 9 | A3014040-9 | | N | 190.00 | 178.00 | 12.00 |
| | CABLE ASSY, CX-13303/VRC, 4 FT 6 IN   DATE CODE: 01/19 | | | | | |
| | CLIN 1006 | | | | | |
| | DO-A7 RATING QAP-01 APPLIES | | | | | |

**WARNING -- The export of the commodities described herein, either in their original form or after being incorporated through an intermediate process, is restricted by the Arms Export Control Act (Title 22, U.S.C., Sec 2751, et seq.) or the Export Administration Act of 1979, as amended, Title 50, U.S.C., App. 2401 et seq. Violations of these export laws are subject to severe criminal penalties.**

DCMA Review  S3605A  QAS Stan Spotts  8 Mar 2019
SPOTTS.STANLEY.E.1221445429   Digitally signed by SPOTTS.STANLEY.E.1221445429
Date: 2019.03.08 15:20:13 -05'00'

CERTIFICATION OF COMPLIANCE

WE CERTIFY THAT ALL MATERIAL, PROCESSES, PARTS AND/OR ASSEMBLIES SHIPPED UNDER THE ABOVE REFERENCED PURCHASE ORDER COMPLY WITH ALL SPECIFICATIONS AS CALLED OUT ON THE PURCHASE ORDER AND ASSOCIATED DOCUMENTS. THEY HAVE BEEN APPROVED, WHENEVER REQUIRED, BY COGNIZANT GOVERNMENT AGENCIES. WE FURTHER CERTIFY THAT THE CHEMICAL AND/OR PHYSICAL TEST DATA COVERING THE MATERIAL AND/OR PROCESES USED IN THESE PARTS AND/OR ASSEMBLIES ARE IN OUR FILES AND ARE SUBJECT TO YOUR EXAMINATION. ITEMS ARE FREE FROM ANY FOREIGN MATERIALS THAT COULD RESULT IN FOREIGN OBJECT DAMAGE

| QUALITY ASSURANCE SIGNATURE | Bobbi Sue Johnson | DATE | 3·8·19 |
|---|---|---|---|
| SOURCE INSPECTION SIGNATURE | QAS Stan Spotts | DATE | 8 Mar 2019 |

# SMI

**PACKING SLIP**

DIV. OF DCX-CHOL ENT. INC.
**1615 EAST WALLACE STREET**
**FORT WAYNE, IN 46803**

| | | |
|---|---|---|
| Phone | : | **(310) 516-1692** |
| Fax | : | **260-969-1247** |

| | | |
|---|---|---|
| **NUMBER:** | | **8617** |
| **DATE** | : | 3/8/2019 |
| **PAGE** | : | Page 1 of 1 |

**SOLD TO:**
DLA LAND AT ABERDEEN
6001 COMBAT DRIVE ROOM C1-301
APG, MD, 21005-1846

**BILL TO:**
DLA LAND AT ABERDEEN
DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800
USA

**SHIP TO:**
(W25G1U)     SU W1A8 DLA
DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO
134
NEW CUMBERLAND, PA 17070-5002
United States

| | | | | | |
|---|---|---|---|---|---|
| Attn. | : | JAMES J. REESE | Attn. | : | |
| Phone | : | (443)861-4549 | Phone | : | |
| Fax | : | | Fax | : | |
| Email | : | JAMES.REESE@DLA. | | | |
| Ship # | : | | | | |

| Attn. | : | |
|---|---|---|
| Phone | : | |
| Fax | : | |

| S.O . # | CUSTOMER P.O. # | F.O.B | SHIP VIA. | | SHIPPING ACCT. | TERMS |
|---|---|---|---|---|---|---|
| SMI-SO1538 | SPRBL1-18-F-0053 | ORIGIN | BEST WAY | | | NET 30 DAYS |

| ITEM | PART NUMBER / DESCRIPTION | REV. | QTY. | SHIPPED | B.O. |
|---|---|---|---|---|---|
| 18 | A3014040-9 | N | 400.00 | 138.00 | 262.00 |
| | CABLE ASSY, CX-13303/VRC, 4 FT 6 IN   DATE CODE: 02/19 | | | | |
| | CLIN 1006 | | | | |
| | DO-A7 RATING QAP-01 APPLIES | | | | |

**WARNING -- The export of the commodities described herein, either in their original form or after being incorporated through an intermediate process, is restricted by the Arms Export Control Act (Title 22, U.S.C., Sec 2751, et seq.) or the Export Administration Act of 1979, as amended, Title 50, U.S.C., App. 2401 et seq. Violations of these export laws are subject to severe criminal penalties.**

DCMA Review  S3605A  QAS Stan Spotts  8 Mar 2019
SPOTTS.STANLEY.E.1221445429  Digitally signed by SPOTTS.STANLEY.E.1221445429
Date: 2019.03.08 15:19:45 -05'00'

CERTIFICATION OF COMPLIANCE

WE CERTIFY THAT ALL MATERIAL, PROCESSES, PARTS AND/OR ASSEMBLIES SHIPPED UNDER THE ABOVE REFERENCED PURCHASE ORDER COMPLY WITH ALL SPECIFICATIONS AS CALLED OUT ON THE PURCHASE ORDER AND ASSOCIATED DOCUMENTS. THEY HAVE BEEN APPROVED, WHENEVER REQUIRED, BY COGNIZANT GOVERNMENT AGENCIES. WE FURTHER CERTIFY THAT THE CHEMICAL AND/OR PHYSICAL TEST DATA COVERING THE MATERIAL AND/OR PROCESES USED IN THESE PARTS AND/OR ASSEMBLIES ARE IN OUR FILES AND ARE SUBJECT TO YOUR EXAMINATION. ITEMS ARE FREE FROM ANY FOREIGN MATERIALS THAT COULD RESULT IN FOREIGN OBJECT DAMAGE

| | | | |
|---|---|---|---|
| QUALITY ASSURANCE SIGNATURE | *Bobbi Sue Johnson* | DATE | 3·8·19 |
| SOURCE INSPECTION SIGNATURE | QAS Stan Spotts | DATE | 8 Mar 2019 |

# DCX-CHOL Enterprises, Inc.

## SMI DIVISION
### CAGE CODE 71CU6
**1615 EAST WALLACE STREET**
**FORT WAYNE, INDIANA 46803**
**PHONE (310) 516-1692**

# CERTIFICATE OF COMPLIANCE

**PART NUMBER:**    A3014040-9              **REVISION:**      N

**DESCRIPTION:**   CABLE ASSY, CX-13303/VRC, 4FT 6IN

**SERIAL NO./LOT CODE/**                    **SERIAL NO: N/A**
**DATE CODE:**                              **DATE CODE: 01/19; 02/19**

**QUANTITY:**   316PCS.          **PURCHASE ORDER:**    SPRBL1-18-F-0053

**SPECIFICATIONS: TESTED TO MEET OR EXCEED QUALITY ASSURANCE**
**REQUIREMENTS INCLUDING SUCCESSFULLY PASSING AUTOMATED TESTING**
**AS REQUIRED PER DRAWING/SPECIFICATION.**

I certify that the inspection and test procedures required by the above referenced part drawing
and test specifications have been performed and recorded by lot as indicated above, and that
the above referenced part meets all requirements per the part drawing and test specifications
These results are available for review by customer representatives.

Where applicable, Test Documentation is available upon request.

**CERTIFIED BY:**

_Bobbi Sue Johns_                          # Karen Ulrey

**QUALITY ASSOCIATE**                       **QUALITY MANAGER**

               **DATE:**    **03/08/19**

DCMA Review  S3605A  QAS Stan Spotts  8 Mar 2019
SPOTTS.STANLEY.E.1221445429   Digitally signed by SPOTTS.STANLEY.E.1221445429
Date: 2019.03.08 15:19:17 -05'00'

C of C - Rev 03

**SMI DIVISION**
**DCX-CHOL Enterprises, Inc.**
**1615 E. Wallace St.**
**Fort Wayne, Indiana 46803**

## QUALITY CONFORMANCE INSPECTION REPORT

Customer: _DLA LAND @ ABERDEEN_  Customer Part No: _A3014040- 9_

_SPRBL1-18-F-0053_

Rev: _N_   Purchase Order No: _SPRBL1-18-D-0069_  Line No: _33, 9_

Description: _Cable Assy, Spec Purp, Electrical_   Qty: _442_

_316_

_GA 03|08|19_

| Inspection/Test | Requirements | Sampling | Accept |
|---|---|---|---|
| **Product Examination** | IPC/WHMA-A-620 Requirements and Acceptance for Cable and Wire Harness Assemblies, Class 3 and Per paragraph 3.2 of A3014056 per 4.7.1. | 100% | SMI QA 6   SMI QA 4 |
| **Workmanship** | IPC/WHMA-A-620 Requirements and Acceptance for Cable and Wire Harness Assemblies, Class 3 and Per paragraph 3.5 of A3014056 per 4.7.2. | 100% | SMI QA 6   SMI QA 4 |
| **Continuity** | Per paragraph 3.3.1.2 of A3014056 per 4.7.4. | 100% | RJ / PP |
| **Insulation Resistance** | Per paragraph 3.3.1.3 of A3014056 per 4.7.5 | 100% | RJ / PP |
| **Other Testing** (Audio, Network Analyzer, Pull, Water, etc.) | ☐ Cable Pull Test per para. 3.3.2.6 of A3014056 per 4.7.12. ☐ Water Spray Test, para. 3.3.2.4.2 of A3014056 per 4.7.10.2. | 2.5% | PP |
| **Documents** | All drawings, travelers, inspection instructions reviewed for accuracy. Quantity and PO# listed above verified against corresponding Job Binders. | 100% | SMI QA 6   SMI QA 4 |

Serial No.: _N/A_

Date Codes: _02/19 , 01|19_

Date: _3, 8, 19_   SMI QA 6   SMI QA 4

Quality Representative: _____

DCMA Review  S3605A  QAS Stan Spotts  8 Mar 2019
SPOTTS.STANLEY.E.1221445429   Digitally signed by SPOTTS.STANLEY.E.1221445429
Date: 2019.03.08 15:18:48 -05'00'

QMS-F-8510-F2, Rev 2

# SMI

**DIV. OF DCX-CHOL ENT. INC.**

**1615 EAST WALLACE STREET**

**FORT WAYNE, IN 46803**

Phone : **(310) 516-1692**

Fax : **260-969-1247**

REMIT TO:

SMI DIVISION OF DCX-CHOL ENTERPRISES, INC.
12831 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90061

# INVOICE

**NUMBER:** **42846**

DATE 3/8/2019

PAGE 1 of 1

CAGE CODE: 71CU6

**SOLD TO:**
DLA LAND AT ABERDEEN
6001 COMBAT DRIVE ROOM C1-301
APG, MD, 21005-1846

**BILL TO:**
DLA LAND AT ABERDEEN
DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800
USA

**SHIP TO:**
(W25G1U)      SU W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND, PA 17070-5002
United States

**Attn.** : JAMES J. REESE
**Phone** : (443)861-4549
**Fax** :
**Email** : JAMES.REESE@DLA.MIL

**Attn.** :
**Phone** :
**Fax** :

**Attn.** :
**Phone** :
**Fax** :

| P.O. # | S.O. # | REP. | F.O.B. | SHIP VIA. | ACCT. # | TERMS |
|---|---|---|---|---|---|---|
| SPRBL1-18-D-0069 | SMI-SO1538 | | ORIGIN | BEST WAY | | NET 30 DAYS |

| ITEM | PART NUMBER / DESCRIPTION | REV. | QTY. | UNIT | EXT. AMOUNT | S.T |
|---|---|---|---|---|---|---|
| 9 | CLIN 1006<br>CABLE ASSY, CX-13303/VRC, 4 FT 6 IN<br>A3014040-9<br>DO-A7 RATING QAP-01 APPLIES | N | 178.00 | $108.37 | $19,289.86 | |

Packing Slip:      8616

DO-A7

252.225-7000, 252.225-7001, 252.216-7006, 252.204-7008, 252.204-7012, 252.232-7006, 252.232-7003, 252.203-7000, 52.203-7001, 252.203-7002, 252.203-7003, 252.203-7004, 252.204-7003, 252.204-7004, 252.204-7009, 252.204-7012, 252.204-7015, 252.205-7000, 252.209-7004, 252.222-7006, 252.225-7001, 252.225-7002, 252.225-7041, 252.225-7048, 252.226-7001, 252.231-7000, 252.232-7003, 252.232-7010, 252.243-7001, 252.243-7002, 252.246-7000, 252.246-7003, 252.246-7008, 252.247-7023, 252.216-7006, 252.211-7005, 252.223-7001

SPRBL1-18-D-0069/SPRBL118F0053

**WARNING -- The export of the commodities described herein, either in their original form or after being incorporated through an intermediate process, is restricted by the Arms Export Control Act (Title 22, U.S.C., Sec 2751, et seq.) or the Export Administration Act of 1979, as amended, Title 50, U.S.C., App. 2401 et seq. Violations of these export laws are subject to severe criminal penalties.**

| CONTRACT MANAGER: | SUBTOTAL | : $ | 19,289.86 |
|---|---|---|---|
| PHONE: | SALES TAX | : $ | 0.00 |
| EMAIL: | FREIGHT | : $ | 0.00 |
| | P.P.D. AMT. | : $ | 0.00 |
| SIGNATURE: | MISC. | : $ | 0.00 |
| DOC #AF 011 | TOTAL | : $ | 19,289.86 |

# SMI

**INVOICE**

DIV. OF DCX-CHOL ENT. INC.

1615 EAST WALLACE STREET

FORT WAYNE, IN 46803

Phone  :  (310) 516-1692

Fax    :  260-969-1247

REMIT TO:

SMI DIVISION OF DCX-CHOL
ENTERPRISES, INC.
12831 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90061

| | |
|---|---|
| NUMBER: | 42847 |
| DATE | 3/8/2019 |
| PAGE | 1 of 1 |

CAGE CODE:  71CU6

**SOLD TO:**

DLA LAND AT ABERDEEN
6001 COMBAT DRIVE ROOM C1-301
APG, MD, 21005-1846

**BILL TO:**

DLA LAND AT ABERDEEN
DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800
USA

**SHIP TO:**

(W25G1U)      SU W1A8 DLA
DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO
134
NEW CUMBERLAND, PA 17070-5002
United States

| | | | |
|---|---|---|---|
| Attn. | : JAMES J. REESE | Attn.  : | Attn.  : |
| Phone | : (443)861-4549 | Phone : | Phone : |
| Fax | : | Fax   : | Fax   : |
| Email | : JAMES.REESE@DLA.MIL | | |

| P.O. # | S.O. # | REP. | F.O.B. | SHIP VIA. | ACCT. # | TERMS |
|---|---|---|---|---|---|---|
| SPRBL1-18-D-0069 | SMI-SO1538 | | ORIGIN | BEST WAY | | NET 30 DAYS |

| ITEM | PART NUMBER / DESCRIPTION | REV. | QTY. | UNIT | EXT. AMOUNT | S.T |
|---|---|---|---|---|---|---|
| 18 | CLIN 1006 | | 138.00 | $108.37 | $14,955.06 | |
| | CABLE ASSY, CX-13303/VRC, 4 FT 6 IN | | | | | |
| | A3014040-9 | N | | | | |
| | DO-A7 RATING QAP-01 APPLIES | | | | | |

     **Packing Slip:**   8617

DO-A7

252.225-7000, 252.225-7001, 252.216-7006, 252.204-7008, 252.204-7012, 252.232-7006, 252.232-7003, 252.203-7000,
52.203-7001, 252.203-7002, 252.203-7003, 252.203-7004, 252.204-7003, 252.204-7004, 252.204-7009, 252.204-7012,
252.204-7015, 252.205-7000, 252.209-7004, 252.222-7006, 252.225-7001, 252.225-7002, 252.225-7041, 252.225-7048,
252.226-7001, 252.231-7000, 252.232-7003, 252.232-7010, 252.243-7001, 252.243-7002, 252.246-7000, 252.246-7003,
252.246-7008, 252.247-7023, 252.216-7006, 252.211-7005, 252.223-7001

SPRBL1-18-D-0069/SPRBL118F0053

**WARNING -- The export of the commodities described herein, either in their original form or after being
incorporated through an intermediate process, is restricted by the Arms Export Control Act (Title 22, U.S.C., Sec
2751, et seq.) or the Export Administration Act of 1979, as amended, Title 50, U.S.C., App. 2401 et seq. Violations
of these export laws are subject to severe criminal penalties.**

| | | |
|---|---|---|
| **CONTRACT MANAGER:** | SUBTOTAL : $ | 14,955.06 |
| **PHONE:** | SALES TAX : $ | 0.00 |
| **EMAIL:** | FREIGHT : $ | 0.00 |
| | P.P.D. AMT. : $ | 0.00 |
| **SIGNATURE:** | MISC. : $ | 0.00 |
| DOC #AF 011 | **TOTAL : $** | **14,955.06** |

# DSS/VSM PACKING LIST

| FROM:   71CU6 | SHIP TO:   W25G1U |
|---|---|
| SMI DIV. OF DCX-CHOL, INC.<br>1615 E. WALLACE ST.<br>FORT WAYNE            IN 46803 | W1A8 DLA DISTRIBUTION<br>DDSP NEW CUMBERLAND FACILITY<br>2001 NORMANDY DRIVE DOOR 113 TO 134<br>NEW CUMBERLAND        PA 17070-5002 |

| CONTRACT NO. | RELEASE NO. | CLIN | TCN | IPG | RDD | PROJ |
|---|---|---|---|---|---|---|
| SPRBL118F0053 |  | 1006 | W25G1U90700515XAX | 2 |  |  |

| PIECE NUMBER | NUMBER OF PIECES | NUMBER OF LINES | WEIGHT | CUBE | DATE PACKED | DATE SHIPPED |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 425 | 62 | 2019070 | 2019070 |

| DOC NO./SUFF | FSC / NIIN / PART NO. | NOUN | QUANTITY | UI |
|---|---|---|---|---|
| W25G1U90700515 | 71CU6A3014040-9 | MIL CARGO | 316 | EA |

*** END OF LIST ***



| 1. TCN **W25G1U90700515XAX** | 14. DATE 2019070 |
|---|---|
| | 11. RDD |

**3. FROM**
71CU6
SMI DIV. OF DCX-CHOL, INC.
1615 E. WALLACE ST.
FORT WAYNE          IN 46803
310-516-1692

**2. POSTAGE DATA**

**5. SHIP TO/POE**
W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND       PA 17070-5002

W25G1U

**16. PIECES**   00001 OF 00001

**7. POD**

**8. PROJECT**

**6. TRANSP PRIORITY**

**2**

**15. FMS CASE**

**9. ULTIMATE CONSIGNEE OR MARK FOR**
W25G1U
W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND       PA 17070-5002

**W25G1U**

**18. TCMD/SUPPLY INFO**

**10.  WT/CU THIS PC**
 425  62

**4.  TYPE SERVICE**

**13.  CHARGES**

CN: 17907375

VRN:

Spur:

CD:

**ORIGINAL**

**5995-01-300-9324**

**CAGE  71CU6**

71CU6

**CABLE ASSY, CX-13303/VRC**

P/N: **6A3014040-9**

**316          EA**

**SPRBL1-18-F-0053**

SPRBL118F0053

**CP   -  2/19**

WT  **425**            **CU  62**

# RECEIVING REPORT

(Please look in WAWF for signed copy)

## Suspended

| Contract Number<br>SPRBL118F0053 | Delivery Order | | Shipment Number<br>SMI0002 | Invoice Number<br>42846 |
|---|---|---|---|---|
| Contract Number Type<br>DoD Contract (FAR) | Issue Date<br>2018/09/14 | Reference Procurement Identifier<br>SPRBL118D0069 | ☑ Supplies<br>☐ Services | ☐ C.o.C.<br>☐ A.R.P. |

## Shipping Information:

| Shipment Number<br>SMI0002 | | Shipment Date<br>2019/03/10 E | Final<br>Shipment<br>N | Inspection Point<br>S | Acceptance Point<br>S | Estimated<br>Delivery Date |
|---|---|---|---|---|---|---|

Submit Transportation Data Later
☐

Transportation Account Code

| TCN | Serial Shipping Container Code | Transportation Method/Type | Gross<br>Weight | Cube | FOB<br>S |
|---|---|---|---|---|---|

Special Package Markings / Special Handling Requirements

| Transportation Leg | Standard Carrier Alpha Code | Bill of Lading Number | Bill of Lading Type |
|---|---|---|---|

Secondary Transportation Tracking Number          Secondary Transportation Tracking Type

Secondary Transportation Tracking Description

Summary of Detail Level Information          **Total**
1 CLIN/SLIN/ELIN(s)                          **$34,244.92**

## Address Information:

**Prime Contractor**
CAGE Code: 71CU6   DUNS: 079134079
Name: DCX-CHOL ENTERPRISES, INC.
1615 E WALLACE ST
FORT WAYNE IN 46803 USA

**Administered By**
Code: S3605A
Name: DCMA DAYTON
BUILDING 30 AREA A
1725 VAN PATTON DR
WRIGHT PATTERSON AFB OH 45433-5302
WRIGHT PATTERSON AFB OH 45433-5302

**Inspect By**
DoDAAC: S3605A Extension:
Name: DCMA DAYTON
BUILDING 30 AREA A
1725 VAN PATTON DR
WRIGHT PATTERSON AFB OH 45433-5302
WRIGHT PATTERSON AFB OH 45433-5302

**Ship To**
DoDAAC: W25G1U
Name: W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND PA 17070-5002
NEW CUMBERLAND PA 17070-5002

**Payment Official**
DoDAAC: HQ0490
Name: DFAS-INDY VP GFEBS
8899 E 56TH STREET
INDIANAPOLIS IN 46249-3800
INDIANAPOLIS IN 46249-3800
INDIANAPOLIS IN 46249-3800

**Issue By**
DoDAAC: SPRBL1
Name: DLA LAND AT ABERDEEN
DLR PROCUREMENT OPERATIONS - ZL
6565 SURVEILLANCE LOOP RM C1-301
ABER PROV GRD MD 21005
ABER PROV GRD MD 21005

**Accept By**
DoDAAC: S3605A
Name: DCMA DAYTON
BUILDING 30 AREA A
1725 VAN PATTON DR
WRIGHT PATTERSON AFB OH 45433-5302
WRIGHT PATTERSON AFB OH 45433-5302

## Line Item Information:

| Item No<br>1006 | Product/Service ID<br>5995013009324 | | | Unit Price<br>$108.37 | Unit of<br>Issue<br>EA | Qty<br>Shipped<br>316 | Amount<br>$34,244.92 |
|---|---|---|---|---|---|---|---|

Material Inspection and Receiving Report in accordance with DFARS Appendix F. Paper DD Form 250 is usable in lieu of this document on an exception basis.          page 1

# RECEIVING REPORT

(Please look in WAWF for signed copy)

## Suspended

| Contract Number<br>SPRBL118F0053 | Delivery Order | | Shipment Number<br>SMI0002 | | Invoice Number<br>42846 |
|---|---|---|---|---|---|

| Qualifier<br>FS | | AAA | ACRN<br>AA | GFE<br>N | Project Code |
|---|---|---|---|---|---|

**Special Package Markings / Special Handling Requirements**

**PR Number**
C98CAG669M

**Type Designation Method**

**Type Designation Value**

| Additional Product/Service ID<br>5995 | Qualifier<br>FT - FEDERAL SUPPLY CLASSIFICATION |
|---|---|

**Description**
CABLE ASSEMBLY,CX-13303/VRC==PN: A3014040-9==2 INVOICED APPLIED==INVOICE#'S: 42846, 42847==

| Milstrip No.<br>W15GK88242A103 | Quantity<br>316 |
|---|---|

| | TOTAL: | $34,244.92 |
|---|---|---|

## Misc. Information:

**Initiator Information**
Name: Lori Aber
Title: Shipping Clerk
Phone #: 310-516-1692
DSN:
Email: loria@dcxchol.com
Org Email: lolah@dcxchol.com

Date of Action: 2019/03/08 1330 MST
Action(s): Submitted Web, Combo

Comments:

MarkFor Representative:

MarkFor Secondary:

Attachment(s):
42846_42847.pdf

**Inspector Information**
Name: STANLEY SPOTTS
Title: Quality Assurance
Phone #: 260-247-9098
DSN:
Email: stanley.e.spotts2.civ@mail.mil
Org Email: S3605A@DCMA.MIL

Date of Action: 2019/03/08 1352 MST
Action(s): Accepted Processed via EDI

Comments:

MarkFor Representative:

MarkFor Secondary:

Attachment(s):

Material Inspection and Receiving Report in accordance with DFARS Appendix F. Paper DD Form 250 is usable in lieu of this document on an exception basis.

# RECEIVING REPORT

(Please look in WAWF for signed copy)
## Suspended

| Contract Number | Delivery Order | Shipment Number | Invoice Number |
|---|---|---|---|
| SPRBL118F0053 | | SMI0002 | 42846 |

**Payment Official Information**
Name:
Title:
Phone #: 888-332-7366, OPTION 2
DSN:
Email:
Org Email: CIN-WAWF-HQ0490@DFAS.MIL

Date of Action: 2019/03/08 1707 MST
Action(s): Suspended

Comments: Document was suspended by the entitlement system. It is currently being reviewed by the Pay Official to determine the next action required. Suspended. IDOC:0000000508549633. DFAS Customer Service Telephone Number: 888-332-7366, OPTION 2

MarkFor Representative:

MarkFor Secondary:

Attachment(s):

## Vendor - Invoice

### [-]Document Information

| Contract Number Type | Contract Number | Delivery Order | Reference Procurement Identifier | Effective Date | Supplies or Services |
|---|---|---|---|---|---|
| DoD Contract (FAR) | SPRBL118F0053 | | SPRBL118D0069 | 2018/09/14 | SPL |

| Invoice Number | | Invoice Date | | Final Invoice? | | Invoice Received Date |
|---|---|---|---|---|---|---|
| 42846 | | 2019/03/08 | | N | | 2019/03/08 |

| Summary of Detail Level Information | Total ($) |
|---|---|
| 1 CLIN/SLIN(s) | 34,244.92 |
| 0 Miscellaneous Amount(s) | 0.00 |
| Document Total ($): | 34,244.92 |

| Shipment Number | Shipment Date | Final Shipment |
|---|---|---|
| SMI0002 | 2019/03/10 | N |

### [-]Line Item Information

| Item No. | Product/Service ID | Qualifier | Qty. Shipped | Unit of Measure | UofM Code | Unit Price ($) | Qty. Accepted | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 1006 | 5995013009324 | FS | 316 | Each | EA | 108.37 | | 34,244.92 |
| | SDN | | ACRN | | AAI | | PR Number | |
| | | | AA | | | | C98CAG669M | |

Description

CABLE ASSEMBLY,CX-13303/VRC==PN: A3014040-9==2 INVOICED APPLIED==INVOICE#'S: 42846, 42847==

Line Item Total ($): 34,244.92

### [-]Address Information

| Prime Contractor | | | | Administered By | | | |
|---|---|---|---|---|---|---|---|
| CAGE Code | DUNS | DUNS + 4 | Extension | DoDAAC | | | |
| 71CU6 | 079134079 | | | S3605A | | | |
| Activity Name 1 | | | | Activity Name 1 | | | |
| DCX-CHOL ENTERPRISES, INC. | | | | DCMA DAYTON | | | |
| Activity Name 2 | | | | Activity Name 2 | | | |
| | | | | | | | |
| Activity Name 3 | | | | Activity Name 3 | | | |
| | | | | | | | |
| Address 1 | | | | Address 1 | | | |
| 1615 E WALLACE ST | | | | BUILDING 30 AREA A | | | |
| Address 2 | | | | Address 2 | | | |
| | | | | 1725 VAN PATTON DR | | | |
| Address 3 | | | | Address 3 | | | |
| | | | | | | | |
| Address 4 | | | | Address 4 | | | |
| | | | | WRIGHT PATTERSON AFB OH 45433-5302 | | | |
| City | State | Zip | | City | State | Zip | |
| FORT WAYNE | IN | 46803 | | WRIGHT PATTERSON AFB | OH | 45433-5302 | |
| Country | Military Location Description | | | Country | Military Location Description | | |
| USA | | | | | | | |

| Ship To | | Payment Official | |
|---|---|---|---|
| DoDAAC | Extension | DoDAAC | Extension |
| W25G1U | | HQ0490 | |
| Activity Name 1 | | Activity Name 1 | |
| W1A8 DLA DISTRIBUTION | | DFAS-INDY VP GFEBS | |
| Activity Name 2 | | Activity Name 2 | |
| | | | |
| Activity Name 3 | | Activity Name 3 | |
| | | | |
| Address 1 | | Address 1 | |
| DDSP NEW CUMBERLAND FACILITY | | 8899 E 56TH STREET | |
| Address 2 | | Address 2 | |
| 2001 NORMANDY DRIVE DOOR 113 TO 134 | | INDIANAPOLIS IN 46249-3800 | |

| Address 3 | | | Address 3 | | |
|---|---|---|---|---|---|
| Address 4 | | | Address 4 | | |
| NEW CUMBERLAND PA 17070-5002 | | | INDIANAPOLIS IN 46249-3800 | | |
| City | State | Zip | City | State | Zip |
| NEW CUMBERLAND | PA | 17070-5002 | INDIANAPOLIS | IN | 46249-3800 |
| Country | Military Location Description | | Country | Military Location Description | |

| Issue By | | | Accept By | | |
|---|---|---|---|---|---|
| DoDAAC | | | DoDAAC | Extension | |
| SPRBL1 | | | S3605A | | |
| Activity Name 1 | | | Activity Name 1 | | |
| DLA LAND AT ABERDEEN | | | DCMA DAYTON | | |
| Activity Name 2 | | | Activity Name 2 | | |
| Activity Name 3 | | | Activity Name 3 | | |
| Address 1 | | | Address 1 | | |
| DLR PROCUREMENT OPERATIONS - ZL | | | BUILDING 30 AREA A | | |
| Address 2 | | | Address 2 | | |
| 6565 SURVEILLANCE LOOP RM C1-301 | | | 1725 VAN PATTON DR | | |
| Address 3 | | | Address 3 | | |
| Address 4 | | | Address 4 | | |
| ABER PROV GRD MD 21005 | | | WRIGHT PATTERSON AFB OH 45433-5302 | | |
| City | State | Zip | City | State | Zip |
| ABER PROV GRD | MD | 21005 | WRIGHT PATTERSON AFB | OH | 45433-5302 |
| Country | Military Location Description | | Country | Military Location Description | |

[-]Misc Information

**Initiator**

| Name: | Date of Action / IRD: | Phone #: | DSN: |
|---|---|---|---|
| Lori  Aber | 2019/03/08 1330 MST / 2019/03/08 1330 MST | 310-516-1692 | |
| Email: | Title: | | Action(s): |
| loria@dcxchol.com | Shipping Clerk | | [Submitted, Web, Combo, Processed via EDI upon Inspection of associated RR on 2019/03/08] |
| Org Email: | | | |
| lolah@dcxchol.com | | | |
| Attachments: | | | |
| 42846_42847.pdf | View Attachment | | |
| Comments: | | | |

**Payment Official**

| Name: | Date of Action: | Phone #: | DSN: |
|---|---|---|---|
| | 2019/03/08 1710 MST | 888-332-7366, OPTION 2 | |
| Email: | Title: | | Action(s): |
| | | | [Suspended] |
| Org Email: | | | |
| CIN-WAWF-HQ0490@DFAS.MIL | | | |
| Attachments: | | | |
| Comments: | | | |

Document was suspended by the entitlement system. It is currently being reviewed by the Pay Official to determine the next action required. Suspended. IDOC:0000000508549365. DFAS Customer Service Telephone Number: 888-332-7366, OPTION 2

[-]Workflow Information

**ACTION BY: Payment Official**

☐ Document Accepted

☐ Document Processed

☐ Document Rejected

☑ Document Suspended

Close

# GLOBALTRANZ.

**Straight Bill of Lading - Short Form - Original - Not Negotiable**

**BOL NO : 17268742**

Phone : (805) 338-1194
Fax : (623) 209-0093

| Shipper | SMI DIV. OF DCX-CHOL |
| Address: | 1615 E. WALLACE ST. |
| | Fort Wayne, IN 46803 |
| Country: | USA |
| Contact Name: | ATTN : LORI ABER |
| Phone No: | (310) 516-1692x294 |
| Fax No: | (260) 969-1247 |

| Carrier: | Pitt Ohio |
| PO # : | SPRBL1-18-F-0053 |
| Shipper Ref #: | SMI-SO1538 |
| Origin Terminal: | P:(419) 729-8173 |

| Shipment Date: | 03/15/2019 |
| Est. Transit Days: | 1 day(s) |
| Carrier PRO #: | |
| Destination Terminal: | P:(717) 558-8473 |

| Consignee | W1A8 DLA DISTRIBUTION |
| Address: | 2001 NORMANDY DRIVE |
| | DOOR 113 TO 134 |
| | New Cumberland, PA 17070 |
| Country: | USA |
| Contact Name: | DDSP NEW CUMBERLAND FACILITY |
| Phone No: | (800) 307-8496 |
| Fax No: | |

**Third Party Billing Information :**

All charges prepaid to :

**GlobalTranz**

**PO Box 6348**

**Scottsdale AZ 85261**

Direct billing inquiries to : (866) 275-1407

**GTZ BOL NO : 17268742**

PITT OHIO          (Apply to B/L) P&D Pro#

**TOL - 5022836671**

This shipment is subject exclusively to the Uniform Bill of Lading, the liability limitations and all other applicable provisions of this carrier's individual tariffs including current NMCF 100.

**Comments/Special Instructions:**

| Package Name | Pallets | Pieces | HM | Description | Weight | Class | Length | Width | Height | NMFC# |
|---|---|---|---|---|---|---|---|---|---|---|
| Pallets(40x48) | 1 | 13 | | CABLE ASSEMBLIES | 425 lbs | 100 | 40 In | 48 In | 55 In | 61130-2 |
| **Total:** | **1** | **13** | | | **425 lbs** | | | | | |

**Any problems with delivery, please contact Robyn Randolph at rrandolph@globaltranz.com or (805) 338-1194.**

**The authorized signatories signing this document on behalf of its company consents and bind its company to the terms and conditions found on www.carrierrate.com.**

**Shipper Certification :** I hereby certify that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packaged, marked and labeled and in proper condition for carriage by land/air according to applicable national governmental regulations.

**Shipper's Signature:** _____  Date: 3/15/19  Trailer#: _____

**Driver's Signature:** _____  Date: 3/15/19  Trailer#: _____

**Drivers Certification :** Carrier acknowledges receipt of packages in good order, condition and quantity unless otherwise stated hereon. Carrier certifies emergency response information and required placards were made available and/or carrier has the D.O.T. emergency response guidebook or equivalent in the vehicle.

**Consignee Signature:** _____  **Print Name:** _____

**Company Name:** _____  **Date:** _____

Permanent post-office address of the Shipper:

* Mark with "X" to designate material as defined in Title 49 CFR

Date: _05/11/20__

**CX** CHOICE ENTERPRISES, INC.
**SMI DIVISION**

Customer:
**Government**

### Shipping Instructions / Quality Audit Data Sheet

Assembly No: _A3014040-9_   Job No: _1538_   Auditor: _BM_
PO No: _SPRBL1-18-F-0053_   Line #: _9, 33_   QTY: _3/6_

**Note: Only 1 lot is permitted at each station.**

1. Verify caps/netting are on assembly.   Return to QA if any are missing.   Initial: _R_

2. Create Box:
   a. Package according to contract
   b. Create 2 packing slips in Syteline; 2 C of C's; 1 box label per contract   Initial: _QA_
   **Note: If Source Inspection is required, then do the following:**
   a. Create 2 packing slips in Syteline; 2 C of C's; 1 box label per contract
   b. Package according to contract   Initial: _RQA_   Initial: _QA_

3. Invoice.   Initial: _QA_

4. Weight count / finish packing (refer to instructions at station).
   All boxes must be weight scaled for count. 2 labels must be printed
   to verify count. (1 on box lid; 1 on pack slip)   Initial: _QA_

5. Add RFID label.   Initial: _N/A_

6. Enter into Wide Area Workflow (WAWF)   Initial: _QA_

7. Print report from WAWF
   a. **If Origin:  Receiving Report with DCMA signature.**
   b. **If Destination:  Material Inspection Receiving Report; no signature**   Initial: _QA_

8. Enter contract into VSM.   Initial: _QA_

9. Print  and copy shipping labels from VSM.   Initial: _QA_

10. Submit to Dock Audit station and page for dock audit.   Initial: _QA_

**Note:  Only 1 lot is permitted at Dock Audit Station.  If Dock Audit Station
is occupied, then place lot in Dock Audit Hold area.**

#### Boxed in area to be filled out by QA when doing a dock audit.

| Government Dock Audit | Yes | No * | (Final) | N/A |
|---|---|---|---|---|
| Inspection report present and complete (date code/line #)? | ✓ | | | |
| All orange cards complete and signed off? | ✓ | | | |
| Orange card quantity match inspection report, parts in container, packing slip, and C of C? | ✓ | | | |
| Verify bag, box labels/part number and NSN. | ✓ | | | |
| Verify RFID label on box matches WAWF report. | | | | ✓ |
| C of C signed off?  QA Associate / DCMA | ✓ | | | |
| Verify serial numbers on C of C. | | | | ✓ |
| Verify scale label qty to packing slip qty. | ✓ | | | |
| Verify VSM 'Ship To' label matches packing slip. | ✓ | | | |
| Is WAWF report present? | ✓ | | | |
| **Box stamped with dock audit stamp?** | ✓ | | | |

Lot #: _10437_

Two signatures required for above operation!   Sign: _Bobbi Sue Johnson_
Sign: _____

**Note: Close only 1 lot at a time!**

11. After box is stamped with Dock Audit Stamp, verify paperwork matches
    contents of box.   Initial: _QA_

12. Close box:
    Fill remaining space in box with filler paper.
    Place 1 copy of the packing slip and C of C in packing slip envelope
    and place on top of box. Place 1 strip of clear tape over packing
    slip envelope to ensure adhesion.   Initial: _R_

**Initials verifies the task was performed per work instruction, customer requirements and/or standard operations.

Shipping Qualtiy Audit Data Sheet Gov - Rev 1

# SMI

**DIV. OF DCX-CHOL ENT. INC.**

**1615 EAST WALLACE STREET**

**FORT WAYNE, IN 46803**

Phone : (310) 516-1692

Fax : 260-969-1247

# PACKING SLIP

| NUMBER: | | 8679 |
|---|---|---|
| DATE | : | 3/20/2019 |
| PAGE | : | Page 1 of 1 |

**SOLD TO:**
DLA LAND AT ABERDEEN
6001 COMBAT DRIVE ROOM C1-301
APG, MD, 21005-1846

**BILL TO:**
DLA LAND AT ABERDEEN
DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800
USA

**SHIP TO:**
(W25G1U)       SU W1A8 DLA
DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO
134
NEW CUMBERLAND, PA 17070-5002
United States

| | | | | | |
|---|---|---|---|---|---|
| **Attn.** | : | JAMES J. REESE | **Attn.** | : | |
| **Phone** | : | (443)861-4549 | **Phone** | : | |
| **Fax** | : | | **Fax** | : | |
| **Email** | : | JAMES.REESE@DLA. | | | |
| **Ship #** | : | | | | |

**Attn.** :

**Phone** :

**Fax** :

| S.O. # | CUSTOMER P.O. # | F.O.B | SHIP VIA. | | SHIPPING ACCT. | | TERMS |
|---|---|---|---|---|---|---|---|
| | | | | | | | NET 30 DAYS |
| SMI-SO1538 | SPRBL1-18-F-0053 | ORIGIN | BEST WAY | | | | |
| ITEM | PART NUMBER / DESCRIPTION | | | REV. | QTY. | SHIPPED | B.O. |
| | | | N | | 262.00 | 150.00 | 112.00 |

18   A3014040-9

CABLE ASSY, CX-13303/VRC, 4 FT 6 IN    DATE CODE: 02/19

CLIN 1006

DO-A7 RATING QAP-01 APPLIES

**WARNING -- The export of the commodities described herein, either in their original form or after being incorporated through an intermediate process, is restricted by the Arms Export Control Act (Title 22, U.S.C., Sec 2751, et seq.) or the Export Administration Act of 1979, as amended, Title 50, U.S.C., App. 2401 et seq. Violations of these export laws are subject to severe criminal penalties.**

DCMA Review  S3605A  QAS Stan Spotts  20 Mar 2019
SPOTTS.STANLEY.E.1221445429   Digitally signed by SPOTTS.STANLEY.E.1221445429
Date: 2019.03.20 11:33:52 -04'00'

CERTIFICATION OF COMPLIANCE
WE CERTIFY THAT ALL MATERIAL, PROCESSES, PARTS AND/OR ASSEMBLIES SHIPPED UNDER THE ABOVE REFERENCED PURCHASE ORDER COMPLY WITH ALL SPECIFICATIONS AS CALLED OUT ON THE PURCHASE ORDER AND ASSOCIATED DOCUMENTS. THEY HAVE BEEN APPROVED, WHENEVER REQUIRED, BY COGNIZANT GOVERNMENT AGENCIES. WE FURTHER CERTIFY THAT THE CHEMICAL AND/OR PHYSICAL TEST DATA COVERING THE MATERIAL AND/OR PROCESES USED IN THESE PARTS AND/OR ASSEMBLIES ARE IN OUR FILES AND ARE SUBJECT TO YOUR EXAMINATION. ITEMS ARE FREE FROM ANY FOREIGN MATERIALS THAT COULD RESULT IN FOREIGN OBJECT DAMAGE

| | | | |
|---|---|---|---|
| QUALITY ASSURANCE SIGNATURE | *Beth Sue Johnson* | DATE | 3-20-2019 |
| SOURCE INSPECTION SIGNATURE | QAS Stan Spotts | DATE | 20 Mar 2019 |

# DCX-CHOL Enterprises, Inc.

**CX CHOL**

## SMI DIVISION
**CAGE CODE 71CU6**
**1615 EAST WALLACE STREET**
**FORT WAYNE, INDIANA 46803**
**PHONE (310) 516-1692**

## CERTIFICATE OF COMPLIANCE

**PART NUMBER:** A3014040-9      **REVISION:** N

**DESCRIPTION:** CABLE ASSY, CX-13303/VRC, 4FT 6IN

**SERIAL NO./LOT CODE/**          **SERIAL NO: N/A**
**DATE CODE:**                    **DATE CODE: 02/19**

**QUANTITY:** 150PCS.      **PURCHASE ORDER:** SPRBL1-18-F-0053

**SPECIFICATIONS: TESTED TO MEET OR EXCEED QUALITY ASSURANCE REQUIREMENTS INCLUDING SUCCESSFULLY PASSING AUTOMATED TESTING AS REQUIRED PER DRAWING/SPECIFICATION.**

I certify that the inspection and test procedures required by the above referenced part drawing and test specifications have been performed and recorded by lot as indicated above, and that the above referenced part meets all requirements per the part drawing and test specifications These results are available for review by customer representatives.

Where applicable, Test Documentation is available upon request.

**CERTIFIED BY:**

_Bobbi Sue Johnson_                **Karen Ulrey**
**QUALITY ASSOCIATE**              **QUALITY MANAGER**

**DATE:** 03/20/19

DCMA Review  S3605A  QAS Stan Spotts  20 Mar 2019
SPOTTS.STANLEY.E.1221445429   Digitally signed by SPOTTS.STANLEY.E.1221445429
                              Date: 2019.03.20 11:34:28 -04'00'

C of C - Rev 03

# SMI

**DIV. OF DCX-CHOL ENT. INC.**

**1615 EAST WALLACE STREET**

**FORT WAYNE, IN 46803**

Phone   : (310) 516-1692

Fax      : 260-969-1247

REMIT TO:

SMI DIVISION OF DCX-CHOL
ENTERPRISES, INC.
12831 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90061

# INVOICE

| | |
|---|---|
| **NUMBER:** | **42933** |
| **DATE** | 3/20/2019 |
| **PAGE** | 1 of 1 |
| **CAGE CODE:** | **71CU6** |

**SOLD TO:**

DLA LAND AT ABERDEEN
6001 COMBAT DRIVE ROOM C1-301
APG, MD, 21005-1846

**BILL TO:**

DLA LAND AT ABERDEEN
DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800
USA

**SHIP TO:**

(W25G1U)      SU W1A8 DLA
DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO
134
NEW CUMBERLAND, PA 17070-5002
United States

| | | | |
|---|---|---|---|
| **Attn.** | : JAMES J. REESE | **Attn.** : | **Attn.** : |
| **Phone** | : (443)861-4549 | **Phone** : | **Phone** : |
| **Fax** | : | **Fax** : | **Fax** : |
| **Email** | : JAMES.REESE@DLA.MIL | | |

| P.O. # | S.O. # | REP. | F.O.B. | SHIP VIA. | ACCT. # | TERMS |
|---|---|---|---|---|---|---|
| SPRBL1-18-D-0069 | SMI-SO1538 | | ORIGIN | BEST WAY | | NET 30 DAYS |

| ITEM | PART NUMBER / DESCRIPTION | REV. | QTY. | UNIT | EXT. AMOUNT | S.T |
|---|---|---|---|---|---|---|
| 18 | CLIN 1006<br>CABLE ASSY, CX-13303/VRC, 4 FT 6 IN<br>A3014040-9<br>DO-A7 RATING QAP-01 APPLIES | N | 150.00 | $108.37 | $16,255.50 | |

**Packing Slip:**      8679

DO-A7
252.225-7000, 252.225-7001, 252.216-7006, 252.204-7008, 252.204-7012, 252.232-7006, 252.232-7003, 252.203-7000,
52.203-7001, 252.203-7002, 252.203-7003, 252.203-7004, 252.204-7003, 252.204-7004, 252.204-7009, 252.204-7012,
252.204-7015, 252.205-7000, 252.209-7004, 252.222-7006, 252.225-7001, 252.225-7002, 252.225-7041, 252.225-7048,
252.226-7001, 252.231-7000, 252.232-7003, 252.232-7010, 252.243-7001, 252.243-7002, 252.246-7000, 252.246-7003,
252.246-7008, 252.247-7023, 252.216-7006, 252.211-7005, 252.223-7001

SPRBL1-18-D-0069/SPRBL118F0053

**WARNING -- The export of the commodities described herein, either in their original form or after being
incorporated through an intermediate process, is restricted by the Arms Export Control Act (Title 22, U.S.C., Sec
2751, et seq.) or the Export Administration Act of 1979, as amended, Title 50, U.S.C., App. 2401 et seq. Violations
of these export laws are subject to severe criminal penalties.**

| | | | |
|---|---|---|---|
| **CONTRACT MANAGER:** | SUBTOTAL | : $ | 16,255.50 |
| | SALES TAX | : $ | 0.00 |
| **PHONE:** | FREIGHT | : $ | 0.00 |
| **EMAIL:** | P.P.D. AMT. | : $ | 0.00 |
| | MISC. | : $ | 0.00 |
| **SIGNATURE:** | **TOTAL** | : $ | **16,255.50** |

DOC #AF 011

*SMI 99199..10696*

## SMI DIVISION
### DCX-CHOL Enterprises, Inc.
1615 E. Wallace St.
Fort Wayne, Indiana 46803

## QUALITY CONFORMANCE INSPECTION REPORT

Customer: _DLA Land at Aberdeen_          Customer Part No: _A3014040- 9_

Rev: _N_          Purchase Order No: _SPRBLI - 18 - F - 0053_          Line No: _33_
~~SPRBL1-18-D-0069~~
QA 3/20/19

Description: _Cable Assy, Spec Purp, Electrical_          Qty: ~~16~~ /50
QA 3/20/19

| Inspection/Test | Requirements | Sampling | Accept |
|---|---|---|---|
| **Product Examination** | IPC/WHMA-A-620 Requirements and Acceptance for Cable and Wire Harness Assemblies, Class 3 and Per paragraph 3.2 of A3014056 per 4.7.1. | 100% | SMI QA 6 |
| **Workmanship** | IPC/WHMA-A-620 Requirements and Acceptance for Cable and Wire Harness Assemblies, Class 3 and Per paragraph 3.5 of A3014056 per 4.7.2. | 100% | SMI QA 6 |
| **Continuity** | Per paragraph 3.3.1.2 of A3014056 per 4.7.4. | 100% | PP |
| **Insulation Resistance** | Per paragraph 3.3.1.3 of A3014056 per 4.7.5 | 100% | PD |
| **Other Testing** (Audio, Network Analyzer, Pull, Water, etc.) | ☑ Cable Pull Test per para. 3.3.2.6 of A3014056 per 4.7.12. ☑ Water Spray Test, para. 3.3.2.4.2 of A3014056 per 4.7.10.2. | 2.5% | PP |
| **Documents** | All drawings, travelers, inspection instructions reviewed for accuracy. Quantity and PO# listed above verified against corresponding Job Binders. | 100% | SMI QA 6 |

Serial No.: _N/A_

Date Codes: _02/19_

Date: _3 / 18 / 19_          SMI QA 6

Quality Representative: _____

DCMA Review S3605A  QAS Stan Spotts  20 Mar 2019
SPOTTS.STANLEY.E.1221445429  Digitally signed by SPOTTS.STANLEY.E.1221445429  Date: 2019.03.20 11:35:03 -04'00'

QMS-F-8510-F2, Rev 2

SMI 99199..10696

## SMI DIVISION
## DCX-CHOL Enterprises, Inc.
1615 E. Wallace St.
Fort Wayne, Indiana 46803

## QUALITY CONFORMANCE INSPECTION REPORT

Customer: __DLA Land at Aberdeen__     Customer Part No: __A3014040- 9__

Rev: __N__     Purchase Order No: SPRBL1-18-F-0053   Line No: __33__
~~SPRBL1-18-A-0069~~
QA 3/20/19

Description: __Cable Assy, Spec Purp, Electrical__     Qty: ~~16~~ 150
QA 3/20/19

| Inspection/Test | Requirements | Sampling | Accept |
|---|---|---|---|
| **Product Examination** | IPC/WHMA-A-620 Requirements and Acceptance for Cable and Wire Harness Assemblies, Class 3 and Per paragraph 3.2 of A3014056 per 4.7.1. | 100% | SMI QA 6 |
| **Workmanship** | IPC/WHMA-A-620 Requirements and Acceptance for Cable and Wire Harness Assemblies, Class 3 and Per paragraph 3.5 of A3014056 per 4.7.2. | 100% | SMI QA 6 |
| **Continuity** | Per paragraph 3.3.1.2 of A3014056 per 4.7.4. | 100% | PP |
| **Insulation Resistance** | Per paragraph 3.3.1.3 of A3014056 per 4.7.5 | 100% | PD |
| **Other Testing** (Audio, Network Analyzer, Pull, Water, etc.) | ☑ Cable Pull Test per para. 3.3.2.6 of A3014056 per 4.7.12. ☑ Water Spray Test, para. 3.3.2.4.2 of A3014056 per 4.7.10.2. | 2.5% | PP |
| **Documents** | All drawings, travelers, inspection instructions reviewed for accuracy. Quantity and PO# listed above verified against corresponding Job Binders. | 100% | SMI QA 6 |

Serial No.: __N/A__

Date Codes: __02/19__

Date: __3 / 18 / 19__     SMI QA 6

Quality Representative: _____

DCMA Review  S3605A  QAS Stan Spotts  20 Mar 2019
SPOTTS.STANLEY.E.1221445429  Digitally signed by SPOTTS.STANLEY.E.1221445429  Date: 2019.03.20 11:35:03 -04'00'

QMS-F-8510-F2, Rev 2

# RECEIVING REPORT

(Please look in WAWF for signed copy)

## Processed

| Contract Number<br>SPRBL118F0053 | Delivery Order | | Shipment Number<br>SMI0004 | | Invoice Number<br>42933 | |
|---|---|---|---|---|---|---|
| Contract Number Type<br>DoD Contract (FAR) | Issue Date<br>2018/09/14 | Reference Procurement Identifier<br>SPRBL118D0069 | | ☑ Supplies<br>☐ Services | ☐ C.o.C.<br>☐ A.R.P. | |

## Shipping Information:

| Shipment Number<br>SMI0004 | | Shipment Date<br>2019/03/22 E | Final Shipment<br>N | Inspection Point<br>S | Acceptance Point<br>S | Estimated Delivery Date |
|---|---|---|---|---|---|---|

Submit Transportation Data Later ☐

Transportation Account Code

| TCN | Serial Shipping Container Code | Transportation Method/Type | Gross Weight | Cube | FOB<br>S |
|---|---|---|---|---|---|

Special Package Markings / Special Handling Requirements

| Transportation Leg | Standard Carrier Alpha Code | Bill of Lading Number | Bill of Lading Type |
|---|---|---|---|

Secondary Transportation Tracking Number       Secondary Transportation Tracking Type

Secondary Transportation Tracking Description

| Summary of Detail Level Information<br>1 CLIN/SLIN/ELIN(s) | Total<br>$16,255.50 |
|---|---|

## Address Information:

**Prime Contractor**
CAGE Code: 71CU6   DUNS: 079134079
Name: DCX-CHOL ENTERPRISES, INC.
1615 E WALLACE ST
FORT WAYNE  IN  46803  USA

**Administered By**
Code: S3605A
Name: DCMA DAYTON
BUILDING 30 AREA A
1725 VAN PATTON DR
WRIGHT PATTERSON AFB OH 45433-5302
WRIGHT PATTERSON AFB  OH  45433-5302

**Inspect By**
DoDAAC: S3605A Extension:
Name: DCMA DAYTON
BUILDING 30 AREA A
1725 VAN PATTON DR
WRIGHT PATTERSON AFB OH 45433-5302
WRIGHT PATTERSON AFB  OH  45433-5302

**Ship To**
DoDAAC: W25G1U
Name: W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND PA 17070-5002
NEW CUMBERLAND  PA  17070-5002

**Payment Official**
DoDAAC: HQ0337
Name: DFAS - COLUMBUS CENTER
NORTH ENTITLEMENT OPERATIONS
COLUMBUS OH 43218-2317
COLUMBUS OH 43218-2317
COLUMBUS  OH  43218-2317

**Issue By**
DoDAAC: SPRBL1
Name: DLA LAND AT ABERDEEN
DLR PROCUREMENT OPERATIONS - ZL
6565 SURVEILLANCE LOOP RM C1-301
ABER PROV GRD MD 21005
ABER PROV GRD  MD  21005

**Accept By**
DoDAAC: S3605A
Name: DCMA DAYTON
BUILDING 30 AREA A
1725 VAN PATTON DR
WRIGHT PATTERSON AFB OH 45433-5302
WRIGHT PATTERSON AFB  OH  45433-5302

## Line Item Information:

| Item No | Product/Service ID | Unit Price | Unit of Issue | Qty Shipped | Amount |
|---|---|---|---|---|---|
| 1006 | 5995013009324 | $108.37 | EA | 150 | $16,255.50 |

Material Inspection and Receiving Report in accordance with DFARS Appendix F. Paper DD Form 250 is usable in lieu of this document on an exception basis.

# RECEIVING REPORT

(Please look in WAWF for signed copy)

## Processed

| Contract Number<br>SPRBL118F0053 | Delivery Order | | Shipment Number<br>SMI0004 | | Invoice Number<br>42933 | |
|---|---|---|---|---|---|---|
| Qualifier<br>FS | | AAA | ACRN | GFE<br>N | Project Code | |

**Special Package Markings / Special Handling Requirements**

**PR Number**

**Type Designation Method**

**Type Designation Value**

**Description**
CABLE ASSY, CX-13303/VRC, 4FT 6IN==ONE INVOICE APPLIED==INVOICE#: 42933==PN: A3014040-9==

| Milstrip No.<br>W15GK88242A103 | Quantity<br>150 |
|---|---|

**TOTAL:**  $16,255.50

## Misc. Information:

**Initiator Information**
Name: Lori  Aber
Title: Shipping Clerk
Phone #: 310-516-1692
DSN:
Email: loria@dcxchol.com
Org Email: lolah@dcxchol.com

Date of Action: 2019/03/20 1329 MDT
Action(s): Submitted Web, Combo

Comments:

MarkFor Representative:

MarkFor Secondary:

Attachment(s):
42933.pdf

**Inspector Information**
Name: STANLEY  SPOTTS
Title: Quality Assurance
Phone #: 260-247-9098
DSN:
Email: stanley.e.spotts2.civ@mail.mil
Org Email: S3605A@DCMA.MIL

Date of Action: 2019/03/20 1338 MDT
Action(s): Accepted Processed via EDI

Comments:

MarkFor Representative:

MarkFor Secondary:

Attachment(s):

## Vendor - Invoice

**[-]Document Information**

| Contract Number Type | Contract Number | Delivery Order | Reference Procurement Identifier | Effective Date | Supplies or Services |
|---|---|---|---|---|---|
| DoD Contract (FAR) | SPRBL118F0053 | | SPRBL118D0069 | 2018/09/14 | SPL |

| Invoice Number | Invoice Date | Final Invoice? | Invoice Received Date | |
|---|---|---|---|---|
| 42933 | 2019/03/20 | N | 2019/03/20 | |

| | | | | Total ($) |
|---|---|---|---|---|
| Summary of Detail Level Information | | | | 16,255.50 |
| 1 CLIN/SLIN(s) | | | | 0.00 |
| 0 Miscellaneous Amount(s) | | | Document Total ($): | 16,255.50 |

| Shipment Number | Shipment Date | Final Shipment |
|---|---|---|
| SMI0004 | 2019/03/22 | N |

**[-]Line Item Information**

| Item No. | Product/Service ID | Qualifier | Qty. Shipped | Unit of Measure | UofM Code | Unit Price ($) | Qty. Accepted | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 1006 | 5995013009324 | FS | 150 | Each | EA | 108.37 | | 16,255.50 |
| | SDN | | ACRN | | AAI | | PR Number | |

**Description**

CABLE ASSY, CX-13303/VRC, 4FT 6IN==ONE INVOICE APPLIED==INVOICE#: 42933==PN: A3014040-9==

Line Item Total ($): 16,255.50

**[-]Address Information**

| Prime Contractor | | | | Administered By | | |
|---|---|---|---|---|---|---|
| **CAGE Code** DUNS | **DUNS + 4** | **Extension** | | **DoDAAC** | | |
| 71CU6 | 079134079 | | | S3605A | | |
| **Activity Name 1** | | | | **Activity Name 1** | | |
| DCX-CHOL ENTERPRISES, INC. | | | | DCMA DAYTON | | |
| **Activity Name 2** | | | | **Activity Name 2** | | |
| **Activity Name 3** | | | | **Activity Name 3** | | |
| **Address 1** | | | | **Address 1** | | |
| 1615 E WALLACE ST | | | | BUILDING 30 AREA A | | |
| **Address 2** | | | | **Address 2** | | |
| | | | | 1725 VAN PATTON DR | | |
| **Address 3** | | | | **Address 3** | | |
| **Address 4** | | | | **Address 4** | | |
| | | | | WRIGHT PATTERSON AFB OH 45433-5302 | | |
| **City** | **State** | **Zip** | | **City** | **State** | **Zip** |
| FORT WAYNE | IN | 46803 | | WRIGHT PATTERSON AFB | OH | 45433-5302 |
| **Country** | **Military Location Description** | | | **Country** | **Military Location Description** | |
| USA | | | | | | |

| Ship To | | | Payment Official | |
|---|---|---|---|---|
| **DoDAAC** | **Extension** | | **DoDAAC** | **Extension** |
| W25G1U | | | HQ0337 | |
| **Activity Name 1** | | | **Activity Name 1** | |
| W1A8 DLA DISTRIBUTION | | | DFAS - COLUMBUS CENTER | |
| **Activity Name 2** | | | **Activity Name 2** | |
| **Activity Name 3** | | | **Activity Name 3** | |
| **Address 1** | | | **Address 1** | |
| DDSP NEW CUMBERLAND FACILITY | | | NORTH ENTITLEMENT OPERATIONS | |
| **Address 2** | | | **Address 2** | |
| 2001 NORMANDY DRIVE DOOR 113 TO 134 | | | COLUMBUS OH 43218-2317 | |

Address 3

Address 4
NEW CUMBERLAND PA 17070-5002

| City | State | Zip |
|------|-------|-----|
| NEW CUMBERLAND | PA | 17070-5002 |
| Country | | Military Location Description |

Address 3

Address 4
COLUMBUS OH 43218-2317

| City | State | Zip |
|------|-------|-----|
| COLUMBUS | OH | 43218-2317 |
| Country | | Military Location Description |

## Issue By

DoDAAC
SPRBL1

Activity Name 1
DLA LAND AT ABERDEEN

Activity Name 2

Activity Name 3

Address 1
DLR PROCUREMENT OPERATIONS - ZL

Address 2
6565 SURVEILLANCE LOOP RM C1-301

Address 3

Address 4
ABER PROV GRD MD 21005

| City | State | Zip |
|------|-------|-----|
| ABER PROV GRD | MD | 21005 |
| Country | | Military Location Description |

## Accept By

DoDAAC          Extension
S3605A

Activity Name 1
DCMA DAYTON

Activity Name 2

Activity Name 3

Address 1
BUILDING 30 AREA A

Address 2
1725 VAN PATTON DR

Address 3

Address 4
WRIGHT PATTERSON AFB OH 45433-5302

| City | State | Zip |
|------|-------|-----|
| WRIGHT PATTERSON AFB | OH | 45433-5302 |
| Country | | Military Location Description |

[-]Misc Information

Initiator

| Name: | Date of Action / IRD: | Phone #: | DSN: |
|-------|----------------------|----------|------|
| Lori Aber | 2019/03/20 1329 MDT / 2019/03/20 1329 MDT | 310-516-1692 | |
| Email: | | Title: | Action(s): |
| loria@dcxchol.com | | Shipping Clerk | [Submitted, Web, Combo, Processed via EDI upon Inspection of associated RR on 2019/03/20] |
| Org Email: | | | |
| lolah@dcxchol.com | | | |
| Attachments: | | View Attachment | |
| 42933.pdf | | | |
| Comments: | | | |

[-]Workflow Information

ACTION BY: Payment Official

☑ Document Accepted
☑ Document Processed
☐ Document Rejected
☐ Document Suspended

Close

# DSS/VSM PACKING LIST

| FROM:   71CU6 | SHIP TO:   W25G1U |
|---|---|
| SMI DIV. OF DCX-CHOL, INC.<br>1615 E. WALLACE ST.<br>FORT WAYNE          IN 46803 | W1A8 DLA DISTRIBUTION<br>DDSP NEW CUMBERLAND FACILITY<br>2001 NORMANDY DRIVE DOOR 113 TO 134<br>NEW CUMBERLAND          PA 17070-5002 |

| CONTRACT NO. | RELEASE NO. | CLIN | TCN | IPG | RDD | PROJ |
|---|---|---|---|---|---|---|
| SPRBL118F0053 | | 1006 | W25G1U90700515XAX | 2 | | |

| PIECE NUMBER | NUMBER OF PIECES | NUMBER OF LINES | WEIGHT | CUBE | DATE PACKED | DATE SHIPPED |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 215 | 23 | 2019080 | 2019080 |

| DOC NO./SUFF | FSC / NIIN / PART NO. | NOUN | QUANTITY | UI |
|---|---|---|---|---|
| W25G1U90700515 | 71CU6A3014040-9 | MIL CARGO | 150 | EA |

*** END OF LIST ***

**5995-01-300-9324**

**CAGE  71CU6**

**CABLE ASSY, CX-13303/VRC**

P/N: **6A3014040-9**

71CU6

**150        EA**

**SPRBL1-18-F-0053**

SPRBL118F0053

**CP    -  3/19**

WT **215**          **CU  23**

DD FORM 1387, JAN 90

| | | |
|---|---|---|
| 1. TCN **W25G1U90700515XAX** | | 14. DATE 2019080 |
| | | 11. RDD |
| 3. FROM<br>71CU6<br>SMI DIV. OF DCX-CHOL, INC.<br>1615 E. WALLACE ST.<br>FORT WAYNE          IN 46803<br>310-516-1692 | 2. POSTAGE DATA | |
| 5. SHIP TO/POE<br>W1A8 DLA DISTRIBUTION<br>DDSP NEW CUMBERLAND FACILITY<br>2001 NORMANDY DRIVE DOOR 113 TO 134<br>NEW CUMBERLAND       PA 17070-5002 | 16. PIECES   00001 OF 00001 | |
| W25G1U | 8. PROJECT | 6. TRANSP PRIORITY |
| 7. POD | 15. FMS CASE | **2** |
| 9. ULTIMATE CONSIGNEE OR MARK FOR<br>W25G1U<br>W1A8 DLA DISTRIBUTION<br>DDSP NEW CUMBERLAND FACILITY<br>2001 NORMANDY DRIVE DOOR 113 TO 134<br>NEW CUMBERLAND       PA 17070-5002 | **W25G1U** | |

| 18. TCMD/SUPPLY INFO | 10. WT/CU THIS PC<br>215   23 |
|---|---|
| | 4. TYPE SERVICE |
| | 13. CHARGES |
| | CN: 17958674 |
| | VRN: |
| | Spur: |
| | CD: |
| | **ORIGINAL** |

# GLOBALTRANZ

**Straight Bill of Lading - Short Form - Original - Not Negotiable**

**BOL NO : 17300578**

Phone : (805) 338-1194
Fax : (623) 209-0093

| | | | |
|---|---|---|---|
| **Shipper** | SMI DIV. OF DCX-CHOL | **Carrier:** Pitt Ohio | **Shipment Date:** 03/21/2019 |
| **Address:** | 1615 E. WALLACE ST. | **PO # :** SPRBL1-18-F-0053 | **Est. Transit Days:** 1 day(s) |
| | Fort Wayne, IN 46803 | **Shipper Ref #:** SMI-SO1538 | **Carrier PRO #:** |
| **Country:** | USA | | |
| **Contact Name:** | ATTN : LORI ABER | **Origin Terminal:** | **Destination Terminal:** |
| **Phone No:** | (310) 516-1692x294 | P:(419) 729-8173 | P:(717) 558-8473 |
| **Fax No:** | (260) 969-1247 | | |

| | | |
|---|---|---|
| **Consignee** | W1A8 DLA DISTRIBUTION | **Third Party Billing Information :** |
| **Address:** | 2001 NORMANDY DRIVE | All charges prepaid to : |
| | DOOR 113 TO 134 | GlobalTranz |
| | New Cumberland, PA 17070 | PO Box 6348 |
| **Country:** | USA | Scottsdale AZ 85261 |
| **Contact Name:** | DDSP NEW CUMBERLAND FACILITY | Direct billing inquiries to : (866) 275-1407 |
| **Phone No:** | (800) 307-8496 | GTZ BOL NO : 17300578 |
| **Fax No:** | | |

**Comments/Special Instructions:**

PITT OHIO                        Apply to Shipper's B/L

TOL - 5022866725

This shipment is subject exclusively to the Uniform Bill of Lading, the liability limitations and all other applicable provisions of this carrier's individual tariffs including current NMCF 100.

| Package Name | Pallets | Pieces | HM | Description | Weight | Class | Length | Width | Height | NMFC# |
|---|---|---|---|---|---|---|---|---|---|---|
| Pallets(40x48) | 1 | 6 | | CABLE ASSEMBLIES | 215 lbs | 100 | 40 In | 48 In | 20 In | 61130-2 |
| **Total:** | **1** | **6** | | | **215 lbs** | | | | | |

**Any problems with delivery, please contact Robyn Randolph at rrandolph@globaltranz.com or (805) 338-1194.**

**The authorized signatories signing this document on behalf of its company consents and bind its company to the terms and conditions found on www.carrierrate.com.**

**Shipper Certification :** I hereby certify that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packaged, marked and labeled and in proper condition for carriage by land/air according to applicable national governmental regulations.

**Shipper's Signature:** _____   **Date:** 3/21/19   **Trailer#:** _____

**Driver's Signature:** _____   **Date:** 3/21/19   **Trailer#:** _____

**Drivers Certification :** Carrier acknowledges receipt of packages in good order, condition and quantity unless otherwise stated hereon. Carrier certifies emergency response information and required placards were made available and/or carrier has the D.O.T. emergency response guidebook or equivalent in the vehicle.

**Consignee Signature:** _____   **Print Name:** _____

**Company Name:** _____   **Date:** _____

Permanent post-office address of the Shipper:
* Mark with "X" to designate material as defined in Title 49 CFR

Date: 03/20/2019

**CX** ENTERPRISES, INC.
**SMI DIVISION**

Customer:

**Government**

### Shipping Instructions / Quality Audit Data Sheet

Assembly No: A3014040-9  Job No: 1538  Auditor: BM

PO No: SPRBL1-18-F-0053  Line #: 18/33  QTY: 150

Note: Only 1 lot is permitted at each station.

1. Verify caps/netting are on assembly.  Return to QA if any are missing.  Initial: ___

2. Create Box:
   a. Package according to contract
   b. Create 2 packing slips in Syteline; 2 C of C's; 1 box label per contract  Initial: ___

Note: If Source Inspection is required, then do the following:
   a. Create 2 packing slips in Syteline; 2 C of C's; 1 box label per contract  Initial: ___
   b. Package according to contract  Initial: ___

3. Invoice.

4. Weight count / finish packing (refer to instructions at station).
   All boxes must be weight scaled for count. 2 labels must be printed
   to verify count. (1 on box lid; 1 on pack slip)  Initial: ___
   Initial: N/A
   Initial: ___

5. Add RFID label.

6. Enter into Wide Area Workflow (WAWF)

7. Print report from WAWF
   a. **If Origin: Receiving Report with DCMA signature.**  Initial: ___
   b. **If Destination: Material Inspection Receiving Report; no signature**  Initial: ___

8. Enter contract into VSM.  Initial: ___

9. Print and copy shipping labels from VSM.  Initial: ___

10. Submit to Dock Audit station and page for dock audit.

Note: Only 1 lot is permitted at Dock Audit Station.  If Dock Audit Station
      is occupied, then place lot in Dock Audit Hold area.

#### Boxed in area to be filled out by QA when doing a dock audit.

| Government Dock Audit | Yes | No * | (Final) | N/A |
|---|---|---|---|---|
| Inspection report present and complete (date code/line #)? | ✓ | | | |
| All orange cards complete and signed off? | ✓ | | | |
| Orange card quantity match inspection report, parts in container, packing slip, and C of C? | ✓ | | | |
| Verify bag, box labels/part number and NSN. | ✓ | BSJ 3.21.19 | | ✓ |
| Verify RFID label on box matches WAWF report. | ✓ | | | |
| C of C signed off? QA Associate / DCMA | ✓ | | | ✓ |
| Verify serial numbers on C of C. | | | | |
| Verify scale label qty to packing slip qty. | ✓ | | | |
| Verify VSM 'Ship To' label matches packing slip. | ✓ | | | |
| Is WAWF report present? | ✓ | | | |
| **Box stamped with dock audit stamp?** | ✓ | | | |

Lot #: 10696

Two signatures required for above operation!  Sign: Bobbi Ann Johnson
Sign: ___

Note: Close only 1 lot at a time!

11. After box is stamped with Dock Audit Stamp, verify paperwork matches
    contents of box.  Initial: ___

12. Close box:
    Fill remaining space in box with filler paper.
    Place 1 copy of the packing slip and C of C in packing slip envelope
    and place on top of box.  Place 1 strip of clear tape over packing
    slip envelope to ensure adhesion.  Initial: ___

**Initials verifies the task was performed per work instruction, customer requirements and/or standard operations.

Shipping Quality Audit Data Sheet Gov - Rev 1

# SMI

**PACKING SLIP**

DIV. OF DCX-CHOL ENT. INC.

**1615 EAST WALLACE STREET**

FORT WAYNE, IN 46803

Phone : **(310) 516-1692**
Fax : **260-969-1247**

| NUMBER: | **8748** |
|---|---|
| DATE : | 3/29/2019 |
| PAGE : | Page 1 of 1 |

**SOLD TO:**
DLA LAND AT ABERDEEN
6001 COMBAT DRIVE ROOM C1-301
APG, MD, 21005-1846

**BILL TO:**
DLA LAND AT ABERDEEN
DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800
USA

**SHIP TO:**
(W25G1U)      SU W1A8 DLA
DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO
134
NEW CUMBERLAND, PA 17070-5002
United States

| Attn. | : | JAMES J. REESE | Attn. | : | Attn. | : |
|---|---|---|---|---|---|---|
| Phone | : | (443)861-4549 | Phone | : | Phone | : |
| Fax | : | | Fax | : | Fax | : |
| Email | : | JAMES.REESE@DLA. | | | | |
| Ship # | : | | | | | |

| S.O . # | CUSTOMER P.O. # | F.O.B | SHIP VIA. | SHIPPING ACCT. | TERMS |
|---|---|---|---|---|---|
| SMI-SO1538 | SPRBL1-18-F-0053 | ORIGIN | BEST WAY | | NET 30 DAYS |

| ITEM | PART NUMBER / DESCRIPTION | REV. | QTY. | SHIPPED | B.O. |
|---|---|---|---|---|---|
| 18 | A3014040-9 | N | 112.00 | 100.00 | 12.00 |
| | CABLE ASSY, CX-13303/VRC, 4 FT 6 IN   DATE CODE: 02/19 | | | | |
| | CLIN 1006 | | | | |
| | DO-A7 RATING QAP-01 APPLIES | | | | |

**WARNING -- The export of the commodities described herein, either in their original form or after being incorporated through an intermediate process, is restricted by the Arms Export Control Act (Title 22, U.S.C., Sec 2751, et seq.) or the Export Administration Act of 1979, as amended, Title 50, U.S.C., App. 2401 et seq. Violations of these export laws are subject to severe criminal penalties.**

DCMA Review  S3605A  QAS Stan Spotts  29 Mar 2019
SPOTTS.STANLEY.E.1221445429  Digitally signed by SPOTTS.STANLEY.E.1221445429  Date: 2019.03.29 12:40:13 -04'00'

CERTIFICATION OF COMPLIANCE

WE CERTIFY THAT ALL MATERIAL, PROCESSES, PARTS AND/OR ASSEMBLIES SHIPPED UNDER THE ABOVE REFERENCED PURCHASE ORDER COMPLY WITH ALL SPECIFICATIONS AS CALLED OUT ON THE PURCHASE ORDER AND ASSOCIATED DOCUMENTS. THEY HAVE BEEN APPROVED, WHENEVER REQUIRED, BY COGNIZANT GOVERNMENT AGENCIES. WE FURTHER CERTIFY THAT THE CHEMICAL AND/OR PHYSICAL TEST DATA COVERING THE MATERIAL AND/OR PROCESSES USED IN THESE PARTS AND/OR ASSEMBLIES ARE IN OUR FILES AND ARE SUBJECT TO YOUR EXAMINATION. ITEMS ARE FREE FROM ANY FOREIGN MATERIALS THAT COULD RESULT IN FOREIGN OBJECT DAMAGE

| QUALITY ASSURANCE SIGNATURE | Bobbi Sue Johnson | DATE | 3·29·2019 |
|---|---|---|---|
| SOURCE INSPECTION SIGNATURE | QAS Stan Spotts | DATE | 29 Mar 2019 |



**DCX-CHOL Enterprises, Inc.**

## SMI DIVISION
### CAGE CODE 71CU6
**1615 EAST WALLACE STREET**
**FORT WAYNE, INDIANA 46803**
**PHONE (310) 516-1692**

# CERTIFICATE OF COMPLIANCE

**PART NUMBER:** A3014040-9     **REVISION:** N

**DESCRIPTION:** CABLE ASSY, CX-13303/VRC, 4FT 6IN

**SERIAL NO./LOT CODE/**
**DATE CODE:**

**SERIAL NO: N/A**
**DATE CODE: 02/19**

**QUANTITY:** 100PCS.     **PURCHASE ORDER:** SPRBL1-18-F-0053

**SPECIFICATIONS: TESTED TO MEET OR EXCEED QUALITY ASSURANCE REQUIREMENTS INCLUDING SUCCESSFULLY PASSING AUTOMATED TESTING AS REQUIRED PER DRAWING/SPECIFICATION.**

I certify that the inspection and test procedures required by the above referenced part drawing and test specifications have been performed and recorded by lot as indicated above, and that the above referenced part meets all requirements per the part drawing and test specifications These results are available for review by customer representatives.

Where applicable, Test Documentation is available upon request.

**CERTIFIED BY:**

*Bob L. Johnson*

# Karen Ulrey

**QUALITY ASSOCIATE**     **QUALITY MANAGER**

**DATE:** 03/29/19

DCMA Review  S3605A  QAS Stan Spotts  29 Mar 2019
SPOTTS.STANLEY.E.1221445429  Digitally signed by SPOTTS.STANLEY.E.1221445429
Date: 2019.03.29 12:40:41 -04'00'

C of C - Rev 03

# SMI

**DIV. OF DCX-CHOL ENT. INC.**

**1615 EAST WALLACE STREET**

**FORT WAYNE, IN 46803**

**Phone : (310) 516-1692**

**Fax : 260-969-1247**

**REMIT TO:**

SMI DIVISION OF DCX-CHOL
ENTERPRISES, INC.
12831 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90061

# INVOICE

| | |
|---|---|
| **NUMBER:** | **42992** |
| **DATE** | 3/29/2019 |
| **PAGE** | 1 of 1 |

CAGE CODE: 71CU6

**SOLD TO:**

DLA LAND AT ABERDEEN
6001 COMBAT DRIVE ROOM C1-301
APG, MD, 21005-1846

**BILL TO:**

DLA LAND AT ABERDEEN
DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800
USA

**SHIP TO:**

(W25G1U)      SU W1A8 DLA
DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO
134
NEW CUMBERLAND, PA 17070-5002
United States

| | | | |
|---|---|---|---|
| **Attn.** | : JAMES J. REESE | **Attn.** : | **Attn.** : |
| **Phone** | : (443)861-4549 | **Phone** : | **Phone** : |
| **Fax** | : | **Fax** : | **Fax** : |
| **Email** | : JAMES.REESE@DLA.MIL | | |

| P.O. # | S.O. # | REP. | F.O.B. | SHIP VIA. | ACCT. # | TERMS |
|---|---|---|---|---|---|---|
| SPRBL1-18-D-0069 | SMI-SO1538 | | ORIGIN | BEST WAY | | NET 30 DAYS |

| ITEM | PART NUMBER / DESCRIPTION | REV. | QTY. | UNIT | EXT. AMOUNT | S.T |
|---|---|---|---|---|---|---|
| 18 | CLIN 1006 | | 100.00 | $108.37 | $10,837.00 | |
| | CABLE ASSY, CX-13303/VRC, 4 FT 6 IN | | | | | |
| | A3014040-9 | N | | | | |
| | DO-A7 RATING QAP-01 APPLIES | | | | | |

Packing Slip:      8748

DO-A7

252.225-7000, 252.225-7001, 252.216-7006, 252.204-7008, 252.204-7012, 252.232-7006, 252.232-7003, 252.203-7000,
52.203-7001, 252.203-7002, 252.203-7003, 252.203-7004, 252.204-7003, 252.204-7004, 252.204-7009, 252.204-7012,
252.204-7015, 252.205-7000, 252.209-7004, 252.222-7006, 252.225-7001, 252.225-7002, 252.225-7041, 252.225-7048,
252.226-7001, 252.231-7000, 252.232-7003, 252.232-7010, 252.243-7001, 252.243-7002, 252.246-7000, 252.246-7003,
252.246-7008, 252.247-7023, 252.216-7006, 252.211-7005, 252.223-7001

SPRBL1-18-D-0069/SPRBL118F0053

**WARNING -- The export of the commodities described herein, either in their original form or after being
incorporated through an intermediate process, is restricted by the Arms Export Control Act (Title 22, U.S.C., Sec
2751, et seq.) or the Export Administration Act of 1979, as amended, Title 50, U.S.C., App. 2401 et seq. Violations
of these export laws are subject to severe criminal penalties.**

| **CONTRACT MANAGER:** | | SUBTOTAL | : $ | 10,837.00 |
|---|---|---|---|---|
| **PHONE:** | | SALES TAX | : $ | 0.00 |
| | | FREIGHT | : $ | 0.00 |
| **EMAIL:** | | P.P.D. AMT. | : $ | 0.00 |
| | | MISC. | : $ | 0.00 |
| **SIGNATURE:** | | TOTAL | : $ | 10,837.00 |
| DOC #AF 011 | | | | |

SMI 99799..70873

# SMI DIVISION
## DCX-CHOL Enterprises, Inc.
1615 E. Wallace St.
Fort Wayne, Indiana 46803

## QUALITY CONFORMANCE INSPECTION REPORT

Customer: _DLA Land at Aberdeen_     Customer Part No: __A3014040- 9__

Rev: _N_          SPB SPRBLI - 18- F -0053
Purchase Order No: _SPRBLI-18-D-0069_     Line No: _33_

Description: Cable Assy, Spec Purp, Electrical   QA 3/29/19     Qty: _36 2_

46   (3) 853

3-20-19

| Inspection/Test | Requirements | Sampling | Accept |
|---|---|---|---|
| **Product Examination** | IPC/WHMA-A-620 Requirements and Acceptance for Cable and Wire Harness Assemblies, Class 3 and Per paragraph 3.2 of A3014056 per 4.7.1. | 100% | SMI QA 6 |
| **Workmanship** | IPC/WHMA-A-620 Requirements and Acceptance for Cable and Wire Harness Assemblies, Class 3 and Per paragraph 3.5 of A3014056 per 4.7.2. | 100% | SMI QA 6 |
| **Continuity** | Per paragraph 3.3.1.2 of A3014056 per 4.7.4. | 100% | RJ |
| **Insulation Resistance** | Per paragraph 3.3.1.3 of A3014056 per 4.7.5 | 100% | RJ |
| **Other Testing** (Audio, Network Analyzer, Pull, Water, etc.) | ☑ Cable Pull Test per para. 3.3.2.6 of A3014056 per 4.7.12. ☑ Water Spray Test, para. 3.3.2.4.2 of A3014056 per 4.7.10.2. | 2.5% | PP |
| **Documents** | All drawings, travelers, inspection instructions reviewed for accuracy. Quantity and PO# listed above verified against corresponding Job Binders. | 100% | SMI QA 6 |

Serial No.: _N/A_

Date Codes: _02/19_

Date: _3 / 11 / 19_   SMI QA 6

Quality Representative: _____

DCMA Review  S3605A  QAS Stan Spotts  29 Mar 2019
SPOTTS.STANLEY.E.1221445429  Digitally signed by SPOTTS.STANLEY.E.1221445429
Date: 2019.03.29 12:41:11 -04'00'

QMS-F-8510-F2, Rev 2

# RECEIVING REPORT

(Please look in WAWF for signed copy)

## Processed

| Contract Number<br>SPRBL118F0053 | Delivery Order | | Shipment Number<br>SMI0005 | Invoice Number<br>42992 |
|---|---|---|---|---|

| Contract Number Type<br>DoD Contract (FAR) | Issue Date<br>2018/09/14 | Reference Procurement Identifier<br>SPRBL118D0069 | ☑ Supplies<br>☐ Services | ☐ C.o.C.<br>☐ A.R.P. |
|---|---|---|---|---|

## Shipping Information:

| Shipment Number<br>SMI0005 | Shipment Date<br>2019/04/01 E | Final<br>Shipment<br>N | Inspection Point<br>S | Acceptance Point<br>S | Estimated<br>Delivery Date |
|---|---|---|---|---|---|

| Submit Transportation Data Later<br>☐ | Transportation Account Code | | | | |
|---|---|---|---|---|---|

| TCN | Serial Shipping Container Code | Transportation Method/Type | Gross<br>Weight | Cube | FOB<br>S |
|---|---|---|---|---|---|

Special Package Markings / Special Handling Requirements

| Transportation Leg | Standard Carrier Alpha Code | Bill of Lading Number | Bill of Lading Type |
|---|---|---|---|
| | Secondary Transportation Tracking Number | Secondary Transportation Tracking Type | |
| | Secondary Transportation Tracking Description | | |

| Summary of Detail Level Information<br>1 CLIN/SLIN/ELIN(s) | Total<br>$10,837.00 |
|---|---|

## Address Information:

**Prime Contractor**
CAGE Code: 71CU6   DUNS: 079134079
Name: DCX-CHOL ENTERPRISES, INC.
1615 E WALLACE ST
FORT WAYNE  IN  46803  USA

**Administered By**
Code: S3605A
Name: DCMA DAYTON
BUILDING 30 AREA A
1725 VAN PATTON DR
WRIGHT PATTERSON AFB OH 45433-5302
WRIGHT PATTERSON AFB  OH  45433-5302

**Inspect By**
DoDAAC: S3605A Extension:
Name: DCMA DAYTON
BUILDING 30 AREA A
1725 VAN PATTON DR
WRIGHT PATTERSON AFB OH 45433-5302
WRIGHT PATTERSON AFB  OH  45433-5302

**Ship To**
DoDAAC: W25G1U
Name: W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND PA 17070-5002
NEW CUMBERLAND  PA  17070-5002

**Payment Official**
DoDAAC: HQ0337
Name: DFAS - COLUMBUS CENTER
NORTH ENTITLEMENT OPERATIONS
COLUMBUS OH 43218-2317
COLUMBUS OH 43218-2317
COLUMBUS  OH  43218-2317

**Issue By**
DoDAAC: SPRBL1
Name: DLA LAND AT ABERDEEN
DLR PROCUREMENT OPERATIONS - ZL
6565 SURVEILLANCE LOOP RM C1-301
ABER PROV GRD MD 21005
ABER PROV GRD  MD  21005

**Accept By**
DoDAAC: S3605A
Name: DCMA DAYTON
BUILDING 30 AREA A
1725 VAN PATTON DR
WRIGHT PATTERSON AFB OH 45433-5302
WRIGHT PATTERSON AFB  OH  45433-5302

## Line Item Information:

| Item No<br>1006 | Product/Service ID<br>5995013009324 | Unit Price<br>$108.37 | Unit of<br>Issue<br>EA | Qty<br>Shipped<br>100 | Amount<br>$10,837.00 |
|---|---|---|---|---|---|

# RECEIVING REPORT

(Please look in WAWF for signed copy)

## Processed

| Contract Number | Delivery Order | Shipment Number | Invoice Number |
|---|---|---|---|
| SPRBL118F0053 | | SMI0005 | 42992 |

| Qualifier | | AAA | ACRN | GFE | Project Code |
|---|---|---|---|---|---|
| FS | | | AA | N | |

**Special Package Markings / Special Handling Requirements**

**PR Number**
C98CAG669M

**Type Designation Method**

**Type Designation Value**

| Additional Product/Service ID | Qualifier |
|---|---|
| 5995 | FT - FEDERAL SUPPLY CLASSIFICATION |

**Description**
CABLE ASSEMBLY,CX-13303/VRC==PN: A3014040-9==ONE INVOICE APPLIED==INVOICE#: 42992==

| Milstrip No. | Quantity |
|---|---|
| W15GK88242A103 | 100 |

**TOTAL:** $10,837.00

## Misc. Information:

**Initiator Information**
Name: Lori  Aber
Title: Shipping Clerk
Phone #: 310-516-1692
DSN:
Email: loria@dcxchol.com
Org Email: lolah@dcxchol.com

Date of Action: 2019/03/29 1130 MDT
Action(s): Submitted Web, Combo

Comments:

MarkFor Representative:

MarkFor Secondary:

Attachment(s):
42992.pdf

**Inspector Information**
Name: STANLEY  SPOTTS
Title: Quality Assurance
Phone #: 260-247-9098
DSN:
Email: stanley.e.spotts2.civ@mail.mil
Org Email: S3605A@DCMA.MIL

Date of Action: 2019/03/29 1149 MDT
Action(s): Accepted Processed via EDI

Comments:

MarkFor Representative:

MarkFor Secondary:

Attachment(s):

## Vendor - Invoice

### [-]Document Information

| Contract Number Type | Contract Number | Delivery Order | Reference Procurement Identifier | Effective Date | Supplies or Services |
|---|---|---|---|---|---|
| DoD Contract (FAR) | SPRBL118F0053 | | SPRBL118D0069 | 2018/09/14 | SPL |

| Invoice Number | | Invoice Date | Final Invoice? | | Invoice Received Date |
|---|---|---|---|---|---|
| 42992 | | 2019/03/29 | N | | 2019/03/29 |

| Summary of Detail Level Information | | Total ($) |
|---|---|---|
| 1 CLIN/SLIN(s) | | 10,837.00 |
| 0 Miscellaneous Amount(s) | | 0.00 |
| | Document Total ($): | 10,837.00 |

| Shipment Number | Shipment Date | Final Shipment |
|---|---|---|
| SMI0005 | 2019/04/01 | N |

### [-]Line Item Information

| Item No. | Product/Service ID | Qualifier | Qty. Shipped | Unit of Measure | UofM Code | Unit Price ($) | Qty. Accepted | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 1006 | 5995013009324 | FS | 100 | Each | EA | 108.37 | | 10,837.00 |

| | SDN | ACRN | AAI | PR Number |
|---|---|---|---|---|
| | | AA | | C98CAG669M |

Description

CABLE ASSEMBLY,CX-13303/VRC==PN: A3014040-9==ONE INVOICE APPLIED==INVOICE#: 42992==

| | Line Item Total ($): | 10,837.00 |
|---|---|---|

### [-]Address Information

| Prime Contractor | | | | Administered By | | | |
|---|---|---|---|---|---|---|---|
| **CAGE Code** | **DUNS** | **DUNS + 4** | **Extension** | **DoDAAC** | | | |
| 71CU6 | 079134079 | | | S3605A | | | |
| **Activity Name 1** | | | | **Activity Name 1** | | | |
| DCX-CHOL ENTERPRISES, INC. | | | | DCMA DAYTON | | | |
| **Activity Name 2** | | | | **Activity Name 2** | | | |
| | | | | | | | |
| **Activity Name 3** | | | | **Activity Name 3** | | | |
| | | | | | | | |
| **Address 1** | | | | **Address 1** | | | |
| 1615 E WALLACE ST | | | | BUILDING 30 AREA A | | | |
| **Address 2** | | | | **Address 2** | | | |
| | | | | 1725 VAN PATTON DR | | | |
| **Address 3** | | | | **Address 3** | | | |
| | | | | | | | |
| **Address 4** | | | | **Address 4** | | | |
| | | | | WRIGHT PATTERSON AFB OH 45433-5302 | | | |
| **City** | **State** | **Zip** | | **City** | **State** | **Zip** | |
| FORT WAYNE | IN | 46803 | | WRIGHT PATTERSON AFB | OH | 45433-5302 | |
| **Country** | | **Military Location Description** | | **Country** | | **Military Location Description** | |
| USA | | | | | | | |

| Ship To | | | Payment Official | | |
|---|---|---|---|---|---|
| **DoDAAC** | **Extension** | | **DoDAAC** | **Extension** | |
| W25G1U | | | HQ0337 | | |
| **Activity Name 1** | | | **Activity Name 1** | | |
| W1A8 DLA DISTRIBUTION | | | DFAS - COLUMBUS CENTER | | |
| **Activity Name 2** | | | **Activity Name 2** | | |
| | | | | | |
| **Activity Name 3** | | | **Activity Name 3** | | |
| | | | | | |
| **Address 1** | | | **Address 1** | | |
| DDSP NEW CUMBERLAND FACILITY | | | NORTH ENTITLEMENT OPERATIONS | | |
| **Address 2** | | | **Address 2** | | |
| 2001 NORMANDY DRIVE DOOR 113 TO 134 | | | COLUMBUS OH 43218-2317 | | |

| Address 3 | | | Address 3 | | |
|---|---|---|---|---|---|
| Address 4 | | | Address 4 | | |
| NEW CUMBERLAND PA 17070-5002 | | | COLUMBUS OH 43218-2317 | | |
| City | State | Zip | City | State | Zip |
| NEW CUMBERLAND | PA | 17070-5002 | COLUMBUS | OH | 43218-2317 |
| Country | Military Location Description | | Country | Military Location Description | |

| Issue By | | | Accept By | | |
|---|---|---|---|---|---|
| DoDAAC | | | DoDAAC | Extension | |
| SPRBL1 | | | S3605A | | |
| Activity Name 1 | | | Activity Name 1 | | |
| DLA LAND AT ABERDEEN | | | DCMA DAYTON | | |
| Activity Name 2 | | | Activity Name 2 | | |
| Activity Name 3 | | | Activity Name 3 | | |
| Address 1 | | | Address 1 | | |
| DLR PROCUREMENT OPERATIONS - ZL | | | BUILDING 30 AREA A | | |
| Address 2 | | | Address 2 | | |
| 6565 SURVEILLANCE LOOP RM C1-301 | | | 1725 VAN PATTON DR | | |
| Address 3 | | | Address 3 | | |
| Address 4 | | | Address 4 | | |
| ABER PROV GRD MD 21005 | | | WRIGHT PATTERSON AFB OH 45433-5302 | | |
| City | State | Zip | City | State | Zip |
| ABER PROV GRD | MD | 21005 | WRIGHT PATTERSON AFB | OH | 45433-5302 |
| Country | Military Location Description | | Country | Military Location Description | |

[-]Misc Information

**Initiator**

| Name: | Date of Action / IRD: | Phone #: | DSN: |
|---|---|---|---|
| Lori  Aber | 2019/03/29 1130 MDT / 2019/03/29 1130 MDT | 310-516-1692 | |
| Email: | | Title: | Action(s): |
| loria@dcxchol.com | | Shipping Clerk | [Submitted, Web, Combo, Processed via EDI upon Inspection of associated RR on 2019/03/29] |
| Org Email: | | | |
| lolah@dcxchol.com | | | |
| Attachments: | | | |
| 42992.pdf | | View Attachment | |
| Comments: | | | |

[-]Workflow Information

**ACTION BY: Payment Official**

☑ Document Accepted

☑ Document Processed

☐ Document Rejected

☐ Document Suspended

Close

# DSS/VSM PACKING LIST

| FROM:  71CU6 | SHIP TO:  W25G1U |
|---|---|
| SMI DIV. OF DCX-CHOL, INC.<br>1615 E. WALLACE ST.<br>FORT WAYNE           IN 46803 | W1A8 DLA DISTRIBUTION<br>DDSP NEW CUMBERLAND FACILITY<br>2001 NORMANDY DRIVE DOOR 113 TO 134<br>NEW CUMBERLAND          PA 17070-5002 |

| CONTRACT NO. | RELEASE NO | CLIN | TCN | IPG | RDD | PROJ |
|---|---|---|---|---|---|---|
| SPRBL118F0053 | | 1006 | W25G1U90700515XBX | 2 | | |

| PIECE NUMBER | NUMBER OF PIECES | NUMBER OF LINES | WEIGHT | CUBE | DATE PACKED | DATE SHIPPED |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 32 | 3 | 2019088 | 2019088 |

| DOC NO./SUFF | FSC / NIIN / PART NO. | NOUN | QUANTITY | UI |
|---|---|---|---|---|
| W25G1U90700515 | 71CU6A3014040-9 | MIL CARGO | 25 | EA |

*** END OF LIST ***

# DSS/VSM PACKING LIST

| FROM:   71CU6 | SHIP TO:   W25G1U |
|---|---|
| SMI DIV. OF DCX-CHOL, INC.<br>1615 E. WALLACE ST.<br>FORT WAYNE            IN 46803 | W1A8 DLA DISTRIBUTION<br>DDSP NEW CUMBERLAND FACILITY<br>2001 NORMANDY DRIVE DOOR 113 TO 134<br>NEW CUMBERLAND          PA 17070-5002 |

| CONTRACT NO. | RELEASE NO | CLIN | TCN | IPG | RDD | PROJ |
|---|---|---|---|---|---|---|
| SPRBL118F0053 | | 1006 | W25G1U90700515XCX | 2 | | |

| PIECE NUMBER | NUMBER OF PIECES | NUMBER OF LINES | WEIGHT | CUBE | DATE PACKED | DATE SHIPPED |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 32 | 3 | 2019088 | 2019088 |

| DOC NO./SUFF | FSC / NIIN / PART NO. | NOUN | QUANTITY | UI |
|---|---|---|---|---|
| W25G1U90700515 | 71CU6A3014040-9 | MIL CARGO | 25 | EA |

*** END OF LIST ***

# DSS/VSM PACKING LIST

| FROM:   71CU6 | SHIP TO:   W25G1U |
|---|---|
| SMI DIV. OF DCX-CHOL, INC.<br>1615 E. WALLACE ST.<br>FORT WAYNE          IN 46803 | W1A8 DLA DISTRIBUTION<br>DDSP NEW CUMBERLAND FACILITY<br>2001 NORMANDY DRIVE DOOR 113 TO 134<br>NEW CUMBERLAND        PA 17070-5002 |

| CONTRACT NO. | RELEASE NO | CLIN | TCN | IPG | RDD | PROJ |
|---|---|---|---|---|---|---|
| SPRBL118F0053 | | 1006 | W25G1U90700515XDX | 2 | | |

| PIECE NUMBER | NUMBER OF PIECES | NUMBER OF LINES | WEIGHT | CUBE | DATE PACKED | DATE SHIPPED |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 32 | 3 | 2019088 | 2019088 |

| DOC NO./SUFF | FSC / NIIN / PART NO. | NOUN | QUANTITY | UI |
|---|---|---|---|---|
| W25G1U90700515 | 71CU6A3014040-9 | MIL CARGO | 25 | EA |

*** END OF LIST ***

# DSS/VSM PACKING LIST

| FROM:   71CU6 | SHIP TO:   W25G1U |
|---|---|
| SMI DIV. OF DCX-CHOL, INC.<br>1615 E. WALLACE ST.<br>FORT WAYNE          IN 46803 | W1A8 DLA DISTRIBUTION<br>DDSP NEW CUMBERLAND FACILITY<br>2001 NORMANDY DRIVE DOOR 113 TO 134<br>NEW CUMBERLAND          PA 17070-5002 |

| CONTRACT NO. | RELEASE NO. | CLIN | TCN | IPG | RDD | PROJ |
|---|---|---|---|---|---|---|
| SPRBL118F0053 | | 1006 | W25G1U90700515XEX | 2 | | |

| PIECE NUMBER | NUMBER OF PIECES | NUMBER OF LINES | WEIGHT | CUBE | DATE PACKED | DATE SHIPPED |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 32 | 3 | 2019088 | 2019088 |

| DOC NO./SUFF | FSC / NIIN / PART NO. | NOUN | QUANTITY | UI |
|---|---|---|---|---|
| W25G1U90700515 | 71CU6A3014040-9 | MIL CARGO | 25 | EA |

*** END OF LIST ***



DD FORM 1387, JAN

| 1. TCN  **W25G1U90700515XEX** | 14. DATE 2019088 |
| | 11. RDD |

3. FROM
71CU8
SMI DIV. OF DCX-CHOL, INC.
1615 E. WALLACE ST.
FORT WAYNE          IN 46803
310-516-1692

2. POSTAGE DATA

5. SHIP TO/POE
W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND      PA 17070-5002

W25G1U

16. PIECES
00001 OF 00001

8. PROJECT

6. TRANSP PRIORITY

7. POD

15. FMS CASE

**2**

9. ULTIMATE CONSIGNEE OR MARK FOR
W25G1U
W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND      PA 17070-5002

**W25G1U**

18. TCMD/SUPPLY INFO

10. WT/CU THIS PC
32   3

4. TYPE SERVICE

13. CHARGES

CN: 18004444

VRN:

Spur:

CD:

**ORIGINAL**

DD FORM 1387, JAN 2001



| 1. TCN | 14. DATE |
|---|---|
| **W25G1U90700515XDX** | 2019088 |
| | 11. RDD |

**3. FROM**
71CU6
SMI DIV. OF DCX-CHOL, INC.
1615 E. WALLACE ST.
FORT WAYNE          IN 46803
310-516-1692

**2. POSTAGE DATA**

**5. SHIP TO/POE**
W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND          PA 17070-5002

W25G1U

**16. PIECES**
00001 OF 00001

**8. PROJECT**

**6. TRANSP PRIORITY**

**7. POD**

**15. FMS CASE**

**2**

**9. ULTIMATE CONSIGNEE OR MARK FOR**
W25G1U
W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND          PA 17070-5002

**W25G1U**

**18. TCMD/SUPPLY INFO**

**10. WT/CU THIS PC**
32  3

**4. TYPE SERVICE**

**13. CHARGES**

CN: 18004400

VRN:

Spur:

CD:

**ORIGINAL**

DD FORM 1387, JAN



| 1. TCN **W25G1U90700515XCX** | 14. DATE 2019068 |
| --- | --- |
| | 11. RDD |

| 3. FROM<br>71CU8<br>SMI DIV. OF DCX-CHOL, INC.<br>1615 E. WALLACE ST.<br>FORT WAYNE          IN 46803<br>310-516-1692 | 2. POSTAGE DATA |

5. SHIP TO/POE
W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND       PA 17070-5002

16. PIECES   00001 OF 00001

W25G1U

| 8. PROJECT | 6. TRANSP PRIORITY |
| --- | --- |
| 7. POD | 15. FMS CASE | **2** |

9. ULTIMATE CONSIGNEE OR MARK FOR
W25G1U
W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND       PA 17070-5002

**W25G1U**

| 18. TCMD/SUPPLY INFO | 10. WT/CU THIS PC<br>32  3 |
| --- | --- |
| | 4. TYPE SERVICE |
| | 13. CHARGES |
| | CN: 18004378 |
| | VRN: |
| | Spur: |
| | CD: |
| | **ORIGINAL** |



DD FORM 1387, JAN

| 1. TCN | 14. DATE 2019086 |
| --- | --- |
| **W25G1U90700515XBX** | 11. RDD |

| 3. FROM | 2. POSTAGE DATA |
| --- | --- |
| 71CU6<br>SMI DIV. OF DCX-CHOL, INC.<br>1815 E. WALLACE ST.<br>FORT WAYNE          IN 46803<br>310-516-1692 | |

| 5. SHIP TO/POE | 16. PIECES |
| --- | --- |
| W1A8 DLA DISTRIBUTION<br>DDSP NEW CUMBERLAND FACILITY<br>2001 NORMANDY DRIVE DOOR 113 TO 134<br>NEW CUMBERLAND          PA 17070-5002<br><br>W25G1U | 00001 OF 00001 |

| 7. POD | 8. PROJECT | 6. TRANSP PRIORITY |
| --- | --- | --- |
| | 15. FMS CASE | **2** |

9. ULTIMATE CONSIGNEE OR MARK FOR
W25G1U
W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND          PA 17070-5002

**W25G1U**

| 18. TCMD/SUPPLY INFO | 10. WT/CU THIS PC<br>32  3 |
| --- | --- |
| | 4. TYPE SERVICE |
| | 13. CHARGES |
| | CN: 18004294 |
| | VRN: |
| | Spur: |
| | CD: |
| | **ORIGINAL** |

**5995-01-300-9324**

**CAGE  71CU6**

71CU6

**CABLE ASSY, CX-13303/VRC**

P/N: **6A3014040-9**

**25            EA**

**SPRBL1-18-F-0053**

SPRBL118F0053

**CP    - 3/19**

WT **32**            **CU   3**

**5995-01-300-9324**

**CAGE  71CU6**

**CABLE ASSY, CX-13303/VRC**

71CU6

P/N: **6A3014040-9**

**25            EA**

**SPRBL1-18-F-0053**

SPRBL118F0053

**CP    -  3/19**

WT  **32**              **CU   3**

**5995-01-300-9324**

**CAGE  71CU6**

**CABLE ASSY, CX-13303/VRC**

71CU6

P/N: **6A3014040-9**

**25            EA**

**SPRBL1-18-F-0053**

SPRBL118F0053

**CP    - 3/19**

WT  **32**            **CU  3**

**5995-01-300-9324**

**CAGE  71CU6**

**CABLE ASSY, CX-13303/VRC**

71CU6

P/N: **6A3014040-9**

**25          EA**

**SPRBL1-18-F-0053**

SPRBL118F0053

**CP    - 3/19**

WT **32**          **CU  3**







Invoice:              Date: 29Mar19        SHIPPING:      10.72
ust: P/S 8748    PN: A Wgt: 32.00 LBS      SPECIAL:        0.75
ept:                          COD:         HANDLING:       0.00
) N: SPRBL1-18-F-005 DV:              0.00 TOTAL:         11.47

Svcs: GND PPD Master 424535273692
TRCK: 424535273718

FROM:            (310) 516-1692    SHIP DATE: 29MAR19
LORI ABER                          ACTWGT: 32.00 LB MAN
SMI DIV OF DCX-CHOL                CAD: 0264427/CAFE3211
1615 E. WALLACE ST.
FORT WAYNE IN 46803                 BILL SENDER
US

°SHANARI N. WADECKI
W1A8 DLA DISTRIBUTION
2001 NORMANDY DRIVE DOOR 113 TO 134
DDSP NEW CUMBERLAND FACILITY
NEW CUMBERLAND PA 17070          (US)
(310) 516-1692    REF: P/S 8748  PN: A3014040-9
PO: SPRBL1-18-F-005  100PCS.

**FedEx**
Ground



**G**

3 of 4
MPS# 4245 3527 3718

Mstr# 4245 3527 3692

17070

9622 0019 0 (000 000 0000) 0 00 4245 3527 3718

---

Invoice:              Date: 29Mar19        SHIPPING:      10.72
Cust: P/S 8748    PN: A Wgt: 32.00 LBS     SPECIAL:        0.75
Dept:                         COD:         HANDLING:       0.00
PO N: SPRBL1-18-F-005 DV:             0.00 TOTAL:         11.47

Svcs: GND PPD Master 424535273692
TRCK: 424535273692

FROM:            (310) 516-1692    SHIP DATE: 29MAR19
LORI ABER                          ACTWGT: 32.00 LB MAN
SMI DIV OF DCX-CHOL                CAD: 0264427/CAFE3211
1615 E. WALLACE ST.
FORT WAYNE IN 46803                 BILL SENDER
US

TO SHANARI N. WADECKI
W1A8 DLA DISTRIBUTION
2001 NORMANDY DRIVE DOOR 113 TO 134
DDSP NEW CUMBERLAND FACILITY
NEW CUMBERLAND PA 17070          (US)
(310) 516-1692    REF: P/S 8748  PN: A3014040-9
PO: SPRBL1-18-F-0053  100PCS.

**FedEx**
Ground



**G**

1 of 4
TRK# 4245 3527 3692

## MASTER ##

17070

9622 0019 0 (000 000 0000) 0 00 4245 3527 3692

Date: 02/27/21

CX CHOICE ENTERPRISES, INC.

SMI DIVISION

Customer:

Government

## Shipping Instructions / Quality Audit Data Sheet

Assembly No: 63014040-9  Job No: 1538  Auditor: BSJ
PO No: SPRBL1-18-F-0053  Line #: 18/33  QTY: 100

**Note: Only 1 lot is permitted at each station.**

1. Verify caps/netting are on assembly.  Return to QA if any are missing.  Initial: _____

2. Create Box:
   a.  Package according to contract
   b.  Create 2 packing slips in Syteline; 2 C of C's; 1 box label per contract  Initial: _____
   **Note: If Source Inspection is required, then do the following:**
   a.  Create 2 packing slips in Syteline; 2 C of C's; 1 box label per contract
   b.  Package according to contract  Initial: _____

3. Invoice.  Initial: _____

4. Weight count / finish packing (refer to instructions at station).
   All boxes must be weight scaled for count. 2 labels must be printed
   to verify count. (1 on box lid; 1 on pack slip)  Initial: _____

5. Add RFID label.  Initial: _____

6. Enter into Wide Area Workflow (WAWF)  Initial: _____

7. Print report from WAWF
   a.  **If Origin:  Receiving Report with DCMA signature.**
   b.  **If Destination:  Material Inspection Receiving Report; no signature**  Initial: _____

8. Enter contract into VSM.  Initial: _____

9. Print  and copy shipping labels from VSM.  Initial: _____

10. Submit to Dock Audit station and page for dock audit.  Initial: _____

**Note:  Only 1 lot is permitted at Dock Audit Station.  If Dock Audit Station
is occupied, then place lot in Dock Audit Hold area.**

### Boxed in area to be filled out by QA when doing a dock audit.

| Government Dock Audit | Yes | No * | (Final) | N/A |
|---|---|---|---|---|
| Inspection report present and complete (date code/line #)? | ✓ | | | |
| All orange cards complete and signed off? | ✓ | | | |
| Orange card quantity match inspection report, parts in container, packing slip, and C of C? | ✓ | | | |
| Verify bag, box labels/part number and NSN. | ✓ | | | |
| Verify RFID label on box matches WAWF report. | | | | ✓ |
| C of C signed off?  QA Associate / DCMA | ✓ | | | |
| Verify serial numbers on C of C. | | | | ✓ |
| Verify scale label qty to packing slip qty. | ✓ | | | |
| Verify VSM 'Ship To' label matches packing slip. | ✓ | | | |
| Is WAWF report present? | ✓ | | | |
| **Box stamped with dock audit stamp?** | ✓ | | | |
| Lot #: | | | | |

Two signatures required for above operation!   Sign: Bobbi _____
                                               Sign: Johnson _____

**Note: Close only 1 lot at a time!**

11. After box is stamped with Dock Audit Stamp, verify paperwork matches
    contents of box.  Initial: _____

12. Close box:
    Fill remaining space in box with filler paper.
    Place 1 copy of the packing slip and C of C in packing slip envelope
    and place on top of box.  Place 1 strip of clear tape over packing
    slip envelope to ensure adhesion.  Initial: _____

**\*\*Initials verifies the task was performed per work instruction, customer requirements and/or standard operations.**

# SMI

DIV. OF DCX-CHOL ENT. INC.

**1615 EAST WALLACE STREET**

FORT WAYNE, IN 46803

Phone : (310) 516-1692
Fax : 260-969-1247

# PACKING SLIP

| NUMBER: | | **8800** |
|---|---|---|
| DATE | : | 3/29/2019 |
| PAGE | : | Page 1 of 1 |

**SOLD TO:**
DLA LAND AT ABERDEEN
6001 COMBAT DRIVE ROOM C1-301
APG, MD, 21005-1846

**BILL TO:**
DLA LAND AT ABERDEEN
DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800
USA

**SHIP TO:**
(W25G1U)      SU W1A8 DLA
DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO
134
NEW CUMBERLAND, PA 17070-5002
United States

| | | | | |
|---|---|---|---|---|
| Attn. | : | JAMES J. REESE | Attn. : | Attn. : |
| Phone | : | (443)861-4549 | Phone : | Phone : |
| Fax | : | | Fax : | Fax : |
| Email | : | JAMES.REESE@DLA. | | |
| Ship # | : | | | |

| S.O. # | CUSTOMER P.O. # | F.O.B | SHIP VIA. | | SHIPPING ACCT. | | TERMS |
|---|---|---|---|---|---|---|---|
| | | | | | | | NET 30 DAYS |
| SMI-SO1538 | SPRBL1-18-F-0053 | ORIGIN | BEST WAY | | | | |
| ITEM | PART NUMBER / DESCRIPTION | | | REV. | QTY. | SHIPPED | B.O. |
| 18 | A3014040-9 | | N | | 12.00 | 7.00 | 5.00 |
| | CABLE ASSY, CX-13303/VRC, 4 FT 6 IN   DATE CODE: 02/19 | | | | | | |
| | CLIN 1006 | | | | | | |
| | DO-A7 RATING QAP-01 APPLIES | | | | | | |
| 19 | A3014040-9 | | N | | 400.00 | 93.00 | 307.00 |
| | CABLE ASSY, CX-13303/VRC, 4 FT 6 IN   DATE CODE: 03/19 | | | | | | |
| | CLIN 1006 | | | | | | |
| | DO-A7 RATING QAP-01 APPLIES | | | | | | |

**WARNING -- The export of the commodities described herein, either in their original form or after being incorporated through an intermediate process, is restricted by the Arms Export Control Act (Title 22, U.S.C., Sec 2751, et seq.) or the Export Administration Act of 1979, as amended, Title 50, U.S.C., App. 2401 et seq. Violations of these export laws are subject to severe criminal penalties.**

DCMA Review  S3605A  QAS Stan Spotts  09 Apr 19
SPOTTS.STANLEY.E.1221445429   Digitally signed by SPOTTS.STANLEY.E.1221445429
Date: 2019.04.09 16:14:00 -04'00'

CERTIFICATION OF COMPLIANCE

WE CERTIFY THAT ALL MATERIAL, PROCESSES, PARTS AND/OR ASSEMBLIES SHIPPED UNDER THE ABOVE REFERENCED PURCHASE ORDER COMPLY WITH ALL SPECIFICATIONS AS CALLED OUT ON THE PURCHASE ORDER AND ASSOCIATED DOCUMENTS. THEY HAVE BEEN APPROVED, WHENEVER REQUIRED, BY COGNIZANT GOVERNMENT AGENCIES. WE FURTHER CERTIFY THAT THE CHEMICAL AND/OR PHYSICAL TEST DATA COVERING THE MATERIAL AND/OR PROCESES USED IN THESE PARTS AND/OR ASSEMBLIES ARE IN OUR FILES AND ARE SUBJECT TO YOUR EXAMINATION. ITEMS ARE FREE FROM ANY FOREIGN MATERIALS THAT COULD RESULT IN FOREIGN OBJECT DAMAGE

| QUALITY ASSURANCE SIGNATURE | | DATE | 4.5.19 |
|---|---|---|---|
| SOURCE INSPECTION SIGNATURE | QAS Stan Spotts | DATE | 9 Apr 2019 |



**DCX-CHOL Enterprises, Inc.**

## SMI DIVISION
**CAGE CODE 71CU6**
1615 EAST WALLACE STREET
FORT WAYNE, INDIANA 46803
PHONE (310) 516-1692

# CERTIFICATE OF COMPLIANCE

**PART NUMBER:**     A3014040-9          **REVISION:**     N

**DESCRIPTION:**   CABLE ASSY, CX-13303/VRC  4FT 6IN

**SERIAL NO./LOT CODE/**              **SERIAL NO: N/A**
**DATE CODE:**                **DATE CODE: 02/19, 03/19**

**QUANTITY:**    **100PCS.**          **PURCHASE ORDER:**    **SPRBL1-18-F-0053**

**SPECIFICATIONS: TESTED TO MEET OR EXCEED QUALITY ASSURANCE REQUIREMENTS INCLUDING SUCCESSFULLY PASSING AUTOMATED TESTING AS REQUIRED PER DRAWING/SPECIFICATION.**

I certify that the inspection and test procedures required by the above referenced part drawing and test specifications have been performed and recorded by lot as indicated above, and that the above referenced part meets all requirements per the part drawing and test specifications These results are available for review by customer representatives.

Where applicable, Test Documentation is available upon request.

**CERTIFIED BY:**

## Karen Ulrey

**QUALITY ASSOCIATE**          **QUALITY MANAGER**

**DATE:**    **03/29/19**

DCMA Review  S3605A  QAS Stan Spotts  09 Apr 19
SPOTTS.STANLEY.E.1221445429   Digitally signed by SPOTTS.STANLEY.E.1221445429
Date: 2019.04.09 16:06:38 -04'00'

C of C - Rev 03

SMI 99199  10901

## SMI DIVISION
## DCX-CHOL Enterprises, Inc.
### 1615 E. Wallace St.
### Fort Wayne, Indiana 46803

## QUALITY CONFORMANCE INSPECTION REPORT

Customer: _DLA LAND Aberdeen_     Customer Part No: _A3014040- 9_

_SPR BL1-18-F- 0053_

Rev: _N_     Purchase Order No: _SPRBL1-18-D-0065_   Line No: _34, 33_

Description: Cable Assy, Spec Purp, Electrical     Qty: _100_

| Inspection/Test | Requirements | Sampling | Accept |
|---|---|---|---|
| **Product Examination** | IPC/WHMA-A-620 Requirements and Acceptance for Cable and Wire Harness Assemblies, Class 3 and Per paragraph 3.2 of A3014056 per 4.7.1. | 100% | SMI QA 10 |
| **Workmanship** | IPC/WHMA-A-620 Requirements and Acceptance for Cable and Wire Harness Assemblies, Class 3 and Per paragraph 3.5 of A3014056 per 4.7.2. | 100% | SMI QA 10 |
| **Continuity** | Per paragraph 3.3.1.2 of A3014056 per 4.7.4. | 100% | Pf |
| **Insulation Resistance** | Per paragraph 3.3.1.3 of A3014056 per 4.7.5 | 100% | PP |
| **Other Testing** (Audio, Network Analyzer, Pull, Water, etc.) | ☐ Cable Pull Test per para. 3.3.2.6 of A3014056 per 4.7.12. ☐ Water Spray Test, para. 3.3.2.4.2 of A3014056 per 4.7.10.2. | 2.5% | PP |
| **Documents** | All drawings, travelers, inspection instructions reviewed for accuracy. Quantity and PO# listed above verified against corresponding Job Binders. | 100% | SMI QA 10 |

Serial No.: _N/A_

Date Codes: _03/19, 02/19_

Date: _4 / 3 / 19_

Quality Representative: _SMI QA 10_

DCMA Review S3605A  QAS Stan Spotts  09 Apr 19

SPOTTS.STANLEY.E.1221445429   Digitally signed by SPOTTS.STANLEY.E.1221445429   Date: 2019.04.09 16:14:50 -04'00'

# SMI

**DIV. OF DCX-CHOL ENT. INC.**

**1615 EAST WALLACE STREET**

**FORT WAYNE, IN 46803**

**Phone : (310) 516-1692**

**Fax : 260-969-1247**

REMIT TO:

**SMI DIVISION OF DCX-CHOL ENTERPRISES, INC.**
**12831 SOUTH FIGUEROA STREET**
**LOS ANGELES, CA 90061**

# INVOICE

| NUMBER: | 43049 |
|---|---|
| DATE: | 3/29/2019 |
| PAGE | 1 of 2 |

CAGE CODE: 71CU6

**SOLD TO:**

DLA LAND AT ABERDEEN
6001 COMBAT DRIVE ROOM C1-301
APG, MD, 21005-1846

**BILL TO:**

DLA LAND AT ABERDEEN
DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800
USA

**SHIP TO:**

(W25G1U)     SU W1A8 DLA
DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO
134
NEW CUMBERLAND, PA 17070-5002
United States

| | | | |
|---|---|---|---|
| **Attn.** | : JAMES J. REESE | **Attn. :** | **Attn. :** |
| **Phone** | : (443)861-4549 | **Phone :** | **Phone :** |
| **Fax** | : | **Fax :** | **Fax :** |
| **Email** | : JAMES.REESE@DLA.MIL | | |

| P.O. # | S.O. # | REP. | F.O.B. | SHIP VIA. | ACCT. # | TERMS |
|---|---|---|---|---|---|---|
| | | | | | | NET 30 DAYS |
| SPRBL1-18-D-0069 | SMI-SO1538 | | ORIGIN | BEST WAY | | |

| ITEM | PART NUMBER / DESCRIPTION | REV. | QTY. | UNIT | EXT. AMOUNT | S.T |
|---|---|---|---|---|---|---|
| 18 | CLIN 1006<br>CABLE ASSY, CX-13303/VRC, 4 FT 6 IN<br>A3014040-9<br>DO-A7 RATING QAP-01 APPLIES | N | 7.00 | $108.37 | $758.59 | |
| | Packing Slip:     8800 | | | | | |
| 19 | CLIN 1006<br>CABLE ASSY, CX-13303/VRC, 4 FT 6 IN<br>A3014040-9<br>DO-A7 RATING QAP-01 APPLIES | N | 93.00 | $108.37 | $10,078.41 | |
| | Packing Slip:     8800 | | | | | |

DO-A7
252.225-7000, 252.225-7001, 252.216-7006, 252.204-7008, 252.204-7012, 252.232-7006, 252.232-7003, 252.203-7000,
52.203-7001, 252.203-7002, 252.203-7003, 252.203-7004, 252.204-7003, 252.204-7004, 252.204-7009, 252.204-7012,
252.204-7015, 252.205-7000, 252.209-7004, 252.222-7006, 252.225-7001, 252.225-7002, 252.225-7041, 252.225-7048,
252.226-7001, 252.231-7000, 252.232-7003, 252.232-7010, 252.243-7001, 252.243-7002, 252.246-7000, 252.246-7003,
252.246-7008, 252.247-7023, 252.216-7006, 252.211-7005, 252.223-7001

SPRBL1-18-D-0069/SPRBL118F0053

**WARNING -- The export of the commodities described herein, either in their original form or after being incorporated through an intermediate process, is restricted by the Arms Export Control Act (Title 22, U.S.C., Sec 2751, et seq.) or the Export Administration Act of 1979, as amended, Title 50, U.S.C., App. 2401 et seq. Violations of these export laws are subject to severe criminal penalties.**

# SMI

**DIV. OF DCX-CHOL ENT. INC.**
**1615 EAST WALLACE STREET**
**FORT WAYNE, IN 46803**
Phone : (310) 516-1692
Fax : 260-969-1247

REMIT TO:

**SMI DIVISION OF DCX-CHOL
ENTERPRISES, INC.
12831 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90061**

# INVOICE

| | |
|---|---|
| **NUMBER:** | **43049** |
| **DATE** | 3/29/2019 |
| **PAGE** | **2 of 2** |

CAGE CODE: 71CU6

**SOLD TO:**

DLA LAND AT ABERDEEN
6001 COMBAT DRIVE ROOM C1-301
APG, MD, 21005-1846

**BILL TO:**

DLA LAND AT ABERDEEN
DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800
USA

**SHIP TO:**

(W25G1U)     SU W1A8 DLA
DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO
134
NEW CUMBERLAND, PA 17070-5002
United States

| | | | |
|---|---|---|---|
| **Attn.** | : JAMES J. REESE | **Attn.** : | **Attn.** : |
| **Phone** | : (443)861-4549 | **Phone** : | **Phone** : |
| **Fax** | : | **Fax** : | **Fax** : |
| **Email** | : JAMES.REESE@DLA.MIL | | |

| P.O. # | S.O. # | REP. | F.O.B. | SHIP VIA. | ACCT. # | TERMS |
|---|---|---|---|---|---|---|
| SPRBL1-18-D-0069 | SMI-SO1538 | | ORIGIN | BEST WAY | | NET 30 DAYS |

| ITEM | PART NUMBER / DESCRIPTION | REV. | QTY. | UNIT | EXT. AMOUNT | S.T |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **CONTRACT MANAGER:** | SUBTOTAL : $ | 10,837.00 |
| | SALES TAX : $ | 0.00 |
| **PHONE:** | FREIGHT : $ | 0.00 |
| **EMAIL:** | P.P.D. AMT. : $ | 0.00 |
| | MISC. : $ | 0.00 |
| **SIGNATURE:** | | |
| DOC #AF 011 | **TOTAL : $** | **10,837.00** |

# RECEIVING REPORT
(Please look in WAWF for signed copy)
## Processed

| Contract Number<br>SPRBL118F0053 | Delivery Order | | Shipment Number<br>SMI0006 | | Invoice Number<br>43049 |
|---|---|---|---|---|---|

| Contract Number Type<br>DoD Contract (FAR) | Issue Date<br>2018/09/14 | Reference Procurement Identifier<br>SPRBL118D0069 | ☑ Supplies<br>☐ Services | ☐ C.o.C.<br>☐ A.R.P. |
|---|---|---|---|---|

## Shipping Information:

| Shipment Number<br>SMI0006 | | Shipment Date<br>2019/04/10  E | Final<br>Shipment<br>N | Inspection Point<br>S | Acceptance Point<br>S | Estimated<br>Delivery Date |
|---|---|---|---|---|---|---|

| Submit Transportation Data Later<br>☐ | Transportation Account Code | |
|---|---|---|

| TCN | Serial Shipping Container Code | Transportation Method/Type | Gross<br>Weight | Cube | FOB<br>S |
|---|---|---|---|---|---|

Special Package Markings / Special Handling Requirements

| Transportation Leg | Standard Carrier Alpha Code | Bill of Lading Number | Bill of Lading Type |
|---|---|---|---|
| | Secondary Transportation Tracking Number | Secondary Transportation Tracking Type | |
| | Secondary Transportation Tracking Description | | |

| Summary of Detail Level Information<br>1 CLIN/SLIN/ELIN(s) | Total<br>$10,837.00 |
|---|---|

## Address Information:

**Prime Contractor**
CAGE Code: 71CU6    DUNS: 079134079
Name: DCX-CHOL ENTERPRISES, INC.
1615 E WALLACE ST
FORT WAYNE  IN  46803  USA

**Administered By**
Code: S3605A
Name: DCMA DAYTON
BUILDING 30 AREA A
1725 VAN PATTON DR
WRIGHT PATTERSON AFB OH 45433-5302
WRIGHT PATTERSON AFB  OH  45433-5302

**Inspect By**
DoDAAC: S3605A Extension:
Name: DCMA DAYTON
BUILDING 30 AREA A
1725 VAN PATTON DR
WRIGHT PATTERSON AFB OH 45433-5302
WRIGHT PATTERSON AFB  OH  45433-5302

**Ship To**
DoDAAC: W25G1U
Name: W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND PA 17070-5002
NEW CUMBERLAND  PA  17070-5002

**Payment Official**
DoDAAC: HQ0337
Name: DFAS - COLUMBUS CENTER
NORTH ENTITLEMENT OPERATIONS
COLUMBUS OH 43218-2317
COLUMBUS OH 43218-2317
COLUMBUS  OH  43218-2317

**Issue By**
DoDAAC: SPRBL1
Name: DLA LAND AT ABERDEEN
DLR PROCUREMENT OPERATIONS - ZL
6565 SURVEILLANCE LOOP RM C1-301
ABER PROV GRD MD 21005
ABER PROV GRD  MD  21005

**Accept By**
DoDAAC: S3605A
Name: DCMA DAYTON
BUILDING 30 AREA A
1725 VAN PATTON DR
WRIGHT PATTERSON AFB OH 45433-5302
WRIGHT PATTERSON AFB  OH  45433-5302

## Line Item Information:

| Item No<br>1006 | Product/Service ID<br>5995013009324 | Unit Price<br>$108.37 | Unit of<br>Issue<br>EA | Qty<br>Shipped<br>100 | Amount<br>$10,837.00 |
|---|---|---|---|---|---|

Material Inspection and Receiving Report in accordance with DFARS Appendix F. Paper DD Form 250 is usable in lieu of this document on an exception basis.    page 1

# RECEIVING REPORT

(Please look in WAWF for signed copy)

## Processed

| Contract Number | Delivery Order | | Shipment Number | | | Invoice Number |
|---|---|---|---|---|---|---|
| SPRBL118F0053 | | | SMI0006 | | | 43049 |

| | Qualifier | AAA | ACRN | GFE | | Project Code |
|---|---|---|---|---|---|---|
| | FS | | AA | N | | |

**Special Package Markings / Special Handling Requirements**

**PR Number**
C98CAG669M

**Type Designation Method**

**Type Designation Value**

| Additional Product/Service ID | | | | Qualifier |
|---|---|---|---|---|
| 5995 | | | | FT - FEDERAL SUPPLY CLASSIFICATION |

**Description**
CABLE ASSEMBLY,CX-13303/VRC==PN: A3014040-9==ONE INVOICE APPLIED==INVOICE#: 43049==

| Milstrip No. | Quantity |
|---|---|
| W15GK88242A103 | 100 |

| | TOTAL: | $10,837.00 |
|---|---|---|

## Misc. Information:

**Initiator Information**
Name: Lori  Aber
Title: Shipping Clerk
Phone #: 310-516-1692
DSN:
Email: loria@dcxchol.com
Org Email: lolah@dcxchol.com

Date of Action: 2019/04/10 0416 MDT
Action(s): Submitted Web, Combo

Comments:

MarkFor Representative:

MarkFor Secondary:

Attachment(s):
43049.pdf

**Inspector Information**
Name: STANLEY  SPOTTS
Title: Quality Assurance
Phone #: 260-247-9098
DSN:
Email: stanley.e.spotts2.civ@mail.mil
Org Email: S3605A@DCMA.MIL

Date of Action: 2019/04/10 1248 MDT
Action(s): Accepted Processed via EDI

Comments:

MarkFor Representative:

MarkFor Secondary:

Attachment(s):

## Vendor - Invoice

**[-]Document Information**

| Contract Number Type | Contract Number | Delivery Order | Reference Procurement Identifier | Effective Date | Supplies or Services |
|---|---|---|---|---|---|
| DoD Contract (FAR) | SPRBL118F0053 | | SPRBL118D0069 | 2018/09/14 | SPL |

| Invoice Number | | Invoice Date | Final Invoice? | Invoice Received Date | |
|---|---|---|---|---|---|
| 43049 | | 2019/03/29 | N | 2019/04/10 | |

| Summary of Detail Level Information | | | | | Total ($) |
|---|---|---|---|---|---|
| 1 CLIN/SLIN(s) | | | | | 10,837.00 |
| 0 Miscellaneous Amount(s) | | | | | 0.00 |
| | | | | Document Total ($): | 10,837.00 |

| Shipment Number | | Shipment Date | | Final Shipment | |
|---|---|---|---|---|---|
| SMI0006 | | 2019/04/10 | | N | |

**[-]Line Item Information**

| Item No. | Product/Service ID | Qualifier | Qty. Shipped | Unit of Measure | UofM Code | Unit Price ($) | Qty. Accepted | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 1006 | 5995013009324 | FS | 100 | Each | EA | 108.37 | | 10,837.00 |

| SDN | | ACRN | | AAI | | PR Number | |
|---|---|---|---|---|---|---|---|
| | | AA | | | | C98CAG669M | |

**Description**

CABLE ASSEMBLY,CX-13303/VRC==PN: A3014040-9==ONE INVOICE APPLIED==INVOICE#: 43049==

| | Line Item Total ($): | 10,837.00 |
|---|---|---|

**[-]Address Information**

### Prime Contractor

| CAGE Code | DUNS | DUNS + 4 | Extension |
|---|---|---|---|
| 71CU6 | 079134079 | | |

**Activity Name 1**
DCX-CHOL ENTERPRISES, INC.

**Activity Name 2**

**Activity Name 3**

**Address 1**
1615 E WALLACE ST

**Address 2**

**Address 3**

**Address 4**

| City | State | Zip |
|---|---|---|
| FORT WAYNE | IN | 46803 |

| Country | Military Location Description |
|---|---|
| USA | |

### Administered By

**DoDAAC**
S3605A

**Activity Name 1**
DCMA DAYTON

**Activity Name 2**

**Activity Name 3**

**Address 1**
BUILDING 30 AREA A

**Address 2**
1725 VAN PATTON DR

**Address 3**

**Address 4**
WRIGHT PATTERSON AFB OH 45433-5302

| City | State | Zip |
|---|---|---|
| WRIGHT PATTERSON AFB | OH | 45433-5302 |

| Country | Military Location Description |
|---|---|
| | |

### Ship To

| DoDAAC | Extension |
|---|---|
| W25G1U | |

**Activity Name 1**
W1A8 DLA DISTRIBUTION

**Activity Name 2**

**Activity Name 3**

**Address 1**
DDSP NEW CUMBERLAND FACILITY

**Address 2**
2001 NORMANDY DRIVE DOOR 113 TO 134

### Payment Official

| DoDAAC | Extension |
|---|---|
| HQ0337 | |

**Activity Name 1**
DFAS - COLUMBUS CENTER

**Activity Name 2**

**Activity Name 3**

**Address 1**
NORTH ENTITLEMENT OPERATIONS

**Address 2**
COLUMBUS OH 43218-2317

| Address 3 | | | | Address 3 | | |
| Address 4 | | | | Address 4 | | |
| NEW CUMBERLAND PA 17070-5002 | | | | COLUMBUS OH 43218-2317 | | |
| City | State | Zip | | City | State | Zip |
| NEW CUMBERLAND | PA | 17070-5002 | | COLUMBUS | OH | 43218-2317 |
| Country | Military Location Description | | | Country | Military Location Description | |

| Issue By | | | | Accept By | | |
| --- | --- | --- | --- | --- | --- | --- |
| DoDAAC | | | | DoDAAC | Extension | |
| SPRBL1 | | | | S3605A | | |
| Activity Name 1 | | | | Activity Name 1 | | |
| DLA LAND AT ABERDEEN | | | | DCMA DAYTON | | |
| Activity Name 2 | | | | Activity Name 2 | | |
| Activity Name 3 | | | | Activity Name 3 | | |
| Address 1 | | | | Address 1 | | |
| DLR PROCUREMENT OPERATIONS - ZL | | | | BUILDING 30 AREA A | | |
| Address 2 | | | | Address 2 | | |
| 6565 SURVEILLANCE LOOP RM C1-301 | | | | 1725 VAN PATTON DR | | |
| Address 3 | | | | Address 3 | | |
| Address 4 | | | | Address 4 | | |
| ABER PROV GRD MD 21005 | | | | WRIGHT PATTERSON AFB OH 45433-5302 | | |
| City | State | Zip | | City | State | Zip |
| ABER PROV GRD | MD | 21005 | | WRIGHT PATTERSON AFB | OH | 45433-5302 |
| Country | Military Location Description | | | Country | Military Location Description | |

[-]Misc Information

Initiator

| Name: | Date of Action / IRD: | Phone #: | DSN: |
| --- | --- | --- | --- |
| Lori  Aber | 2019/04/10 0416 MDT / 2019/04/10 0416 MDT | 310-516-1692 | |
| **Email:** | **Title:** | | **Action(s):** |
| loria@dcxchol.com | Shipping Clerk | | [Submitted, Web, Combo, Processed via EDI upon Inspection of associated RR on 2019/04/10] |
| **Org Email:** | | | |
| lolah@dcxchol.com | | | |
| **Attachments:** | | | |
| 43049.pdf | View Attachment | | |
| **Comments:** | | | |

[-]Workflow Information

ACTION BY: Payment Official

☑ Document Accepted
☑ Document Processed
☐ Document Rejected
☐ Document Suspended

[ Close ]

# DSS/VSM PACKING LIST

| FROM:   71CU6 | SHIP TO:   W25G1U |
|---|---|
| SMI DIV. OF DCX-CHOL, INC.<br>1615 E. WALLACE ST.<br>FORT WAYNE          IN 46803 | W1A8 DLA DISTRIBUTION<br>DDSP NEW CUMBERLAND FACILITY<br>2001 NORMANDY DRIVE DOOR 113 TO 134<br>NEW CUMBERLAND          PA 17070-5002 |

| CONTRACT NO. | RELEASE NO. | CLIN | TCN | IPG | RDD | PROJ |
|---|---|---|---|---|---|---|
| SPRBL118F0053 | | 1006 | W25G1U90700515XFX | 2 | | |

| PIECE NUMBER | NUMBER OF PIECES | NUMBER OF LINES | WEIGHT | CUBE | DATE PACKED | DATE SHIPPED |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 32 | 3 | 2019099 | 2019099 |

| DOC NO./SUFF | FSC / NIIN / PART NO. | NOUN | QUANTITY | UI |
|---|---|---|---|---|
| W25G1U90700515 | 71CU6A3014040-9 | MIL CARGO | 25 | EA |

*** END OF LIST ***

# DSS/VSM PACKING LIST

| FROM:   71CU6 | SHIP TO:   W25G1U |
|---|---|
| SMI DIV. OF DCX-CHOL, INC.<br>1615 E. WALLACE ST.<br>FORT WAYNE        IN 46803 | W1A8 DLA DISTRIBUTION<br>DDSP NEW CUMBERLAND FACILITY<br>2001 NORMANDY DRIVE DOOR 113 TO 134<br>NEW CUMBERLAND        PA 17070-5002 |

| CONTRACT NO. | RELEASE NO | CLIN | TCN | IPG | RDD | PROJ |
|---|---|---|---|---|---|---|
| SPRBL118F0053 | | 1006 | W25G1U90700515XGX | 2 | | |

| PIECE NUMBER | NUMBER OF PIECES | NUMBER OF LINES | WEIGHT | CUBE | DATE PACKED | DATE SHIPPED |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 32 | 3 | 2019099 | 2019099 |

| DOC NO./SUFF | FSC / NIIN / PART NO. | NOUN | QUANTITY | UI |
|---|---|---|---|---|
| W25G1U90700515 | 71CU6A3014040-9 | MIL CARGO | 25 | EA |

*** END OF LIST ***

# DSS/VSM PACKING LIST

| FROM:   71CU6 | SHIP TO:   W25G1U |
|---|---|
| SMI DIV. OF DCX-CHOL, INC.<br>1615 E. WALLACE ST.<br>FORT WAYNE            IN 46803 | W1A8 DLA DISTRIBUTION<br>DDSP NEW CUMBERLAND FACILITY<br>2001 NORMANDY DRIVE DOOR 113 TO 134<br>NEW CUMBERLAND          PA 17070-5002 |

| CONTRACT NO. | RELEASE NO. | CLIN | TCN | IPG | RDD | PROJ |
|---|---|---|---|---|---|---|
| SPRBL118F0053 | | 1006 | W25G1U90700515XHX | 2 | | |

| PIECE NUMBER | NUMBER OF PIECES | NUMBER OF LINES | WEIGHT | CUBE | DATE PACKED | DATE SHIPPED |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 32 | 3 | 2019099 | 2019099 |

| DOC NO./SUFF | FSC / NIIN / PART NO. | NOUN | QUANTITY | UI |
|---|---|---|---|---|
| W25G1U90700515 | 71CU6A3014040-9 | MIL CARGO | 25 | EA |

*** END OF LIST ***

# DSS/VSM PACKING LIST

| FROM:   71CU6 | SHIP TO:   W25G1U |
|---|---|
| SMI DIV. OF DCX-CHOL, INC.<br>1615 E. WALLACE ST.<br>FORT WAYNE            IN 46803 | W1A8 DLA DISTRIBUTION<br>DDSP NEW CUMBERLAND FACILITY<br>2001 NORMANDY DRIVE DOOR 113 TO 134<br>NEW CUMBERLAND          PA 17070-5002 |

| CONTRACT NO. | RELEASE NO | CLIN | TCN | IPG | RDD | PROJ |
|---|---|---|---|---|---|---|
| SPRBL118F0053 |  | 1006 | W25G1U90700515XJX | 2 |  |  |

| PIECE NUMBER | NUMBER OF PIECES | NUMBER OF LINES | WEIGHT | CUBE | DATE PACKED | DATE SHIPPED |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 32 | 3 | 2019099 | 2019099 |

| DOC NO./SUFF | FSC / NIIN / PART NO. | NOUN | QUANTITY | UI |
|---|---|---|---|---|
| W25G1U90700515 | 71CU6A3014040-9 | MIL CARGO | 25 | EA |

*** END OF LIST ***

5995-01-300-9524

**CAGE  71CU6**

**CABLE ASSY, CX-13303/VRC**

P/N: **6A3014040-9**

**25**          **EA**

71CU6

**SPRBL1-18-F-0053**

SPRBL118F0053

**CP   -  3/19**

WT  **32**          **CU   3**

5995-01-300-9324

CAGE  71CU6

CABLE ASSY, CX-13303/VRC

71CU6

P/N: **6A3014040-9**

**25**          **EA**

**SPRBL1-18-F-0053**

SPRBL118F0053

**CP**   **- 3/19**

WT **32**              **CU  3**

5995-01-300-9324

**CAGE 71CU6**

**CABLE ASSY, CX-13303/VRC**

||||| |||| || ||| |||| |||
71CU6

P/N: **6A3014040-9**

**25          EA**

**SPRBL1-18-F-0053**

|||||| ||| ||| |||| |||| ||||| |||| ||||
SPRBL118F0053

**CP    - 3/19**

WT **32**          **CU   3**

5999-01-300-9324

**CAGE  71CU6**

**CABLE ASSY, CX-13303/VRC**

71CU6

P/N: **6A3014040-9**

**25          EA**

**SPRBL1-18-F-0053**

SPRBL118F0053

**CP    - 3/19**

WT  **32**          **CU  3**

DD FORM 1387, JAN 90

| 1. TCN **W25G1U90700515XFX** | | 14. DATE 2019099 |
| --- | --- | --- |
| | | 11. RDD |

| 3. FROM 71CU6 SMI DIV. OF DCX-CHOL, INC. 1615 E. WALLACE ST. FORT WAYNE        IN 46803 310-516-1662 | 2. POSTAGE DATA |
| --- | --- |

| 5. SHIP TO/POE W1A8 DLA DISTRIBUTION DDSP NEW CUMBERLAND FACILITY 2001 NORMANDY DRIVE DOOR 113 TO 134 NEW CUMBERLAND       PA 17070-5002 | 16. PIECES  00001 OF 00001 |
| --- | --- |
| W25G1U | 8. PROJECT | 6. TRANSP PRIORITY |
| 7. POD | 15. FMS CASE | **2** |

9. ULTIMATE CONSIGNEE OR MARK FOR
W25G1U
W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND        PA 17070-5002

**W25G1U**

| 18. TCMD/SUPPLY INFO | 10. WT/CU THIS PC 32  3 |
| --- | --- |
| | 4. TYPE SERVICE |
| | 13. CHARGES |
| | CN: 18046701 |
| | VRN: |
| | Spur: |
| | CD: |
| | **ORIGINAL** |

DD FORM 1387, JAN 90

| 1. TCN W25G1U90700515XGX | 14. DATE 2019099 |
|---|---|
| | 11. RDD |

**3. FROM**
71CU6
SMI DIV. OF DCX-CHOL, INC.
1615 E. WALLACE ST.
FORT WAYNE          IN 46803
310-518-1692

**2. POSTAGE DATA**

**5. SHIP TO/POE**
W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND        PA 17070-5002

W25G1U

**16. PIECES**  00001 OF 00001

**7. POD**

| 8. PROJECT | 6. TRANSP PRIORITY |
|---|---|
| 15. FMS CASE | **2** |

**9. ULTIMATE CONSIGNEE OR MARK FOR**
W25G1U
W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND        PA 17070-5002

**W25G1U**

**18. TCMD/SUPPLY INFO**

**10. WT/CU THIS PC**
32   3

**4. TYPE SERVICE**

**13. CHARGES**

CN: 18046807

VRN:

Spur:

CD:

**ORIGINAL**

DD FORM 1387, JAN 90

| 1. TCN **W25G1U90700515XHX** | | 14. DATE 2019099 |
| | | 11. RDD |

**3. FROM**
71CU6
SMI DIV. OF DCX-CHOL, INC.
1615 E. WALLACE ST.
FORT WAYNE      IN 46803
310-516-1682

**2. POSTAGE DATA**

**5. SHIP TO/POE**
W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND      PA 17070-5002

W25G1U

**7. POD**

**16. PIECES**   00001 OF 00001

**8. PROJECT**

**6. TRANSP PRIORITY**

**15. FMS CASE**

**2**

**9. ULTIMATE CONSIGNEE OR MARK FOR**
W25G1U
W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND      PA 17070-5002

**W25G1U**

**18. TCMD/SUPPLY INFO**

**10. WT/CU THIS PC**
32  3

**4. TYPE SERVICE**

**13. CHARGES**

CN: 18046845

VRN:

Spur:

CD:

**ORIGINAL**

DD FORM 1387, JAN 90

| 1. TCN **W25G1U90700515XJX** | 14. DATE 2019099 |
|---|---|
| | 11. RDD |

**3. FROM**
71CU6
SMI DIV. OF DCX-CHOL, INC.
1615 E. WALLACE ST.
FORT WAYNE          IN 46803
310-516-1692

**2. POSTAGE DATA**

**5. SHIP TO/POE**
W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND      PA 17070-5002

W25G1U

**7. POD**

**16. PIECES**   00001 OF 00001

**8. PROJECT**

**6. TRANSP PRIORITY**

**15. FMS CASE**   **2**

**9. ULTIMATE CONSIGNEE OR MARK FOR**
W25G1U
W1A8 DLA DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
NEW CUMBERLAND      PA 17070-5002

**W25G1U**

**18. TCMD/SUPPLY INFO**

**10. WT/CU THIS PC**   32  3

**4. TYPE SERVICE**

**13. CHARGES**

CN: 18046894

VRN:

Spur:

CD:

**ORIGINAL**

9622 0019 0 (000 000 0000) 0 00 4936 5470 8792

17070

MPS# 4936 5470 8792
Mstr# 4936 5470 8781

2 of 4



FedEx Ground

PO: SPRBL1-18-F-0053 LINES 18 19
REF: P/S 8800 PN: A301Q040-9 100PCS
(310) 516-1692
NEW CUMBERLAND PA 17070 (US)
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
W1AB DLA DISTRIBUTION
To SHANARRI N. WADECKI

FROM:
LORI ABER
SMI DIV OF DCX-CHOL
1616 E. WALLACE ST.
FORT WAYNE IN 46803
US

BILL SENDER

SHIP DATE: 10APR19
ACTWGT: 32.00 LB MAN
CAD: 026442Z/CAFE3211

TRCK: 493854708792
Svcs: GND PPD Master 493854708781
PO N: SPRBL1-18-F-005 DV:
Cust: P/S 8800 PN: A Wgt: 32.00 LBS
Date: 10Apr19

| Invoice: | 11.4 |
| COD: | 0.0 |
| SPECIAL: | 10.7 |
| HANDLING: | 0.0 |
| SHIPPING: | 10.7 |
| TOTAL: | 0.00 |
| Dept: | |

**Right label:**

9622 0019 0 (000 000 0000) 0 00 4936 5470 8807

17070

MPS# 4936 5470 8807
Mstr# 4936 5470 8781

3 of 4



FedEx Ground

PO: SPRBL1-18-F-0053 LINES 18 19
REF: P/S 8800 PN: A301Q040-9 100PCS
(310) 516-1692
NEW CUMBERLAND PA 17070 (US)
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO 134
W1AB DLA DISTRIBUTION
To SHANARRI N. WADECKI

FROM:
LORI ABER
SMI DIV OF DCX-CHOL
1616 E. WALLACE ST.
FORT WAYNE IN 46803
US

BILL SENDER

SHIP DATE: 10APR19
ACTWGT: 32.00 LB MAN
CAD: 026442Z/CAFE3211

TRCK: 493854708807
Svcs: GND PPD Master 493854708781
PO N: SPRBL1-18-F-005 DV:
Cust: P/S 8800 PN: A Wgt: 32.00 LBS
Date: 10Apr19

| Invoice: | 11.47 |
| COD: | 0.00 |
| SPECIAL: | 10.72 |
| HANDLING: | 0.75 |
| SHIPPING: | 10.72 |
| TOTAL: | 0.00 |
| Dept: | |




nvoice: Date: 10Apr19 SHIPPING: 10.72
ust: P/S 8800 PN: A Wgt: 32.00 LBS SPECIAL: 0.75
ept: COD: HANDLING: 0.00
) N: SPRBL1-18-F-005 DV: 0.00 TOTAL: 11.47

Svcs: GND PPD Master 493654708781
TRCK: 493654708781

FROM: (310) 516-1692
LORI ABER
SMI DIV OF DCX-CHOL
1615 E. WALLACE ST.

FORT WAYNE IN 46803
US

SHIP DATE: 10APR19
ACTWGT: 32.00 LB MAN
CAD: 0264427/CAFE3211

BILL SENDER

SHANARI N. WADECKI
W1A8 DLA DISTRIBUTION
2001 NORMANDY DRIVE DOOR 113 TO 134
DDSP NEW CUMBERLAND FACILITY
NEW CUMBERLAND PA 17070 (US)
(310) 516-1692 REF: P/S 8800 PN: A3014040-9 100PCS
PO: SPRBL1-18-F-0053 LINES 18 19

551C1/D7E5/184C

FedEx Ground

G

J181118060501uv

1 of 4
TRK# 4936 5470 8781
## MASTER ##

17070

9622 0019 0 (000 000 0000) 0 00 4936 5470 8781

Invoice: Date: 10Apr19 SHIPPING: 10.
Cust: P/S 8800 PN: A Wgt: 32.00 LBS SPECIAL: 0.
Dept: COD: HANDLING: 0.
PO N: SPRBL1-18-F-005 DV: 0.00 TOTAL: 11.

Svcs: GND PPD Master 493654708781
TRCK: 493654708818

FROM: (310) 516-1692
LORI ABER
SMI DIV OF DCX-CHOL
1615 E. WALLACE ST.

FORT WAYNE IN 46803
US

SHIP DATE: 10APR19
ACTWGT: 32.00 LB MAN
CAD: 0264427/CAFE3211

BILL SENDER

TO SHANARI N. WADECKI
W1A8 DLA DISTRIBUTION
2001 NORMANDY DRIVE DOOR 113 TO 134
DDSP NEW CUMBERLAND FACILITY
NEW CUMBERLAND PA 17070 (US
(310) 516-1692 REF: P/S 8800 PN: A3014040-9 100PCS
PO: SPRBL1-18-F-0053 LINES 18 19

FedEx Ground

G

4 of 4
MPS# 4936 5470 8818
Mstr# 4936 5470 8781

17070

9622 0019 0 (000 000 0000) 0 00 4936 5470 8818

Date: _1_/_10_/20_19_   **CX** CHOLE ENTERPRISES, INC. **SMI DIVISION**   **Customer:**

**Government**

### Shipping Instructions / Quality Audit Data Sheet

Assembly No: _A3014040-9_  Job No: _1538_  Auditor: _BN_

PO No: _SPRBL1-18-F-0053_  Line #: _18, 19_  QTY: _100_

**Note: Only 1 lot is permitted at each station.**

1. Verify caps/netting are on assembly.  Return to QA if any are missing.  Initial: _____

2. Create Box:
   a. Package according to contract
   b. Create 2 packing slips in Syteline; 2 C of C's; 1 box label per contract  Initial: _____
   **Note: If Source Inspection is required, then do the following:**
   a. Create 2 packing slips in Syteline; 2 C of C's; 1 box label per contract
   b. Package according to contract  Initial: _____

3. Invoice.  Initial: _____

4. Weight count / finish packing (refer to instructions at station).
   All boxes must be weight scaled for count. 2 labels must be printed
   to verify count. (1 on box lid; 1 on pack slip)  Initial: _____

5. Add RFID label.  Initial: _____

6. Enter into Wide Area Workflow (WAWF)  Initial: _____

7. Print report from WAWF
   a. **If Origin:  Receiving Report with DCMA signature.**
   b. **If Destination:  Material Inspection Receiving Report; no signature**  Initial: _____

8. Enter contract into VSM.  Initial: _____

9. Print  and copy shipping labels from VSM.  Initial: _____

10. Submit to Dock Audit station and page for dock audit.  Initial: _____

**Note:  Only 1 lot is permitted at Dock Audit Station.  If Dock Audit Station
is occupied, then place lot in Dock Audit Hold area.**

### Boxed in area to be filled out by QA when doing a dock audit.

| Government Dock Audit | Yes | No * | (Final) | N/A |
|---|---|---|---|---|
| Inspection report present and complete (date code/line #)? | ✓ | | | |
| All orange cards complete and signed off? | ✓ | | | |
| Orange card quantity match inspection report, parts in container, packing slip, and C of C? | ✓ | | | |
| Verify bag, box labels/part number and NSN. | ✓ | | | |
| Verify RFID label on box matches WAWF report. | | | | ✓ |
| C of C signed off? QA Associate / DCMA | ✓ | | | |
| Verify serial numbers on C of C. | | | | ✓ |
| Verify scale label qty to packing slip qty. | ✓ | | | |
| Verify VSM 'Ship To' label matches packing slip. | ✓ | | | |
| Is WAWF report present? | ✓ | | | |
| Box stamped with dock audit stamp? | ✓ | | | |

Lot #: _10901_

Two signatures required for above operation!  Sign: _Bobbi Sue Johnson_
Sign: _____

**Note: Close only 1 lot at a time!**

11. After box is stamped with Dock Audit Stamp, verify paperwork matches
    contents of box.  Initial: _____

12. Close box:
    Fill remaining space in box with filler paper.
    Place 1 copy of the packing slip and C of C in packing slip envelope
    and place on top of box.  Place 1 strip of clear tape over packing
    slip envelope to ensure adhesion.  Initial: _____

**Initials verifies the task was performed per work instruction, customer requirements and/or standard operations.

Shipping Qualtiy Audit Data Sheet Gov - Rev 1

# SMI

**DIV. OF DCX-CHOL ENT. INC.**
**1615 EAST WALLACE STREET**
**FORT WAYNE, IN 46803**

| Phone | : | (310) 516-1692 |
|---|---|---|
| Fax | : | 260-969-1247 |

# PACKING SLIP

| NUMBER: | 8819 |
|---|---|
| DATE : | 4/12/2019 |
| PAGE : | Page 1 of 2 |

**SOLD TO:**
DLA LAND AT ABERDEEN
6001 COMBAT DRIVE ROOM C1-301
APG, MD, 21005-1846

**BILL TO:**
DLA LAND AT ABERDEEN
DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800
USA

**SHIP TO:**
(W25G1U)      SU W1A8 DLA
DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO
134
NEW CUMBERLAND, PA 17070-5002
United States

| Attn. | : | JAMES J. REESE | Attn. | : | Attn. | : |
|---|---|---|---|---|---|---|
| Phone | : | (443)861-4549 | Phone | : | Phone | : |
| Fax | : | | Fax | : | Fax | : |
| Email | : | JAMES.REESE@DLA. | | | | |
| Ship # | : | | | | | |

| S.O. # | CUSTOMER P.O. # | F.O.B | SHIP VIA. | SHIPPING ACCT. | TERMS |
|---|---|---|---|---|---|
| SMI-SO1538 | SPRBL1-18-F-0053 | ORIGIN | BEST WAY | | NET 30 DAYS |

| ITEM | PART NUMBER / DESCRIPTION | REV. | QTY. | SHIPPED | B.O. |
|---|---|---|---|---|---|
| 9 | A3014040-9 <br> CABLE ASSY, CX-13303/VRC, 4 FT 6 IN  DATE CODE: 02/19, 01/19, 03/19 <br> CLIN 1006 <br> DO-A7 RATING QAP-01 APPLIES | N | 12.00 | 12.00 | 0.00 |
| 10 | A3014040-9 <br> CABLE ASSY, CX-13303/VRC, 4 FT 6 IN <br> CLIN 1006 <br> DO-A7 RATING QAP-01 APPLIES | N | 385.00 | 95.00 | 290.00 |
| 18 | A3014040-9 <br> CABLE ASSY, CX-13303/VRC, 4 FT 6 IN <br> CLIN 1006 <br> DO-A7 RATING QAP-01 APPLIES | N | 5.00 | 5.00 | 0.00 |

**WARNING -- The export of the commodities described herein, either in their original form or after being incorporated through an intermediate process, is restricted by the Arms Export Control Act (Title 22, U.S.C., Sec 2751, et seq.) or the Export Administration Act of 1979, as amended, Title 50, U.S.C., App. 2401 et seq. Violations of these export laws are subject to severe criminal penalties.**

DCMA Review  S3605A  QAS Stan Spotts  17 Apr 2019
SPOTTS.STANLEY.E.1221445429  Digitally signed by SPOTTS.STANLEY.E.1221445429
Date: 2019.04.17 09:57:51 -04'00'

# SMI

**DIV. OF DCX-CHOL ENT. INC.**

**1615 EAST WALLACE STREET**

**FORT WAYNE, IN 46803**

**Phone** : **(310) 516-1692**

**Fax** : **260-969-1247**

# PACKING SLIP

| NUMBER: | **8819** |
|---|---|
| DATE : | **4/12/2019** |
| PAGE : | **Page 2 of 2** |

**SOLD TO:**

DLA LAND AT ABERDEEN
6001 COMBAT DRIVE ROOM C1-301
APG, MD, 21005-1846

**BILL TO:**

DLA LAND AT ABERDEEN
DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800
USA

**SHIP TO:**

(W25G1U)    SU W1A8 DLA
DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO
134
NEW CUMBERLAND, PA 17070-5002
United States

| | | | |
|---|---|---|---|
| **Attn.** : JAMES J. REESE | **Attn.** : | **Attn.** : |
| **Phone** : (443)861-4549 | **Phone** : | **Phone** : |
| **Fax** : | **Fax** : | **Fax** : |
| **Email** : JAMES.REESE@DLA. | | |
| **Ship #** : | | |

| S.O . # | CUSTOMER P.O. # | F.O.B | SHIP VIA. | | SHIPPING ACCT. | TERMS |
|---|---|---|---|---|---|---|
| SMI-SO1538 | SPRBL1-18-D-0069 | ORIGIN | BEST WAY | | | NET 30 DAYS |

| ITEM | PART NUMBER / DESCRIPTION | | REV. | QTY. | SHIPPED | B.O. |
|---|---|---|---|---|---|---|

CERTIFICATION OF COMPLIANCE

WE CERTIFY THAT ALL MATERIAL, PROCESSES, PARTS AND/OR ASSEMBLIES SHIPPED UNDER THE ABOVE REFERENCED PURCHASE ORDER COMPLY WITH ALL SPECIFICATIONS AS CALLED OUT ON THE PURCHASE ORDER AND ASSOCIATED DOCUMENTS. THEY HAVE BEEN APPROVED, WHENEVER REQUIRED, BY COGNIZANT GOVERNMENT AGENCIES. WE FURTHER CERTIFY THAT THE CHEMICAL AND/OR PHYSICAL TEST DATA COVERING THE MATERIAL AND/OR PROCESES USED IN THESE PARTS AND/OR ASSEMBLIES ARE IN OUR FILES AND ARE SUBJECT TO YOUR EXAMINATION. ITEMS ARE FREE FROM ANY FOREIGN MATERIALS THAT COULD RESULT IN FOREIGN OBJECT DAMAGE

QUALITY ASSURANCE SIGNATURE   _Bobbi Lou Johnson_     DATE   4.12.19

SOURCE INSPECTION SIGNATURE   QAS Stan Spotts     DATE   17 Apr 2019

# SMI

# PACKING SLIP

**DIV. OF DCX-CHOL ENT. INC.**
**1615 EAST WALLACE STREET**
**FORT WAYNE, IN 46803**
Phone : **(310) 516-1692**
Fax : **260-969-1247**

| NUMBER: | **8820** |
|---|---|
| DATE : | 4/12/2019 |
| PAGE : | Page 1 of 1 |

**SOLD TO:**
DLA LAND AT ABERDEEN
6001 COMBAT DRIVE ROOM C1-301
APG, MD, 21005-1846

**BILL TO:**
DLA LAND AT ABERDEEN
DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800
USA

**SHIP TO:**
(W25G1U)        SU W1A8 DLA
DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO
134
NEW CUMBERLAND, PA 17070-5002
United States

| Attn. : | JAMES J. REESE | Attn. : | | Attn. : | |
|---|---|---|---|---|---|
| Phone : | (443)861-4549 | Phone : | | Phone : | |
| Fax : | | Fax : | | Fax : | |
| Email : | JAMES.REESE@DLA. | | | | |
| Ship # : | | | | | |

| S.O . # | CUSTOMER P.O. # | F.O.B | SHIP VIA. | SHIPPING ACCT. | TERMS |
|---|---|---|---|---|---|
| SMI-SO1538 | SPRBL1-18-F-0053 | ORIGIN | BEST WAY | | NET 30 DAYS |

| ITEM | PART NUMBER / DESCRIPTION | REV. | QTY. | SHIPPED | B.O. |
|---|---|---|---|---|---|
| 19 | A3014040-9 | N | 307.00 | 138.00 | 169.00 |
| | CABLE ASSY, CX-13303/VRC, 4 FT 6 IN   DATE CODE: 03/19 | | | | |
| | CLIN 1006 | | | | |
| | DO-A7 RATING QAP-01 APPLIES | | | | |

**WARNING -- The export of the commodities described herein, either in their original form or after being incorporated through an intermediate process, is restricted by the Arms Export Control Act (Title 22, U.S.C., Sec 2751, et seq.) or the Export Administration Act of 1979, as amended, Title 50, U.S.C., App. 2401 et seq. Violations of these export laws are subject to severe criminal penalties.**

DCMA Review  S3605A  QAS Stan Spotts  17 Apr 2019

SPOTTS.STANLEY.E.1221445429   Digitally signed by SPOTTS.STANLEY.E.1221445429
Date: 2019.04.17 09:58:56 -04'00'

CERTIFICATION OF COMPLIANCE

WE CERTIFY THAT ALL MATERIAL, PROCESSES, PARTS AND/OR ASSEMBLIES SHIPPED UNDER THE ABOVE REFERENCED PURCHASE ORDER COMPLY WITH ALL SPECIFICATIONS AS CALLED OUT ON THE PURCHASE ORDER AND ASSOCIATED DOCUMENTS. THEY HAVE BEEN APPROVED, WHENEVER REQUIRED, BY COGNIZANT GOVERNMENT AGENCIES. WE FURTHER CERTIFY THAT THE CHEMICAL AND/OR PHYSICAL TEST DATA COVERING THE MATERIAL AND/OR PROCESES USED IN THESE PARTS AND/OR ASSEMBLIES ARE IN OUR FILES AND ARE SUBJECT TO YOUR EXAMINATION. ITEMS ARE FREE FROM ANY FOREIGN MATERIALS THAT COULD RESULT IN FOREIGN OBJECT DAMAGE

QUALITY ASSURANCE SIGNATURE   Bobbi Sue Johnson        DATE : 4.12.19

SOURCE INSPECTION SIGNATURE   QAS Stan Spotts        DATE  17 Apr 2019

# DCX-CHOL Enterprises, Inc.

## SMI DIVISION
### CAGE CODE 71CU6
**1615 EAST WALLACE STREET**
**FORT WAYNE, INDIANA 46803**
**PHONE (310) 516-1692**

# CERTIFICATE OF COMPLIANCE

**PART NUMBER:**   A3014040-9      **REVISION:**   N

**DESCRIPTION:**   CABLE ASSY, CX-13303/VRC, 4FT 6IN

**SERIAL NO./LOT CODE/**
**DATE CODE:**

**SERIAL NO: N/A**
**DATE CODE: 01/19, 02/19, 03/19**

**QUANTITY:**   250PCS.       **PURCHASE ORDER:**   SPRBL1-18-F-0053

**SPECIFICATIONS:  TESTED TO MEET OR EXCEED QUALITY ASSURANCE**
**REQUIREMENTS INCLUDING SUCCESSFULLY PASSING AUTOMATED TESTING**
**AS REQUIRED PER DRAWING/SPECIFICATION.**

I certify that the inspection and test procedures required by the above referenced part drawing
and test specifications have been performed and recorded by lot as indicated above, and that
the above referenced part meets all requirements per the part drawing and test specifications
These results are available for review by customer representatives.

Where applicable, Test Documentation is available upon request.

**CERTIFIED BY:**

*Bobbi Sue Johnson*

**QUALITY ASSOCIATE**

## Karen Ulrey

**QUALITY MANAGER**

**DATE:**   04/12/19

DCMA Review  S3605A  QAS Stan Spotts  17 Apr 2019
SPOTTS.STANLEY.E.1221445429   Digitally signed by SPOTTS.STANLEY.E.1221445429
Date: 2019.04.17 10:00:09 -04'00'

C of C - Rev 03

# SMI

**INVOICE**

DIV. OF DCX-CHOL ENT. INC.

1615 EAST WALLACE STREET

FORT WAYNE, IN 46803

Phone : (310) 516-1692

Fax : 260-969-1247

REMIT TO:

SMI DIVISION OF DCX-CHOL
ENTERPRISES, INC.
12831 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90061

| NUMBER: | 43077 |
|---|---|
| DATE | 4/17/2019 |
| PAGE | 1 of 2 |

CAGE CODE: 71CU6

**SOLD TO:**

DLA LAND AT ABERDEEN
6001 COMBAT DRIVE ROOM C1-301
APG, MD, 21005-1846

**BILL TO:**

DLA LAND AT ABERDEEN
DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800
USA

**SHIP TO:**

(W25G1U)   SU W1A8 DLA
DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO
134
NEW CUMBERLAND, PA 17070-5002
United States

| | | | |
|---|---|---|---|
| Attn. | : JAMES J. REESE | Attn. : | Attn. : |
| Phone | : (443)861-4549 | Phone : | Phone : |
| Fax | : | Fax : | Fax : |
| Email | : JAMES.REESE@DLA.MIL | | |

| P.O. # | S.O. # | REP. | F.O.B. | SHIP VIA. | ACCT. # | TERMS |
|---|---|---|---|---|---|---|
| SPRBL1-18-D-0069 | SMI-SO1538 | | ORIGIN | BEST WAY | | NET 30 DAYS |

| ITEM | PART NUMBER / DESCRIPTION | REV. | QTY. | UNIT | EXT. AMOUNT | S.T. |
|---|---|---|---|---|---|---|
| 9 | A3014040-9<br>CABLE ASSY, CX-13303/VRC, 4 FT 6 IN<br>CLIN 1006<br>DO-A7 RATING QAP-01 APPLIES<br>Packing Slip: 8819 | N | 12.00 | $108.37 | $1,300.44 | |
| 10 | A3014040-9<br>CABLE ASSY, CX-13303/VRC, 4 FT 6 IN<br>CLIN 1006<br>DO-A7 RATING QAP-01 APPLIES<br>Packing Slip: 8819 | N | 95.00 | $108.37 | $10,295.15 | |
| 18 | A3014040-9<br>CABLE ASSY, CX-13303/VRC, 4 FT 6 IN<br>CLIN 1006<br>DO-A7 RATING QAP-01 APPLIES<br>Packing Slip: 8819 | N | 5.00 | $108.37 | $541.85 | |

DO-A7
252.225-7000, 252.225-7001, 252.216-7006, 252.204-7008, 252.204-7012, 252.232-7006, 252.232-7003, 252.203-7000,
52.203-7001, 252.203-7002, 252.203-7003, 252.203-7004, 252.204-7003, 252.204-7009, 252.204-7012,
252.204-7015, 252.205-7000, 252.209-7004, 252.222-7006, 252.225-7001, 252.225-7002, 252.225-7041, 252.225-7048,
252.226-7001, 252.231-7000, 252.232-7003, 252.232-7010, 252.243-7001, 252.243-7002, 252.246-7000, 252.246-7003,
252.246-7008, 252.247-7023, 252.216-7006, 252.211-7005, 252.223-7001
SPRBL1-18-D-0069/SPRBL118F0053

# SMI

**DIV. OF DCX-CHOL ENT. INC.**

**1615 EAST WALLACE STREET**

**FORT WAYNE, IN 46803**

Phone : **(310) 516-1692**

Fax : **260-969-1247**

REMIT TO:

SMI DIVISION OF DCX-CHOL
ENTERPRISES, INC.
12831 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90061

# INVOICE

| | |
|---|---|
| **NUMBER:** | **43077** |
| DATE | 4/17/2019 |
| PAGE | 2 of 2 |

CAGE CODE: 71CU6

**SOLD TO:**

DLA LAND AT ABERDEEN
6001 COMBAT DRIVE ROOM C1-301
APG, MD, 21005-1846

**BILL TO:**

DLA LAND AT ABERDEEN
DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800
USA

**SHIP TO:**

(W25G1U)   SU W1A8 DLA
DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO
134
NEW CUMBERLAND, PA 17070-5002
United States

| | | | |
|---|---|---|---|
| **Attn.** | : JAMES J. REESE | **Attn.** : | **Attn.** : |
| **Phone** | : (443)861-4549 | **Phone** : | **Phone** : |
| **Fax** | : | **Fax** : | **Fax** : |
| **Email** | : JAMES.REESE@DLA.MIL | | |

| P.O. # | S.O. # | REP. | F.O.B. | SHIP VIA. | ACCT. # | TERMS |
|---|---|---|---|---|---|---|
| SPRBL1-18-D-0069 | SMI-SO1538 | | ORIGIN | BEST WAY | | NET 30 DAYS |

| ITEM | PART NUMBER / DESCRIPTION | REV. | QTY. | UNIT | EXT. AMOUNT | S.T. |
|---|---|---|---|---|---|---|

**WARNING -- The export of the commodities described herein, either in their original form or after being incorporated through an intermediate process, is restricted by the Arms Export Control Act (Title 22, U.S.C., Sec 2751, et seq.) or the Export Administration Act of 1979, as amended, Title 50, U.S.C., App. 2401 et seq. Violations of these export laws are subject to severe criminal penalties.**

| | | |
|---|---|---|
| **CONTRACT MANAGER:** | SUBTOTAL : $ | 12,137.44 |
| **PHONE:** | SALES TAX : $ | 0.00 |
| **EMAIL:** | FREIGHT : $ | 0.00 |
| | P.P.D. AMT. : $ | 0.00 |
| **SIGNATURE:** | MISC. : $ | 0.00 |
| DOC #AF 011 | **TOTAL : $** | **12,137.44** |

# SMI

**DIV. OF DCX-CHOL ENT. INC.**

**1615 EAST WALLACE STREET**

**FORT WAYNE, IN 46803**

**Phone : (310) 516-1692**

**Fax : 260-969-1247**

REMIT TO:

SMI DIVISION OF DCX-CHOL
ENTERPRISES, INC.
12831 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90061

# INVOICE

| | |
|---|---|
| **NUMBER:** | **43078** |
| DATE | 4/17/2019 |
| PAGE | 1 of 1 |

CAGE CODE: 71CU6

**SOLD TO:**

DLA LAND AT ABERDEEN
6001 COMBAT DRIVE ROOM C1-301
APG, MD, 21005-1846

**BILL TO:**

DLA LAND AT ABERDEEN
DFAS-INDY VP GFEBS
8899 E. 56TH STREET
INDIANAPOLIS IN 46249-3800
USA

**SHIP TO:**

(W25G1U)   SU W1A8 DLA
DISTRIBUTION
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 TO
134
NEW CUMBERLAND, PA 17070-5002
United States

| | | | |
|---|---|---|---|
| **Attn.** | : JAMES J. REESE | **Attn.** : | **Attn.** : |
| **Phone** | : (443)861-4549 | **Phone** : | **Phone** : |
| **Fax** | : | **Fax** : | **Fax** : |
| **Email** | : JAMES.REESE@DLA.MIL | | |

| P.O. # | S.O. # | REP. | F.O.B. | SHIP VIA. | ACCT. # | TERMS |
|---|---|---|---|---|---|---|
| SPRBL1-18-D-0069 | SMI-SO1538 | | ORIGIN | BEST WAY | | NET 30 DAYS |

| ITEM | PART NUMBER / DESCRIPTION | REV. | QTY. | UNIT | EXT. AMOUNT | S.T. |
|---|---|---|---|---|---|---|
| 19 | A3014040-9 | N | 138.00 | $108.37 | $14,955.06 | |
| | CABLE ASSY, CX-13303/VRC, 4 FT 6 IN | | | | | |
| | CLIN 1006 | | | | | |
| | DO-A7 RATING QAP-01 APPLIES | | | | | |

**Packing Slip:** 8820

DO-A7
252.225-7000, 252.225-7001, 252.216-7006, 252.204-7008, 252.204-7012, 252.232-7006, 252.232-7003, 252.203-7000,
52.203-7001, 252.203-7002, 252.203-7003, 252.203-7004, 252.204-7003, 252.204-7004, 252.204-7009, 252.204-7012,
252.204-7015, 252.205-7000, 252.209-7004, 252.222-7006, 252.225-7001, 252.225-7002, 252.225-7041, 252.225-7048,
252.226-7001, 252.231-7000, 252.232-7003, 252.232-7010, 252.243-7001, 252.243-7002, 252.246-7000, 252.246-7003,
252.246-7008, 252.247-7023, 252.216-7006, 252.211-7005, 252.223-7001
SPRBL1-18-D-0069/SPRBL118F0053

**WARNING -- The export of the commodities described herein, either in their original form or after being
incorporated through an intermediate process, is restricted by the Arms Export Control Act (Title 22, U.S.C.,
Sec 2751, et seq.) or the Export Administration Act of 1979, as amended, Title 50, U.S.C., App. 2401 et seq.
Violations of these export laws are subject to severe criminal penalties.**

| CONTRACT MANAGER: | | | |
|---|---|---|---|
| | SUBTOTAL | : $ | 14,955.06 |
| PHONE: | SALES TAX | : $ | 0.00 |
| | FREIGHT | : $ | 0.00 |
| EMAIL: | P.P.D. AMT. | : $ | 0.00 |
| | MISC. | : $ | 0.00 |
| SIGNATURE: | TOTAL | : $ | 14,955.06 |

DOC #AF 011

## Vendor - Receiving Report

### [-]Document Information

| Contract Number Type | Contract Number | Delivery Order | Reference Procurement Identifier | Effective Date | Inspection Point | Acceptance Point |
|---|---|---|---|---|---|---|
| DoD Contract (FAR) | SPRBL118F0053 | | SPRBL118D0069 | 2018/09/14 | S | S |

| Shipment Number | Shipment Date | Final Shipment | Estimated Delivery Date | Supplies | Service |
|---|---|---|---|---|---|
| SMI0007 | 2019/04/18   E | N | | ◉ | ○ |

| Invoice Number | | Invoice Date | Final Invoice |
|---|---|---|---|
| 43077 | | 2019/04/17 | N |

| Submit Transportation Data Later | Transportation Account Code | TCN | Gross Weight | Cube | Transportation Method/Type | Serial Shipping Container Code | FOB | CoC | ARP |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | | | | | | | S | ○ | ○ |

| Transportation Leg | Standard Carrier Alpha Code | Bill of Lading Number | Bill of Lading Type |
|---|---|---|---|
| | | | |

| Secondary Transportation Tracking Number | Tracking Type | Tracking Description |
|---|---|---|
| | | |

Special Package Markings / Special Handling Requirements

| Summary of Detail Level Information | Total ($) |
|---|---|
| 1 CLIN/SLIN(s) | 27,092.50 |

### [-]Line Item Information

| Item No. | Product/Service ID | Qualifier | NSP | Qty. Shipped | Unit of Measure | UofM Code | Unit Price ($) | Qty. Received | Qty. Accepted | Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1006 | 5995013009324 | FS | N | 250 | Each | EA | 108.37 | | 250 | 27,092.50 |

| SDN | ACRN | AAI | GFE | Advice Code | Project Code | Multi-Box Pack Ind. | PR Number |
|---|---|---|---|---|---|---|---|
| | AA | | N | | | N | C98CAG669M |

Special Package Markings / Special Handling Requirements

Type Designation Method

Type Designation Value

| Additional Product/Service ID | Qualifier |
|---|---|
| 5995 | FT - FEDERAL SUPPLY CLASSIFICATION |

Description

CABLE ASSEMBLY,CX-13303/VRC==PN:A3014040-9==2 INVOICES APPLIED==INVOICE#'S: 43077, 43078==

| MILSTRIP | MILSTRIP Quantity |
|---|---|
| W15GK88242A103 | 250 |

| Line Item Total ($): | 27,092.50 |
|---|---|

### [-]Address Information

| Prime Contractor | | | | Administered By |
|---|---|---|---|---|
| **CAGE Code** **DUNS** **DUNS + 4** **Extension** | | | | **DoDAAC** |
| 71CU6   079134079 | | | | S3605A |
| **Activity Name 1** | | | | **Activity Name 1** |
| DCX-CHOL ENTERPRISES, INC. | | | | DCMA DAYTON |
| **Activity Name 2** | | | | **Activity Name 2** |
| | | | | |
| **Activity Name 3** | | | | **Activity Name 3** |
| | | | | |
| **Address 1** | | | | **Address 1** |
| 1615 E WALLACE ST | | | | BUILDING 30 AREA A |
| **Address 2** | | | | **Address 2** |
| | | | | 1725 VAN PATTON DR |
| **Address 3** | | | | **Address 3** |

| Address 4 | |
| --- | --- |
| City | State | Zip |
| FORT WAYNE | IN | 46803 |
| Country | Military Location Description |
| USA | |

| Address 4 | |
| --- | --- |
| WRIGHT PATTERSON AFB OH 45433-5302 | |
| City | State | Zip |
| WRIGHT PATTERSON AFB | OH | 45433-5302 |
| Country | Military Location Description |

**Inspect By**

| DoDAAC | Extension |
| --- | --- |
| S3605A | |

Activity Name 1
DCMA DAYTON
Activity Name 2

Activity Name 3

Address 1
BUILDING 30 AREA A
Address 2
1725 VAN PATTON DR
Address 3

Address 4
WRIGHT PATTERSON AFB OH 45433-5302

| City | State | Zip |
| --- | --- | --- |
| WRIGHT PATTERSON AFB | OH | 45433-5302 |
| Country | Military Location Description | |

**Ship To**

| DoDAAC | Extension |
| --- | --- |
| W25G1U | |

Activity Name 1
W1A8 DLA DISTRIBUTION
Activity Name 2

Activity Name 3

Address 1
DDSP NEW CUMBERLAND FACILITY
Address 2
2001 NORMANDY DRIVE DOOR 113 TO 134
Address 3

Address 4
NEW CUMBERLAND PA 17070-5002

| City | State | Zip |
| --- | --- | --- |
| NEW CUMBERLAND | PA | 17070-5002 |
| Country | Military Location Description | |

**Payment Official**

| DoDAAC | Extension |
| --- | --- |
| HQ0337 | |

Activity Name 1
DFAS - COLUMBUS CENTER
Activity Name 2

Activity Name 3

Address 1
NORTH ENTITLEMENT OPERATIONS
Address 2
COLUMBUS OH 43218-2317
Address 3

Address 4
COLUMBUS OH 43218-2317

| City | State | Zip |
| --- | --- | --- |
| COLUMBUS | OH | 43218-2317 |
| Country | Military Location Description | |

**Issue By**

| DoDAAC | |
| --- | --- |
| SPRBL1 | |

Activity Name 1
DLA LAND AT ABERDEEN
Activity Name 2

Activity Name 3

Address 1
DLR PROCUREMENT OPERATIONS - ZL
Address 2
6565 SURVEILLANCE LOOP RM C1-301
Address 3

Address 4
ABER PROV GRD MD 21005

| City | State | Zip |
| --- | --- | --- |
| ABER PROV GRD | MD | 21005 |
| Country | Military Location Description | |

**Accept By**

| DoDAAC | Extension |
| --- | --- |
| S3605A | |

Activity Name 1
DCMA DAYTON
Activity Name 2

**Activity Name 3**

Address 1
BUILDING 30 AREA A
Address 2
1725 VAN PATTON DR
Address 3

Address 4
WRIGHT PATTERSON AFB OH 45433-5302

| City | State | Zip |
|---|---|---|
| WRIGHT PATTERSON AFB | OH | 45433-5302 |
| Country | Military Location Description | |

---

**[-]Misc Information**

**Initiator**

| Name: | Date of Action: | Phone #: | DSN: |
|---|---|---|---|
| Lori Aber | 2019/04/17 0933 MDT | 310-516-1692 | |
| Email: | | Title: | Action(s): |
| loria@dcxchol.com | | Shipping Clerk | [Submitted, Web, Combo] |
| Org Email: | | | |
| lolah@dcxchol.com | | | |
| Attachments: | | | |
| 43077_43078.pdf | | View Attachment | |
| Comments: | | | |

**Inspector**

| Name: | Date of Action: | Phone #: | DSN: |
|---|---|---|---|
| STANLEY SPOTTS | 2019/04/17 1346 MDT | 260-247-9098 | |
| Email: | | Title: | Action(s): |
| stanley.e.spotts2.civ@mail.mil | | Quality Assurance | [Accepted, Processed via EDI] |
| Org Email: | | | |
| S3605A@DCMA.MIL | | | |
| Attachments: | | | |
| Comments: | | | |

**[-]Workflow Information**

**ACTION BY: S3605A**

☑ CQA

☑ Acceptance

☐ Reject to Initiator

Inspection Date

2019/04/17

Has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents

STANLEY SPOTTS

Signature Of Authorized Government Representative

**ACTION BY: Payment Official**

☑ Document Reviewed

☑ Document Processed

☐ Document Suspended

☐ Document Available For Recall

Close

## Vendor - Invoice

### [-]Document Information

| | | | | | |
|---|---|---|---|---|---|
| **Contract Number Type** | **Contract Number** | **Delivery Order** | **Reference Procurement Identifier** | **Effective Date** | **Supplies or Services** |
| DoD Contract (FAR) | SPRBL118F0053 | | SPRBL118D0069 | 2018/09/14 | SPL |
| **Invoice Number** | | **Invoice Date** | **Final Invoice?** | | **Invoice Received Date** |
| 43077 | | 2019/04/17 | N | | 2019/04/17 |

**Summary of Detail Level Information**

| | Total ($) |
|---|---|
| 1 CLIN/SLIN(s) | 27,092.50 |
| 0 Miscellaneous Amount(s) | 0.00 |
| **Document Total ($):** | 27,092.50 |

| **Shipment Number** | **Shipment Date** | **Final Shipment** |
|---|---|---|
| SMI0007 | 2019/04/18 | N |

### [-]Line Item Information

| Item No. | Product/Service ID | Qualifier | Qty. Shipped | Unit of Measure | UofM Code | Unit Price ($) | Qty. Accepted | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 1006 | 5995013009324 | FS | 250 | Each | EA | 108.37 | | 27,092.50 |
| | SDN | | ACRN | | AAI | | PR Number | |
| | | | AA | | | | C98CAG669M | |

**Description**

CABLE ASSEMBLY,CX-13303/VRC==PN:A3014040-9==2 INVOICES APPLIED==INVOICE#'S: 43077, 43078==

| | |
|---|---|
| **Line Item Total ($):** | 27,092.50 |

### [-]Address Information

| Prime Contractor | | | | Administered By | | |
|---|---|---|---|---|---|---|
| **CAGE Code** | **DUNS** | **DUNS + 4** | **Extension** | **DoDAAC** | | |
| 71CU6 | 079134079 | | | S3605A | | |
| **Activity Name 1** | | | | **Activity Name 1** | | |
| DCX-CHOL ENTERPRISES, INC. | | | | DCMA DAYTON | | |
| **Activity Name 2** | | | | **Activity Name 2** | | |
| | | | | | | |
| **Activity Name 3** | | | | **Activity Name 3** | | |
| | | | | | | |
| **Address 1** | | | | **Address 1** | | |
| 1615 E WALLACE ST | | | | BUILDING 30 AREA A | | |
| **Address 2** | | | | **Address 2** | | |
| | | | | 1725 VAN PATTON DR | | |
| **Address 3** | | | | **Address 3** | | |
| | | | | | | |
| **Address 4** | | | | **Address 4** | | |
| | | | | WRIGHT PATTERSON AFB OH 45433-5302 | | |
| **City** | **State** | **Zip** | | **City** | **State** | **Zip** |
| FORT WAYNE | IN | 46803 | | WRIGHT PATTERSON AFB | OH | 45433-5302 |
| **Country** | **Military Location Description** | | | **Country** | **Military Location Description** | |
| USA | | | | | | |

| Ship To | | | Payment Official | |
|---|---|---|---|---|
| **DoDAAC** | **Extension** | | **DoDAAC** | **Extension** |
| W25G1U | | | HQ0337 | |
| **Activity Name 1** | | | **Activity Name 1** | |
| W1A8 DLA DISTRIBUTION | | | DFAS - COLUMBUS CENTER | |
| **Activity Name 2** | | | **Activity Name 2** | |
| | | | | |
| **Activity Name 3** | | | **Activity Name 3** | |
| | | | | |
| **Address 1** | | | **Address 1** | |
| DDSP NEW CUMBERLAND FACILITY | | | NORTH ENTITLEMENT OPERATIONS | |
| **Address 2** | | | **Address 2** | |
| 2001 NORMANDY DRIVE DOOR 113 TO 134 | | | COLUMBUS OH 43218-2317 | |

| Address 3 | | | | Address 3 | | |
| Address 4 | | | | Address 4 | | |
| NEW CUMBERLAND PA 17070-5002 | | | | COLUMBUS OH 43218-2317 | | |
| City | State | Zip | | City | State | Zip |
| NEW CUMBERLAND | PA | 17070-5002 | | COLUMBUS | OH | 43218-2317 |
| Country | Military Location Description | | | Country | Military Location Description | |

| | Issue By | | | | Accept By | |
| DoDAAC | | | | DoDAAC | Extension | |
| SPRBL1 | | | | S3605A | | |
| Activity Name 1 | | | | Activity Name 1 | | |
| DLA LAND AT ABERDEEN | | | | DCMA DAYTON | | |
| Activity Name 2 | | | | Activity Name 2 | | |
| Activity Name 3 | | | | Activity Name 3 | | |
| Address 1 | | | | Address 1 | | |
| DLR PROCUREMENT OPERATIONS - ZL | | | | BUILDING 30 AREA A | | |
| Address 2 | | | | Address 2 | | |
| 6565 SURVEILLANCE LOOP RM C1-301 | | | | 1725 VAN PATTON DR | | |
| Address 3 | | | | Address 3 | | |
| Address 4 | | | | Address 4 | | |
| ABER PROV GRD MD 21005 | | | | WRIGHT PATTERSON AFB OH 45433-5302 | | |
| City | State | Zip | | City | State | Zip |
| ABER PROV GRD | MD | 21005 | | WRIGHT PATTERSON AFB | OH | 45433-5302 |
| Country | Military Location Description | | | Country | Military Location Description | |

[-]Misc Information

**Initiator**

| Name: | Date of Action / IRD: | Phone #: | DSN: |
| Lori Aber | 2019/04/17 0933 MDT / 2019/04/17 0933 MDT | 310-516-1692 | |
| Email: | | Title: | Action(s): |
| loria@dcxchol.com | | Shipping Clerk | [Submitted, Web, Combo, Processed via EDI upon Inspection of associated RR on 2019/04/17] |
| Org Email: | | | |
| lolah@dcxchol.com | | | |
| Attachments: | | | |
| 43077_43078.pdf | | View Attachment | |
| Comments: | | | |

[-]Workflow Information

ACTION BY: Payment Official

☑ Document Accepted
☑ Document Processed
☐ Document Rejected
☐ Document Suspended

Close

# DSS/VSM PACKING LIST

| FROM:   71CU6 | SHIP TO:   W25G1U |
|---|---|
| SMI DIV. OF DCX-CHOL, INC.<br>1615 E. WALLACE ST.<br>FORT WAYNE              IN 46803 | W1A8 DLA DISTRIBUTION<br>DDSP NEW CUMBERLAND FACILITY<br>2001 NORMANDY DRIVE DOOR 113 TO 134<br>NEW CUMBERLAND           PA 17070-5002 |

| CONTRACT NO. | RELEASE NO. | CLIN | TCN | IPG | RDD | PROJ |
|---|---|---|---|---|---|---|
| SPRBL118F0053 | | 1006 | W25G1U90700515XKX | 2 | | |

| PIECE NUMBER | NUMBER OF PIECES | NUMBER OF LINES | WEIGHT | CUBE | DATE PACKED | DATE SHIPPED |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 340 | 42 | 2019107 | 2019107 |

| DOC NO./SUFF | FSC / NIIN / PART NO. | NOUN | QUANTITY | UI |
|---|---|---|---|---|
| W25G1U90700515 | 71CU6A3014040-9 | MIL CARGO | 250 | EA |

*** END OF LIST ***

**5995-01-300-9324**

**CAGE  71CU6**

**CABLE ASSY, CX-13292/VRC**

71CU6

P/N: **6A3014040-9**

**250         EA**

**SPRBL1-18-F-0053**

SPRBL118F0053

**CP   -  3/19**

WT  **340**            **CU  42**

DD FORM 1387, JAN

| 1. TCN | | 14. DATE 2019107 |
| --- | --- | --- |
| **W25G1U90700515XKX** | | 11. RDD |

| 3. FROM 71CU8 SMI DIV. OF DCX-CHOL, INC. 1615 E. WALLACE ST. FORT WAYNE          IN 46803 310-516-1692 | 2. POSTAGE DATA |
| --- | --- |

| 5. SHIP TO/POE W1A8 DLA DISTRIBUTION DDSP NEW CUMBERLAND FACILITY 2001 NORMANDY DRIVE DOOR 113 TO 134 NEW CUMBERLAND       PA 17070-5002 | 16. PIECES 00001 OF 00001 |
| --- | --- |
| W25G1U | 8. PROJECT | 6. TRANSP PRIORITY |
| 7. POD | 15. FMS CASE | **2** |

| 9. ULTIMATE CONSIGNEE OR MARK FOR W25G1U W1A8 DLA DISTRIBUTION DDSP NEW CUMBERLAND FACILITY 2001 NORMANDY DRIVE DOOR 113 TO 134 NEW CUMBERLAND       PA 17070-5002 | **W25G1U** |
| --- | --- |

| 18. TCMD/SUPPLY INFO | 10. WT/CU THIS PC 340  42 |
| --- | --- |
| | 4. TYPE SERVICE |
| | 13. CHARGES |
| | CN: 18094517 |
| | VRN: |
| | Spur: |
| | CD: |
| | **ORIGINAL** |

# GLOBALTRANZ

**Straight Bill of Lading - Short Form - Original - Not Negotiable**

**BOL NO : 17465147**

Phone : (805) 338-1194
Fax : (623) 209-0093

| Shipper | SMI DIV. OF DCX-CHOL |
|---|---|
| Address: | 1615 E. WALLACE ST. |
| | Fort Wayne, IN 46803 |
| Country: | USA |
| Contact Name: | ATTN : LORI ABER |
| Phone No: | (310) 516-1692x294 |
| Fax No: | (260) 969-1247 |

| Carrier: | Pitt Ohio | |
|---|---|---|
| PO # : SPRBL1-18-F-0053 | | Shipment Date: 04/18/2019 |
| Shipper Ref #: SMI-SO1538 | | Est. Transit Days: 1 day(s) |
| | | Carrier PRO #: |
| Origin Terminal: | | Destination Terminal: |
| P:(419) 729-8173 | | P:(717) 558-8473 |

| Consignee | W1A8 DLA DISTRIBUTION |
|---|---|
| Address: | 2001 NORMANDY DRIVE |
| | DOOR 113 TO 134 |
| | New Cumberland, PA 17070 |
| Country: | USA |
| Contact Name: | DDSP NEW CUMBERLAND FACILITY |
| Phone No: | (800) 307-8496 |
| Fax No: | |

**Third Party Billing Information :**

All charges prepaid to :

**GlobalTranz**

**PO Box 6348**

**Scottsdale AZ 85261**

Direct billing inquiries to : (866) 275-1407

**GTZ BOL NO : 17465147**

PITT OHIO                                    (Apply to B/L) P&D Pro#

TOL - 5024684153

This shipment is subject exclusively to the Uniform Bill of Lading, the liability limitations and all other applicable provisions of this carrier's individual tariffs including current NMCF 100.

**Comments/Special Instructions:**

| Package Name | Pallets | Pieces | HM | Description | Weight | Class | Length | Width | Height | NMFC# |
|---|---|---|---|---|---|---|---|---|---|---|
| Pallets(40x48) | 1 | 10 | | CABLE ASSEMBLIES | 340 lbs | 100 | 40 In | 48 In | 37 In | 61130-2 |
| Total: | 1 | 10 | | | 340 lbs | | | | | |

Any problems with delivery, please contact Robyn Randolph at rrandolph@globaltranz.com or (805) 338-1194.

The authorized signatories signing this document on behalf of its company consents and bind its company to the terms and conditions found on www.carrierrate.com.

**Shipper Certification :** I hereby certify that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packaged, marked and labeled and in proper condition for carriage by land/air according to applicable national governmental regulations.

Shipper's Signature: _____  Date: 4/18/19   Trailer#: _____

Driver's Signature: _____  Date: 4/18   Trailer#: _____

**Drivers Certification :** Carrier acknowledges receipt of packages in good order, condition and quantity unless otherwise stated hereon. Carrier certifies emergency response information and required placards were made available and/or carrier has the D.O.T. emergency response guidebook or equivalent in the vehicle.

Consignee Signature: _____  Print Name: _____

Company Name: _____  Date: _____

Permanent post-office address of the Shipper:

* Mark with "X" to designate material as defined in Title 49 CFR

Date: _~1-28-20~_

**CX** CHOI ENTERPRISES, INC.
**SMI DIVISION**

Customer:
**Government**

### Shipping Instructions / Quality Audit Data Sheet

Assembly No: _A301404-9_  Job No: _1538_  Auditor: _BJX_
PO No: _SPRBC1-18-F-0053_  Line #: _9,10,18,19_ QTY: _250_

**Note: Only 1 lot is permitted at each station.**

1. Verify caps/netting are on assembly.  Return to QA if any are missing.   Initial: _____

2. Create Box:
   a.  Package according to contract
   b.  Create 2 packing slips in Syteline; 2 C of C's; 1 box label per contract   Initial: _____
   **Note: If Source Inspection is required, then do the following:**
   a.  Create 2 packing slips in Syteline; 2 C of C's; 1 box label per contract
   b.  Package according to contract   Initial: _____

3. Invoice.   Initial: _____

4. Weight count / finish packing (refer to instructions at station).
   All boxes must be weight scaled for count. 2 labels must be printed
   to verify count. (1 on box lid; 1 on pack slip)   Initial: _____

5. Add RFID label.   Initial: _N/A_

6. Enter into Wide Area Workflow (WAWF)   Initial: _____

7. Print report from WAWF
   a.  **If Origin:  Receiving Report with DCMA signature.**
   b.  **If Destination:  Material Inspection Receiving Report; no signature**   Initial: _____

8. Enter contract into VSM.   Initial: _____

9. Print  and copy shipping labels from VSM.   Initial: _____

10. Submit to Dock Audit station and page for dock audit.   Initial: _____

**Note:  Only 1 lot is permitted at Dock Audit Station.  If Dock Audit Station
is occupied, then place lot in Dock Audit Hold area.**

### Boxed in area to be filled out by QA when doing a dock audit.

| Government Dock Audit | Yes | No * | (Final) | N/A |
|---|---|---|---|---|
| Inspection report present and complete (date code/line #)? | ✓ | | | |
| All orange cards complete and signed off? | ✓ | | | |
| Orange card quantity match inspection report, parts in container, packing slip, and C of C? | ✓ | | | |
| Verify bag, box labels/part number and NSN. | ✓ | | | |
| Verify RFID label on box matches WAWF report. | | | | ✓ |
| C of C signed off?  QA Associate / DCMA | ✓ | | | |
| Verify serial numbers on C of C. | | | | ✓ |
| Verify scale label qty to packing slip qty. | ✓ | | | |
| Verify VSM 'Ship To' label matches packing slip. | ✓ | | | |
| Is WAWF report present? | ✓ | | | |
| **Box stamped with dock audit stamp?** | ✓ | | | |
| Lot #:  _10928, 10930  10932 & 10933_ | | | | |

Two signatures required for above operation!   Sign: _Beth Lee Johnson_
Sign: _____

**Note: Close only 1 lot at a time!**

11. After box is stamped with Dock Audit Stamp, verify paperwork matches
    contents of box.   Initial: _____

12. Close box:
    Fill remaining space in box with filler paper.
    Place 1 copy of the packing slip and C of C in packing slip envelope
    and place on top of box.  Place 1 strip of clear tape over packing
    slip envelope to ensure adhesion.   Initial: _____

**Initials verifies the task was performed per work instruction, customer requirements and/or standard operations.

Shipping Qualtiy Audit Data Sheet Gov - Rev 1

| | |
|---|---|
| **From:** | Ruth, Justin D CIV DLA LAND AND MARITIME (US) <justin.ruth@dla.mil> |
| **Sent:** | Thursday, April 25, 2019 4:51 PM |
| **To:** | Erik Laroe |
| **Cc:** | Kim, Hyon Ki CIV USARMY ILSC (USA); Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) |
| **Subject:** | RE: [Non-DoD Source] RE: SPRBL1-18-D-0069 - Non-Conformance to Specifications |

Erik,

I am out of the office tomorrow, but can accommodate a call in the morning if CECOM is available.  If not, I should be available Monday.

Justin

**From:** Erik Laroe <erikl@dcxchol.com>
**Sent:** Thursday, April 25, 2019 4:47 PM
**To:** Ruth, Justin D CIV DLA LAND AND MARITIME (US) <justin.ruth@dla.mil>
**Cc:** Kim, Hyon Ki CIV USARMY ILSC (USA) <hyonki.kim2.civ@mail.mil>; Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) <stanley.u.chan.civ@mail.mil>
**Subject:** [Non-DoD Source] RE: SPRBL1-18-D-0069 - Non-Conformance to Specifications

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---

Good afternoon,

SMI will hold shipment on these parts until the issue is resolved. In addition to the information I have previously supplied, below is a list of contracts in which SMI has built and shipped these cables to DLA, Harris (custodian of the assembly drawing), Northrop Grumman, and more in which we have manufactured these cables without the 45 Degree Elbow with zero returns.

Sentry Manufacturing – Cage Code 4M786, which evolved into Stuart Manufacturing, who was bought out by DCX is listed on the Assembly Drawings as Approved Sources of Supply.

Would you all be available for a phone call tomorrow to discuss this issue? Please let me know your availability and I will send out a meeting notice.

| Contract# | Buyer | Date of Contract | Assembly # |
|---|---|---|---|
| SPE4A514M8313 | TWIN SERVICES | 8/20/2014 | A3014040-13 |
| SPE4A514M8313 | TWIN SERVICES | 8/20/2014 | A3014040-13 |
| M67854-18-C-0007 | BAE | 1/30/2019 | A3014040-4 |
| M67854-18-C-0007 | BAE | 1/30/2019 | A3014040-4 |
| SPE4A6-18-P-J611 | DLA AVIATION | 6/21/2018 | A3014040-12 |

| | | | |
|---|---|---|---|
| SPE4A6-18-P-J611 | DLA AVIATION | 6/21/2018 | A3014040-12 |
| W56HZV-14-D-0065 | NORTHRUP GRUMMAN | 1/30/2017 | A3014040-9 |
| W56HZV-14-D-0065 | NORTHRUP GRUMMAN | 3/7/2016 | A3014040-9 |
| W56HZV-14-D-0065 | NORTHRUP GRUMMAN | 3/7/2016 | A3014040-9 |
| W56HZV-14-D-0065 | NORTHRUP GRUMMAN | 12/9/2015 | A3014040-9 |
| SPE4A6-15-M-C389 | DLA AVIATION | 7/14/2015 | A3014040-13 |
| W56HZV-13-D-00-08 | GDLS | 2/9/2015 | A3014040-11 |
| W56HZV-14-D-0065 | NORTHRUP GRUMMAN | 7/14/2014 | A3014040-9 |
| W56HZV-13-C-0098 | GDLS | 3/4/2014 | A3014040-9 |
| | 2/18/2019 | HARRIS | 8164396-1 |
| | 1/17/2019 | HARRIS | 8164396-18 |
| | 1/8/2019 | HARRIS | 8164396-18 |
| | 1/7/2019 | HARRIS | 8164396-1 |
| | 10/22/2018 | HARRIS | 8164396-18 |
| | 10/22/2018 | HARRIS | 8164396-18 |
| | 8/8/2018 | HARRIS | 8164396-18 |
| | 6/27/2018 | HARRIS | 8164396-1 |
| | 6/27/2018 | HARRIS | 8164396-1 |
| | 5/29/2018 | HARRIS | 8164396-7 |
| | 5/29/2018 | HARRIS | 8164396-7 |
| | 5/2/2017 | HARRIS | 8164396-18 |
| | 5/2/2017 | HARRIS | 8164396-18 |
| | 6/9/2015 | HARRIS | 8164396-18 |
| | 8/4/2014 | HARRIS | 8164396-17 |
| | 1/3/2014 | HARRIS | 8164396-9 |

| Contract# | Buyer | Date of Contract | Assembly # |
|---|---|---|---|
| SPE4A6-19-D-0137 | 3/6/2019 | DLA AVIATION | A3014038-1 |
| SPE4A6-19-F-041X | 2/15/2019 | DLA AVIATION | A3014038-13 |
| SPE4A6-19-P-8948 | 2/12/2019 | DLA AVIATION | A3014038-7 |
| M67854-18-C-0007 | 1/3/2019 | BAE | A3014038-5 |
| SPE4A6-19-P-4759 | 12/13/2018 | DLA AVIATION | A3014038-1 |
| SPE4A6-19-P-4759 | 12/13/2018 | DLA AVIATION | A3014038-1 |
| SPE4A6-17-D-0198 | 11/6/2018 | DLA AVIATION | A3014038-13 |
| | 10/22/2018 | HARRIS | A3014038-4 |
| SPE4A6-18-F-099D | 3/27/2018 | DLA AVIATION | A3014038-13 |
| SPE4A6-18-F-5883 | 1/3/2018 | DLA AVIATION | A3014038-13 |
| SPE4A6-18-F-4947 | 1/3/2018 | DLA AVIATION | A3014038-13 |
| SPE4A6-18-F-0695 | 8/8/2017 | DLA AVIATION | A3014038-13 |

| SPE4A6-18-F-0695 | 8/8/2017 | DLA AVIATION | A3014038-13 |
| | | HARRIS | A3014038-4 |
| SPE4A6-16-M-K652 | 9/6/2016 | DLA AVIATION | A3014038-13 |
| SPE4A6-16-M-K652 | 9/6/2016 | DLA AVIATION | A3014038-13 |
| SPE4A4-16-V-8373 | 4/8/2016 | DLA AVIATION | A3014038-10 |
| SPE4A6-16-M-9025 | 3/16/2016 | DLA AVIATION | A3014038-3 |
| SPE4A6-16-M-9025 | 3/16/2016 | DLA AVIATION | A3014038-3 |
| SPE4A4-16-V-1169 | 10/28/2015 | DLA AVIATION | A3014038-10 |
| W911KF2D00001 | 3/12/2014 | BAE | A3014038-12 |
| | 2/18/2019 | HARRIS | 8164394-3 |
| | 8/8/2019 | HARRIS | 8164394-16 |
| | 6/27/2018 | HARRIS | 8164394-3 |
| | 6/27/2018 | HARRIS | 8164394-3 |
| | 6/27/2018 | HARRIS | 8164394-3 |
| | 6/27/2018 | HARRIS | 8164394-3 |
| | 6/27/2018 | HARRIS | 8164394-3 |
| | 9/2/2015 | HARRIS | 8164394-10 |
| | 7/8/2015 | HARRIS | 8164394-1 |
| | 6/9/2015 | HARRIS | 8164394-16 |
| | 10/30/2018 | HARRIS | 8164394-2 |
| | 12/23/2014 | HARRIS/ITT EXELIS | 8164394-4 |
| | 9/8/2014 | HARRIS/ITT EXELIS | 8164394-4 |
| | 9/8/2014 | HARRIS/ITT EXELIS | 8164394-5 |
| | 9/8/2014 | HARRIS/ITT EXELIS | 8164394-6 |
| | 9/8/2014 | HARRIS/ITT EXELIS | 8164394-12 |
| | 9/8/2014 | HARRIS/ITT EXELIS | 8164394-15 |
| | 6/30/2014 | HARRIS/ITT EXELIS | 8164394-1 |
| | 5/14/2014 | HARRIS/ITT EXELIS | 8164394-4 |
| | 5/14/2014 | HARRIS/ITT EXELIS | 8164394-5 |
| | 5/9/2014 | HARRIS/ITT EXELIS | 8164394-1 |
| | 4/3/2014 | HARRIS/ITT EXELIS | 8164394-6 |
| | 4/3/2014 | HARRIS/ITT EXELIS | 8164394-6 |
| | 4/3/2014 | HARRIS/ITT EXELIS | 8164394-16 |
| | 4/2/2014 | HARRIS/ITT EXELIS | 8164394-12 |
| | 12/23/2013 | HARRIS/ITT EXELIS | 8164394-12 |

**Thank you,**
**Erik LaRoe**
V.P./General Manager
SMI Division of DCX-CHOL Enterprises, Inc.
1615 East Wallace St., Fort Wayne, IN 46803
310-516-1692 ext 264
erikl@dcxchol.com < Caution-mailto:erikl@dcxchol.com >



**From:** Ruth, Justin D CIV DLA LAND AND MARITIME (US) [Caution-mailto:justin.ruth@dla.mil]
**Sent:** Thursday, April 25, 2019 4:05 PM
**To:** Erik Laroe
**Cc:** Kim, Hyon Ki CIV USARMY ILSC (USA); Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA)
**Subject:** SPRBL1-18-D-0069 - Non-Conformance to Specifications

Erik,

It has come to my attention that DCX-CHOL has potentially shipped items that do not conform to the subject contract.  Specifically, cables appear to have been delivered to the Government that do not have a required 45 degree elbow installed.  The Government is currently investigating the issue.  DCX-CHOL must refrain from shipping any further cables that do not have the 45 degree elbow, which is required in the specifications, until this issue is rectified.

Cables that do conform to the specifications and do have a 45 degree elbow installed will be accepted by the Government.

As we discussed today, you will be reaching out to schedule a teleconference between DCX, CECOM, and DLA.  The POCs that should be on that phone call are cc'ed on this email.

Please let me know if you have any questions.

Justin D. Ruth
Supervisory Contracting Officer
DLA Land at Aberdeen
6565 Surveillance Loop, Bldg 6001, RM C1-301
Aberdeen Proving Ground, MD 21005-1846
Office: (443) 861-4533
Mobile: (443) 686-2313
Justin.Ruth@dla.mil


Technical data included in this e-mail may be Export-Controlled and subject to the Arms Export Control Act (Title 22, U.S.C., sec 2751 et seq.) or the Export Administration Act of 1979, as amended seq.

This information or element thereof, in any form, shall not be disclosed to a foreign person (including foreign person employees), entity, or exported from the United States without U.S. Government authority and the express written authorization of DCX-CHOL Enterprises, Inc.

This document may contain DCX-CHOL Enterprises, Inc. Proprietary Information and is to be used only for the purposes for which it has been supplied and is not to be duplicated or disclosed in whole or in part without written permission from a duly authorized representative of DCX-CHOL Enterprises, Inc.

If you feel you have received this email in error please contact the DCX-CHOL Policy Enforcement Team at 310-516-1692 ext 657 . If you need to contact DCX-Chol Enterprises, Inc. please call 310-516-1692.

| | |
|---|---|
| **From:** | Kim, Hyon Ki CIV USARMY ILSC (USA) <hyonki.kim2.ci @mail.mil> |
| **Sent:** | riday, April 19, 2019  : 4 PM |
| **To:** | Erik Laroe |
| **Cc:** | Ruth, Justin D CIV DLA LAND AND MARITIME (US) |
| **Subject:** | : SPRBL1-18-D-0069 Production Issues |
| **m ort nce:** | Hi h |

Erik,

I m being informed cable being produced and delivered ( A3014040    NIIN 013009324 CLIN 1006) does not meet the specification.  Request DCX take immediate action to verify our finding and let us know ASAP.  In the meantime I suggest any deliveries being processed be halted until this concern has been resolved.

I have included Mr. Justin Ruth  Supervisory Contracting Officer at DLA Land at Aberdeen in cc line for any question you may have.

v/r,

Hyon Ki Kim
Ch, VHF/AMF Br, C3T Dir
AMEL-LCC-RV
(443)395-8165, DSN 648-8165
hyonki.kim@us.army.mil
hyonki.kim2.civ@mail.mil


-----Original Message-----
From: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA)
Sent: Friday, April 19, 2019 2:53 PM
To: Crouch, Matthew B CIV DLA LAND AND MARITIME (USA) <Matthew.Crouch@dla.mil>
Cc: Boutchyard, Theresa I CIV DLA LAND AND MARITIME (USA) <theresa.i.boutchyard.civ@mail.mil>; Ruth, Justin D CIV DLA LAND AND MARITIME (US) <justin.ruth@dla.mil>; Kim, Hyon Ki CIV USARMY ILSC (USA) <hyonki.kim2.civ@mail.mil>; Siegel, Cathy L CIV (USA) <cathy.l.siegel2.civ@mail.mil>; Yanosik, David W CIV USARMY CCDC C5ISR (USA) <david.w.yanosik.civ@mail.mil>
Subject: SPRBL1-18-D-0069 Production Issues
Importance: High

Matthew,

We just found out that the cable (NIIN 013009324 CLIN 1006) the contractor has delivered to the Government under subject contract didn t meet our contract requirements.  In accordance with the drawing (A3014040), the cable shall constructed with a 35 degree elbow.  However, the contractor has delivered this cable without a 45 degree elbow. Please contact the contractor and inform them this issue.  The contractor shall stop manufacture this cable without the 45 degree elbow immediately and shall also stop shipping this cable.  Currently the contractor has delivery 450 units of this cable to the Government.  The Government reserves the right to require the contractor to re-work those cables have been delivered to the Government.  Thanks.

Stanley U. Chan
Electronics Engineer Supporting ILSC C3T Directorate Tactical Radio Branch, Command, Control, Communications
Avionics Division C5ISR Center, Product Realization Systems Engineering      uality Directorate U.S. Army Combat
Capabilities Development Command (DEVCOM) Office       (443) 395-6364 Mobile       (347) 228-6872
stanley.u.chan.civ@mail.mil

| Order | Line | Item | Item Description |
|---|---|---|---|
| SMI-SO390A | 1 | A3014040-13 | CABLE ASSY, CX-13303/VRC, 9FT 0 IN |
| SMI-SO1789 | 1 | A3014038-1 | CABLE ASSY, CX-13292/VRC, 3 FT 0 IN |
| SMI-SO1718 | 1 | A3014040-15 | CABLE ASSY, CX-13303/VRC, 9 FT 6 IN |
| SMI-SO1703 | 1 | A3014038-13 | CABLE ASSY, CX-13292/VRC, 50 FT 0 IN |
| SMI-SO1702 | 1 | A3014038-13 | CABLE ASSY, CX-13292/VRC, 50 FT 0 IN |
| SMI-SO1697 | 1 | A3014039-2 | CABLE ASSY, CX-13302/VRC, 13 FT 0 IN |
| SMI-SO1663 | 1 | A3014044-6 | CABLE ASSY, CX-13300/VRC, 4 FT 0 IN |
| SMI-SO1662 | 1 | A3014038-1 | CABLE ASSY, CX-13292/VRC, 3 FT 0 IN |
| SMI-SO1657 | 1 | A3014039-5 | CABLE ASSY, CX-13302/VRC, 6 FT 0 IN |
| SMI-SO1657 | 2 | A3014039-5 | CABLE ASSY, CX-13302/VRC, 6 FT 0 IN |
| SMI-SO1652 | 1 | A3014033-1 | CABLE ASSY, CX-13298/VRC,  0 FT 5.5 IN |
| SMI-SO1644 | 1 | A3014038-13 | CABLE ASSY, CX-13292/VRC, 50 FT 0 IN |
| SMI-SO1641 | 1 | A3014038-7 | CABLE ASSY, CX-13292/VRC, 5 FT 0 IN |
| SMI-SO1637 | 1 | A3014040-4 | CABLE ASSY, CX-13303/VRC, 4 FT 0 IN |
| SMI-SO1618 | 1 | A3014039-3 | CABLE ASSY, CX-13302/VRC, 3 FT 0 IN |
| SMI-SO1618 | 2 | A3014039-3 | CABLE ASSY, CX-13302/VRC, 3 FT 0 IN |
| SMI-SO1588 | 1 | A3014039-2 | CABLE ASSY, CX-13302/VRC, 13 FT 0 IN |
| SMI-SO1588 | 2 | A3014039-2 | CABLE ASSY, CX-13302/VRC, 13 FT 0 IN |
| SMI-SO1576 | 1 | A3014039-3 | CABLE ASSY, CX-13302/VRC, 3 FT 0 IN |
| SMI-SO1574 | 1 | A3014038-13 | CABLE ASSY, CX-13292/VRC, 50 FT 0 IN |
| SMI-SO1558 | 2 | A3014038-4 | CABLE ASSY, CX-13292/VRC, 14 FT 0 IN |
| SMI-SO1488 | 2 | A3014035-5 | CABLE ASSY, CX-13290/VRC, 6 FT |
| SMI-SO1480 | 1 | A3014040-12 | CABLE ASSY, CX-13303/VRC, 8 FT 0 IN |
| SMI-SO1480 | 2 | A3014040-12 | CABLE ASSY, CX-13303/VRC, 8 FT 0 IN |
| SMI-SO1458 | 1 | A3014033-4 | CABLE ASSY, CX-13298/VRC, 1 FT 3 IN |
| SMI-SO1423 | 1 | A3014038-13 | CABLE ASSY, CX-13292/VRC, 50 FT 0 IN |
| SMI-SO1411 | 1 | A3014033-1 | CABLE ASSY, CX-13298/VRC,  0 FT 5.5 IN |
| SMI-SO1376 | 1 | A3014041-1 | CABLE ASSY, CX-13304/VRC, 9 FT 0 IN |
| SMI-SO1375 | 1 | A3014041-1 | CABLE ASSY, CX-13304/VRC, 9 FT 0 IN |
| SMI-SO1371 | 1 | A3014038-13 | CABLE ASSY, CX-13292/VRC, 50 FT 0 IN |
| SMI-SO1370 | 1 | A3014038-13 | CABLE ASSY, CX-13292/VRC, 50 FT 0 IN |
| SMI-SO1294 | 1 | A3014038-3 | CABLE ASSY, CX-13292/VRC, 6 FT 0 IN |
| SMI-SO1292 | 1 | A3014038-13 | CABLE ASSY, CX-13292/VRC, 50 FT 0 IN |

| | | | |
|---|---|---|---|
| SMI-SO1292 | 2 | A3014038-13 | CABLE ASSY, CX-13292/VRC, 50 FT 0 IN |
| SMI-SO1217 | 1 | A3014038-4 | CABLE ASSY, CX-13292/VRC, 14 FT 0 IN |
| SMI-SO1203 | 1 | A3014039-5 | CABLE ASSY, CX-13302/VRC, 6 FT 0 IN |
| SMI-SO1203 | 2 | A3014040-9 | CABLE ASSY, CX-13303/VRC, 4 FT 6 IN |
| SMI-SO1160 | 1 | A3014044-2 | CABLE ASSY, CX-13300/VRC, 3 FT 0 IN |
| SMI-SO1148 | 1 | A3014044-2 | CABLE ASSY, CX-13300/VRC, 3 FT 0 IN |
| SMI-SO1073 | 1 | A3014038-13 | CABLE ASSY, CX-13292/VRC, 50 FT 0 IN |
| SMI-SO1018 | 1 | A3014039-5 | CABLE ASSY, CX-13302/VRC, 6 FT 0 IN |
| SMI-SO0988 | 1 | A3014038-10 | CABLE ASSY, CX-13292/VRC, 13 FT 0 IN |
| SMI-SO0952 | 1 | A3014040-9 | CABLE ASSY, CX-13303/VRC, 4 FT 6 IN |
| SMI-SO0858 | 1 | A3014040-9 | CABLE ASSY, CX-13303/VRC, 4 FT 6 IN |
| SMI-SO0847 | 1 | A3014044-2 | CABLE ASSY, CX-13300/VRC, 3 FT 0 IN |
| SMI-SO0823 | 1 | A3014038-10 | CABLE ASSY, CX-13292/VRC, 13 FT 0 IN |
| SMI-SO0735 | 1 | A3014040-13 | CABLE ASSY, CX-13303/VRC, 9FT 0 IN |
| SMI-SO0722 | 1 | A3014044-2 | CABLE ASSY, CX-13300/VRC, 3 FT 0 IN |
| SMI-SO0574 | 3 | A3014037-4 | CABLE ASSY, CX-13291/VRC, 7 FT 0 IN |
| SMI-SO0556 | 1 | A3014033-4 | CABLE ASSY, CX-13298/VRC, 1 FT 3 IN |
| SMI-SO0554 | 1 | A3014032-3 | CABLE ASSY,  CG-3856/VRC,  5 FT 0 IN |
| SMI-SO0554 | 6 | A3014037-4 | CABLE ASSY, CX-13291/VRC, 7 FT 0 IN |
| SMI-SO0554 | 8 | A3014040-11 | CABLE ASSY, CX-13303/VRC, 7FT 0 IN |
| SMI-SO0496 | 1 | A3014044-2 | CABLE ASSY, CX-13300/VRC, 3 FT 0 IN |
| SMI-SO0496 | 1 | A3014044-2 | CABLE ASSY, CX-13300/VRC, 3 FT 0 IN |
| SMI-SO0321 | 1 | A3014041-1 | CABLE ASSY, CX-13304/VRC, 9 FT 0 IN |
| SMI-SO0315 | 1 | A3014039-5 | CABLE ASSY, CX-13302/VRC, 6 FT 0 IN |
| SMI-SO0315 | 2 | A3014040-9 | CABLE ASSY, CX-13303/VRC, 4 FT 6 IN |
| SMI-SO0179 | 1 | A3014038-12 | CABLE ASSY, CX-13292/VRC, 8 FT 0 IN |
| SMI-SO0178 | 1 | A3014043-4 | CABLE ASSY, CX-13306/VRC 8 FT 0 IN |
| SMI-SO0156 | 1 | A3014043-4 | CABLE ASSY, CX-13306/VRC 8 FT 0 IN |
| SMI-SO0073 | 1 | A3014037-4 | CABLE ASSY, CX-13291/VRC, 7 FT 0 IN |
| SMI-SO0050 | 2 | A3014037-4 | CABLE ASSY, CX-13291/VRC, 7 FT 0 IN |
| MAS0009498 | 1 | A3014037-1 | CABLE ASSY, CX-13291/VRC, 3 FT 0 IN |
| MAS0009498 | 2 | A3014040-9 | CABLE ASSY, CX-13303/VRC, 4 FT 6 IN |
| MAS0009498 | 3 | A3014044-4 | CABLE ASSY, CX-13300/VRC, 6 FT 0 IN |

| Order Date | Qty Ordered | Qty Shipped | Customer Name |
|---|---|---|---|
| 4/17/2015 | 81 | 81 | Twin Services |
| 10/23/2019 | 430 | 0 | DLA Aviation |
| 6/13/2019 | 99 | 0 | DLA Aviation |
| 5/28/2019 | 200 | 0 | DLA Aviation |
| 5/23/2019 | 200 | 200 | DLA Aviation |
| 5/16/2019 | 66 | 0 | DLA Aviation |
| 3/26/2019 | 28 | 28 | BAE Systems |
| 3/26/2019 | 215 | 215 | DLA Aviation |
| 3/15/2019 | 3 | 0 | DLA Aviation |
| 3/15/2019 | 742 | 0 | DLA Aviation |
| 3/7/2019 | 2,737.00 | 0 | DLA Aviation |
| 2/15/2019 | 200 | 0 | DLA Aviation |
| 2/12/2019 | 166 | 0 | DLA Aviation |
| 2/1/2019 | 30 | 26 | BAE Systems |
| 1/14/2019 | 3 | 0 | StandBuy Distributors Inc |
| 1/14/2019 | 420 | 0 | StandBuy Distributors Inc |
| 11/16/2018 | 3 | 0 | DLA Aviation |
| 11/16/2018 | 159 | 0 | DLA Aviation |
| 11/6/2018 | 500 | 500 | DLA Aviation |
| 11/6/2018 | 267 | 267 | DLA Aviation |
| 10/22/2018 | 21 | 21 | HARRIS CORPORATION, RF COMMUNICATIONS DIVISION |
| 6/28/2018 | 336 | 0 | StandBuy Distributors Inc |
| 6/22/2018 | 3 | 0 | DLA Aviation |
| 6/22/2018 | 199 | 0 | DLA Aviation |
| 5/21/2018 | 24 | 24 | DLA Aviation |
| 3/27/2018 | 200 | 200 | DLA Aviation |
| 2/26/2018 | 7,000.00 | 7,000.00 | DLA Aviation |
| 1/9/2018 | 140 | 140 | HARRIS GLOBAL COMMUNICATIONS, INC. |
| 1/9/2018 | 100 | 100 | HARRIS GLOBAL COMMUNICATIONS, INC. |
| 1/3/2018 | 200 | 200 | DLA Aviation |
| 1/3/2018 | 200 | 200 | DLA Aviation |
| 8/14/2017 | 4 | 4 | SEA WIRE AND CABLES, INC. |
| 8/8/2017 | 292 | 292 | DLA Aviation |

| | | | |
|---|---|---|---|
| 8/8/2017 | 400 | 400 | DLA Aviation |
| 2/24/2017 | 2 | 2 | HARRIS GLOBAL COMMUNICATIONS, INC. |
| 2/2/2017 | 30 | 30 | NORTHROP GRUMMAN CORPORATION |
| 2/2/2017 | 29 | 29 | NORTHROP GRUMMAN CORPORATION |
| 12/6/2016 | 32 | 12 | DLA Aviation |
| 11/29/2016 | 67 | 7 | DLA Aviation |
| 9/6/2016 | 86 | 36 | DLA Aviation |
| 6/2/2016 | 23 | 23 | FALMAT CUSTOM CABLE TECHNOLOGIES |
| 4/8/2016 | 59 | 59 | DLA Aviation |
| 3/15/2016 | 41 | 41 | NORTHROP GRUMMAN CORPORATION |
| 12/9/2015 | 7 | 7 | NORTHROP GRUMMAN CORPORATION |
| 11/24/2015 | 33 | 33 | DLA Aviation |
| 10/28/2015 | 75 | 75 | DLA Aviation |
| 7/16/2015 | 92 | 92 | DLA Aviation |
| 6/29/2015 | 71 | 71 | DLA Aviation |
| 2/24/2015 | 2 | 2 | GENERAL DYNAMICS LAND SYS INC |
| 2/10/2015 | 26 | 26 | DLA Aviation |
| 2/9/2015 | 4 | 4 | GENERAL DYNAMICS LAND SYS INC |
| 2/9/2015 | 38 | 6 | GENERAL DYNAMICS LAND SYS INC |
| 2/9/2015 | 32 | 32 | GENERAL DYNAMICS LAND SYS INC |
| 12/4/2014 | 58 | 58 | Twin Services |
| 12/4/2014 | 58 | 58 | TWIN SERVICES |
| 7/14/2014 | 112 | 112 | Twin Services |
| 7/14/2014 | 568 | 568 | NORTHROP GRUMMAN SYSTEMS CORP |
| 7/14/2014 | 402 | 402 | NORTHROP GRUMMAN SYSTEMS CORP |
| 3/12/2014 | 10 | 10 | BAE SYSYTEMS - SPARE PARTS |
| 3/10/2014 | 5 | 5 | BAE SYSYTEMS - SPARE PARTS |
| 2/19/2014 | 1 | 1 | BAE SYSYTEMS - SPARE PARTS |
| 11/25/2013 | 5 | 5 | GDLS CANADA--AB1 SPARES |
| 11/15/2013 | 2 | 2 | GDLS CANADA--AB1 SPARES |
| 3/4/2013 | 13 | 13 | GDLS CANADA (L01) |
| 3/4/2013 | 13 | 13 | GDLS CANADA (L01) |
| 3/4/2013 | 26 | 26 | GDLS CANADA (L01) |

| Gov Contract Number |
| --- |
| SPE4A5-14-M-8313 |
| SPE4A6-19-D-0137 |
| SPE4A6-19-P-G459 |
| IDIQ#: SPE4A6-17-D-0198 Call Order: SPE4A6-19-F-369R |
| IDIQ#: SPE4A6-17-D-0198 Call Order#: SPE4A6-19-F-1292 |
| SPE4A6-19-P-F337 |
| M67854-18-C-0007 |
| IDIQ#: SPE4A6-19-D-0137 Call Order#: SPE4A6-19-F-176B |
| SPE4A6-19-P-A520 |
| SPE4A6-19-P-A520 |
| SPE4A6-19-D-0107 |
| IDIQ#: SPE4A6-17-D-0198 Call Order: SPE4A6-19-F-041X |
| SPE4A6-19-P-8948 |
| M67854-18-C-0007 |
| SPE4A6-19-P-3851 |
| SPE4A6-19-P-3851 |
| SPE4A6-19-P-2794 |
| SPE4A6-19-P-2794 |
| SPE4A6-19-D-5133 |
| IDIQ#: SPE4A6-17-D-0198 Call Order#: SPE4A6-19-F-2938 |
| Not provided |
| SPE4A6-18-P-H601 |
| SPE4A6-18-P-J611 |
| SPE4A6-18-P-J611 |
| SPE4A6-18-P-F742 |
| IDIQ#: SPE4A6-17-D-0198 Call Order#: SPE4A6-18-F-099D |
| SPE4A6-18-C-0121 |
| Not provided |
| Not provided |
| IDIQ#: SPE4A6-17-D-0198 Call Order#: SPE4A6-18-F-5883 |
| IDIQ#: SPE4A6-17-D-0198 Call Order#: SPE4A6-18-F-4947 |
| Not provided |
| IDIQ#: SPE4A6-17-D-0198 Call No. 0001 |

| |
|---|
| IDIQ#: SPE4A6-17-D-0198 |
| Call Order#: SPE4A6-18-F-0695 |
| Not provided |
| W56HZV-14-D-0065 |
| W56HZV-14-D-0065 |
| SPE4A6-17-P-2583 |
| SPE4A6-17-P-3349 |
| SPE4A6-16-M-K652 |
| Not provided |
| SPE4A4-16-V-8373 |
| Not provided |
| W56HZV-14-D-0065 |
| SPE4A4-16-V-2500 |
| SPE4A4-16-V-1169 |
| SPE4A6-15-M-C389 |
| SPE4A4-15-V-F816 |
| W56HZV-13-D-0008 |
| SPE4A4-15-V-6922 |
| W56HZV-13-D-0008 |
| W56HZV-13-D-0008 |
| W56HZV-13-D-0008 |
| SPE4A4-15-V-3796 |
| SPE4A4-15-V-3796 |
| SPE4A4-14-V-J351 |
| W56HZV-14-D-0065 |
| W56HZV-14-D-0065 |
| W911KF1200001 |
| W911KF1200001 |
| W911KF1200001 |
| Not provided |
| Not provided |
| Not provided |
| Not provided |
| Not provided |



NOTES:

1. CABLE ASSEMBLY SHALL MEET THE REQUIREMENTS OF SPECIFICATION A3014056.

2. MARK CABLE WITH REQUIRED INFORMATION PER CABLE SPECIFICATION A3014056.

3. THIS DRAWING DEPICTS A HARNESS CRITICAL ITEM HCI, ALL CHANGES TO OR PROPOSED SUBSTITUTIONS OF HCI MUST BE EVALUATED FOR HARNESS IMPACTS BY THE ENGINEERING ACTIVITY RESPONSIBLE FOR SURVIVABILITY. HARDNESS VERIFIED BY COMPLIENCE TO A3014056, PARAGRAPH 3.3.1.4 (SHIELDING EFFECTIVENESS).

4. IF 45° TRANSITION IS USED, IT MUST BE CONSTRUCTED SO THAT THE CONNECTOR CAN BE ROTATED 360° AFTER LOOSENING THE RETAINING NUT, AND A FLUID TIGHT SEAL REESTABLISHED AFTER RETIGHTENING OF THE RETAINING NUT.

5. DELETED

6. IDENTIFICATION OF THE APPROVED SOURCE (S) OF SUPPLY HEREON IS NOT TO BE CONSTRUED AS A GUARANTEE OF PRESENT OR CONTINUED AVAILABILITY AS A SOURCE OF SUPPLY FOR THE ITEM DESCRIBED ON THE DRAWING.

APPROVED SOURCE(S) OF SUPPLY

(A)
ICORE INTERNATIONAL INC.
180 N WOLFE ROAD
SUNNYVALE, CA 94086
CAGE: 05595

(B)
SENTRY MANUFACTURING
1321 E WALLACE ST
FORT WAYNE, IN 46803
CAGE: 4M786

(C) TELEDYNE AEROSPACE SYS.
P.O. BOX 998
1007 E. 12TH ST.
FAIRMONT, MN 56031
CAGE: 24600

(D) MIDCON CABLES CO.
2500 DAVIS BLVD.
P.O. BOX 1786
JOPLIN, MO 64802
CAGE: 51880

7. THIS CABLE ASSEMBLY MAY BE CONSTRUCTED WITHOUT (45° ELBOWS) WITH APPROVAL FROM THE PROCURING AGENCY. THE RESULTANT CABLE SHOULD EASILY FIT INTO THE ENVELOPE SHOWN. FINAL APPROVAL OF THE CABLE DESIGN IS PASSAGE OF F.A.T. CABLES CONSTRUCTED WITHOUT (A) 45° ELBOWS) WILL MEASURE .85 INCHES LONGER PER CONNECTOR (STRAIGHT LINE MEASUREMENT).

CONNECTION DIAGRAM

| PART NO. | VENDOR A PART NO. | VENDOR B PART NO. | VENDOR C PART NO. | VENDOR D PART NO. | DIM A | P1 CONN VIEW | P2 CONN VIEW | USAGE (REF) | NOTE |
|---|---|---|---|---|---|---|---|---|---|
| HCI A3014040 - 16 | 300440 -0016 | 3014040 - 16 | 506-836-16 | | 16 FT 0 IN | A | D | RADIO TO PA-B | |
| HCI A3014040 - 15 | 300440 -0015 | 3014040 - 15 | 506-836-15 | | 9 FT 6 IN | A | D | RADIO TO PA-B | |
| HCI A3014040 - 14 | 300440 -0014 | 3014040 - 14 | 506-836-14 | | 7 FT 0 IN | A | D | RADIO TO PA-B | |
| HCI A3014040 - 13 | 300440 -0013 | 3014040 - 13 | 506-836-13 | | 9 FT 0 IN | C | F | KY-57 TO PA-B | |
| HCI A3014040 - 12 | 300440 -0012 | 3014040 - 12 | 506-836-12 | 16636 | 8 FT 0 IN | C | F | PA- B TO KY-57 | |
| HCI A3014040 - 11 | 300440 -0011 | 3014040 -11 | 506-836-11 | 16635 | 7 FT 0 IN | A | E | RADIO TO KY-57 | |
| HCI A3014040 - 10 | 300440 -0010 | 3014040 - 10 | 506-836-10 | | 1 FT 0 IN | A | D | RADIO TO PA-B | |
| HCI A3014040 - 9 | 300440 -0009 | 3014040-9 | 506-836-09 | 16634 | 4 FT 6 IN | A | D | RADIO TO PA-B | |
| HCI A3014040 - 8 | 300440 -0008 | 3014040 - 8 | 506-836-08 | | 3 FT 6 IN | C | G | PA- B TO KY-57 | |
| HCI A3014040 - 7 | 300440 -0007 | 3014040-7 | 506-836-07 | | 2 FT 0 IN | C | G | PA- B TO KY-57 | |
| HCI A3014040 - 6 | 300440 -0006 | 3014040 - 6 | 506-836-06 | 16633 | 1 FT 0 IN | C | B | KY-57 TO KY-57 | |
| HCI A3014040 - 5 | 300440 -0005 | 3014040-5 | 506-836-05 | 16632 | 2 FT 6 IN | A | E | RADIO TO KY-57 | |
| HCI A3014040 - 4 | 300440 -0004 | 3014040 - 4 | 506-836-04 | 16631 | 4 FT 0 IN | A | B | DAISY | |
| HCI A3014040 - 3 | 300440 -0003 | 3014040 - 3 | 506-836-03 | 16630 | 12 FT 0 IN | A | B | DAISY | |
| HCI A3014040 - 2 | 300440 -0002 | 3014040 - 2 | 506-836-02 | 16629 | 15 FT 0 IN | A | B | DAISY | |
| HCI A3014040 - 1 | 300440 -0001 | 3014040 - 1 | 506-836-01 | 16628 | 3 FT 0 IN | C | F | KY-57 TO PA-B | |
| | SOURCE | | | | CABLE LENGTH | CONNECTOR ORIENTATION | | | |

© STANDARD LENGTHS IN USE-PREFERED USE FOR NEW INSTALLATION

CABLE ASSEMBLY, POWER, ELECTRICAL CX-13303/VRC( FT IN)

A3014040

SHEET 1 OF 3





SPRBL1-18-D-0069 – DCX-CHOL



**DEFENSE LOGISTICS AGENCY**
LAND
6565 SURVEILLANCE LOOP, BLDG 6001, RM C1-301
ABERDEEN PROVING GROUND, MARYLAND 21005-1846

Mr. Erik LaRoe                                                              May 13, 2019
General Manager
DCX-CHOL Enterprises, Inc.
SMI Division
1615 East Wallace Street
Fort Wayne, IN 46803

Sent Via Email: to erikl@dcxchol.com

SUBJECT: Contract SPRBL1-18-D-0069 Non-Conformance

Dear Mr. LaRoe,

As you discussed with DLA and CECOM on April 25, 2019, DCX-CHOL Enterprises (DCX) has
delivered non-conforming supplies to the Government against contract SPRBL1-18-D-0069. More
specifically, DCX has delivered a total of 916 each of NSN 5995-01-300-9324, which do not conform
to the specifications required under the contract due to DCX's failure to include a 45 degree connector
on the cable. This connector was clearly required pursuant to the Technical Requirements Document/
drawing A3014040, which were included/referenced in the contract.

Due to DCX's non-conforming deliveries under contract SPRBL1-18-D-0069,the Government
estimates the cables provided by DCX will have a lifespan of 25% less than what is expected of
conforming parts of this type due to additional bending and stress on these parts associated with the
lack of a 45 degree connector.  Additionally, the Government will incur an added administrative
burden as these cables do not fit and operate in all known platforms managed by Army CECOM.
Therefore, the Government is requesting consideration from DCX represented by 25% of the price of
the non-conforming parts in lieu of a revocation of acceptance.  The Government is amenable to a 25%
price reduction ($27.09) on the 916 non-conforming cables, or the delivery of 229 additional
conforming cables at no cost, which represents 25% of the total delivered non-conforming parts.

Please note that a failure to work with the Government to remedy this issue may negatively impact
DCX's rating in the Government systems where past performance in monitored.

All future deliveries for contract SPRBL1-18-D-0069 will be closely monitored to ensure that all of the
terms and conditions have been met. DCMA has been advised of the non-conformance and will be

SPRBL1-18-D-0069– DCX-CHOL

monitoring DCX's deliveries closely in the future. The Government will only accept conforming parts provided under the terms of the contract.

Thank you for your attention to this matter.  A response from DCX shall be provided no later than ten days of the date of this letter.

Sincerely,

_____
Theresa I. Boutchyard
Contracting Officer
DLA Land at Aberdeen

**From:**          Erik Laroe
**Sent:**          Thursday, May 2 , 2019 2:52 PM
**To:**            Crouch, Matthe   B CIV DLA LAND AND MARITIME (USA) ; Cory   am  er
**Cc:**           Boutchyard, Theresa I CIV DLA LAND AND MARITIME (USA); Ruth, Justin D CIV DLA
                      LAND AND MARITIME (US)
**Subject:**     RE: SPRBL1-18-D-0069 - Sho   Cause Letter
 **tt  c  ment :**     SPRBL1-18-D-0069 Sho   Cause.pdf

Good afternoon,

Please see the response to the Show Cause Letter attached.

**Thank you,**
**Erik LaRoe**
V.P./General Manager
SMI Division of DCX-CHOL Enterprises, Inc.
1615 East Wallace St., Fort Wayne, IN 46803
310-516-1692 ext 264
erikl@dcxchol.com
    d

---

**From:** Crouch, Matthe   B CIV DLA LAND AND MARITIME (USA) [mailto:Matthe  .Crouch@dla.mil]
**Sent:** Monday, May 13, 2019 9:39 AM
**To:** Erik Laroe; Cory   am  er
**Cc:** Boutchyard, Theresa I CIV DLA LAND AND MARITIME (USA); Ruth, Justin D CIV DLA LAND AND MARITIME (US)
**Subject:** SPRBL1-18-D-0069 - Sho   Cause Letter

Good morning Erik,

Please see the attached Show Cause Notice Letter for your review and response. Please note, you have 10 days after receipt of this notice to respond. Thank you.


v/r,


MATTHEW CROUCH
Contract Specialist
DLA Land at Aberdeen
6565 Surveillance Loop, Bldg 6001, RM C1-301
Aberdeen Proving Ground, MD 21005-1846
Office: (443) 861-4563
Mobile: (443) 299-2851
Matthew.Crouch@dla.mil

**DCX-CHOL ENTERPRISES, INC.**

SMI DIVISION
1615 E. WALLACE STREET
FORT WAYNE, IN 46803
USA
310.516.1692  (TEL)
260.969.1247  (FAX)
WWW.DCXCHOL.COM

To: Theresa I. Boutchard
May 22, 2019
Contracting Officer
DLA Land at Aberdeen
6001 Combat Drive, Room C1-301
Aberdeen Proving Ground, Maryland 21005-1846

RE: Show Cause Notice Contract SPRBL1-18-D-0069 Non-Conformance

Dear Ms. Boutchyard,

This letter is in response to your request of Show Cause Notice SMI received Monday, May 13th.

The non-conformance of the cables that DCX has built stems from the previous thousands of cables that we have supplied other DLA Procuring Agencies over the past 20+ years in which we have built these cables and passed all FAT Testing with the straight configuration. DCX does acknowledge the note on the A3014040 which requires approval from the Procuring Agency in order to construct the assembly without the 45 degree elbows, and that the approval of previous DLA Agencies does not cover this contract.

In response to the reduced lifespan of the cables, DCX would like to understand where the 25% was derived from and if there is any evidence to support this. Per the A3014040 drawing, if the straight configuration is not used, you are to add 0.55" of length per connector. This adds 1.10" to the cable length to reduce the need to bend and stress the cable. DCX would like to have the opportunity to discuss possible design improvements that could extend the lifecycle of these cables. DCX would like to propose a consideration of 10% (92) of additional conforming cables that are compliant with the 45 degree elbows or 10% price reduction ($10.83) on the non-conforming cables, or 15% (138pc.) of the cables that are currently built without the 45 degree elbows.

Please feel free to contact me directly if you have any questions.
Thank you,

Erik LaRoe VP/General Manager of SMI, a Division of DCX CHOL Enterprises.

X _____

Erik LaRoe
VP/GM SMI Division of DCX-CHOL Enterprises

| DCX DIVISION | ELECSYS DIVISION | MASTERITE DIVISION | NEW VAC DIVISION | SCB DIVISION | SMI DIVISION | TELETRONIC DIVISION |
|---|---|---|---|---|---|---|
| 9330 DE SOTO AVE. | 225 ENTERPRISE DR. | 12831 S. FIGUEROA ST | 9330 DE SOTO AVE. | 7450 SCOUT AVE. | 1615 E. WALLACE ST. | 12831 S. FIGUEROA ST. |
| CHATSWORTH, CA 91311 | PEKIN, IL 61554 | LOS ANGELES, CA 90061 | CHATSWORTH, CA 91311 | BELL GARDENS, CA 90201 | FORT WAYNE, IN 46803 | LOS ANGELES, CA 90061 |

| | |
|---|---|
| **From:** | Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) <stanley.u.chan.ci @mail.mil> |
| **Sent:** | riday, May 24, 2019 4:4  PM |
| **To:** | Erik Laroe |
| **Cc:** | Dau  herty, Darin J CIV DCMA CENTRAL RC (USA); Du  uid, Mathe   R CIV DCMA CENTRAL RC (USA); Spotts, Stanley E CIV DCMA CENTRAL RC (USA); Kim, Hyon Ki CIV USARMY ILSC (USA);    olcott, Timothy   CIV USARMY CCDC C5ISR (USA); Ruth, Justin D CIV DLA LAND AND MARITIME (US) |
| **Subject:** | RE: A  enda for SMI Di  ision of DC  -CH  L Enterprises  Site Visit on May   0, 2019 |

Mr. Laroe,

I am not sure what you meant " the A3014040 and A3014038 that you have identified failures with".  We haven t identified failures with the A3014040 and A3014038 cables that are without the 45 degree at this time.  However, it doesn t mean the failures are not existing.  These cables are designed to use in many different applications.   The A3014040 and A3014038 cables without the 45 degree would be ok for most of the applications, but may have issues when using in some applications.  That is the reason they are designed with the 45 degrees elbows.  Thanks.

Stanley U. Chan
Electronics Engineer Supporting ILSC C3T Directorate Tactical Radio Branch, Command, Control, Communications Avionics Division C5ISR Center, Product Realization Systems Engineering      uality Directorate U.S. Army Combat Capabilities Development Command (DEVCOM) Office      (443) 395-6364 Mobile      (347) 228-6872
stanley.u.chan.civ@mail.mil

-----Original Message-----
From: Erik Laroe [mailto:erikl@dcxchol.com]
Sent: Friday, May 24, 2019 11:49 AM
To: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) <stanley.u.chan.civ@mail.mil>
Cc: Daugherty, Darin J CIV DCMA CENTRAL RC (USA) <darin.j.daugherty.civ@mail.mil>; Duguid, Mathew R CIV DCMA CENTRAL RC (USA) <mathew.r.duguid.civ@mail.mil>; Spotts, Stanley E CIV DCMA CENTRAL RC (USA) <stanley.e.spotts2.civ@mail.mil>; Kim, Hyon Ki CIV USARMY ILSC (USA) <hyonki.kim2.civ@mail.mil>; Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA) <timothy.f.wolcott.civ@mail.mil>; Ruth, Justin D CIV DLA LAND AND MARITIME (US) <justin.d.ruth.civ@mail.mil>
Subject: [Non-DoD Source] RE: Agenda for SMI Division of DCX-CHOL Enterprises' Site Visit on May 30, 2019

Mr. Chan,

We look forward to your visit.  In light of the information about the failures that you are seeing with the cables without the 45 Degree elbows, would you be able to supply   5pc. of the A3014040 and A3014038 that you have identified failures with? DCX would like to perform a failure analysis, at no cost to the Government, on the cables to identify what is causing the failures. We believe that through our analysis we could develop a better solution that will extend the life cycle of these cables and reduce the amount of replacement cables that are being purchased by DLA. Please advise if this is possible. We would welcome the opportunity to work with your team to come up with a better solution.

Thank you,
Erik LaRoe
V.P./General Manager

SMI Division of DCX-CHOL Enterprises, Inc.
1615 East Wallace St., Fort Wayne, IN 46803
310-516-1692 ext 264
erikl@dcxchol.com

-----Original Message-----
From: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) [mailto:stanley.u.chan.civ@mail.mil]
Sent: Friday, May 24, 2019 9:02 AM
To: Erik Laroe
Cc: Daugherty, Darin J CIV DCMA CENTRAL RC (USA); Duguid, Mathew R CIV DCMA CENTRAL RC (USA); Spotts, Stanley E CIV DCMA CENTRAL RC (USA); Kim, Hyon Ki CIV USARMY ILSC (USA); Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA)
Subject: RE: Agenda for SMI Division of DCX-CHOL Enterprises' Site Visit on May 30, 2019

Mr. Laroe,

Thanks for making the arrangement for our meeting.  I will let DCMA decides whether we will use your conference room for our Government only meeting or hold our Government only meeting in a separate location.  If we will hold our Government only meeting in a separate location than at your conference room on site, we will be at your facility by 10:00AM.  We are looking forward to meeting you all next Thursday.  Thanks.

Best regards,

Stanley U. Chan
Electronics Engineer Supporting ILSC C3T Directorate Tactical Radio Branch, Command, Control, Communications Avionics Division C5ISR Center, Product Realization Systems Engineering       uality Directorate U.S. Army Combat Capabilities Development Command (DEVCOM) Office       (443) 395-6364 Mobile       (347) 228-6872
stanley.u.chan.civ@mail.mil

-----Original Message-----
From: Erik Laroe [mailto:erikl@dcxchol.com]
Sent: Wednesday, May 22, 2019 8:25 AM
To: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) <stanley.u.chan.civ@mail.mil>
Cc: Daugherty, Darin J CIV DCMA CENTRAL RC (USA) <darin.j.daugherty.civ@mail.mil>; Duguid, Mathew R CIV DCMA CENTRAL RC (USA) <mathew.r.duguid.civ@mail.mil>; Spotts, Stanley E CIV DCMA CENTRAL RC (USA) <stanley.e.spotts2.civ@mail.mil>; Kim, Hyon Ki CIV USARMY ILSC (USA) <hyonki.kim2.civ@mail.mil>; Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA) <timothy.f.wolcott.civ@mail.mil>
Subject: [Non-DoD Source] RE: Agenda for SMI Division of DCX-CHOL Enterprises' Site Visit on May 30, 2019

Good morning,

We look forward to your visit. Our owner, Neal Castleman, has advised that he would have liked to have been here for the visit but he will be on travel to a DLA Convention in Richmond.

I spoke with local DCMA    AR, Stan Spotts, this morning about the meeting you are wanting to have prior to our visit. You are welcome to use a conference room here on site for that meeting if you would like.

If there is anything else needed, please let me know.

Thank you,
Erik LaRoe

V.P./General Manager
SMI Division of DCX-CHOL Enterprises, Inc.
1615 East Wallace St., Fort Wayne, IN 46803
310-516-1692 ext 264
erikl@dcxchol.com

-----Original Message-----
From: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) [mailto:stanley.u.chan.civ@mail.mil]
Sent: Monday, May 20, 2019 11:28 AM
To: Erik Laroe
Cc: Daugherty, Darin J CIV DCMA CENTRAL RC (USA); Duguid, Mathew R CIV DCMA CENTRAL RC (USA); Spotts, Stanley E CIV DCMA CENTRAL RC (USA); Kim, Hyon Ki CIV USARMY ILSC (USA); Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA)
Subject: Agenda for SMI Division of DCX-CHOL Enterprises' Site Visit on May 30, 2019

Erik,

Attached is our agenda for DCX-CHOL s site visit on May 30, 2019.  We are planning to be at your facility at 9:00AM.  We would like to have a 30-minute or an one-hour Government internal meeting with DCMA folks prior to our meeting.  Would you please make the arrangement.  Thanks.

Best regards,

Stanley U. Chan
Electronics Engineer Supporting ILSC C3T Directorate Tactical Radio Branch, Command, Control, Communications Avionics Division C5ISR Center, Product Realization Systems Engineering        uality Directorate U.S. Army Combat Capabilities Development Command (DEVCOM) Office        (443) 395-6364 Mobile        (347) 228-6872
stanley.u.chan.civ@mail.mil


Technical data included in this e-mail may be Export-Controlled and subject to the Arms Export Control Act (Title 22, U.S.C., sec 2751 et seq.) or the Export Administration Act of 1979, as amended seq.

This information or element thereof, in any form, shall not be disclosed to a foreign person (including foreign person employees), entity, or exported from the United States without U.S. Government authority and the express written authorization of DCX-CHOL Enterprises, Inc.

This document may contain DCX-CHOL Enterprises, Inc. Proprietary Information and is to be used only for the purposes for which it has been supplied and is not to be duplicated or disclosed in whole or in part without written permission from a duly authorized representative of DCX-CHOL Enterprises, Inc.

If you feel you have received this email in error please contact the DCX-CHOL Policy Enforcement Team at 310-516-1692 ext 657 . If you need to contact DCX-Chol Enterprises, Inc. please call 310-516-1692.

Technical data included in this e-mail may be Export-Controlled and subject to the Arms Export Control Act (Title 22, U.S.C., sec 2751 et seq.) or the Export Administration Act of 1979, as amended seq.

This information or element thereof, in any form, shall not be disclosed to a foreign person (including foreign person employees), entity, or exported from the United States without U.S. Government authority and the express written authorization of DCX-CHOL Enterprises, Inc.

This document may contain DCX-CHOL Enterprises, Inc. Proprietary Information and is to be used only for the purposes for which it has been supplied and is not to be duplicated or disclosed in whole or in part without written permission from a duly authorized representative of DCX-CHOL Enterprises, Inc.

If you feel you have received this email in error please contact the DCX-CHOL Policy Enforcement Team at 310-516-1692 ext 657 . If you need to contact DCX-Chol Enterprises, Inc. please call 310-516-1692.

| | |
|---|---|
| **From:** | Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) <stanley.u.chan.ci @mail.mil> |
| **Sent:** | ednesday, June 26, 2019 10:19 AM |
| **To:** | Erik Laroe |
| **Cc:** | olcott, Timothy   CIV USARMY CCDC C5ISR (USA); Kim, Hyon Ki CIV USARMY ILSC (USA); Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) |
| **Subject:** | Contract   SPRBL1-18-D-0069 for SINC  ARS Ca les   ith DC |

Erik,

Good morning.  I haven t received response from you regarding the resubmission of the TDP certification report per my comments below.  Have you resubmitted the TDP certification report to our contracting people?  During our visit to you facility on May 30, 2019, we agreed orally that DCX would provide the Government a bi-weekly production status report and DCX would submit the images of the cables with the 45 degree elbow(s).  As of today, almost one month from our visit, we haven t received any of these information.  Would you please provide these information as soon as possible.  Thanks.

Best regards,

Stanley U. Chan
Electronics Engineer Supporting ILSC C3T Directorate Tactical Radio Branch, Command, Control, Communications Avionics Division C5ISR Center, Product Realization Systems Engineering      uality Directorate U.S. Army Combat Capabilities Development Command (DEVCOM) Office      (443) 395-6364 Mobile      (347) 228-6872 stanley.u.chan.civ@mail.mil

-----Original Message-----
From: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA)
Sent: Tuesday, June 4, 2019 2:17 PM
To:  Erik Laroe  <erikl@dcxchol.com>
Cc: Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA) <timothy.f.wolcott.civ@mail.mil>
Subject: RE: [Non-DoD Source] RE: Attendees List for DCX-CHOL Site Visit Meeting on May 30, 2019

Erik,

Thanks for your information and the submission of TDP certification Report.  However, TDP certification Report is determined to be unacceptable.  It states in Section P in Page 6 of the Statement of Work (Attached) that:

p. Submit TDP Certification. The contractor shall prepare and submit a letter of PE certification in accordance with DI-MISC-80750 as implemented by the DD Form 1423 for DI-MISC-80750. This letter shall be prepared in accordance with the specific content and format requirements described below.
a. The certification shall be provided on company letterhead, and shall be dated and signed by an authorized official of the company.
b. This letter will state the following:
c. (Company Name) has conducted the Production Evaluation effort required to date by Provision Number (Number) of Contract Number (Number) for the (End Item). Although we recognize that PE is a continuing effort and that occasional PE Compatibility ECP s may arise during the full scale production phase of this contract, we have sufficiently identified and corrected any discrepancy, error, omission or deficiency in design or technical data which would otherwise have precluded practical manufacture, assembly or attainment of required performance as set forth in specification (Number

of End Item Specification). Accordingly, we hereby certify that the technical data package, as changed or supplemented by the ECP s approved to date, is suitable for our use in fulfilling our obligation of delivering conforming items at the price and delivery schedule established in this contract'.

Please revise the report and resubmit it to the Government.  Please resubmit it to DLA Contracting and CC ed Tim Wolcott and I.  Thanks.

Best regards,

Stanley U. Chan
Electronics Engineer Supporting ILSC C3T Directorate Tactical Radio Branch, Command, Control, Communications Avionics Division C5ISR Center, Product Realization Systems Engineering      uality Directorate U.S. Army Combat Capabilities Development Command (DEVCOM) Office      (443) 395-6364 Mobile      (347) 228-6872
stanley.u.chan.civ@mail.mil


-----Original Message-----
From: Erik Laroe [mailto:erikl@dcxchol.com]
Sent: Monday, June 3, 2019 11:03 AM
To: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) <stanley.u.chan.civ@mail.mil>; Spotts, Stanley E CIV DCMA CENTRAL RC (USA) <stanley.e.spotts2.civ@mail.mil>; Daugherty, Darin J CIV DCMA CENTRAL RC (USA) <darin.j.daugherty.civ@mail.mil>; Duguid, Mathew R CIV DCMA CENTRAL RC (USA) <mathew.r.duguid.civ@mail.mil>; Waikel, Rodney A CIV DCMA CENTRAL RC (USA) <rodney.a.waikel.civ@mail.mil>
Cc: Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA) <timothy.f.wolcott.civ@mail.mil>
Subject: [Non-DoD Source] RE: Attendees List for DCX-CHOL Site Visit Meeting on May 30, 2019

All active links contained in this email were disabled.  Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.




----

Good morning,

Attached is the TD Certification Letter, along with the Meeting Agenda notes provided last week, and the Corrective Action Worksheets that are in the compressed folder.


Thank you,
Erik LaRoe
V.P./General Manager
SMI Division of DCX-CHOL Enterprises, Inc.
1615 East Wallace St., Fort Wayne, IN 46803
310-516-1692 ext 264
erikl@dcxchol.com



-----Original Message-----

From: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) [Caution-mailto:stanley.u.chan.civ@mail.mil]
Sent: Monday, June 03, 2019 8:25 AM
To: Erik Laroe; Spotts, Stanley E CIV DCMA CENTRAL RC (USA); Daugherty, Darin J CIV DCMA CENTRAL RC (USA); Duguid, Mathew R CIV DCMA CENTRAL RC (USA); Waikel, Rodney A CIV DCMA CENTRAL RC (USA)
Cc: Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA)
Subject: Attendees List for DCX-CHOL Site Visit Meeting on May 30, 2019

Erik    DCMA Folks,

Good morning.  I appreciated for your participation and support for the meeting at SMI/DCX last Thursday.  Attached is the attendees list for your information.

Best regards,

Stanley U. Chan
Electronics Engineer Supporting ILSC C3T Directorate Tactical Radio Branch, Command, Control, Communications Avionics Division C5ISR Center, Product Realization Systems Engineering      uality Directorate U.S. Army Combat Capabilities Development Command (DEVCOM) Office      (443) 395-6364 Mobile      (347) 228-6872 stanley.u.chan.civ@mail.mil

Technical data included in this e-mail may be Export-Controlled and subject to the Arms Export Control Act (Title 22, U.S.C., sec 2751 et seq.) or the Export Administration Act of 1979, as amended seq.

This information or element thereof, in any form, shall not be disclosed to a foreign person (including foreign person employees), entity, or exported from the United States without U.S. Government authority and the express written authorization of DCX-CHOL Enterprises, Inc.

This document may contain DCX-CHOL Enterprises, Inc. Proprietary Information and is to be used only for the purposes for which it has been supplied and is not to be duplicated or disclosed in whole or in part without written permission from a duly authorized representative of DCX-CHOL Enterprises, Inc.

If you feel you have received this email in error please contact the DCX-CHOL Policy Enforcement Team at 310-516-1692 ext 657 . If you need to contact DCX-Chol Enterprises, Inc. please call 310-516-1692.

| | |
|---|---|
| **From:** | Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) <stanley.u.chan.ci @mail.mil> |
| **Sent:** | riday, July 19, 2019 11: 5 AM |
| **To:** | Erik Laroe |
| **Cc:** | Strau e, Lee CIV (US); Kim, Hyon Ki CIV USARMY ILSC (USA);   e ster, Daniel M CIV USARMY CCDC C5ISR (USA); Yanosik, Da id   CIV USARMY CCDC C5ISR (USA);   olcott, Timothy   CIV USARMY CCDC C5ISR (USA); Bro  n, Ke in A CIV USARMY ILSC (USA); Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) |
| **Subject:** |   AT  Plan for Contract SPRBL1-18-D-0069 for SINC  ARS Ca le Assem lies |
| ** tt c ment :** | Estimated Duration and Completion Date for the  AT for SINC  ARS Ca les Under Contract SPRBL1-18-D-0069.  ls |

Erik,

I have reviewed all of the test data sheets for each of the four nomenclatures of cable you submitted yesterday afternoon.  Generally, they look good but I still found some errors.  Please see below for detail.  To save our time and avoid back-and -forward many times, I have made corrections on the documents.  I will send back all of the documents to you in the separate emails.  Please do the final check and make sure all of the information on documents are accurate.  To make it officially, please re-submitted them to our contracting folks and copy Tim Wolcott and I after you complete the final check.  As I know, Martina Culik More and James Reese is the new Contracting Officer and Contract Specialist for this contract.  I would recommend  you to copy the old Contracting Officer and Contract Specialist as well in your email.  As soon as I receive your submission through our contracting, I will approve the FAT Plan.  I would recommend you to convert the document files to pdf file format and combine them in the order of the tests per table I and Table III of A3014056 into one pdf file for each nomenclature of cable.

The changes I made on the documents are:
1.  Corrected spelling errors on several documents 2.  corrected continuity test points table on Continuity test data sheet for A3014040-9 and corrected DC resistance test points table DC Resistance Test Data Sheet and other test data sheets for those tests requiring DC resistance measurements for A3014040-9 because you didn t update the continuity test points table , DC Resistance test points table based on our agreements.  It appears you copied the incorrect tables from my comments sheet.
3. Added the items need to be observed in the "Observations" column on the test date sheets for Examination of Workmanship and Final Teardown and Inspection.

I did recall that you stated in meeting during our visit on May 30, 2019 that DCX has completed the FAT test on the cables without the 45 degree elbow(s) and I responded and stated that the Government might consider to accept certain FAT tests that DCX has completed the FAT on the cables without the 45 degree elbow(s) if the test results meet the specification requirements.  However, DCX has not been submit to the Government the FAT report or any of the test results on the cables without the 45 degree elbow(s).  In addition, Considering  that DCX performed the FAT on the cables without the 45 degree elbow(s) prior to obtaining the FAT Plan approval from the Government, the Government WILL  NOT accept the test results for any FAT tests on the cables without the 45 degree elbow(s).  In other words, DCX is required to perform all of the required FAT tests on the cables with the 45 degree elbow(s) in accordance with the Government-approved FAT Plan.

In accordance with the contractual requirements, DCX is required to perform FAT on 2 units per each nomenclature of cable and the test units used for FAT shall be selected from first production lot, which shall contain a minimum of 20 units for each nomenclature of cable.  I am wondering whether DCX currently has materials to produce 20 units for each nomenclature of cable and select 2 units per each nomenclature of cable for FAT tests or have to wait until July 30, which is the day you estimated to receive the material for the 45 degree elbow(s).  Since DCX has delayed obtaining the

FAT Approval from the Government, the Government requests DCX to provide an estimated completion date for each FAT Tests and discuss the impact of the delivery schedule for each items on the contract.  Please use the attached spreadsheet for this request.  In addition, DCX shall provide an unofficially weekly status report by email stating the contract progresses, to include but no limited to, material status, FAT tests status (planning, on-going, scheduling and etc.), production status by COB Thursday, starting next week, until DCX get back on time with the delivery schedules.  Do you agree to do so?

Thanks.

Best regards,

Stanley U. Chan
Electronics Engineer Supporting ILSC C3T Directorate Tactical Radio Branch, Command, Control, Communications Avionics Division C5ISR Center, Product Realization Systems Engineering      uality Directorate U.S. Army Combat Capabilities Development Command (DEVCOM) Office      (443) 395-6364 Mobile      (347) 228-6872 stanley.u.chan.civ@mail.mil


-----Original Message-----
From: Erik Laroe [mailto:erikl@dcxchol.com]
Sent: Thursday, July 18, 2019 5:34 PM
To: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) <stanley.u.chan.civ@mail.mil>
Cc: Kim, Hyon Ki CIV USARMY ILSC (USA) <hyonki.kim2.civ@mail.mil>; Webster, Daniel M CIV USARMY CCDC C5ISR (USA) <daniel.m.webster4.civ@mail.mil>; Yanosik, David W CIV USARMY CCDC C5ISR (USA) <david.w.yanosik.civ@mail.mil>; Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA) <timothy.f.wolcott.civ@mail.mil>; Brown, Kevin A CIV USARMY ILSC (USA) <kevin.a.brown3.civ@mail.mil>
Subject: [Non-DoD Source] RE: Are you sending me something?

Stanley,

See attached documents.


Thank you,
Erik LaRoe
V.P./General Manager
SMI Division of DCX-CHOL Enterprises, Inc.
1615 East Wallace St., Fort Wayne, IN 46803
310-516-1692 ext 264
erikl@dcxchol.com




-----Original Message-----
From: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) [mailto:stanley.u.chan.civ@mail.mil]
Sent: Thursday, July 18, 2019 2:20 PM
To: Erik Laroe
Cc: Kim, Hyon Ki CIV USARMY ILSC (USA); Webster, Daniel M CIV USARMY CCDC C5ISR (USA); Yanosik, David W CIV USARMY CCDC C5ISR (USA); Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA); Brown, Kevin A CIV USARMY ILSC (USA)
Subject: RE: Are you sending me something?

Erik,

Great.  Thanks.

Stanley U. Chan
Electronics Engineer Supporting ILSC C3T Directorate
Tactical Radio Branch, Command, Control, Communications     Avionics Division
C5ISR Center, Product Realization Systems Engineering      uality Directorate
U.S. Army Combat Capabilities Development Command (DEVCOM)
Office        (443) 395-6364
Mobile       (347) 228-6872
stanley.u.chan.civ@mail.mil


-----Original Message-----
From: Erik Laroe [mailto:erikl@dcxchol.com]
Sent: Thursday, July 18, 2019 1:53 PM
To: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) <stanley.u.chan.civ@mail.mil>
Cc: Kim, Hyon Ki CIV USARMY ILSC (USA) <hyonki.kim2.civ@mail.mil>; Webster, Daniel M CIV USARMY CCDC C5ISR (USA)
<daniel.m.webster4.civ@mail.mil>; Yanosik, David W CIV USARMY CCDC C5ISR (USA) <david.w.yanosik.civ@mail.mil>;
Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA) <timothy.f.wolcott.civ@mail.mil>; Brown, Kevin A CIV USARMY ILSC
(USA) <kevin.a.brown3.civ@mail.mil>
Subject: [Non-DoD Source] RE: Are you sending me something?

Stanley,

My engineer, John Stratton, has reviewed and is in agreement with your comments. I will be updating the spreadsheets
and re-sending them over to you to review and approve. I will have these sent over in the next few hours.


Thank you,
Erik LaRoe
V.P./General Manager
SMI Division of DCX-CHOL Enterprises, Inc.
1615 East Wallace St., Fort Wayne, IN 46803
310-516-1692 ext 264
erikl@dcxchol.com


-----Original Message-----
From: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) [mailto:stanley.u.chan.civ@mail.mil]
Sent: Thursday, July 18, 2019 11:02 AM
To: Erik Laroe
Cc: Kim, Hyon Ki CIV USARMY ILSC (USA); Webster, Daniel M CIV USARMY CCDC C5ISR (USA); Yanosik, David W CIV
USARMY CCDC C5ISR (USA); Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA); Brown, Kevin A CIV USARMY ILSC (USA)
Subject: RE: Are you sending me something?

Erik,

Please see attached for my comments to the responses from your engineer.  Please have him to review my comments and get it back to me by 2:00PM today.  Thanks.

Best regards,

Stanley U. Chan
Electronics Engineer Supporting ILSC C3T Directorate Tactical Radio Branch, Command, Control, Communications Avionics Division C5ISR Center, Product Realization Systems Engineering       uality Directorate U.S. Army Combat Capabilities Development Command (DEVCOM) Office       (443) 395-6364 Mobile       (347) 228-6872
stanley.u.chan.civ@mail.mil


-----Original Message-----
From: Erik Laroe [mailto:erikl@dcxchol.com]
Sent: Wednesday, July 17, 2019 3:23 PM
To: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) <stanley.u.chan.civ@mail.mil>
Cc: Kim, Hyon Ki CIV USARMY ILSC (USA) <hyonki.kim2.civ@mail.mil>; Webster, Daniel M CIV USARMY CCDC C5ISR (USA) <daniel.m.webster4.civ@mail.mil>; Yanosik, David W CIV USARMY CCDC C5ISR (USA) <david.w.yanosik.civ@mail.mil>; Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA) <timothy.f.wolcott.civ@mail.mil>; Brown, Kevin A CIV USARMY ILSC (USA) <kevin.a.brown3.civ@mail.mil>
Subject: [Non-DoD Source] RE: Are you sending me something?

Stanley,

Please see the responses to your comments from my electrical engineer. Thank you.


Thank you,
Erik LaRoe
V.P./General Manager
SMI Division of DCX-CHOL Enterprises, Inc.
1615 East Wallace St., Fort Wayne, IN 46803
310-516-1692 ext 264
erikl@dcxchol.com




-----Original Message-----
From: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) [mailto:stanley.u.chan.civ@mail.mil]
Sent: Wednesday, July 17, 2019 11:48 AM
To: Erik Laroe
Cc: Kim, Hyon Ki CIV USARMY ILSC (USA); Webster, Daniel M CIV USARMY CCDC C5ISR (USA); Yanosik, David W CIV USARMY CCDC C5ISR (USA); Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA); Brown, Kevin A CIV USARMY ILSC (USA)
Subject: RE: Are you sending me something?

Erik,

Attached is my comments on the three documents you submitted to the Government yesterday afternoon.  Please provide your response to us by COB today.  Our goal is to finalize the FAT plan tomorrow morning.

By the way, I received several email from you this morning, but I have no chance to review them as I am on training.  I will get back to you as soon as I can.

Thanks for your cooperation.

Best regards,

Stanley U. Chan
Electronics Engineer Supporting ILSC C3T Directorate Tactical Radio Branch, Command, Control, Communications Avionics Division C5ISR Center, Product Realization Systems Engineering      uality Directorate U.S. Army Combat Capabilities Development Command (DEVCOM) Office      (443) 395-6364 Mobile      (347) 228-6872 stanley.u.chan.civ@mail.mil


-----Original Message-----
From: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA)
Sent: Tuesday, July 16, 2019 3:50 PM
To:  Erik Laroe  <erikl@dcxchol.com>
Cc: Kim, Hyon Ki CIV USARMY ILSC (USA) <hyonki.kim2.civ@mail.mil>; Webster, Daniel M CIV USARMY CCDC C5ISR (USA) <daniel.m.webster4.civ@mail.mil>; Straube, Lee CIV (US) <lee.straube.civ@mail.mil>; Yanosik, David W CIV USARMY CCDC C5ISR (USA) <david.w.yanosik.civ@mail.mil>
Subject: RE: Are you sending me something?

Eric,

Thanks for your submission.  However, I don t  have enough to review it as I have to go home and take my daughter to the SAT class.  I take a quick look for the documents.  It appears that you are missing one requirement for the DC resistance, which is the 2nd requirements in Para. 3.3.1.1 of specification A3104056.  It state in the specification that "The resistance of internal shields where external connections were made should be no more than that of the largest gauge conductor, and shall be in their final configuration when measured from termination to termination".  Please have your engineer to review it.  In addition, please have your engineer to explain how the DC resistance requirements value are calculated for each test point for each nomenclature of cable.  I will be on training tomorrow.  I will take the document home and review them tonight.  I will try to come back the office during the lunch time tomorrow.  I may call you if I have time.  Please send me the required information above tomorrow morning.   I would like to finalize the FAT plan Thursday morning.  Please include David Yanosik in your email.   He s cc d in the this email. Thanks.

Stanley U. Chan
Electronics Engineer Supporting ILSC C3T Directorate Tactical Radio Branch, Command, Control, Communications Avionics Division C5ISR Center, Product Realization Systems Engineering      uality Directorate U.S. Army Combat Capabilities Development Command (DEVCOM) Office      (443) 395-6364 Mobile      (347) 228-6872 stanley.u.chan.civ@mail.mil


-----Original Message-----
From: Erik Laroe [mailto:erikl@dcxchol.com]
Sent: Tuesday, July 16, 2019 3:24 PM
To: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) <stanley.u.chan.civ@mail.mil>
Subject: [Non-DoD Source] RE: Are you sending me something?

Stanley,

Attached are the calculated test requirements for the following cables:

A3014035-4
A3014038-2
A3014040-9
A3014043-5

These values for the DC Resistance and IR Resistance will be the basis for testing requirements after each environmental test as required in the A3014056 Spec.

Thank you,
Erik LaRoe
V.P./General Manager
SMI Division of DCX-CHOL Enterprises, Inc.
1615 East Wallace St., Fort Wayne, IN 46803
310-516-1692 ext 264
erikl@dcxchol.com

-----Original Message-----
From: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) [mailto:stanley.u.chan.civ@mail.mil]
Sent: Tuesday, July 16, 2019 12:50 PM
To: Erik Laroe
Subject: Are you sending me something?

Erik,

Are you sending me something?  Our system block it because one or more of the following files is/contains a restricted file: New folder.7z.  Thanks.

Stanley U. Chan.
Electronics Engineer Supporting ILSC C3T Directorate Tactical Radio Branch, Command, Control, Communications Avionics Division C5ISR Center, Product Realization Systems Engineering      uality Directorate U.S. Army Combat Capabilities Development Command (DEVCOM) Office      (443) 395-6364 Mobile      (347) 228-6872
stanley.u.chan.civ@mail.mil

Technical data included in this e-mail may be Export-Controlled and subject to the Arms Export Control Act (Title 22, U.S.C., sec 2751 et seq.) or the Export Administration Act of 1979, as amended seq.

This information or element thereof, in any form, shall not be disclosed to a foreign person (including foreign person employees), entity, or exported from the United States without U.S. Government authority and the express written authorization of DCX-CHOL Enterprises, Inc.

This document may contain DCX-CHOL Enterprises, Inc. Proprietary Information and is to be used only for the purposes for which it has been supplied and is not to be duplicated or disclosed in whole or in part without written permission from a duly authorized representative of DCX-CHOL Enterprises, Inc.

If you feel you have received this email in error please contact the DCX-CHOL Policy Enforcement Team at 310-516-1692 ext 657 . If you need to contact DCX-Chol Enterprises, Inc. please call 310-516-1692.

Technical data included in this e-mail may be Export-Controlled and subject to the Arms Export Control Act (Title 22, U.S.C., sec 2751 et seq.) or the Export Administration Act of 1979, as amended seq.

This information or element thereof, in any form, shall not be disclosed to a foreign person (including foreign person employees), entity, or exported from the United States without U.S. Government authority and the express written authorization of DCX-CHOL Enterprises, Inc.

This document may contain DCX-CHOL Enterprises, Inc. Proprietary Information and is to be used only for the purposes for which it has been supplied and is not to be duplicated or disclosed in whole or in part without written permission from a duly authorized representative of DCX-CHOL Enterprises, Inc.

If you feel you have received this email in error please contact the DCX-CHOL Policy Enforcement Team at 310-516-1692 ext 657 . If you need to contact DCX-Chol Enterprises, Inc. please call 310-516-1692.

Technical data included in this e-mail may be Export-Controlled and subject to the Arms Export Control Act (Title 22, U.S.C., sec 2751 et seq.) or the Export Administration Act of 1979, as amended seq.

This information or element thereof, in any form, shall not be disclosed to a foreign person (including foreign person employees), entity, or exported from the United States without U.S. Government authority and the express written authorization of DCX-CHOL Enterprises, Inc.

This document may contain DCX-CHOL Enterprises, Inc. Proprietary Information and is to be used only for the purposes for which it has been supplied and is not to be duplicated or disclosed in whole or in part without written permission from a duly authorized representative of DCX-CHOL Enterprises, Inc.

If you feel you have received this email in error please contact the DCX-CHOL Policy Enforcement Team at 310-516-1692 ext 657 . If you need to contact DCX-Chol Enterprises, Inc. please call 310-516-1692.

Technical data included in this e-mail may be Export-Controlled and subject to the Arms Export Control Act (Title 22, U.S.C., sec 2751 et seq.) or the Export Administration Act of 1979, as amended seq.

This information or element thereof, in any form, shall not be disclosed to a foreign person (including foreign person employees), entity, or exported from the United States without U.S. Government authority and the express written authorization of DCX-CHOL Enterprises, Inc.

This document may contain DCX-CHOL Enterprises, Inc. Proprietary Information and is to be used only for the purposes for which it has been supplied and is not to be duplicated or disclosed in whole or in part without written permission from a duly authorized representative of DCX-CHOL Enterprises, Inc.

If you feel you have received this email in error please contact the DCX-CHOL Policy Enforcement Team at 310-516-1692 ext 657 . If you need to contact DCX-Chol Enterprises, Inc. please call 310-516-1692.



**DEFENSE LOGISTICS AGENCY LAND**
**6565 Surveillance Loop**
**Building 6001, Room C1-301**
**ABERDEEN PROVING GROUND, MARYLAND 21005-1846**

Sent Via Email: to erikl@dcxchol.com                                    22 July 2019

Mr. Erik Laroe
General Manager
DCX-CHOL Enterprises, Inc.
SMI Division
1615 East Wallace Street
Fort Wayne, IN 46803-2564

Reference: Contract SPRBL1-18-D-0069, Cure Notice

Dear Mr. Laroe,

You are notified that the Government considers your failure to complete the First Article Testing requirements and Delivery Orders SPRBL1-18-F-0053, SPRBL1-19-F-0006, SPRBL1-19-F-0036, SPRBL1-19-F-076, and SPRBL1-19-F-0108 endangers performance of the contract.

The Government is willing to accept the new delivery schedule you proposed in your 11 July 2019 dated email, and summarized in Table A on the next page. Note that this table also includes deliveries and delivery orders not addressed in your 11 July 2019 email to the Government. Be advised, the Government will strictly enforce the delivery dates described in Table A, and any failure to deliver by those deadlines will be considered default and subject to termination.

However, to ensure performance of the revised delivery schedule that you propose, the conditions below must be cured within 10 days after receipt of this notice:

1. Receipt of 45-degree hardware no later than 1 August 2019, with proof of delivery of hardware submitted to the Contracting Officer.

2. Delivery date of FAT plan, test execution and report, except that this delivery shall not be later than 30 days after receipt of this notice.  Be advised, except for No. 1 above, no further deliveries of any items shall be accepted by the Government until it has received and approved the FAT report.

3. Delivery date for deliveries not addressed in 11 July email, except that this delivery shall not be later than 45 days after receipt of this notice.

Unless this condition is cured within 10 days after receipt of this notice, the Government may terminate for default under the terms and conditions of the Default (Fixed-Price Supply and Service) clause of this contract.

Please direct questions or comments to Jamie Turner, 443-861-4530, Jamie.Turner@dla.mil.

Sincerely,

MARTINA CULIK MOORE
Contracting Officer

cc:
DCMA Dayton – S3605A
Brad Holtzapple – DLA Land at Aberdeen Small Business Programs
SBA Regional V Office

For Official Use Only

## TABLE A

| DELIVERY ORDER | CLIN | NSN | PART# | PHASE SHIPMENT | QTY PER DO | QTY REMAINING DUE | DO ORIGINAL/MOD DELIVERY DATE | DCX-CHOL PROPOSED NEW DELIVERY DATE | MOD |
|---|---|---|---|---|---|---|---|---|---|
| SPRBL118F0053 | 1002 | 5995-01-225-0504 | A3014043-5 | 001 | 10 | 10 | 6/17/2019 | 9/6/2019 | |
| | 1002 | 5995-01-225-0504 | A3014043-5 | 002 | 24 | 24 | 7/17/2019 | 9/6/2019 | |
| | | | | | | | | | |
| | 1003 | 5995-01-219-4703 | A3014038-2 | 001 | 10 | 10 | 6/17/2019 | 9/6/2019 | |
| | 1003 | 5995-01-219-4703 | A3014038-2 | 002 | 1000 | 1000 | 7/17/2019 | 9/20/2019 | |
| | 1003 | 5995-01-219-4703 | A3014038-2 | 003 | 1000 | 1000 | 8/16/2019 | 10/4/2019 | |
| | 1003 | 5995-01-219-4703 | A3014038-2 | 004 | 878 | 878 | 9/16/2019 | 10/25/2019 | |
| | | | | | | | | | |
| | 1004 | 5995-01-219-1847 | A3014043-2 | 001 | 10 | 10 | 6/17/2019 | 9/6/2019 | |
| | 1004 | 5995-01-219-1847 | A3014043-2 | 002 | 85 | 85 | 7/17/2019 | 9/6/2019 | |
| | | | | | | | | | |
| | 1006 | 5995-01-300-9324 | A3014040-9 | 007 | 400 | 84 | 4/1/2019 | 9/6/2019 | Mod P00002 |
| | 1006 | 5995-01-300-9324 | A3014040-9 | 008 | 400 | 400 | 4/30/2019 | 9/20/2019 | Mod P00002 |
| | 1006 | 5995-01-300-9324 | A3014040-9 | 009 | 400 | 400 | 5/31/2019 | 9/30/2019 | Mod P00002 |
| | 1006 | 5995-01-300-9324 | A3014040-9 | 010 | 253 | 253 | 7/1/2019 | Need from DCX-CHOL | Mod P00002 |
| | 1006 | 5995-01-300-9324 | A3014040-9 | 011 | 400 | 400 | 7/31/2019 | Need from DCX-CHOL | Mod P00002 |
| | 1006 | 5995-01-300-9324 | A3014040-9 | 012 | 314 | 314 | 8/30/2019 | Need from DCX-CHOL | Mod P00002 |
| | | | | | | | | | |
| | 1007 | 5995-01-219-4706 | A3014038-5 | 001 | 10 | 10 | 6/17/2019 | 9/6/2019 | |
| | 1007 | 5995-01-219-4706 | A3014038-5 | 002 | 100 | 100 | 7/17/2019 | 9/15/2019 | |
| | 1007 | 5995-01-219-4706 | A3014038-5 | 003 | 100 | 100 | 8/16/2019 | 9/30/2019 | |
| | 1007 | 5995-01-219-4706 | A3014038-5 | 004 | 100 | 100 | 9/16/2019 | 10/15/2019 | |
| | 1007 | 5995-01-219-4706 | A3014038-5 | 005 | 86 | 86 | 10/16/2019 | 10/30/2019 | |
| | | | | | | | | | |
| | 1008 | 5995-01-218-6466 | A3014035-4 | 001 | 10 | 10 | 6/17/2019 | 8/30/2019 | |
| | 1008 | 5995-01-218-6466 | A3014035-4 | 002 | 79 | 79 | 7/17/2019 | 8/30/2019 | |
| | | | | | | | | | |
| SPRBL119F0006 | 1003 | 5995-01-219-4703 | A3014038-2 | 001 | 122 | | 9/16/2019 | | Mod P00001 |
| | 1003 | 5995-01-219-4703 | A3014038-2 | 002 | 566 | | 10/16/2019 | | Mod P00001 |
| | | | | | | | | | |
| | 1006 | 5995-01-300-9324 | A3014040-9 | 001 | 800 | | 7/31/2019 | | Mod P00001 |
| | 1006 | 5995-01-300-9324 | A3014040-9 | 002 | 886 | | 8/30/2019 | | Mod P00001 |
| | 1006 | 5995-01-300-9324 | A3014040-9 | 003 | 168 | | 9/30/2019 | | |
| | | | | | | | | | |
| SPRBL119F0036 | 1007 | 5995-01-219-4706 | A3014038-5 | 001 | 14 | | 10/16/2019 | | |
| | 1007 | 5995-01-219-4706 | A3014038-5 | 002 | 100 | | 11/15/2019 | | |
| | 1007 | 5995-01-219-4706 | A3014038-5 | 003 | 100 | | 12/16/2019 | | |
| | 1007 | 5995-01-219-4706 | A3014038-5 | 004 | 100 | | 1/14/2020 | | |
| | 1007 | 5995-01-219-4706 | A3014038-5 | 005 | 100 | | 2/13/2020 | | |
| | 1007 | 5995-01-219-4706 | A3014038-5 | 006 | 44 | | 3/16/2020 | | |
| | | | | | | | | | |
| | 1009 | 5995-01-226-2436 | | 001 | 10 | | 7/22/2019 | | |
| | 1009 | 5995-01-226-2436 | | 001 | 10 | | 8/21/2019 | | |
| | | | | | | | | | |
| SPRBL1-19-F-0076 | 1001 | 5995-01-225-0503 | | 001 | 6 | | 8/23/2019 | | |
| | | | | | | | | | |
| SPRBL1-19-F-0108 | 1006 | 5995-01-300-9324 | A3014040-9 | 001 | 1032 | | 9/30/2019 | | Mod P00001 |
| | 1006 | 5995-01-300-9324 | A3014040-9 | 002 | 1200 | | 10/30/2019 | | Mod P00001 |
| | 1006 | 5995-01-300-9324 | A3014040-9 | 003 | 347 | | 11/30/2019 | | Mod P00001 |



SMI DIVISION
1615 E. WALLACE STREET
FORT WAYNE, IN 46803
USA
310.516.1692  (TEL)
260.969.1247  (FAX)
WWW.DCXCHOL.COM

August 1, 2019

To: Jamie Turner
Contracting Specialist
DLA Land at Aberdeen
6565 Surveillance Loop, Bldg 6001, RM C1-301
Aberdeen Proving Ground, MD, 21005-1846

RE: Cure Notice for SPRBL1-18-D-0069

Dear Jamie,

This letter is in response to your Cure Notice for SPRBL1-18-D-0069 SMI received Monday, July 22nd.

As outlined in the Cure Notice, the following conditions were to be cured within 10 Days after receipt of this notice.

1. Receipt of 45-degree hardware no later than 1 August 2019, with proof of delivery of hardware submitted to the Contracting Officer.

SMI Response: See Exhibit 1 attached with this response.

2. Delivery date of FAT Plan, test execution and report, except that this delivery shall not be later than 30 days after receipt of this notice.

SMI Response: FAT Plan was submitted and approved on 7/25/2019 per an email sent by Jamie Turner.

3. Delivery Date for deliveries not addressed in the 11 July email, except that this delivery shall not be later than 45 days after receipt of this notice.

SMI Response: A delivery schedule with updated delivery dates is attached along with status updated in Exhibit 2.

Please feel free to contact me directly if you have any questions.
Thank you,


Erik LaRoe VP/General Manager of SMI, a Division of DCX CHOL Enterprises.

---

| DCX<br>DIVISION<br>9330 DE SOTO AVE.<br>CHATSWORTH, CA 91311 | ELECSYS<br>DIVISION<br>225 ENTERPRISE DR.<br>PEKIN, IL  61554 | MASTERITE<br>DIVISION<br>12831 S. FIGUEROA ST<br>LOS ANGELES, CA 90061 | NEW VAC<br>DIVISION<br>9330 DE SOTO AVE.<br>CHATSWORTH, CA 91311 | SCB<br>DIVISION<br>7450 SCOUT AVE.<br>BELL GARDENS, CA 90201 | SMI<br>DIVISION<br>1615 E. WALLACE ST.<br>FORT WAYNE, IN 46803 | TELETRONIC<br>DIVISION<br>12831 S. FIGUEROA ST.<br>LOS ANGELES, CA 90061 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **From:** | Turner, Jamie Rae CIV DLA LAND AND MARITIME (USA) |
| **To:** | Erik Laroe |
| **Cc:** | Turner, Jamie Rae CIV DLA LAND AND MARITIME (USA); CULIK MOORE, Martina L CIV DLA LAND AND MARITIME (US) |
| **Subject:** | Follow-up: Cure Notice for SPRBL1-18-D-0069 |
| **Date:** | Wednesday, August 07, 2019 7:33:37 AM |
| **Importance:** | High |

Mr. Laroe,

We reviewed DCX's response to the cure notice sent July 22, 2019, and the following items needs to be addressed immediately:

1) Receipt of 45-degree hardware no later than 1 August 2019: The attached Certificate of Conformity is not a receipt of hardware.  Please provide documentation showing receipt of hardware.

2) DCX did not provide revised delivery dates for CLIN 1006 on DO SPRBL1-18-F-0033: 253 due on 01 Jul, 400 due on 31 Jul, and 314 due on 30 Aug. Please provide the revised delivery dates.

Please address these items by close of business today, or you will be in violation of the cure notice. Failure to resolve each and every one of the outstanding issues enumerated in the cure notice may result in the Government terminating your contract for default.


Thank you,

Jamie Turner

Contract Specialist

DLA Land at Aberdeen

6565 Surveillance Loop, Bldg 6001, RM C1-301

Aberdeen Proving Ground, MD, 21005-1846

Comm: 443-861-4530

DSN: 848-4530

Email: Jamie.Turner@dla.mil

| **From:** | Erik Laroe |
|---|---|
| **To:** | "Turner, Jamie Rae CIV DLA LAND AND MARITIME (USA)" |
| **Cc:** | CULIK MOORE, Martina L CIV DLA LAND AND MARITIME (US) |
| **Subject:** | RE: Follow-up: Cure Notice for SPRBL1-18-D-0069 |
| **Date:** | Wednesday, August 07, 2019 4:34:00 PM |
| **Attachments:** | SKM_C284e19080715580.pdf |
| | IMG_5087.JPG |
| | IMG_5089.JPG |
| | IMG_5092.JPG |
| | IMG_5093.JPG |
| | Copy of Copy of SPRBL1-18-D-0069 Status Update_8-7 (2).xlsx |
| | image001.png |

Good afternoon,

Attached is the packing slip from our sister division for 1,000pc. of the 45 degree elbow. We currently have 2 suppliers building these parts for us and by the end of next week, each are expecting to have production ramped up to be able to produce 2,000pc. per week. At that rate we will have all the the needed parts to meet the revised delivery schedule that was sent out.

I have also attached pictures of some of the 45-degree elbows that are currently in production and being put on cable assemblies right now.

The excel sheet attached has included the 3 Deliveries of CLIN 1006 that were missed on the original spreadsheet.


**Thank you,**
**Erik LaRoe**
V.P./General Manager
SMI Division of DCX-CHOL Enterprises, Inc.
1615 East Wallace St., Fort Wayne, IN 46803
310-516-1692 ext 264
erikl@dcxchol.com



**From:** Turner, Jamie Rae CIV DLA LAND AND MARITIME (USA) [mailto:Jamie.Turner@dla.mil]
**Sent:** Wednesday, August 07, 2019 7:33 AM
**To:** Erik Laroe
**Cc:** Turner, Jamie Rae CIV DLA LAND AND MARITIME (USA); CULIK MOORE, Martina L CIV DLA LAND AND MARITIME (US)
**Subject:** Follow-up: Cure Notice for SPRBL1-18-D-0069
**Importance:** High

Mr. Laroe,

We reviewed DCX's response to the cure notice sent July 22, 2019, and the following items

needs to be addressed immediately:

1) Receipt of 45-degree hardware no later than 1 August 2019: The attached Certificate of Conformity is not a receipt of hardware.  Please provide documentation showing receipt of hardware.
2) DCX did not provide revised delivery dates for CLIN 1006 on DO SPRBL1-18-F-0033: 253 due on 01 Jul, 400 due on 31 Jul, and 314 due on 30 Aug. Please provide the revised delivery dates.

Please address these items by close of business today, or you will be in violation of the cure notice. Failure to resolve each and every one of the outstanding issues enumerated in the cure notice may result in the Government terminating your contract for default.


Thank you,

Jamie Turner

Contract Specialist

DLA Land at Aberdeen

6565 Surveillance Loop, Bldg 6001, RM C1-301

Aberdeen Proving Ground, MD, 21005-1846

Comm: 443-861-4530

DSN: 848-4530

Email: Jamie.Turner@dla.mil

| | |
|---|---|
| **From:** | Erik Laroe <erikl@dc chol.com> |
| **Sent:** | Monday, Au ust 19, 2019 9:15 AM |
| **To:** | Strau e, Lee CIV (US); Kim, Hyon Ki CIV USARMY ILSC (USA) |
| **Cc:** | Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA);   olcott, Timothy   CIV USARMY CCDC C5ISR (USA); Bre  er, Ro  ert L (Bo  ) CIV DLA LAND AND MARITIME (USA); Cattelona, Joseph N CIV USARMY ILSC (US); Dunne, Jac uelyn Renae (Jackie) CIV DLA LAND AND MARITIME (USA); Ne  ins, Dou  las CIV DLA LAND AND MARITIME (USA) |
| **Subject:** | RE: Visit - SPRB11-18-D-0069 |
| **tt c ment :** | SPRB11-18-D-0069 Status Update (42.8 KB) |

Good morning,

In the email I sent to on 7/25 to yourself, Mr. Chan, and Mr. Kim I explained that because of the notice that Mr. Chan had given me that all FAT Testing must be done on cables with the 45 Deg., I had not submitted completion dates for the FAT testing because we were still awaiting the hardware at that time.

In the spreadsheet titled "Estimated Duration and Completion Date for the FAT of Sincgars..." I outlined the timeframe of each individual testing group once the cables are sent out for testing. The testing time outlined equals 5 Weeks, with an additional week to finalize the FAT Report.

Mr. Straub, we at SMI are working very hard to provide these cables to the program to support the War Fighter. Collaboratively, we have worked very hard internally along with our other divisions to be able produce these cables as quickly as possible. This contract has the top priority in my shop, and I am doing everything in my power to get quality cables as quickly possible.

Thank you,
Erik LaRoe
V.P./General Manager
SMI Division of DCX-CHOL Enterprises, Inc.
1615 East Wallace St., Fort Wayne, IN 46803
310-516-1692 ext 264
erikl@dcxchol.com

-----Original Message-----
From: Straube, Lee CIV (US) [mailto:lee.straube.civ@mail.mil]
Sent: Friday, August 16, 2019 12:06 PM
To: Erik Laroe; Kim, Hyon Ki CIV USARMY ILSC (USA)
Cc: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA); Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA); Brewer, Robert L (Bob) CIV DLA LAND AND MARITIME (USA); Cattelona, Joseph N CIV USARMY ILSC (US); Dunne, Jacquelyn Renae (Jackie) CIV DLA LAND AND MARITIME (USA); Nevins, Douglas CIV DLA LAND AND MARITIME (USA)
Subject: RE: Visit - SPRB11-18-D-0069

Erik:

  I and the team will not be visiting next week.  This is the first that we are hearing that DCX will not be able to meet the contractual obligations set forth in the CURE notice, hence, I am turning this over to our KO for action.  Lee


-----Original Message-----
From: Erik Laroe [mailto:erikl@dcxchol.com]
Sent: Friday, August 16, 2019 11:49 AM
To: Straube, Lee CIV (US) <lee.straube.civ@mail.mil>; Kim, Hyon Ki CIV USARMY ILSC (USA) <hyonki.kim2.civ@mail.mil>
Cc: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) <stanley.u.chan.civ@mail.mil>; Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA) <timothy.f.wolcott.civ@mail.mil>; Brewer, Robert L (Bob) CIV DLA LAND AND MARITIME (USA) <robert.brewer@dla.mil>; Cattelona, Joseph N CIV USARMY ILSC (US) <joseph.n.cattelona.civ@mail.mil>
Subject: [Non-DoD Source] RE: Visit - SPRB11-18-D-0069

All,

I can make Tuesday morning work. Please advise on who all will be attending and what time to expect your visit.

In regards to the FAT Report, as outline by Mr. Chan, DLA stated that they would not accept any FAT report on cables built without the 45Degree Elbow. This required us to build all new FAT cables to be sent out for testing.

Since we did not receive the 45 degree elbow pieces until 7/31, we cannot meet a 9/1 completion day for submittal of FAT Report. The testing itself takes 5-6 Weeks. The FAT cables are mostly completed and should be ready to send out for testing by Mon-Tuesday next week.

Thank you,
Erik LaRoe
VP/General Manager
SMI Division of DCX-CHOL Enterprises, Inc.
1615 East Wallace St., Fort Wayne, IN 46803
310-516-1692 ext 264
erikl@dcxchol.com


-----Original Message-----
From: Straube, Lee CIV (US) [mailto:lee.straube.civ@mail.mil]
Sent: Friday, August 16, 2019 5:24 AM
To: Kim, Hyon Ki CIV USARMY ILSC (USA); Erik Laroe
Cc: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA); Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA); Brewer, Robert L (Bob) CIV DLA LAND AND MARITIME (USA); Cattelona, Joseph N CIV USARMY ILSC (US)
Subject: RE: Visit - SPRB11-18-D-0069

Eric:

  Should we not hear back from you by 1100 this morning, the team and I will cancel our plans and look forward to your FAT results and report by
1 Sept 19, as per CURE notice.  Lee

-----Original Message-----

2

From: Kim, Hyon Ki CIV USARMY ILSC (USA)
Sent: Thursday, August 15, 2019 3:41 PM
To: Straube, Lee CIV (US) <lee.straube.civ@mail.mil>; Erik Laroe <erikl@dcxchol.com>
Cc: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) <stanley.u.chan.civ@mail.mil>; Wolcott, Timothy F CIV USARMY
CCDC C5ISR (USA) <timothy.f.wolcott.civ@mail.mil>
Subject: RE: Visit - SPRB11-18-D-0069

Eric,

Spoke to Mr. Straube and I believe we can fly in Monday and meet late afternoon.  Let us know which one works for you
soonest.

Hyon Ki Kim
VHF/AMF Br, C3T Dir
AMEL-LCC-RV
(443)395-8165, DSN 648-8165
hyonki.kim@us.army.mil
hyonki.kim2.civ@mail.mil


-----Original Message-----
From: Straube, Lee CIV (US)
Sent: Thursday, August 15, 2019 9:58 AM
To: Erik Laroe <erikl@dcxchol.com>; Kim, Hyon Ki CIV USARMY ILSC (USA) <hyonki.kim2.civ@mail.mil>
Cc: Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA) <stanley.u.chan.civ@mail.mil>; Wolcott, Timothy F CIV USARMY
CCDC C5ISR (USA) <timothy.f.wolcott.civ@mail.mil>
Subject: RE: Visit - SPRB11-18-D-0069

Erik:

  My schedule only works for Tuesday.  Need about 3 hours of your time.  Can you accommodate?  Thanks..lee

-----Original Message-----
From: Erik Laroe [mailto:erikl@dcxchol.com]
Sent: Thursday, August 15, 2019 9:57 AM
To: Kim, Hyon Ki CIV USARMY ILSC (USA) <hyonki.kim2.civ@mail.mil>
Cc: Straube, Lee CIV (US) <lee.straube.civ@mail.mil>; Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA)
<stanley.u.chan.civ@mail.mil>; Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA) <timothy.f.wolcott.civ@mail.mil>
Subject: [Non-DoD Source] RE: Visit - SPRB11-18-D-0069

Good morning all,

I currently have other customers scheduled to come in on Tuesday-8/20 and Wednesday-8/21.

Would Thursday-8/22 work for you guys?

Thank you,
Erik LaRoe
VP/General Manager
SMI Division of DCX-CHOL Enterprises, Inc.
1615 East Wallace St., Fort Wayne, IN 46803
310-516-1692 ext 264

erikl@dcxchol.com

-----Original Message-----
From: Kim, Hyon Ki CIV USARMY ILSC (USA) [mailto:hyonki.kim2.civ@mail.mil]
Sent: Wednesday, August 14, 2019 1:16 PM
To: Erik Laroe
Cc: Straube, Lee CIV (US); Chan, Stanley Uh CIV USARMY CCDC C5ISR (USA); Wolcott, Timothy F CIV USARMY CCDC C5ISR (USA)
Subject: Visit - SPRB11-18-D-0069

Eric,

We would like to meet you and your team at your facility next Tuesday Aug 20.  Please confirm whether the meeting can be arranged.  Agenda will be provided after the confirmation.

v/r,

Hyon Ki Kim
VHF/AMF Br, C3T Dir
AMEL-LCC-RV
(443)395-8165, DSN 648-8165
hyonki.kim@us.army.mil
hyonki.kim2.civ@mail.mil


Technical data included in this e-mail may be Export-Controlled and subject to the Arms Export Control Act (Title 22, U.S.C., sec 2751 et seq.) or the Export Administration Act of 1979, as amended seq.

This information or element thereof, in any form, shall not be disclosed to a foreign person (including foreign person employees), entity, or exported from the United States without U.S. Government authority and the express written authorization of DCX-CHOL Enterprises, Inc.

This document may contain DCX-CHOL Enterprises, Inc. Proprietary Information and is to be used only for the purposes for which it has been supplied and is not to be duplicated or disclosed in whole or in part without written permission from a duly authorized representative of DCX-CHOL Enterprises, Inc.

If you feel you have received this email in error please contact the DCX-CHOL Policy Enforcement Team at 310-516-1692 ext 657 . If you need to contact DCX-Chol Enterprises, Inc. please call 310-516-1692.

Technical data included in this e-mail may be Export-Controlled and subject to the Arms Export Control Act (Title 22, U.S.C., sec 2751 et seq.) or the Export Administration Act of 1979, as amended seq.

This information or element thereof, in any form, shall not be disclosed to a foreign person (including foreign person employees), entity, or exported from the United States without U.S. Government authority and the express written authorization of DCX-CHOL Enterprises, Inc.

This document may contain DCX-CHOL Enterprises, Inc. Proprietary Information and is to be used only for the purposes for which it has been supplied and is not to be duplicated or disclosed in whole or in part without written permission from a duly authorized representative of DCX-CHOL Enterprises, Inc.

If you feel you have received this email in error please contact the DCX-CHOL Policy Enforcement Team at 310-516-1692 ext 657 . If you need to contact DCX-Chol Enterprises, Inc. please call 310-516-1692.



**DEFENSE LOGISTICS AGENCY LAND**
**6565 Surveillance Loop**
**Building 6001, Room C1-301**
**ABERDEEN PROVING GROUND, MARYLAND 21005-1846**

Sent via Email: to erikl@dcxchol.com                    18 November 2019
Sent via Certified Mail, Return Receipt Requested

Mr. Erik Laroe
General Manager
DCX-CHOL Enterprises, Inc.
SMI Division
1615 East Wallace Street
Fort Wayne, IN 46803-2564

Reference: Contract SPRBL1-18-D-0069, Termination for Default

Dear Mr. Laroe,

DCX-CHOL Enterprises, Inc. is hereby notified that the Government has decided to terminate Contract No. SPRBL1-18-D-0069, awarded on 14 September 2018, for default due to its failure to cure the conditions requested in the Cure Notice dated 22 July 2019, which required it to:

    1. Provide documentation showing receipt of 45-degree hardware no later than 1 August 2019, with proof of delivery of hardware submitted to the Contracting Officer;
    2. Provide delivery dates of First Article Testing (FAT) plan, test execution and report, except this delivery shall not be later than thirty (30) days after receipt of the Cure Notice; and
    3. Provide delivery dates for deliveries not addressed in its 11 July 2019 email, except that this delivery shall not be later than forty-five (45) days after receipt of the Cure Notice.

In its 1 August 2019 response to the Cure Notice, the Government acknowledged that DCX-CHOL Enterprises, Inc. cured the FAT plan requirement.  The FAT Plan was submitted and approved on 25 July 2019 per an email sent by the Government.

However, DCX-CHOL Enterprises, Inc. failed to provide complete documentation showing receipt of the 45-degree hardware by 1 August 2019, and it failed to provide revised delivery dates for Delivery Order (DO) No. SPRBL1-18-F-0033, CLIN 1006:  253 units originally due on 01 July 2019, 400 units originally due on 31 July 2019, and 314 units originally due on 30 August 2019.

Therefore, the failure of DCX-CHOL Enterprises, Inc. to perform is determined to be non-excusable.  Pursuant to the Default Clause, FAR 52.249-8(a)(1), the contract is terminated for default.  DCX-CHOL Enterprises, Inc.'s right to proceed with the delivery of the listed CLIN is terminated effectively at once.

This is the final decision of the Contracting Officer.  In accordance with the Disputes Clause, FAR 52.233-1, DCX-CHOL Enterprises, Inc. may appeal this decision to the Armed Services Board of Contract Appeals (ASBCA).  If DCX-CHOL Enterprises, Inc. decides to appeal, it must, within ninety (90) days from the date of receipt of this decision, mail or otherwise furnish written notice to the ASBCA, and provide a copy to the Contracting Officer.  The notice shall indicate that an appeal is intended, reference this decision, and identify the contract or purchase order by number. Regarding appeals to ASBCA, DCX-CHOL Enterprises, Inc. may, if it so elects, proceed under the Board's small claims procedure for claims of $50,000.00 or less ($150,000.00 or less if it is a small business), or its accelerated procedure for claims of $100,000.00 or less. Instead of appealing to the ASBCA, DCX-CHOL Enterprises, Inc. may bring an action directly in the United States Court of Federal Claims within twelve (12) months of the date it receives this decision.  If it does not appeal this decision, then, unless the supplies ordered by this Contract are re-procured and unless a demand is made against DCX-CHOL Enterprises, Inc. for additional costs incurred in the re-procurement, this decision shall be conclusive and not subject to later challenge.

The Government may re-procure the supplies covered by the terminated portion of this Contract, which may include supplies that could have been ordered under the option periods of this Contract. If the Government does re-procure these supplies, DCX-CHOL Enterprises, Inc. may be held liable for: (1) excess costs of the supplies incurred in the re-procurement, (2) administrative costs resulting from the repurchases, and/or (3) any other damages sustained by the Government as the result of its default.  Lastly, the Government reserves all rights and remedies provided to it by law or under the Contract.  In such an event, a new and separate final decision will be issued advising DCX-CHOL Enterprises, Inc. of the excess costs of re-procurement and affording it the opportunity to appeal such new decision, to dispute the propriety of the assessment of excess costs, and to dispute the propriety of the termination of this Contract.

Sincerely,

MARTINA CULIK MOORE
Contracting Officer

cc:
DCMA Dayton – S3605A
Brad Holtzapple – DLA Land at Aberdeen Small Business Programs
SBA Regional V Office